# Exhibit A - Affidavit of Service

## AFFIDAVIT OF SERVICE

State of Florida      County of Palm Beach      Circuit Court

Case Number: 50 2019 CA 005121 XXXX MB

Plaintiff:
**ILLOOMINATE MEDIA, INC., A FLORIDA CORPORATION, ET AL**

vs.

Defendant:
**CAIR FLORIDA, INC., A FLORIDA CORPORATION, ET AL**

For:
STEVEN TEPPLER

Received by Guaranteed Subpoena Service, Inc. to be served on **CAIR FOUNDATION, INC., 453 NEW JERSEY AVE., SE, WASHINGTON, DC 20003**.

I, Jonathan Chambers, being duly sworn, depose and say that on the **23rd day of July, 2019 at 2:37 pm**, I:

Served SUMMONS AND FIRST AMENDED COMPLAINT, personally to David Manning as agent of CAIR FOUNDATION, INC.. Service occurred at 453 NEW JERSEY AV, SE, WASHINGTON, DC 20003.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 155, Hair: Light Brown, Glasses: N

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.



Subscribed and sworn to in my state and county by the affiant who is personally known to me.

NOTARY PUBLIC

Date: 7/24/2019

Jonathan Chambers
Process Server

Guaranteed Subpoena Service, Inc.
2009 Morris Ave
Union, NJ 07083
(800) 672-1952

Our Job Serial Number: GTS-0000043841
Ref: 20190722172124

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

