# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and LAURA LOOMER, a Florida Individual, <br><br> **Plaintiffs,** <br><br> v. <br><br> CAIR FLORIDA, INC., a Florida Corporation, CAIR FOUNDATION, a District of Columbia Corporation, TWITTER, INC., and JOHN DOES 1-5, et al. <br><br> **Defendants.** | Case No.:  9:19-cv-81179-RAR |

## NOTICE OF ENTRY OF APPEARANCE

Will the Clerk please take notice that Steven W. Teppler of Mandelbaum Salsburg, P.C. hereby enters his appearance on behalf of Plaintiffs Laura Loomer and Illoominate Media, Inc.

Date: August 23, 2019

/s/ _Steven W. Teppler_
Steven W. Teppler, Esq.
Florida Bar Number 14787
MANDELBAUM SALSBURG, P.C.
11891 US Highway One, Suite 100
North Palm Beach, FL 33408
Office: (646) 946-5659
Fax Line: (973) 325-7467
Email: steppler@lawfirm.ms
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Steven W. Teppler*
Steven W. Teppler