UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> **CAIR FLORIDA, INC.**, *et al.*, <br><br> *Defendants*. | Civil Action: 9:19-cv-81179 |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO REMAND
TO THE CIRCUIT COURT OF PALM BEACH, FLORIDA**

Upon review of Plaintiffs' Motion to Remand the instant matter to the Circuit Court of Palm Beach, Florida, and the responses thereto, if any, and upon a review of the record, it is hereby:

ORDERED: that Plaintiffs' Motion to Remand to the Circuit Court of Palm Beach, Florida, is hereby GRANTED; and it is further

ORDERED: that this matter is hereby remanded to the Circuit Court of Palm Beach, Florida.

DONE AND ORDERED IN CHAMBERS THIS _____DAY OF _____, 2019

_____
United States District Judge

Copies to Parties via ECF