UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ILLOOMINATE MEDIA, INC., a Florida
Corporation, and LAURA LOOMER, a Florida
Individual,

        Case No. 19-cv-81179

    Plaintiffs,

vs.

CAIR FLORIDA, INC., a Florida Corporation,
CAIR FOUNDATION, a District of Columbia
Corporation, TWITTER, INC., a
Delaware Corporation, and JOHN DOES 1-5,

    Defendants.
_____/

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Darren Spielman, Esq. of the firm Kain Spielman, P.A., hereby enters his appearance for the Defendant, CAIR FLORIDA, INC. Further pleadings should be served upon:

    Darren Spielman (FL Bar 010868)
    dspielman@complexip.com
    Kain Spielman, P.A.
    900 SE Third Ave., Suite 205
    Ft. Lauderdale, FL 33316
    Tel: 954-768-9002
    Fax: 954-768-0158

Dated: August 26, 2019 */s/Darren Spielman*
Darren Spielman (FL Bar 010868)
dspielman@complexip.com
Kain Spielman, P.A.
900 SE 3rd Ave. Suite, 205
Ft. Lauderdale, FL 33316
Tel: 954-768-9002
Fax: 954-768-0158
Attorneys for CAIR FLORIDA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2019, the foregoing document has been furnished this day on parties as listed in the below Service List by email or in some other authorized manner for those counsel or parties who are not authorized to receive email:

By: */s/ Darren Spielman*
Darren Spielman


Steven W. Teppler
11891 US Highway One, Suite 100
North Palm Beach, FL 33408
202-253-5670
steppler@lawfirm.ms

Ronald D. Coleman (Pro Hac Vice)
1270 Avenue of the Americas
Suite 1808
New York, NY 10020
212-776-1834
rcoleman@lawfirm.ms

Yasir Billoo
Florida Bar No.: 718351
INTERNATIONAL LAW PARTNERS LLP
2122 Hollywood Blvd.
Hollywood, FL 33020
Phone: (954) 374-7722
Fax: (954) 212-0170
ybilloo@ilp.law
zkhanani@ilp.law

LENA F. MASRI (DC Bar # 1000019)*

JUSTIN SADOWSKY (DC: 977642)*
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
jsadowsky@cair.com