**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION**

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and<br><br>LAURA LOOMER, a Florida individual<br><br>    Plaintiffs,<br><br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>    Defendants. | Case No. 19-CV-81179<br><br>Judge Rodolfo A. Ruiz<br>U.S. District Judge<br><br>Judge Bruce E. Reinhart<br>U.S. Magistrate Judge |

**CONSENT MOTION TO SET A BRIEFING SCHEDULE FOR MOTION TO REMAND AND MOTION TO DISMISS PROCEEDINGS**

Defendant CAIR Foundation, Inc. requests the Court enter a briefing schedule with respect to the motion to remand and anticipated motion to dismiss proceedings. Specifically, CAIR Foundation, Inc. requests the Court sequence motion to dismiss proceedings to follow motion to remand proceedings. The cause for this motion is as follows:

1. On Thursday, August 22, 2019, Defendant CAIR Foundation, Inc. filed a Notice of Removal, removing this case from the Circuit Court in Palm Beach County, Florida, where it was pending as case No. 50-2019-CA-5121-XXXX-MB, to the United States District Court for the Southern District of Florida, West Palm Beach Division. *See* Dkt. No. 1.

2. On Friday, August 23, 2019, Plaintiffs filed a Motion to Remand this matter back to the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. *See* Dkt. No. 7.

3. Per Fed. R. Civ. P. 81(c)(1)(C), Defendant CAIR Foundation, Inc. has 7 days from removal to file a Motion to Dismiss. The current motion to dismiss deadline is Thursday, August 29, 2019.

4. Per L.R. 7.1(c), Defendant CAIR Foundation, Inc. has 14 days to file a memorandum in opposition to Plaintiffs' Motion to Remand. The current opposition to remand deadline is Friday, September 6, 2019.

5. In the interest of judicial efficiency, Defendant CAIR Foundation, Inc. requests that motion to dismiss proceedings be sequenced to follow remand proceedings. Defendant CAIR Foundation, Inc. further requests, due to the press of other business, a 1-week extension regarding its opposition brief as to remand proceedings. CAIR Foundation, Inc. therefore requests the following amended briefing schedule:

    a. Defendants (including CAIR-FL) will have 21 days to file a memorandum in opposition to Plaintiffs' Motion to Remand, on or before Friday, September 13, 2019.

    b. Plaintiffs will have 14 days to file a reply to Defendants' opposition(s) to Plaintiffs' Motion to Remand, on or before, Friday, September 27, 2019.

    c. If the Court denies Plaintiffs' Motion to Remand, Defendants will file their Motion(s) to Dismiss within 14 days of the Court's resolution of the remand motion.

Defendants' counsel has met and conferred with counsel for Plaintiffs and counsel for CAIR-Florida, who consent to this motion. A proposed order entering the agreed-to briefing schedule is attached.

Dated: August 27, 2019                    Respectfully submitted,

                                          BY: /s/   Yasir Billoo
                                          YASIR BILLOO (FL: 718351)
                                          INTERNATIONAL LAW PARTNERS LLP
                                          2122 Hollywood Blvd.
                                          Hollywood, FL 33020
                                          Phone: (954) 374-7722
                                          Fax: (954) 212-0170
                                          ybilloo@ilp.law
                                          zkhanani@ilp.law

                                          CAIR LEGAL DEFENSE FUND

LEFA F. MASRI (DC: 1000019)*
JUSTIN SADOWSKY (DC: 977642)*
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
ldf@cair.com

*Pro hac vice motions forthcoming

## **CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on August 27, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel in the below Service List by email and via transmission of Notices of Electronic Filing generated by CM/ECF.

Steven W. Teppler
MANDELBAUM SALSBURG PC
11891 US Highway One, Suite 100
North Palm Beach, FL 33408
202-253-5670
steppler@lawfirm.ms

Ronald D. Coleman (Pro Hac Vice)
MANDELBAUM SALSBURG PC
1270 Avenue of the Americas
Suite 1808
New York, NY 10020
212-776-1834
rcoleman@lawfirm.ms

Lauren X. Topelsohn
MANDELBAUM SALSBURG PC
3 Becker Farm Road
Roseland, NJ 07068
ltopelsohn@lawfirm.ms

Darren Spielman
KAIN SPIELMAN, P.A.
900 SE Third Ave., Suite 205
Ft. Lauderdale, FL 33316
Tel: 954-768-9002
Fax: 954-768-0158
dspielman@complexip.com

BY: /s/ Yasir Billoo
YASIR BILLOO