# Exhibit C - Affidavit of Hassan Shibly

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al*, ) | |
| ) | **Case No. 9:19-cv-81179-RAR** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **CAIR FLORIDA, INC.**, *et al*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF HASSAN SHIBLY**

I, Hassan Shibly, swear under the penalty of perjury that the following facts are true to the best of my knowledge, information, and belief:

1. I have personal knowledge of the facts set forth below. If I were called as a witness, I could competently testify about what I have written in this declaration.

2. I am an attorney licensed to practice law in the state of Florida.

3. Since 2011, I have been the Executive Director of CAIR-Florida.

4. I have a personal account on Twitter, @HassanShibly. This is my personal account, and the tweets issued from the account do not speak on behalf of CAIR-Florida.

5. Prior to Laura Loomer and Illoominate Media, Inc. filing this lawsuit in state court on April 18, 2019, I have not spoken with anyone at CAIR Foundation about Laura Loomer or Illoominate Media in any way.

6. CAIR-Florida has its own, separate Twitter account, @CAIRFlorida.

1

7. I have canvassed all employees at CAIR-Florida, and nobody else has spoken with CAIR Foundation about Laura Loomer in any way prior to the filing of this lawsuit.

8 As the Executive Director of CAIR-Florida, nobody other than Wilfredo Ruiz, CAIR-Florida's communications director, would have authorization to talk to CAIR Foundation, Twitter, or any other entity, concerning the taking of any action against a public figure such as Loomer on CAIR-Florida's behalf without my knowledge and authorization.

9. I have never spoken to Twitter about Laura Loomer or Illoominate Media in any way. Neither myself nor CAIR-Florida has reported Loomer even through the standard "Report Tweet" function on Twitter. And neither myself nor CAIR-Florida has tweeted about Loomer prior to Plaintiffs' lawsuit.

10. I have canvassed all employees at CAIR-Florida, and nobody else at CAIR-Florida has spoken with CAIR Foundation about Laura Loomer in any way.

I swear under the penalty of perjury that the foregoing is true and correct.

Executed on 9/4/19 in Tampa, Florida.

Hassan Shibly

Subscribed and sworn (affirmed) before me, Norma Henning this 4th day of September, 2019.

Notary Public in and for
The State of
County of
My commission Expires:

Notary Public State of Florida
Norma Brenne Henning
My Commission GG 279456
Expires 11/26/2022

2