# Exhibit D - Affidavit of Wilfredo Ruiz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al*, | )<br>)    **Case No. 9:19-cv-81179-RAR**<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| **CAIR FLORIDA, INC.**, *et al*, | )<br>)<br>) |
| Defendants. | ) |

### DECLARATION OF WILFREDO RUIZ

I, Wilfredo Ruiz, declare that the following facts are true to the best of my knowledge, information, and belief:

1. I have personal knowledge of the facts set forth below. If I were called as a witness, I could competently testify about what I have written in this declaration.

2. Since February 15, 2016, I have been the Communications Director of CAIR-Florida, Inc. (herein CAIR-FL) a non-profit organization established in 2001 to challenge stereotypes of Islam and Muslims and defend civil liberties in Florida.

3. I am also a former officer, Judge Advocate General, and chaplain with the United States Navy.

4. I have two personal accounts on Twitter, @analistaInter and @NoticiasIslam. These are my personal accounts, and the tweets issued from the accounts do not speak on behalf of CAIR-Florida.

5. CAIR-Florida has its own separate Twitter accounts, @CAIRFlorida and @CAIRenEspanol.

6. Prior to Laura Loomer and Illoominate Media, Inc. filing this lawsuit in state court on April 18, 2019, I have not spoken with anyone at CAIR Foundation about Laura Loomer or Illoominate Media in any way.

7. I have canvassed all employees at CAIR-Florida, and nobody else has spoken with CAIR Foundation about Laura Loomer in any way prior to the filing of this lawsuit.

8. As the Communications Director of CAIR-Florida, I would be apprised of any communication with CAIR Foundation or Twitter about Laura Loomer on CAIR-Florida's behalf.

9. Neither myself nor CAIR-Florida has reported Loomer even through the standard "Report Tweet" function on Twitter. Once prior to this lawsuit, on February 7, 2019, I made the following tweet about Laura Loomer from my personal account @analistainter: "#Paypal Bans Anti-Muslim Fanatic Laura Loomer, yes the bigot supporter for Islamophobic Commissioner #LimaTaub." No other tweets about Laura Loomer have been made prior to the filing of this lawsuit, and neither myself nor CAIR-Florida has tweeted about Loomer prior to Plaintiff's lawsuit. I have otherwise not spoken with Twitter about Laura Loomer in anyway.

10. I have canvassed all employees at CAIR-Florida, and nobody else at CAIR-Florida has spoken with Twitter about Laura Loomer in any way.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2019 in Sunrise, Florida.

_____
Wilfredo Ruiz

Subscribed and sworn (affirmed) before me, **WILFREDO RUIZ** this 4th day of September, 2019.

_Safiah M Khan_
Notary Public in and for
The State of Florida
County of Broward
My Commission Expires: 5/26/23

SAFIAH M KHAN
Notary Public - State of Florida
Commission # GG 297334
My Comm. Expires May 26, 2023
Bonded through National Notary Assn.