# Exhibit E - Declaration of Ibrahim Hooper

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al*, ) | |
| ) | Case No. 9:19-cv-81179-RAR |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **CAIR FLORIDA, INC.**, *et al*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF IBRAHIM HOOPER

I, Ibrahim Hooper, swear under the penalty of perjury that the following facts are true to the best of my knowledge, information, and belief:

1. I have personal knowledge of the facts set forth below. If I were called as a witness, I could competently testify about what I have written in this declaration.

2. Since 1994, I have been the Communications Director of CAIR Foundation.

3. As Communications Director, my responsibilities include coordinating all communications with media entities, including Twitter.

4. Thus no communications with Twitter on behalf of CAIR Foundation would be possible without my knowledge and approval.

5. CAIR Foundation had no communications with Twitter prior to Plaintiffs' filing this lawsuit in state court on April 18, 2019. This includes no request or instruction to ban Laura Loomer.

1

6. If anyone at CAIR-Florida were to reach out to CAIR Foundation about having CAIR Foundation request Twitter to do anything, including but not limited to banning Loomer, that request would go through me.

7. I have no knowledge of any such request.

8. I have canvassed all employees at CAIR-Foundation, and nobody else at CAIR Foundation has spoken with anyone at CAIR-Florida about Loomer in any way prior to the filing of the lawsuit.

9. Due to personal scheduling constraints and a short timespan, I was unable to find a notary in time to do a formal affidavit. However, I will resign this declaration in the form of an affidavit next week if the Court requests. I understand I remain subject to the same penalties for perjury regardless of form.

I swear under the penalty of perjury that the foregoing is true and correct.

Executed on \_\_\_9/6/19\_\_\_ in \_\_Washington DC\_\_ STATE.

_____
Ibrahim Hooper