**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al*, | ) |
| | ) **Case No. 9:19-cv-81179-RAR** |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **CAIR FLORIDA, INC.**, *et al*, | ) |
| | ) |
| Defendants. | ) |

### **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants filed their Joint Motion to Dismiss on August 29. Plaintiffs' Opposition was due on September 12. *See* D.E. 11 ("Responses due by 9/12/2019"); *see also* Local Rule 7.1(c)(1). Plaintiffs filed no response, nor sought any extension. Defendants recognize that a Reply brief is normally filed within 7 days after service of an opposing memorandum of law. *See* Local Rule 7.1(c). Plaintiffs' failure to file an opposition brief carries additional consequences that Defendants wish to raise.

Under Rule 7.1(c), failure to oppose a motion "may be deemed sufficient cause for granting the motion by default." *See also Fernando Grinberg Trust Success Int. Properties LLC v. Scottsdale Ins. Co.*, 10-cv-20448, 2010 WL 2510662, at *2 (S.D. Fla. June 21, 2010) ("the Plaintiff's failure to oppose the Defendant's Motion to Dismiss Count II is sufficient grounds for granting the motion by default"). Even absent the local rules, "[a] party's failure to respond to any portion or claim in a motion indicates such portion, claim or defense is unopposed." *Diaz v. Gov't Employees Ins. Co.*, 17-cv-23673, 2017 WL 1128354 (S.D. Fla. Nov. 29, 2017) (quoting *Jones v. Bank of Am., N.A.*, 564 Fed. App'x 432, 434 (11th Cir. 2014) (unpublished opinion) and *Kramer v. Gwinnett Cnty.*, 306 F. Supp. 2d 1219, 1221 (N.D. Ga. 2004)).

Along with the unrebutted reasons listed in the Motion to Dismiss for dismissing Plaintiffs' claims, Defendant's Motion to Dismiss should also be granted based on Plaintiffs' failure to oppose.

| | |
|---|---|
| September 19, 2019 | By: /s/Darren Spielman<br>Darren Spielman (FL Bar 010868)<br>Dspielman@ComplexIP.com<br>Kain Spielman, P.A.<br>900 S.E. 3rd Ave. Suite 205<br>Ft. Lauderdale, FL<br>Tel: (954) 768-9002;<br>Fax: (954) 768-0158<br><br>*Attorneys for Defendant CAIR-FL*<br><br>/s/ YASIR BILLOO<br>Yasir Billoo<br>Florida Bar No.: 718351<br>INTERNATIONAL LAW PARTNERS LLP<br>2122 Hollywood Blvd.<br>Hollywood, FL 33020<br>Phone: (954) 374-7722<br>Fax: (954) 212-0170<br>ybilloo@ilp.law<br>zkhanani@ilp.law<br><br>LENA F. MASRI (DC: 1000019)*<br>JUSTIN SADOWSKY (DC: 977642)*<br>CAIR LEGAL DEFENSE FUND<br>453 New Jersey Ave, SE<br>Washington, DC 20003<br>Phone: (202) 742-6420<br>jsadowsky@cair.com<br><br>*Pro hac vice motion forthcoming*<br><br>*Attorneys for CAIR Foundation* |

2

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on September 19, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel in the below Service List by email and via transmission of Notices of Electronic Filing generated by CM/ECF.

Steven W. Teppler
MANDELBAUM SALSBURG PC
11891 US Highway One, Suite 100
North Palm Beach, FL 33408
202-253-5670
steppler@lawfirm.ms

Ronald D. Coleman (Pro Hac Vice)
MANDELBAUM SALSBURG PC
1270 Avenue of the Americas
Suite 1808
New York, NY 10020
212-776-1834
rcoleman@lawfirm.ms

Lauren X. Topelsohn
MANDELBAUM SALSBURG PC
3 Becker Farm Road
Roseland, NJ 07068
ltopelsohn@lawfirm.ms

YASIR BILLOO (FL: 718351)
INTERNATIONAL LAW PARTNERS LLP
2122 Hollywood Blvd.
Hollywood, FL 33020
Phone: (954) 374-7722
Fax: (954) 212-0170
ybilloo@ilp.law
zkhanani@ilp.law
CAIR LEGAL DEFENSE FUND

LEFA F. MASRI (DC: 1000019)*
JUSTIN SADOWSKY (DC: 977642)*
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
ldf@cair.com
*Pro hac vice motions forthcoming