UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al.*, <br> *Plaintiffs*, <br><br> vs. <br><br> **CAIR FLORIDA, INC.**, *et al.*, <br> *Defendants*. | Civil Action: 9:19-cv-81179 |

**[PROPOSED] ORDER**

Upon review of Plaintiffs' Motion for Leave to File a Response, *Nunc Pro Tunc,* to Defendants' Motion to Dismiss and to Stay Defendants' Motion Pending Determination on Plaintiffs' Motion to Remand, the responses thereto, if any, upon a review of the record, and for good cause shown, it is hereby:

**ORDERED**: that Plaintiffs' Motion be and hereby is GRANTED; and it is further

**ORDERED**: that Plaintiffs shall have until _____, 2019 to file their response to Defendants' Motion to Dismiss *nunc pro tunc*, and it is further

**ORDERED**: that Defendants' Motion to Dismiss (Doc. 11) be and is hereby stayed until further order of this Court.

DONE AND ORDERED IN CHAMBERS THIS _____DAY OF _____, 2019

_____
United States District Judge

Copies to Parties via ECF