AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** Florida

| | |
|---|---|
| Illoominate Media, Inc., et. al.<br>Plaintiff (s),<br>V.<br>CAIR Foundation, Inc., et. al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 9:19-cv-81179-RAR |

Notice is hereby given that, subject to approval by the court, CAIR Foundation, Inc. substitutes
(Party (s) Name)

Danette Zaghari-Mask , State Bar No. 789771 (FL) as counsel of record in
(Name of New Attorney)

place of Yasir Billoo .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: CAIR Legal Defense Fund
Address: 453 New Jersey Avenue, SE, Washington D.C. 20003
Telephone: (202) 742-6420        Facsimile (202) 488-0833
E-Mail (Optional): dZaghari-Mask@cair.com; ldf@cair.com

I consent to the above substitution.
Date: 10/9/2019                                        Lena F. Masri, General Counsel, CAIR Foundation, Inc.
                                                       (Signature of Party (s))

I consent to being substituted.                        /s/ Yasir Billoo
Date: 10/9/2019                                        Yasir Billoo
                                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/9/2019                                        /s/ Danette Zaghari-Mask
                                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                  Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**