UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-81179-RAR

**ILLOOMINATE MEDIA, INC.** and
**LAURA LOOMER**,

     Plaintiffs,

v.

**CAIR FLORIDA, INC.,** *et al.*,

     Defendants.
_____/

## OMNIBUS ORDER

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. On September 26, 2019, Plaintiffs filed a Motion for Leave to File a Response, Nunc Pro Tunc, to Defendants' Motion to Dismiss and to Stay Defendants' Motion Pending Determination of Plaintiffs' Motion to Remand [ECF No. 14]. Plaintiffs subsequently filed a Corrected Motion for Leave to File a Response, Nunc Pro Tunc, to Defendants' Motion to Dismiss and to Stay Defendants' Motion Pending Determination of Plaintiffs' Motion to Remand [ECF No. 15]. Separately, Defendant Cair Foundation Filed a Stipulated Motion for Substitution of Counsel [ECF No. 16]. Having reviewed the parties' submissions and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Corrected Motion for Leave to File a Response, Nunc Pro Tunc, to Defendants' Motion to Dismiss and to Stay Defendants' Motion Pending Determination of Plaintiffs' Motion to Remand **[ECF No. 15]** is **GRANTED IN PART**. Plaintiffs shall file a response to Defendants' Motion to Dismiss by no later than **October 31, 2019**. Plaintiffs' Motion to Stay is **DENIED**.

2. Plaintiffs' Motion for Leave to File a Response, Nunc Pro Tunc, to Defendants' Motion to Dismiss and to Stay Defendants' Motion Pending Determination of Plaintiffs' Motion to Remand **[ECF No. 14]** is **DENIED as moot**.

3. Defendant's Stipulated Motion for Substitution of Counsel **[ECF No. 16]** is **GRANTED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th day of October, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**