UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-CV-81179-RAR

ILLOMINATE MEDIA, et al.

    Plaintiffs,

v.

CAIR FOUNDATION,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Lena F. Masri, Gadeir I. Abbas, and Justin Sadowsky of the law firm of CAIR Legal Defense Fund, 453 New Jersey Avenue SE, Washington, DC 20003, 202-742-6420, for purposes of appearance as co-counsel on behalf of CAIR Foundation in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Lena Masri, Gadeir Abbas, and Justin Sadowsky, to receive electronic filings in this case, and in support thereof states as follows:

    1.    Lena Masri, Gadeir Abbas, and Justin Sadowsky are not admitted to practice in the Southern District of Florida. Lena Masri is a member in good standing of the Michigan, New York, DC, Virginia, U.S. District Courts for the Eastern and Western District of Michigan, Maryland, Illinois, Wisconsin, New Mexico, Texas, Eastern District of Arkansas, Eastern District of Virginia, Western District of Texas, the D.C., Fourth, Sixth, Eighth, Ninth, and Tenth Circuit Courts, and the U.S. Supreme Court. Gadeir Abbas is a member in good standing of the Virginia Bar, U.S. District Courts for the Eastern District of Virginia, Eastern District of Wisconsin, Eastern District of Arkansas, and Western District of Texas, and the Fourth, Sixth, and Tenth Circuit Courts of Appeals. Justin Sadowsky is a member in good standing of the Virginia, DC, U.S. District Courts

of Eastern Michigan, Eastern Virginia, D.C., and Maryland, the Federal and Sixth Circuit Courts of Appeal, and the United States Supreme Court.

2. Movant, C. Danette Zaghari-Mask, Esquire, of the law firm of CAIR Legal Defense Fund, 453 New Jersey Avenue SE, Washington, DC 20003, 202-488-8787, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Justin Sadowsky and Lena Masri has made payment of this Court a $225 admission fee ($75 per attorney). Certifications in accordance with Rule 4(b) is attached hereto.

4. Lena Masri and Justin Sadowsky, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby request the Court to provide Notice of Electronic Filings to Lena Masri at lmasri@cair.com, Gadeir Abbas as gabbas@cair.com., and Justin Sadowsky at jsadowsky@cair.com.

WHEREFORE, C. Danette Zaghari-Mask moves this Court to enter an Order permitting Lena Masri and Justin Sadowsky to appear before this Court on behalf of CAIR Foundation, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Lena Masri, Gadeir Abbas, and Justin Sadowsky

Date: October 23, 2019            Respectfully submitted,

       /s/ C. Danette Zaghari-Mask
       C. Danette Zaghari-Mask (FL: 789771)
       dZaghari-Mask@cair.com
       CAIR LEGAL DEFENSE FUND
       453 New Jersey Ave, SE

Washington, DC 20003
Phone: (202) 742-6420
Attorney for CAIR Foundation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-CV-81179-RAR

ILLOMINATE MEDIA, et al.

    Plaintiffs,

v.

CAIR FOUNDATION,

    Defendant.

_____/

**CERTIFICATION OF LENA F. MASRI**

Lena F. Masri, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Michigan, New York, DC, Virginia, U.S. District Courts for the Eastern and Western District of Michigan, Maryland, Illinois, Wisconsin, New Mexico, Texas, Eastern District of Arkansas, Eastern District of Virginia, Western District of Texas, the D.C., Fourth, Sixth, Eighth, Ninth, and Tenth Circuit Courts, and the U.S. Supreme Court; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

    /s/ Lena F. Masri
    Lena F. Masri, October 23, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-CV-81179-RAR

ILLOMINATE MEDIA, et al.

    Plaintiffs,

v.

CAIR FOUNDATION,

    Defendant.

_____/

## CERTIFICATION OF GADEIR I. ABBAS

    Gadeir I. Abbas, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Virginia Bar, U.S. District Courts for the Eastern District of Virginia, Eastern District of Wisconsin, Eastern District of Arkansas, and Western District of Texas, and the Fourth, Sixth, and Tenth Circuit Courts of Appeals; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                /s/ Gadeir I. Abbas
                                                Gadeir I. Abbas, October 23, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-CV-81179-RAR

ILLOMINATE MEDIA, et al.

    Plaintiffs,

v.

CAIR FOUNDATION,

    Defendant.

_____/

### CERTIFICATION OF JUSTIN SADOWSKY

Justin Sadowsky, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Virginia, DC, U.S. District Courts of Eastern Michigan, Eastern Virginia, D.C., and Maryland, the Federal and Sixth Circuit Courts of Appeal, and the United States Supreme Court; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                         /s/ Justin Sadowsky
                                                               Justin Sadowsky, October 23, 2019