**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 19-CV-81179-RAR**

ILLOMINATE MEDIA, et al.

      Plaintiffs,

v.

CAIR FOUNDATION,

      Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Lena F. Masri, Gadeir I. Abbas, and Justin Sadowsky, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Lena Masri and Justin Sadowsky, may appear and participate in this action on behalf of CAIR Foundation. The Clerk shall provide electronic notification of all electronic filings to Lena Masri at lmasri@cair.com, Gadeir I. Abbas at gabbas@cair.com, and Justin Sadowsky at jsadowsky@cair.com

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record