UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-CIV-81179-RAR

ILLOOMINATE MEDIA, INC. and
LAURA LOOMER

    Plaintiffs,

v.

CAIR FLORIDA, INC. et al.

    Defendants.

## CERTIFICATION OF LAUREN X. TOPELSOHN, ESQUIRE

Lauren X. Topelsohn, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of New Jersey Bar & District of New Jersey.

Dated: October 30, 2019

                                        Lauren X. Topelsohn,