# Certificate of Good Standing



## United States of America
## District of New Jersey

*I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:*

## Lauren X. Topelsohn

*was duly admitted to practice in said Court as of December 22, 1992, and is in good standing as a member of the Bar of said Court.*

*Dated at Trenton, New Jersey*
*on: October 29, 2019*



**WILLIAM T. WALSH, CLERK**

By _____

Michelle A. Nkumsah, Deputy Clerk

U. S.   District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.