**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by CM/ECF, on October 30, 2019, on all counsel or parties of record on the service list.

/s/ Steven W. Teppler
Steven W. Teppler, Esq.

4832-3701-4698, v. 1