UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-CIV-81179-RAR

**ILLOOMINATE MEDIA, INC. and LAURA LOOMER**

      Plaintiffs,

v.

**CAIR FLORIDA, INC. et al.**

      Defendants.

**MOTION TO APPEAR PRO HAC VICE,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Ronald D. Coleman of the law firm of Mandelbaum Salsburg P.C., 3 Becker Farm Road, Roseland, NJ 07068, 973-736-4600, for purposes of appearance as co-counsel on behalf of Illoominate Media, Inc., and Laura Loomer (collectively "**Plaintiffs**") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ronald D. Coleman to receive electronic filings in this case, and in support thereof states as follows:

    1.    Ronald D. Coleman is not admitted to practice in the Southern District of Florida and is a member in good standing of the New Jersey Bar & District of New Jersey.

    2.    Movant, Steven W. Teppler, Esquire, of the law firm of Mandelbaum Salsburg P.C., 3 Becker Farm Road, Roseland, NJ 07068, 973-736-4600, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Courts electronic filing system.  Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ronald D. Coleman has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Ronald D. Coleman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ronald D. Coleman at email address: rcoleman@lawfirm.ms.

WHEREFORE, Steven W. Teppler, moves this Court to enter an Order on behalf of Ronald D. Coleman, to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ronald D. Coleman.

Date: October 30, 2019

Respectfully submitted,

/s/ Steven W. Teppler
Steven W. Teppler
FL Bar No. 14787
steppler@lawfirm.ms
11891 US Highway One, Suite 100
North Palm Beach, FL 33408
202.253.5670
*Attorneys for Plaintiffs*
*Illoominate Media, Inc. and Laura Loomer*

4836-3966-7882, v. 1