UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-CIV-81179-RAR

ILLOOMINATE MEDIA, INC. and
LAURA LOOMER

      Plaintiffs,

v.

CAIR FLORIDA, INC. et al.

      Defendants.

CERTIFICATION OF RONALD D. COLEMAN, ESQUIRE

Ronald D. Coleman, Esquire, pursuant to Rule 4(b) of the Rules Governing the

Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have

studied the Local Rules of the United States District Court for the Southern District of Florida;

and (2) I am a member in good standing of the New Jersey Bar & District Court of New Jersey.

Dated: October 30, 2019

_____
Ronald D. Coleman