# Certificate of Good Standing



# United States of America
# District of New Jersey

*I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:*

# Ronald D. Coleman

**was duly admitted to practice in said Court as of February 01, 1989, and is in good standing as a member of the Bar of said Court.**

*Dated at Trenton, New Jersey*
*on: October 29, 2019*



**WILLIAM T. WALSH, CLERK**

By _____
Michelle A. Nkumsah, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.*
*Contact Board of Bar Examiners, New Jersey State Supreme Court.*