UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-CIV-81179-RAR

**ILLOOMINATE MEDIA, INC. and LAURA LOOMER**

    Plaintiffs,

v.

**CAIR FLORIDA, INC. et al.**

    Defendants.

**ORDER GRANTING MOTION TO APPEAR
PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Ronald D. Coleman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Ronald D. Coleman, may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Ronald D. Coleman, at rcoleman@lawfirm.ms

DONE AND ORDERED in Chambers at _____, Florida, this_____day of _____.

                                                                                             _____
                                                                                               United States District Judge

Copies furnished to: All.