**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by CM/ECF, on October 30,2019, on all counsel or parties of record on the service list.

/s/ Steven W. Teppler
Steven W. Teppler, Esq.

4836-3966-7882, v. 1