# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>CAIR FOUNDATION, *et al.*,<br><br>        *Defendants*. | Case No.: 9:19-cv-81179-RAR |

## AFFIRMATION OF RONALD D. COLEMAN

Ronald D. Coleman, of full age, hereby affirms under penalty of perjury and states the following:

1. I am a partner in the firm of Mandelbaum Salsburg PC and an attorney admitted to the bar in the States of New Jersey and New York and various federal courts. I am counsel for record for plaintiffs Illoominate Media, Inc. and Laura Loomer in this matter and my application *pro hac vice* in this matter is in preparation.

2. Integrated into this Affirmation are true and correct reproductions of web pages or web content found on the Internet by me in the course of preparation of plaintiffs' opposition to the instant motion at the URL's indicated in the browser address bars on the respective exhibits.

3. Figure 1 shows the homepage of defendant CAIR Foundation ("CAIR National") found at the URL https://www.cair.com/ as of yesterday's date. On the homepage, a "popup" appeared, as shown on the right of the image at Exhibit A, with the title, "FIND YOUR LOCAL

1

CAIR OFFICE" and offering a drop-down list of "CAIR offices." Navigation in that drop-down list to the Florida "Cair Office" is shown below at Figure 1.



**Figure 1**

    4.     Clicking on the "Florida" button on the list of "CAIR offices" navigates the user to the CAIR Florida website located at https://www.cairflorida.org/. While the CAIR Florida website itself has its own domain name, CAIRFlorida.org. email addresses given for personnel at the

Florida "CAIR Office" all use the "CAIR.COM" domain of CAIR National, as shown in Figures 2-4 below.



**Figure 2**

5. Navigation between the CAIR Florida and CAIR National websites is seamless; there is indication or notice given to Internet users when they are being sent to the site of a different entity.

6. In addition to the example shown in Figure 1, where users clicking the location of their "local CAIR office" at CAIR National's CAIR.com home page navigate seamlessly to the webpage of CAIR Florida, navigation in the reverse direction is also offered on the CAIR Florida website for purposes including fundraising by CAIR National.

7. Figure 3 shows a drop-down menu on the CAIR Florida website that includes the option, highlighted by the cursor, "Report a Bank Account Closure." The status bar n the bottom left corner of Figure 3 shows the URL for this link on the CAIR Florida website, which is



**Figure 3**

4850-7948-6379, v. 3

https://www.cair.com/online-bank-account-closure-incident-report-form.html – i.e., the CAIR National website.

8. Visitors to that page today will find only a message stating, "The page you were looking for was not found" and CAIR National's contact information. According to the Wayback Machine Internet Archive, however, from 2016 through at least as recently as April of 2018 users clicking the "Report a Bank Account Closure link" on the CAIR Florida website were sent to the web page on CAIR National's website appeared as shown below in Figure 4. In addition to the incident form, CAIR Florida users navigating to this page from the CAIR Florida website were presented with colorful graphic links urging them to donate to CAIR National and subscribe to CAIR National's newsletter.



**Figure 4**



**Figure 5**

9. CAIR Florida also tweeted a link to the page shown in Figure 4 above soliciting information and funds on the CAIR National website, as shown in Figure 5 above. The "Bit.ly" link address shown above forwarded users directly to the CAIR National page shown in Figure 4.

10. CAIR National's website describes entities such as CAIR Florida as both "chapters" and "offices" and sometimes as "chapters and offices," as shown in Figure 6 at right. Besides a description of the central CAIR National office as an "office," no distinction between "offices" and "chapters" is apparent.



**Figure 6**

6



**Figure 7**

11. As shown above in Figure 7, the terms "chapter" and "office" are also used interchangeably on the "CAIR Chapters" web page, which as shown by the highlighted link on the horitzontal navigation bar with the label, "FIND YOUR LOCAL OFFICE" and which states, "The Council on American-Islamic Relations has offices in cities across the country." CAIR Florida is one of the "offices" listed and linked to on this page.

12. CAIR National's website also advertises employment opportunities for its chapters / officers, including CAIR Florida, and appears to administer some aspects of hiring for those offices. Figure 8, below, shows a list of CAIR offices soliciting employment applications, and states, "CAIR IS NOW HIRING NATIONWIDE."

7



**Figure 8**

13. Clicking the "Florida" link brings the user to the web page excerpted at right in Figure 9, a page with job postings for CAIR Florida but which is not on the CAIR Florida website. It is found on the CAIR National website at the URL https://www.cair.com/Florida.



**Figure 9**

4850-7948-6379, v. 3

14. At the same time, the CAIR Florida website includes a page entitled, "CAIR Facts," found at the URL https://www.cairflorida.org/about-us/cair-facts under the "About" tab. Because of its length, a true copy of it is attached hereto as Exhibit A. Its headings include "Organizational Facts," "Our Partners," "Our Work with Law Enforcement and Policy Makers." The document repeatedly refers to "us" and "we" but, although it is reached via the CAIR Florida "About" tab, it makes no reference to CAIR Florida.

15. Similarly, the CAIR Florida website includes another "About" page entitled, "Debunking the Myths," found at https://www.cairflorida.org/about-us/debunking-the-myths. It is attached hereto as Exhibit B. Its subtitle is, "Top Internet Misinformation and Conspiracy Theories About CAIR." This page also repeatedly employs the first person plural and is reached via the CAIR Florida "About" tab, but does not mention any facts relating to CAIR Florida.

16. Defendants' assertions regarding the reason for Plaintiffs' voluntary dismissal of Twitter from this matter are mistaken. First, as shown in the attached Exhibit C, the stipulation was without prejudice. There was no resolution of the case on the merits and certainly no acknowledgment by Plaintiffs regarding the merits of the claim.

17. The sole reason for the dismissal of Twitter was the advice, received by me personally, from counsel for Twitter that it intended to move on the ground that the forum selection clause in the Twitter user agreement mandated California as the exclusive forum for disputes. Without conceding the merits of their anticipated motion we agreed to the stipulation, expressly reserving all our clients' rights.

9

      I affirm under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

                                                  */s/ Ronald D. Coleman*

                                                  RONALD D. COLEMAN

DATED: October 31, 2019