**EXHIBIT C**

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 50-2019-CA-0051210XXXXMB

ILLOOMINATE MEDIA, INC., a Florida Corporation, and LAURA LOOMER, a Florida Individual,

    *Plaintiffs,*

vs.

CAIR FLORIDA, INC., a Florida Corporation, CAIR FOUNDATION, d/b/a COUNCIL ON AMERICAN ISLAMIC RELATIONS, an Oklahoma Corporation, TWITTER, INC., a Delaware Corporation, and JOHN DOES 1-5,

    *Defendants.*

_____

## NOTICE OF DISMISSAL OF PARTY BY PLAINTIFFS

PLEASE TAKE NOTICE that, pursuant to Fla.R.Civ.P. 1.420(a)(1), Plaintiffs Illoominate Media, Inc., and Laura Loomer herein, by and through their undersigned counsel, hereby dismiss defendant Twitter, Inc. without prejudice from the above styled action.

    Respectfully submitted,

*[Watermark: NOT A CERTIFIED COPY]*

1

MANDELBAUM SALSBURG, PC

By: /s/ Steven W. Teppler

STEVEN W. TEPPLER
Florida Bar No. 14787
11891 US Highway One, Suite 100
North Palm Beach, FL 33408
steppler@lawfirm.ms
202.253.5670

/s/ Ronald D. Coleman

Ronald D. Coleman (*pro hac vice*)
1270 Avenue of the Americas – Suite 1808
New York, NY 10020
212.776.1834
rcoleman@lawfirm.ms

*Attorneys for Plaintiffs*
*Illoominiate Media, Inc. and Laura Loomer*

## CERTIFICATE OF SERVICE

I certify that on July 3, 2019, a true and correct copy of this document was furnished to Defendant Twitter, Inc.'s counsel Eli Richlin, Wilson Sonsini Goodrich and Rosati, at erichlin@wsgr.com, to Defendant CAIR Florida, Inc.'s counsel Darren Spielman, Kain Spielman P.A. at dspielman@complexIP.com, and by first class mail, postage prepaid, to Defendant CAIR Foundation, d/b/a Council on American Islamic Relations 3000 United Founders Blvd, Oklahoma City, OK 73112.

/s/ Steven W. Teppler

STEVEN W. TEPPLER
Florida Bar No. 14787
11891 US Highway One, Suite 100
North Palm Beach, FL 33408
steppler@lawfirm.ms
202.253.5670

2