**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 31, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing documents will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Steven W. Teppler*
Steven W. Teppler