UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-CV-81179-RAR

ILLOMINATE MEDIA, et al.

    Plaintiffs,

v.

CAIR FOUNDATION,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Carolyn M. Homer of the law firm of CAIR Legal Defense Fund, 453 New Jersey Avenue SE, Washington, DC 20003, 202-742-6420, for purposes of appearance as co-counsel on behalf of CAIR Foundation in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Carolyn Homer to receive electronic filings in this case, and in support thereof states as follows:

    1.    Carolyn Homer is not admitted to practice in the Southern District of Florida. Carolyn Homer is a member in good standing of the DC and California state bars, as well as the United States Supreme Court; the Fifth, Sixth, and Ninth Circuit Courts of Appeals; the Northern, Central, and Southern Districts of California; the District of Maryland; the Eastern District of Michigan; the Eastern District of Wisconsin; the Eastern District of Arkansas, and the Western District of Texas.

    2.    Movant, C. Danette Zaghari-Mask, Esquire, of the law firm of CAIR Legal Defense Fund, 453 New Jersey Avenue SE, Washington, DC 20003, 202-488-8787, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may

readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Carolyn Homer has made payment of this Court a $75 admission fee.  Certifications in accordance with Rule 4(b) is attached hereto.

4. Carolyn Homer, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby request the Court to provide Notice of Electronic Filings to Carolyn Homer at chomer@cair.com.

WHEREFORE, C. Danette Zaghari-Mask moves this Court to enter an Order permitting Lena Masri and Justin Sadowsky to appear before this Court on behalf of CAIR Foundation, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Carolyn Homer.

Date: November 13, 2019              Respectfully submitted,

 /s/ C. Danette Zaghari-Mask
C. Danette Zaghari-Mask (FL: 789771)
dZaghari-Mask@cair.com
CAIR LEGAL DEFENSE FUND
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
Attorney for CAIR Foundation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-CV-81179-RAR

ILLOMINATE MEDIA, et al.

    Plaintiffs,

v.

CAIR FOUNDATION,

    Defendant.

_____/

**CERTIFICATION OF CAROLYN M. Homer**

Lena F. Masri, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the DC and California state bars, as well as the United States Supreme Court; the Fifth, Sixth, and Ninth Circuit Courts of Appeals; the Northern, Central, and Southern Districts of California; the District of Maryland; the Eastern District of Michigan; the Eastern District of Wisconsin; the Eastern District of Arkansas, and the Western District of Texas; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                        /s/ Carolyn M. Homer

                                                  Carolyn M. Homer, November 13, 2019