# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC., and LAURA LOOMER,** | Civil Action: 9:19-cv-81179-RAR |
| *Plaintiffs*, | |
| -vs.- | **NOTICE OF APPEAL** |
| **CAIR FLORIDA, INC., CAIR FOUNDATION, and JOHN DOES 1-5,** *et al.*, | |
| *Defendants*. | |

**NOTICE IS HEREBY GIVEN** that Plaintiffs Illoominate Media, Inc., and Laura Loomer hereby appeal to the United States Court of Appeals for the Eleventh Circuit from (i) the Order granting Defendants' Joint Motion to Dismiss entered on November 19, 2019, (Dkt. No. 33), (ii) the Order Denying Motion to Remand to State Court entered on October 22, 2019 (Dkt. No. 19), and (iii) from all orders made appealable thereby.

MANDELBAUM SALSBURG, PC

By: /s/ *Steven W. Teppler*
Steven W. Teppler
FL. Bar No.: 14787
11891 US Highway One, Suite 100
North Palm Beach, FL 33408
steppler@lawfirm.ms
202.253.5670

3 Becker Farm Road
Roseland, NJ 07068

        Ronald D. Coleman
        1270 Avenue of the Americas – Suite 1808
        New York, NY 10020
        212.776.1834
        rcoleman@lawfirm.ms

        Lauren X. Topelsohn
        3 Becker Farm Rd. – Suite 105
        Roseland, NJ 07068
        973.736.4600
        ltopelsohn@lawfirm.ms

        *Attorneys for Plaintiffs/Appellants*

Dated: November 26, 2019

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 26, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing Generated by CM/ECF.

        By:  /s/ *[signature]*