UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al*, | ) |
| | ) **Case No. 9:19-cv-81179-RAR** |
| Plaintiffs, | ) |
| v. | ) |
| **CAIR FOUNDATION, INC.**, | ) |
| Defendant. | ) |

**JOINT MOTION TO DEFER FEE BRIEFING UNTIL AFTER APPEAL**

CAIR Foundation, Inc., CAIR Florida, Inc., Laura Loomer, and Illoominate Media, Inc., jointly move to defer fee briefing until after appeal.

On October 22, this Court dismissed all claims against CAIR-Florida. Dkt. 19. On November 19, this Court dismissed all claims against CAIR National. Dkt. 33. Plaintiffs have filed a notice of appeal. Dkt. 34.

Local Rule 7.3(a)(1) states that a Motion for Attorneys' Fees and/or Non-Taxable Expenses and Costs shall "be filed and served within sixty (60) days of the entry of the final judgment or order giving rise to the claim, regardless of the prospect or pendency of supplemental review or appellate proceedings," *i.e.*, January 18, 2020. Local Rule 7.3(b)(2) states that, "Except as to any aspect of a fee claim upon which the parties agree, a draft motion compliant with Local Rule 7.3(a)(1)-(8) must be served but not filed at least thirty (30) days prior to the deadline for filing any motion for attorneys' fees and/or costs that is governed by this Local Rule," i.e., December 19, 2019.

Good cause exists for the granting of this motion. Defendants plan to seek fees and additional costs based on Florida's Offer of Judgment statute, Fla. Stat. § 768.79. Based on the results of Plaintiffs' appeal, Defendants' claim to fees will either increase (based on the costs of appeal) or may be eliminated entirely if the Plaintiffs prevail in their appeal. Either way, the parties and the court's resources, including the cost of expert witnesses, will be more efficiently spent resolving fee briefing at a single time rather than both before and after appeal.

The parties propose that the Court defer fee briefing and order that any motion for fees be due no later than sixty days from the date Plaintiffs' current appeal is terminated (such as by issuance of the mandate or dismissal of the appeal), with Local Rule 7.3(b)(2) meet and confer requirements left in place based on the new deadline for any fees motion.

A proposed Order is attached and submitted by e-mail under Local Rule 7.1(a)(2).

December 13, 2019

*/s/ Danette Zaghari-Mask*
LENA F. MASRI (DC: 1000019)#
GADEIR I. ABBAS (VA: 81161)*#
JUSTIN SADOWSKY (DC: 977642)#
DANETTE ZAGHARI-MASK (FL: 789771)
CAROLYN M. HOMER (DC: 1049145)#
CAIR LEGAL DEFENSE FUND
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
ldf@cair.com
*Attorneys for Defendant CAIR National*
*\*Licensed in Virginia, not D.C. Practice limited to federal matters*
*# Pro hac vice*

By: */s/Darren Spielman*
Darren Spielman (FL Bar 010868)
Dspielman@ComplexIP.com
Kain Spielman, P.A.
900 S.E. 3rd Ave. Suite 205
Ft. Lauderdale, FL
Tel: (954) 768-9002; Fax: (954) 768-0158
*Attorney for Defendant CAIR-FL*

Steven W. Teppler
MANDELBAUM SALSBURG PC
11891 US Highway One, Suite 100
North Palm Beach, FL 33408
202-253-5670
steppler@lawfirm.ms

*/s/ Ronald D. Coleman*
Ronald D. Coleman (Pro Hac Vice)
MANDELBAUM SALSBURG PC
1270 Avenue of the Americas
Suite 1808
New York, NY 10020
212-776-1834
rcoleman@lawfirm.ms
Lauren X. Topelsohn(Pro Hac Vice)
MANDELBAUM SALSBURG PC
3 Becker Farm Road
Roseland, NJ 07068
ltopelsohn@lawfirm.ms
*Attorneys for Plaintiffs*