UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al*, ) | |
| ) | **Case No. 9:19-cv-81179-RAR** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **CAIR FOUNDATION, INC.,** ) | |
| ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Defer Fee Briefing until after Appeal, the Motion is **GRANTED**. It is further

**ORDERED** that any motion for fees be due no later than sixty days from the date Plaintiffs' current appeal is terminated (such as by issuance of the mandate or dismissal of the appeal). Local Rule 7.3(b)(2) meet and confer requirements remain in place based on the new deadline for any fees motion.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ day of December, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**