**Exhibit A**

## CERTIFICATION OF CONSENT

On December 12, 2019, I conferred in writing with counsel for Plaintiffs in a good faith effort to resolve by agreement the issues to be raised in the motion. Plaintiffs stipulated to the bill of costs in the amount requested.

Because Local Rule 7.3(c) states that "An application for a bill of costs must be submitted on form (or in form substantially similar to) AO 133 of the Administrative Office of the United States Courts," there is no separate motion and so this certification is being made as an Exhibit rather than above the signature block.

/s/ Justin Sadowsky
Justin Sadowsky
*Attorney for CAIR Foundation, Inc.*

## LIST OF PLAINTIFFS, ITEMIZATION FOR REQUESTED COSTS, AND LOCAL RULE CERTIFICATIONS

**Full List of Plaintiffs:**

Illoominate Media, Inc.

Laura Loomer

**ITEMIZATION OF COSTS**

**FEES OF THE CLERK**

**FEE FOR REMOVAL TO FEDERAL COURT: $400.00.** *See also* **Dkt. 1**

     Date:  August 22, 2019

     Receipt: 113C-11924333

     Receipt attached as Exhibit B

**FEE FOR ADMISSION OF DANETTE-ZAGHARI MASK TO SDFLA: $206.00**

     Date:  August 29, 2019

     Receipt: 26JQN3GK

     Receipt attached as Exhibit C

**FEE FOR PHV MOTIONS OF JUSTIN SADOWSKY, LENA MASRI, AND GADEIR I. ABBAS: $225.00.** *See also* **Dkt. 20.**

     Date: October 23, 2019

     Receipt: 113C-12087397

     Receipt attached as Exhibit D

**FEE FOR PHV MOTION OF CAROLYN HOMER: $75.00.** *See also* **Dkts. 28-30.**

     Date: November 13, 2019

     Receipt: 113C-12145646

     Receipt attached as Exhibit E