**Justin Sadowsky**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, August 22, 2019 11:48 AM |
| **To:** | CAIR Legal Defense Fund |
| **Subject:** | Pay.gov Payment Confirmation: FLSD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Financial Section at (305) 523-5050.

Application Name: FLSD CM ECF
Pay.gov Tracking ID: 26JM1796
Agency Tracking ID: 113C-11924333
Transaction Type: Sale
Transaction Date: Aug 22, 2019 11:48:18 AM

Account Holder Name: CAIR NATIONAL LEGAL Transaction Amount: $400.00 Card Type: MasterCard Card Number: *************1191

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.