**Justin Sadowsky**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, August 29, 2019 12:23 PM |
| **To:** | Carolyn Homer; Ankur Sakaria; CAIR Legal Defense Fund |
| **Subject:** | Pay.gov Payment Confirmation: FLSD Attorney Admissions |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Tonya Armstrong at (305) 523-5057.

Application Name: FLSD Attorney Admissions Pay.gov Tracking ID: 26JQN3GK Agency Tracking ID: 23610 Transaction Type: Sale Transaction Date: Aug 29, 2019 12:23:17 PM

Account Holder Name: Lena F. Masri
Transaction Amount: $206.00
Card Type: MasterCard
Card Number: ************1191

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.