**Justin Sadowsky**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, October 23, 2019 10:03 AM |
| **To:** | CAIR Legal Defense Fund |
| **Subject:** | Pay.gov Payment Confirmation: FLSD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Financial Section at (305) 523-5050.

Application Name: FLSD CM ECF
Pay.gov Tracking ID: 26L209QF
Agency Tracking ID: 113C-12087397
Transaction Type: Sale
Transaction Date: Oct 23, 2019 10:02:41 AM

Account Holder Name: C. Zaghari-Mask
Transaction Amount: $225.00
Card Type: MasterCard
Card Number: ************1191

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.