**Justin Sadowsky**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, November 13, 2019 8:32 PM |
| **To:** | Angel Key; Carolyn Homer |
| **Subject:** | Pay.gov Payment Confirmation: FLSD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Financial Section at (305) 523-5050.

Application Name: FLSD CM ECF
Pay.gov Tracking ID: 26LGJ2T7
Agency Tracking ID: 113C-12145646
Transaction Type: Sale
Transaction Date: Nov 13, 2019 8:32:13 PM

Account Holder Name: Carolyn Homer
Transaction Amount: $75.00
Card Type: Visa
Card Number: *************8393

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.