UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-81179-RAR

ILLOOMINATE MEDIA, INC. and
LAURA LOOMER,

      Plaintiffs,
v.

CAIR FOUNDATION and
JOHN DOES 1-5,

      Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO DEFER FEE BRIEFING

**THIS CAUSE** comes before the Court on the parties' Joint Motion to Defer Fee Briefing Until after Appeal [ECF No. 40], filed on December 13, 2019.  The parties seek an order deferring attorney's fee briefing until after resolution of Plaintiffs' appeal.  Having reviewed the Motion, the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion [ECF No. 40] is **GRANTED**.  Any motion for attorney's fees shall be due no later than sixty days after Plaintiffs' current appeal is terminated—such as by issuance of the mandate or dismissal of the appeal.  Meet and confer requirements pursuant to Southern District of Florida Local Rule 7.3(b)(2) remain in full effect.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of December, 2019.

                                                _____
                                                **RODOLFO RUIZ**
                                                **UNITED STATES DISTRICT JUDGE**