## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-CV-81179-RAR

ILLOMINATE MEDIA, et al.

    Plaintiffs,

v.

CAIR FOUNDATION,

    Defendant.

### MOTION TO WITHDRAW APPEARANCE OF CAROLYN M. HOMER
### AS COUNSEL FOR CAIR FOUNDATION, INC.

In accordance with Local Rule 11.1(d)(3) of the United States District Court for the Southern District of Florida, the undersigned respectfully moves to withdraw the appearance *pro hac vice* of Carolyn M. Homer of the law firm CAIR Legal Defense Fund, 453 New Jersey Avenue SE, Washington, DC 20003. Notice of this withdrawal has been provided to both the client and opposing counsel.

Carolyn M. Homer is leaving her employment at the CAIR Legal Defense Fund on December 20, 2019 in order to join another law firm. CAIR Foundation, Inc. continues to be represented by C. Danette Zaghari-Mask, Lena Masri, Gadeir Abbas, and Justin Sadowsky of the CAIR Legal Defense Fund. The mailing address for both the client and counsel is 453 New Jersey Ave SE, Washington D.C., 20003.

A proposed order is attached to this motion.

Date: December 17, 2019    Respectfully submitted,

    /s/ C. Danette Zaghari-Mask
C. Danette Zaghari-Mask (FL: 789771)
dZaghari-Mask@cair.com
CAIR LEGAL DEFENSE FUND
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
Attorney for CAIR Foundation