UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-CV-81179-RAR

ILLOMINATE MEDIA, et al.

    Plaintiffs,

v.

CAIR FOUNDATION,

    Defendant.

_____

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW CAROLYN M. HOMER AS COUNSEL FOR CAIR FOUNDATION, INC.**

THIS CAUSE having come before the Court on the Motion to Withdraw the Appearance of Carolyn M. Homer, this Court hereby ORDERS that the Motion is GRANTED.  The Clerk shall terminate Carolyn M. Homer as counsel and cease providing electronic notification of all electronic filings to chomer@cair.com.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

_____

United States District Judge

Copies furnished to: All Counsel of Record