UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-81179-RAR

ILLOOMINATE MEDIA, INC. and
LAURA LOOMER,

    Plaintiffs,

v.

CAIR FLORIDA, INC. *et al.*,

    Defendants.
_____/

## ORDER ON BILL OF COSTS

**THIS CAUSE** comes before the Court on Defendant CAIR Foundation's Consent Motion for Bill of Costs [ECF No. 41]. While the Bill of Costs is properly submitted on form AO 133 of the Administrative Office of the United States Courts, it nevertheless fails to comply with the requirement that the form "be supported by a memorandum not exceeding ten (10) pages." S.D. Fla. L.R. 7.3(c). Accordingly, it is

**ORDERED AND ADJUDGED** that the Bill of Costs **[ECF No. 41]** is **DENIED** without prejudice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of January, 2020.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**