# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PALM BEACH COUNTY DIVISION

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al*, | ) |
| | ) **Case No. 9:19-cv-81179-RAR** |
| Plaintiffs, | ) |
| v. | ) |
| **CAIR FOUNDATION, INC.,** | ) |
| Defendant. | ) |

## CAIR NATIONAL'S MEMORANDUM IN SUPPORT OF BILL OF COSTS

CAIR Foundation, Inc. ("CAIR National") files this Memorandum in Support of Bill of Costs under Local Rule 7.3(c).

This Court dismissed Plaintiffs' claims against CAIR National on November 19, 2019. Dkt. 33. CAIR National filed its bill of costs on December 16, 2019, within the 30 days required by Local Rule 7.3(c). Dkt. 41. On January 29, 2020, this Court denied the motion without prejudice for failure to file an accompanying Local Rule 7.3(c) memorandum; CAIR National was under the mistaken impression no memorandum was required when Plaintiffs consented to the bill of costs.[1]

As the attached Certification of Consent (Exhibit A) indicates, Plaintiffs have stipulated to the bill of costs in the amount requested.

In any event, "Federal Rule of Civil Procedure 54(d) provides that the prevailing party is entitled to costs as a matter of course, while 28 U.S.C. § 1920 enumerates the costs that maybe taxed." *Powell v. Carey Int'l, Inc.*, 548 F. Supp. 2d 1351, 1355 (S.D. Fla. 2008). Although the district court may have discretion to deny prevailing costs, when it does so it "must give a reason for its denial of costs

---

[1] The parties have agreed to defer fee briefing until after appeal. Dkts. 40 & 42.

1

so that the appellate court may have some basis upon which to determine if the district court acted within its discretionary power." *Id.*

The costs sought in this motion are all covered by 28 U.S.C. § 1920. All fees sought in this case—fees for removal, pro hac vice admission, or general admission—were both necessary and taxable under 28 U.S.C. § 1920(1). *See* Ex. A (enumerating costs).

## CONCLUSION

The Court should award CAIR National costs in the amount of $906.00.

January 30, 2020

>  */s/ Danette Zaghari-Mask*
>  LENA F. MASRI (DC: 1000019)
>  GADEIR I. ABBAS (VA: 81161)*
>  JUSTIN SADOWSKY (DC: 977642)
>  DANETTE ZAGHARI-MASK (FL: 789771)
>  CAIR LEGAL DEFENSE FUND
>  453 New Jersey Ave, SE
>  Washington, DC 20003
>  Phone: (202) 742-6420
>  jsadowsky@cair.com
>
>  **Licensed in Virginia, not D.C. Practice limited to federal matters*
>
>  *Attorneys for CAIR National*