UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-81179-RAR

ILLOOMINATE MEDIA, INC. and
LAURA LOOMER,

      Plaintiffs,

v.

CAIR FLORIDA, INC. *et al.*,

      Defendants.

_____/

## ORDER ON BILL OF COSTS

**THIS CAUSE** comes before the Court on Defendant CAIR Foundation's Consent Motion

for Bill of Costs [ECF No. 46].  Defendant seeks recovery of $906 in taxable costs pursuant to 28

U.S.C. section 1920 and Rule 54 of the Federal Rules of Civil Procedure.  In particular, Defendant

seeks costs for removal fees and fees for admissions into the Southern District of Florida.  Plaintiff

does not dispute any of the costs sought, and the Court notes that fees of the clerk and marshal are

taxable under 28 U.S.C. section 1920(1).  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Bill of Costs **[ECF No. 46]** is

**GRANTED**.  Defendant is awarded $906 in taxable costs pursuant to 28 U.S.C. section 1920.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of January, 2020.

_____

**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**