# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED BY ____AP____ D.C.

Feb 10, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

February 10, 2021

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 19-14741-GG
Case Style: Illoominate Media, Inc., et al v. Cair Florida, Inc., et al
District Court Docket No: 9:19-cv-81179-RAR

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joseph Caruso, GG
Phone #: (404) 335-6177

MOT-2 Notice of Court Action

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

---

No. 19-14741-GG

---

ILLOOMINATE MEDIA, INC.,
LAURA LOOMER,
A Florida Individual,

                                                                Plaintiffs - Appellants,

versus

CAIR FLORIDA, INC.,
A Florida Corporation,
CAIR FOUNDATION,
A District of Columbia Corporation,

                                                                Defendants - Appellees,

TWITTER INC.,
A Delaware Corporation,
JOHN DOES 1-5,

                                                                Defendants.

---
On Appeal from the United States District Court for the
Southern District of Florida
---

BEFORE: NEWSOM, GRANT, and ANDERSON, Circuit Judges.

BY THE COURT:

      Appellees' "Motion to Transfer Fee Application" is GRANTED.   <u>See</u> Eleventh Circuit Rule 39-2(d).