**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, a Florida Corporation, and **LAURA LOOMER**, a Florida Individual, | Case No.:  9:19-cv-81179-RAR |
| **Plaintiffs,** | |
| v. | |
| **CAIR FLORIDA, INC.**, a Florida Corporation, **CAIR FOUNDATION**, a District of Columbia Corporation, **TWITTER, INC.**, and **JOHN DOES 1-5**, et al. | |
| **Defendants.** | |

**NOTICE OF INTENT TO WITHDRAW AS COUNSEL**

To:    Darren Spielman, Esquire
       Justin Sadowsky, Esquire

To:    Laura Loomer
       Illoominate Media, Inc., c/o Laura Loomer

PLEASE TAKE NOTICE: Pursuant Local Rule 11.(d)(3), at Mandelbaum Salsburg, PC, and Steven W. Teppler, counsel for Plaintiffs Illoominate Media, Inc., and Laura Loomer ("Plaintiffs'), hereby serve notice of their intent to withdraw as counsel for Plaintiffs in this matter.

DATED: February 22, 2021

/s/ *Steven W. Teppler*
Steven W. Teppler, Esq.
Florida Bar Number 14787
MANDELBAUM SALSBURG, P.C.
11891 US Highway One, Suite 100
North Palm Beach, FL 33408
Office: (646) 946-5659
Fax Line: (973) 325-7467
Email: steppler@lawfirm.ms
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2021 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon Darren Spielman, Esq. and Justin Sadowsky, counsel for Defendants via transmission of Notices of Electronic Filing generated by CM/ECF, and upon Plaintiffs Laura Loomer and Illoominate Media, Inc., via email at Laura.Loomer93@gmail.com

/s/ Steven W. Teppler
Steven W. Teppler