UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, a Florida Corporation, and **LAURA LOOMER**, a Florida Individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CAIR FLORIDA, INC.**, a Florida Corporation, **CAIR FOUNDATION**, a District of Columbia Corporation, **TWITTER, INC.**, and **JOHN DOES 1-5**, et al.<br><br>Defendants. | Case No.: 9:19-cv-81179-RAR |

**[Proposed] Order**

Upon consideration of Steven W. Teppler's and the Mandelbaum Salsburg firm's ("Plaintiffs'), Unopposed Motion to Withdraw as local counsel for counsel for Plaintiffs Illoominate Media, Inc., and Laura Loomer Plaintiffs, upon a review of the record, and for good cause shown, it is hereby:

**ORDERED**: That Steven W. Teppler's and the Mandelbaum Salsburg firm's Unopposed Motion to Withdraw as local counsel for counsel for Plaintiffs Illoominate Media, Inc., and Laura Loomer Plaintiffs be and hereby is granted.

DONE AND ORDERED IN CHAMBERS this _____ day of February, 2021.

_____
United States District Judge

Copies to Counsel via ECM/ECF