UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, a Florida Corporation, and **LAURA LOOMER**, a Florida Individual, <br><br> **Plaintiffs,** <br><br> v. <br><br> **CAIR FLORIDA, INC.**, a Florida Corporation, **CAIR FOUNDATION**, a District of Columbia Corporation, **TWITTER, INC.**, and **JOHN DOES 1-5, et al.** <br><br> **Defendants.** | Case No.:  9:19-cv-81179-RAR |

## AMENDED UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Counsel for Plaintiffs Illoominate Media, Inc., and Laura Loomer ("Plaintiffs'), for the reasons set forth herein, and pursuant to Local Rule 11.1 (d)(3)(A), respectfully requests that the Court grant the instant unopposed Motion to Withdraw as local counsel for Plaintiffs. Plaintiffs' local counsel Steven Teppler, served both Plaintiffs Laura Loomer and Illoominate Media, Inc, as well as Defendants' counsel with movant's Notice of Intent to Withdraw.  Plaintiffs' counsel contacted Defendants' counsels on February 22, 2021; Defendants' counsels informed Plaintiffs' counsel that Defendants will not oppose this motion. Plaintiffs' counsel Steven Teppler submits this amended motion to include Plaintiffs' co-counsel Lauren X. Topelsohn, a member of Plaintiffs' firm Mandelbaum Salsburg, PC (admitted pro hac vice) as an additional co-movant in the instant Motion to Withdraw.

**Background**

This Court previously admitted by motion Plaintiffs' lead counsel Ronald D. Coleman pro hac vice in this matter because he is not a member of the Florida Bar.  Attorney Coleman departed

the Mandelbaum Salsburg firm and joined the Dhillon Law Group in 2020. To the best of movant's understanding, Mr. Coleman remains as lead counsel for Plaintiffs, and has advised local counsel Steven W. Teppler of Plaintiffs' consent to both Mandelbaum Salsburg PC's and Mr. Teppler's withdrawal as local counsel and Lauren X. Topelsohn's withdrawal as counsel in this matter.

Plaintiffs' current mailing addresses:

Laura Loomer
3580 So. Ocean Blvd. Apt. PHB
South Palm Beach, FL 33480

Illoominate Media, LLC c/o
Laura Loomer
3580 So. Ocean Blvd. Apt. PHB
South Palm Beach, FL 33480

Lead Counsel Ronald Coleman's address is:

Ronald D. Coleman, Esquire
Dhillon Law Group, Inc.
8 Hillside Avenue
Montclair, NJ 07042

WHEREFORE:  For the foregoing reasons, Plaintiffs' counsel Steven W. Teppler, Lauren X. Topelsohn and the Mandelbaum Salsburg PC's respectfully request that the Court grant their instant Motion to Withdraw as counsel for Plaintiffs Laura Loomer and Illoominate Media LLC.

DATED: February 23, 2021

/s/ *Steven W. Teppler*
Steven W. Teppler, Esq.
Florida Bar Number 14787
MANDELBAUM SALSBURG, P.C.
11891 US Highway One, Suite 100
North Palm Beach, FL 33408
Office: (646) 946-5659
Fax Line: (973) 325-7467
Email: steppler@lawfirm.ms
**Counsel for Plaintiffs**

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 23, 2021 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Steven W. Teppler*
Steven W. Teppler