UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, a Florida Corporation, and **LAURA LOOMER**, a Florida Individual,<br><br>**Plaintiffs,**<br><br>v.<br><br>**CAIR FLORIDA, INC.**, a Florida Corporation, **CAIR FOUNDATION**, a District of Columbia Corporation, **TWITTER, INC.**, and **JOHN DOES 1-5**, et al.<br><br>**Defendants.** | Case No.:  9:19-cv-81179-RAR |

## Amended [Proposed] Order

Upon consideration of Steven W. Teppler's, Lauren X. Topelsohn's and the Mandelbaum Salsburg firm's ("Plaintiffs'), Unopposed Motion to Withdraw as counsel for Plaintiffs Illoominate Media, Inc., and Laura Loomer, upon a review of the record, and for good cause shown, it is hereby:

**ORDERED**: That Steven W. Teppler's, Lauren X. Topelsohn's, and the Mandelbaum Salsburg firm's Unopposed Motion to Withdraw as counsel for Plaintiffs Illoominate Media, Inc., and Laura Loomer be and hereby is granted.

DONE AND ORDERED IN CHAMBERS this ____ day of February, 2021.

_____
United States District Judge

Copies to Counsel via ECM/ECF