UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-81179-RAR

**ILLUMINATE MEDIA, INC**., and
**LAURA LOOMER**,

       Plaintiffs,

v.

**CAIR FLORIDA, INC**., *et al.*,

       Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** comes before the Court upon Plaintiffs' Amended Unopposed Motion to Withdraw as Counsel [ECF No. 52] ("Motion") seeking to withdraw counsel Steven W. Teppler and Lauren X. Topelsohn from the law firm of Mandelbaum Salsburg P.C. as counsel in this matter.  After careful consideration of the Motion and the record in this action, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiffs' Motion [ECF No. 52] is **GRANTED**.

2.     Steven W. Teppler and Lauren X. Topelsohn from the law firm of Mandelbaum Salsburg P.C. are hereby withdrawn and relieved of any further responsibility as counsel for Plaintiffs.  The Clerk is directed to remove Mr. Teppler and Ms. Topelsohn from the CM/ECF electronic list of counsel to be served in this action.

3.     Plaintiffs will continue to be represented by Ronald D. Coleman, Esq. of the law firm Dhillon Law Group, Inc.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of March, 2021.

_____
  **RODOLFO A. RUIZ II**
  **UNITED STATES DISTRICT JUDGE**