# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al.*   )<br>  )<br>  )<br>Plaintiffs,   )<br>  )<br>v.   )<br>  )<br>**CAIR FOUNDATION, INC.**, *et al.*   )<br>  )<br>  )<br>  )<br>Defendants.   ) | **Case No.** 19-cv-81179-RAR |

## CAIR FOUNDATION, INC. AND CAIR FLORIDA, INC.'S JOINT OFFER OF JUDGMENT

CAIR Foundation, Inc., and CAIR-Florida, Inc., based on Florida Rule 1.442 and Florida Statutes § 768.79 (2019), make a joint offer of settlement to Plaintiffs Laura Loomer and Illoominate Media, Inc. Currently, Plaintiffs bring causes of action against CAIR Foundation for Tortious Interference with Advantageous Business Relationship, Unlawful Agreement in Restraint of Trade, Civil Conspiracy, and the Florida Deceptive and Unfair Trade Practices Act.

The proposal resolves all damages that would otherwise be awarded in a final judgment in the action in which the proposal is served. Fla. R. Civ. P. 1.442(c)(2)(B). The Offer relates to all claims, specifically all Counts 1-5 in the Amended Complaint. The amount offered to settle all claims in this matter is $0.50 each from each Defendant, for a total amount of $1. The judgment would be paid by each Defendant split equally ($0.50 from each Defendant total, or $0.25 from each Defendant to each Plaintiff). Punitive damages are not currently sought but the right to seek them is purportedly reserved in the Amended Complaint. To the extent that punitive damages are implicated, no amount of this Offer is specifically set aside for the settlement of any claim for punitive damages. Within the total

1

Offer amount stated, it includes any costs and attorney's fees attorneys' fees, which are sought or by which Plaintiffs are or may be entitled, by the current Amended Complaint. There is no nonmonetary component of this offer of judgment and specifically does not include any of the requested injunctive relief. There are no relevant conditions other than that accepting this judgment will be deemed a final resolution of all the claims in this case against CAIR Foundation and CAIR-Florida, requiring a stipulation of dismissal. Each offeree may independently decide whether to accept this joint offer. *Attorneys' Title Ins. Fund, Inc. v. Gorka*, 36 So. 3d 646, 650 (Fla. 2010)

      If the offer is not accepted within 30 days, and the final judgment is $0.37 or less per plaintiff, for a total of less than $0.75, both parties will be entitled to "reasonable costs, including investigative expenses, and attorney's fees, calculated in accordance with the guidelines promulgated by the Supreme Court, incurred from the date the offer was served."

      This offer applies to this action regardless of whether it remains in federal court or is remanded back to state court. The provisions of Florida Rule of Judicial Administration 2.514(b) do not apply to this Offer. No oral communications shall constitute an acceptance, rejection, or counteroffer to this proposal.

Dated: October 2, 2019

> By: /s/Darren Spielman
> Darren Spielman (FL Bar 010868)
> Dspielman@ComplexIP.com
> Kain Spielman, P.A.
> 900 S.E. 3rd Ave. Suite 205
> Ft. Lauderdale, FL
> Tel: (954) 768-9002;
> Fax: (954) 768-0158
>
> Attorneys for Defendant CAIR Florida, Inc.
>
> INTERNATIONAL LAW PARTNERS LLP
> YASIR BILLOO (FL: 718351)
> 2122 Hollywood Blvd.

2

        Hollywood, FL 33020
        Phone: (954) 374-7722
        Fax: (954) 212-0170
        ybilloo@ilp.law
        zkhanani@ilp.law

        /s/ Lena F. Masri
        CAIR LEGAL DEFENSE FUND
        LEFA F. MASRI (DC: 1000019)*
        JUSTIN M. SADOWSKY (DC: 977642)*
        453 New Jersey Ave, SE
        Washington, DC 20003
        Phone: (202) 742-6420
        ldf@cair.com

        *Pro hac vice motions forthcoming*

        *Attorneys for CAIR Foundation, Inc.*

### Certificate of Service

I certify that a copy hereof has been furnished to Steven W. Teppler, counsel for Plaintiffs by e-mail (steppler@lawfirm.ms) and mailed to 11891 US Highway One, Suite 100 North Palm Beach, FL 33408 on October 2, 2019. I further certify a copy has been furnished to Ron Coleman (rcoleman@lawfirm.ms) and Lauren X. Topelsohn (LTopelsohn@lawfirm.ms), via email only who represented Plaintiffs in State Court, also on October 2, 2019.

        By: /s/Darren Spielman
        Darren Spielman (FL Bar 010868)