# EXHIBIT

# B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | | |
|---|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al*, | ) | |
| | ) | **Case No. 9:19-cv-81179-RAR** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CAIR FLORIDA, INC.,** *et al,* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF LENA MASRI

I, Lena Masri, swear under the penalty of perjury that the following facts are true to the best of my knowledge, information, and belief:

1. I have personal knowledge of the facts set forth below. If I were called as a witness, I could competently testify about what I have written in this declaration.

2. I am currently a member of good standing of the following bars: Michigan, District of Columbia, Virginia, and New York.

3. I graduated from Indiana University- Indianapolis School of Law in 2008. Since getting admission to the Michigan bar in 2009, I have practiced law full-time.

4. From October 2009 until January 2017, I was first hired as a Staff Attorney for CAIR-Michigan and subsequently served as the Legal Director.

5. From January 2017 until the present, I have worked for CAIR Foundation, Inc. ("CAIR Foundation) where I serve as its National Litigation and Civil Rights Director and General Counsel. My litigation work is on behalf of CAIR Legal Defense Fund ("CAIR LDF").

6.      I thus had a total of nearly 10 years of legal experience when I started this case. At this point, I have a total of over 11 years of legal experience.

7.      CAIR Foundation retained CAIR LDF to represent it in this case. Although CAIR LDF did not charge CAIR Foundation specific fees, CAIR LDF normally charges a contingency fee arrangement to civil rights plaintiffs in cases that support CAIR LDF's mission, and this case diverted legal resources.

8.      I am an attorney of record for CAIR Foundation in this case.

9.      During the course of CAIR LDF's representation of CAIR Foundation on this matter, I have recorded the time spent performing legal services on behalf of CAIR Foundation. I entered in a description of the legal services together with the precise time, to .1 of an hour, spent performing such legal services on a daily basis. The recording of my time is attached as Exhibit 2 to this declaration.

10.      The total amount of hours I reasonably and necessarily expended in this action since October 2, 2019 is 15.5 hours. This includes 7.8 hours at the trial court prior to appeal and 7.7 hours working on the appeal before the 11th Circuit.

11.      A fee for my work of $532 per hour is reasonable.

12.      The time I spent was reasonable and was necessarily expended in the preparation and prosecution of this case.

13.      The current U.S. Attorneys' Office *Laffey* matrix for the District of Columbia for my experience level uses a $532 hourly rate.   *See* https://www.justice.gov/usao-dc/page/file/1305941/download.

14.      I certify that a rate of $532  per hour for my work on this matter is reasonable.

15.     As my role as a member and officer of the Board of Directors, I have reviewed and approved the expenses and costs in this litigation.

16.     As the attached list of costs indicate, costs incurred in this case for travel, printing, and 11th Circuit admission (none of which were sought or awarded in the Bill of Costs), are as follows:

**Motion to Dismiss hearing costs**

Zaghari-Mask Flight $258.30

Zaghari-Mask Travel Insurance $5

Zaghari-Mask Transportation to and from MIA $72.36

Zaghari-Mask Hotel $159.78

Zaghari-Mask Per Diem $50

Homer Flight (for MTD hearing) $295.96

Homer Per Diem $50

Homer – Transportation to DCA $17.76

Homer – Transportation to Hearing $19.31

Homer – Transportation from DCA $24.58

Homer – Print Job for hearing $4.81

Homer – WiFi on Airline $8

Transcript from hearing - $280.80

**11th Circuit Appeal Costs**

11th Circuit Admission fee for Justin Sadowsky - $221

Printing cost for 11th Circuit Briefs - $155.11

**TOTAL: $1,622.77**

17.     These costs were necessarily incurred, after October 2, 2019, in defending this litigation. These costs were also reasonable.

18.     I swear under the penalty of perjury that the foregoing is true and correct.

April 12, 2021

_____
Lena F. Masri, Esq.

:

| Date | Hours | Description | 15.5 |
|------|-------|-------------|------|
| 10/22/2019 | 1.5 | review court's 10/22 decision, internal discussions re decision | |
| 11/4/2019 | 1 | review/edit MTD reply | |
| 11/5/2019 | 1.9 | internal meetings to discuss jurisdictional issues regarding MTD | |
| 11/12/2019 | 0.7 | meeting in preparation of MTD hearing | |
| 11/18/2019 | 0.7 | MTD hearing debrief, team meetings re hearing, prepping to brief client | |
| 11/19/2019 | 2 | review court's 11/19 decision, internal discussions re decision, brief client | |
| 2/28/2020 | 0.7 | meeting re mediation; review draft mediation statement | |
| 3/2/2020 | 1.5 | preparation for and briefing of client | |
| 3/4/2020 | 1.5 | prepared for and participated in Loomer mediation | |
| 9/9/2020 | 2.5 | review/edit 11a brief, discussions with team re draft, providing formatting instructions to admin team | |
| 12/29/2020 | 1.5 | reviewed 11a opinion, internal calls re decision, brief the client | |

Lena masri <lfmasricairreceipts@gmail.com>

# FW: Your Flight Receipt - ZAGHARIMASK 17NOV19

2 messages

---

**Lena F. Masri, Esq.** <lmasri@cair.com>                                    Wed, Oct 28, 2020 at 4:02 AM
To: "lfmasricairreceipts@gmail.com" <lfmasricairreceipts@gmail.com>

Lena F. Masri, Esq.

**General Counsel**

**National Litigation & Civil Rights Director**



453 New Jersey Ave, SE

Washington, DC 20003

Tel: 202.742.6420 Fax: 202.379.3317

www.cair.com

-

**www.lenamasri.com**

-

Licensed to practice in DC, VA, NY & MI.

*[This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.]*

WEB | FACEBOOK | TWITTER

---

**From:** CAIR Finance <finance@cair.com>
**Sent:** Monday, November 4, 2019 5:36 PM
**To:** CAIR LDF Finance <ldf.finance@cair.com>; Randle Thompson <rThompson@cair.com>; Angel Key <aKey@cair.com>
**Cc:** Hebatullah Eid <hEid@cair.com>; Mariam Aladdin <mAladdin@cair.com>
**Subject:** FW: Your Flight Receipt - ZAGHARIMASK 17NOV19

Walaikum Assalam Danette,

Thank you for forwarding the receipts.  However, CF finance team does not take care of any reimbursement / allocation for LDF.

Please forward all the emails regarding the Loomer case to ldf.finance@cair.com, Randle and Angel (all are cc'd here) for reimbursement and proper allocation.

Thank you.

Wassalam/With Peace,

**Zohra F. Sharief**

Junior Accountant

zsharief@cair.com | (202) 742-6424



453 New Jersey Ave SE

Washington, DC 20003

Tel: 202-488-8787 Fax: 202.488.0833

**www.cair.com**



**From:** Danette Zaghari-Mask <dZaghari-Mask@cair.com>
**Sent:** Monday, November 4, 2019 3:15 PM
**To:** CAIR Finance <finance@cair.com>
**Subject:** Fw: Your Flight Receipt - ZAGHARIMASK 17NOV19

Asalaamu'Alaikum,

Here is the receipt for the travel from MN to FL - travel due to appearance in court for the Loomer case. The funds should come out of legal/LDF.  Thank you.

Sincerely,

Danette Zaghari-Mask

Non-Profit & Compliance Attorney

Dzaghari-mask@cair.com  |  www.cair.com



**Council on American Islamic Relations (CAIR)**

453 New Jersey Ave SE

Washington, DC 20003

Tel: 202.909.3508  Fax: 202.488.0833

**www.cair.com**

*Licensed to practice in FL, not in D.C.*
*Practice limited to federal matters.*








## Vision and Mission

CAIR's vision is to be a leading advocate for justice and mutual understanding.
CAIR's mission is to enhance understanding of Islam, encourage dialogue, protect civil liberties, empower American Muslims, and build coalitions that promote justice and mutual understanding.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

---

**From:** Delta Air Lines <DeltaAirLines@t.delta.com>
**Sent:** Monday, November 4, 2019 2:50 PM
**To:** Danette Zaghari-Mask <dZaghari-Mask@cair.com>
**Subject:** Your Flight Receipt - COURTNEY ZAGHARIMASK 17NOV19



## Hello, Courtney Zagharimask

#9334624500  |  SkyMiles® Member

You're all set. If you need to adjust your itinerary, you can make standard changes to your flight on delta.com including time, date and destination. Explore all of your options here.

YOUR PRE-TRIP CHECKLIST FOR EASIER TRAVEL:

**DOWNLOAD THE FLY DELTA APP** – book a flight, upgrade or change your seats, speed through security, receive flight status notifications, track your bags and more.
Download now >>

**VISIT OUR NEED HELP PAGE** – get all your travel questions answered with information on self-service tools, baggage, SkyMiles, and more. >>

Have a great trip, and thank you for choosing Delta.

| Sun, 17NOV | DEPART | ARRIVE |
|---|---|---|
| DELTA 1627<br>Main Cabin (K) | MPLS-ST PAUL<br>1:02pm | MIAMI, FL<br>5:30pm |

**MANAGE MY TRIP>**

**RESTRICTED HAZARDOUS ITEMS**

To ensure the safety of our customers and employees, **Delta does not accept smart bags.** Smart bags with non-removable lithium-ion batteries will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

All damaged, defective or recalled lithium batteries, including lithium powered self-balancing transportation devices are not permitted as carry-on or checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

Name: COURTNEY ZAGHARIMASK
SkyMiles #9334624500

| FLIGHT | SEAT |
|--------|------|
| DELTA 1627 | 16F |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+$^{TM}$ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

**Flight Receipt**

Ticket #: 0062405886248
Place of Issue: Delta.com
Issue Date: 04NOV19
Expiration Date: 04NOV20

| METHOD OF PAYMENT | |
| --- | --- |
| CA************1191 | **$258.30 USD** |

| CHARGES | |
| --- | --- |
| **Air Transportation Charges** | |
| Base Fare | $226.98 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $17.02 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.20 USD |
| **TICKET AMOUNT** | **$258.30 USD** |

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: MSP DL MIA226.98KA7UA0MQ USD226.98END ZP MSP XF MSP4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in.

| Sun 17 Nov 2019 | DELTA: MSP MIA |
| --- | --- |

| CARRY ON | FIRST | SECOND |
| --- | --- | --- |
| FREE | $30<sup>USD</sup> | $40<sup>USD</sup> |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include:

Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.



**MANAGE MY TRIP>**

BOOK A FLIGHT >

BOOK A VACATION PACKAGE >

RESERVE A CAR + HOTEL >

EARN AND USE MILES >

STAY CONNECTED WITH US

COMMENT OR COMPLAINT    |    PRIVACY POLICY

Fly green. Partner with us to protect the environment and support communities. Visit delta.com/co2 to learn more about offsetting your carbon footprint.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such protection is not affected by any limit on the air carrier's liability under the Montreal Convention. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective July 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

If you are denied boarding or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (*www.delta.com/appr*) or visit the Canadian Transportation Agency's website.

Si l'embarquement vous est refusé ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien (*www.delta.com/appr*) ou visiter le site Web de l'Office des transports du Canada.

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

© 2019 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

**Lena F. Masri, Esq.** <lmasri@cair.com>                                    Tue, Nov 3, 2020 at 5:23 PM
To: "lfmasricairreceipts@gmail.com" <lfmasricairreceipts@gmail.com>

[Quoted text hidden]

# Your stay in Fort Lauderdale on 11/17 is confirmed

Search cars

Search flights

## Payment summary (USD)

| | |
|---|---|
| Nightly room rate | 97.00 x 1 room(s) |
| 1 night subtotal | 97.00 |
| | |
| Taxes and fees | 22.78 |
| Trip protection | 5.00 |
| | |
| **Total paid** | **124.78 USD** |
| Resort fee to be paid to hotel at checkout | 35.00 |
| Trip total | 159.78 USD |

*Paid with American Express ending in* **************1006** *on* **11/4/19 at 01:23 PM**

**Cancellation:** Your booking is final and can't be refunded or changed. For details, Hotwire Travel Products Rules and Restrictions.

**Additional fees & incidentals**
You'll pay the hotel directly for additional charges like room service and parking.

## Thanks for choosing Allianz Global Assistance

**Here's your important policy information.**

Hi C. Danette,

Thanks for protecting your upcoming travel plans with us. More than 35 million U.S. customers trust Allianz Global Assistance each year — so travel confidently knowing you're in good company.

**You can access your policy document <u>here</u>,** which includes your Letter of Confirmation, Certificate of Insurance/Policy, and Emergency Assistance Card. You'll want to keep it handy so download and save to your device, or print and stow it in your travel bag.

Please **<u>check out our FAQs</u>** or **<u>contact us</u>** if you have any questions. We're also here to help if your travel plans change and you need to update your policy or add coverage.

Thanks again for protecting your trip with us, and don't forget to **<u>download your free TravelSmart app</u>** to manage your policy on the go, find local emergency services wherever you are, and much more.

### About your new policy

**Policy:**
Hotel Protector I

**Policy No.:**
H81039053

**Total amount paid:**
$5.00

**Purchase date:**
November 4, 2019

**Effective date:**
November 5, 2019

**Travel dates:**
November 17, 2019–
November 18, 2019

**Manage My Policy**

# Mid-Size SUV from Miami Intl Airport (MIA)

**Your car is unprotected.**
Add collision coverage for $11.00/day
Offer expires 11/17/2019 at 5:30 PM EST

- ✓ Primary Coverage, with $0 Deductible
- ✓ Up to $50,000 for repair costs
- ✓ Free Cancellation Until Pick Up

**More Info**

Hertz



**Pick-up:** Sun, Nov 17, 2019 6:00 PM
Hertz Corporation
Miami Intl Airport (MIA)
3900 Nw 25th Street Suite 410, Miami, FL 33142
*Shuttle service*

**Drop-off:** Mon, Nov 18, 2019 6:00 PM
Hertz Corporation
Hollywood Intl Airport (FLL)
600 Terminal Drive, Fort Lauderdale, FL 33315

**Driver:** Courtney Zagharimask

**Hertz Corporation confirmation number:** J2050677485

**Car type:** Mid-Size SUV: Mid-Size SUV *or similar*
*make/model not guaranteed*
- ✓ Unlimited Mileage
- ⚠ Automatic Transmission
- ❄ Air Conditioner

## Important Information

- If the reservation is cancelled prior to the pick-up time, a cancellation fee may be applied, not exceeding the amount you pre-pay. If the reservation is not cancelled prior to the pick-up time and the vehicle is not picked up on the rental date, the entire pre-paid amount may be forfeited. There will be no refunds or credits for unused days. Please check the rental policy or call Hertz Corporation at 1-800-654-3011 for more information.

- We recommend that you have the reservation information available to present at the rental car counter to simplify the pick-up process.

- When picking up the vehicle, the driver will need to produce their driver's license and the credit card used for booking. Once proof of this card has been provided, Hertz Corporation can accept

## Summary of Charges / Receipt
Total price: $72.36

| | |
|---|---|
| Purchase Date | Nov 4, 2019 |
| Daily Rate: | $51.60 |
| Number of days: | 1 |
| Taxes & Fees | $20.76 |
| **Total charged:** | **$72.36** |

This page is your official receipt.

## Add Collision Damage Coverage

**For $11.00 per day\*,** add Collision Damage Coverage - help protect your trip.

- ✓ Up to $50,000 for repair costs
- ✓ Primary Coverage, with $0 Deductible
- ✓ 100% Cancellable
- ✓ 24/7 Worldwide Assistance Services

**More details**

Offer expires 11/17/2019 at 5:30 PM EST

**🛡 Add Protection**

\*For NY customers, the fee is $9 per day with $40,000 in coverage.

## Trip Add-ons

Add a Hotel

**Carolyn Homer**

| | |
|---|---|
| **From:** | Carolyn Homer <cmhomer@gmail.com> |
| **Sent:** | Monday, November 18, 2019 6:24 AM |
| **To:** | Carolyn Homer |
| **Subject:** | Fwd: Your Monday morning trip with Uber |

---------- Forwarded message ---------
From: **Uber Receipts** <uber.us@uber.com>
Date: Mon, Nov 18, 2019 at 6:16 AM
Subject: Your Monday morning trip with Uber
To: <cmhomer@gmail.com>

Uber

Total: $19.31
Mon, Nov 18, 2019

# Thanks for riding, Carolyn

We hope you enjoyed your ride
this morning.



## Total                          $19.31

Trip Fare                                      $12.51

1

| | |
|---|---|
| Subtotal | $12.51 |
| Tolls, Surcharges, and Fees  | $6.80 |

| | | |
|---|---|---|
| **VISA** •••• 9327   Switch | | $19.31 |

A temporary hold of $19.31 was placed on your payment method •••• 9327 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

Receipt ID # 84fcc422-ff4e-4cc9-af00-87177dda0ccf

## You rode with Miguel





Has passed a multi-step safety screen

4.96 ★ Rating

Miguel is known for: Excellent Service

## How was your ride?

Rate Or Tip→

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

`UberX`  7.82 mi | 16 min

■ 05:59am

5592 Governors Pond Cir,
Alexandria, VA

▼ 06:16am

1 Aviation Cir, Arlington, VA



**Carolyn Homer**

---

**From:**          Carolyn Homer <cmhomer@gmail.com>
**Sent:**          Tuesday, November 19, 2019 4:58 PM
**To:**            Carolyn Homer
**Subject:**       Fwd: Your ride with Kevin on November 18

---------- Forwarded message ---------
From: **Lyft Ride Receipt** <no-reply@lyftmail.com>
Date: Tue, Nov 19, 2019 at 4:53 PM
Subject: Your ride with Kevin on November 18
To: <cmhomer@gmail.com>



**NOVEMBER 18, 2019 AT 11:02 PM**

# Thanks for riding with Kevin!



100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (8.11mi, 17m 56s) | $21.37 |
| Tip | $3.21 |

*VISA* Visa *8526                           **$24.58**



● **Pickup**  11:02 PM
Aviation Cir, Arlington, VA

● **Drop-off**  11:20 PM
5585 Governors Pond Cir, Rose Hill, VA



2

# Round Up & Donate

By rounding up their payments, our riders have donated over $15 million to causes they believe in.

**SUPPORT YOUR CAUSE**



## Ride for work? Get Rewarded

Create a business profile to earn $5 in personal credit for every 5 work rides you take.

**GET REWARDS**

**TIP DRIVER**

**FIND LOST ITEM**

**REQUEST REVIEW**

Review price in the Lyft app help tab

To share comments or complaints about a ride that violated the law in the District of Columbia, you may contact the DFHV at (202) 645-7300 or https://dfhv.dc.gov/service/complaints.

Help Center

Receipt #1339306758802856714

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© Mapbox © OpenStreetMap Improve this map

© 2019 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver

 **Gmail**

Carolyn Homer <cmhomer@gmail.com>

---

## Carolyn Homer's 11/18 Ft. Lauderdale trip (NHIIWQ): Your reservation is confirmed.

**Southwest Airlines** <southwestairlines@ifly.southwest.com>
Reply-To: Southwest Airlines <no-reply@ifly.southwest.com>
To: cmhomer@gmail.com

Sat, Nov 16, 2019 at 11:37 AM

Here's your itinerary and other important travel information.

View our mobile site | View in browser

 **Southwest**

Manage Flight | Flight Status | My Account



### Hi Carolyn,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**NOVEMBER 18 - NOVEMBER 18**

# DCA ✈ FLL

Wash. D.C. (Reagan) to Ft. Lauderdale

---

Confirmation # **NHIIWQ**

Confirmation date: 11/16/2019

| PASSENGER | **Carolyn Homer** |
|---|---|
| RAPID REWARDS # | 20040115745 |
| TICKET # | 5262142110227 |
| EXPIRATION[1] | November 15, 2020 |
| EST. POINTS EARNED | 1,494 |

Rapid Rewards® points are only estimations.

## Your itinerary

| **Flight 1:** Monday, 11/18/2019 | Est. Travel Time: **2h 50m** | Wanna Get Away® |

| FLIGHT # 0751 | **DEPARTS** DCA 06:55AM Wash. D.C. (Reagan) |  | **ARRIVES** FLL 09:45AM Ft. Lauderdale |

| **Flight 2:** Monday, 11/18/2019 | Est. Travel Time: **2h 25m** | Wanna Get Away® |

| FLIGHT # 1438 | **DEPARTS** FLL 08:30PM Ft. Lauderdale | | **ARRIVES** DCA 10:55PM Wash. D.C. (Reagan) |

# Payment information

| Total cost | | |
|---|---|---|
| **Air - NHIIWQ** | | |
| Base Fare | $ | 248.70 |
| U.S. Transportation Tax | $ | 18.66 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 8.40 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | **$** | **295.96** |

| Payment |
|---|
| **Visa ending in 8393** |
| Date: November 16, 2019 |
| **Payment Amount: $295.96** |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262142110227

# Prepare for takeoff

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.

 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our <u>No Show Policy</u>.

See more travel tips

 **Save up to 35%** on base rates and earn up to 2,400 Rapid Rewards® points. Terms apply.

 Book car >

 **Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in Ft. Lauderdale.

 **Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

| Book hotel > | Prepare now > |
|---|---|

5262142110227: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN WAS WN FLL124.35WN
WAS124.35USD248.70END ZP DCA4.20FLL4.20 XF DCA4.5FLL4.5

CLN0WNR
CLN0WNR

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?
## Contact us
Customer service | FAQs

### Connect with us
   

Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through March 31, 2020 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com®** on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 10,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. dollars and include all applicable taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2019 Southwest Airlines Co. All Rights Reserved.

**Carolyn Homer**

| | |
|---|---|
| **From:** | Carolyn Homer <cmhomer@gmail.com> |
| **Sent:** | Tuesday, November 19, 2019 4:52 PM |
| **To:** | Carolyn Homer |
| **Subject:** | Fwd: Your ride with Abelard on November 18 |

---------- Forwarded message ---------
From: **Lyft Ride Receipt** <no-reply@lyftmail.com>
Date: Mon, Nov 18, 2019 at 10:54 PM
Subject: Your ride with Abelard on November 18
To: <cmhomer@gmail.com>



**NOVEMBER 18, 2019 AT 9:54 AM**

# Thanks for riding with Abelard!



100% of tips go to drivers. _Add a tip_

| | |
|---|---|
| Lyft fare (4.90mi, 16m 6s) | $15.76 |
| Tip | $2.00 |

| | |
|---|---|
| VISA Visa *8526 | **$17.76** |



- **Pickup  9:54 AM**
  221 Terminal Dr, , FL

- **Drop-off  10:10 AM**
  286 SE 3rd Ave, Fort Lauderdale, FL



# Round Up & Donate

By rounding up their payments, our riders have donated over $15 million to causes they believe in.

**SUPPORT YOUR CAUSE**



## Ride for work? Get Rewarded

Create a business profile to earn $5 in personal credit for every 5 work rides you take.

**GET REWARDS**

**TIP DRIVER**

**FIND LOST ITEM**

**REQUEST REVIEW**

Review price in the Lyft app help tab

Help Center

Receipt #1339103594166603754

3

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© Mapbox © OpenStreetMap Improve this map

© 2019 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver



MENU





**November 18, 2019**

Southwest Airlines Inflight WiFi                                           - $8.00

Payment

---

**Paid with**

J.P. MORGAN CHASE BANK, N.A. x-0965

Your backup is VISA x-8526

**Ship to**

Carolyn Homer

5593 Governors Pond Cir

Alexandria, VA 22310-2349

United States

**Category**

Entertainment

**Transaction ID**

81136646A9194663K

**Seller info**

Southwest Airlines Inflight WiFi

800-435-9792

www.southwest.com

**Purchase details**

WIFI                                                          $8.00

Item #WIFI

---

**Total**                                                    $8.00

**Need help?**

If there's a problem, make sure to contact the seller

through PayPal by **May 16, 2020**.

HELP    CONTACT US    SECURITY    FEES

©1999-2019 PayPal, Inc. All rights reserved.

Privacy    Legal    Policy updates



**Case Team Solutions LLC**
1100 H Street NW, Suite M100
Washington, DC  20005 US
billing@caseteamsolutions.com

**BILL TO**
Justin Sadowsky
CAIR Legal Defense Fund
453 New Jersey Avenue, SE
Washington, D.C., 20003

# INVOICE 000673

**DATE** 09/16/2020   **TERMS** Net 30

**DUE DATE** 10/16/2020

**CLIENT MATTER NUMBER**
FED. R. APP. P 32

**ORDERED DATE**
09/10/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bind:  GBC Bind | 7 | 2.50 | 17.50T |
| Print:  B&W with Assembly | 434 | 0.12 | 52.08T |
| Print:  Cardstock | 7 | 0.25 | 1.75T |
| Delivery - FedEx | 1 | 75.00 | 75.00T |

Please remit payment to the above address.

| | |
|---|---|
| SUBTOTAL | 146.33 |
| TAX | 8.78 |
| TOTAL | 155.11 |
| **TOTAL DUE** | **$155.11** |

Client has 30 days from receipt of Case Team Solutions completed work to inspect for quality.  If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Case Team Solutions Tax ID:  83-1444546

**FW: Pay.gov Payment Confirmation: U.S. COURT OF APPEALS, ELEVENTH CIRCUIT**

Justin Sadowsky <jSadowsky@cair.com>
Thu 3/11/2021 5:09 PM
**To:** Zainub Tayeb <zTayeb@cair.com>


-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Thursday, December 12, 2019 9:48 AM
To: Justin Sadowsky <jSadowsky@cair.com>
Subject: Pay.gov Payment Confirmation: U.S. COURT OF APPEALS, ELEVENTH CIRCUIT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Nathaniel Sims at 404-335-6201.

  Account Number: 5936821
  Court: U.S. COURT OF APPEALS, ELEVENTH CIRCUIT
  Amount: $221.00
  Tracking Id: A11-89248-714
  Approval Code: 127472
  Card Number: ************1038
  Date/Time: 12/12/2019 09:47:36 ET

  Attorney Completing Transaction:: Justin Mark Sadowsky
  Attorney Name:: 2027426440
  Attorney Phone:: 2027426440

NOTE: This is an automated message. Please do not reply

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

INVOICE NO:   00001010

**MAKE CHECKS PAYABLE TO:**

Gadeir Abbas
Council  American Islamic Relations
453 New Jersey Ave SE
Washington, DC 20003

Phone:   (202) 742-4727

ldf@cair.com

Trial Reporters, Inc.
299 E. Broward Blvd, Suite 205D
Judge Ruiz Chambers
Miami, FL 33020
Fort Lauderdale, FL 33301

Phone:   (954) 769-5568

Tax ID:   20-5799496
trialreporters@hush.com

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 12-03-2019 | DATE DELIVERED: 12-10-2019 |

**Case Style:**  19CV81179, Illoominate Media v CAIR
GG19153i, motions hearing, 11-18-2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 60 | 4.68 | 280.80 | | | | | | | 280.80 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 280.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Check No: 1001**   **Deposit Date: 12-10-2019** | LESS AMOUNT OF DEPOSIT: | 330.00 |
| **Check No: 1215**   **Refund Date: 12-10-2019** | TOTAL REFUND: | 49.20 |
| | TOTAL DUE: | $0.00 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 12-10-2019 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*