# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **CAIR FLORIDA, INC.**, *et al*, ) <br> ) <br> Defendants. ) | Case No. 9:19-cv-81179-RAR |

## DECLARATION OF GADEIR ABBAS

I, Gadeir Abbas, swear under the penalty of perjury that the following facts are true to the best of my knowledge, information, and belief:

1. I have personal knowledge of the facts set forth below. If I were called as a witness, I could competently testify about what I have written in this declaration.

2. I am currently a member of good standing of the Virginia bar.

3. I graduated from the Case Western Reserve University School of Law in 2010. I have practiced law full-time since November 2010.

4. From Fall 2010 until Summer 2014, I was a staff attorney for CAIR Foundation. From Summer 2014 until Winter 2017, I practiced law as a solo. I returned to CAIR Foundation in Winter 2017, and, since then, have done litigation work on behalf of CAIR Legal Defense Fund.

5. I thus had about 8.5 years of legal experience when I started this case. At this point, I have almost 10 years of legal experience.

1

6. CAIR Foundation retained CAIR Legal Defense Fund to represent them in this case. -

7. I am an attorney of record for CAIR Foundation, Inc. in this case.

8. During the course of CAIR Legal Defense Fund's representation of CAIR National on this matter, I have recorded the time spent performing legal services on behalf of CAIR National. I entered in a description of the legal services together with the precise time, to .1 of an hour, spent performing such legal services on a daily basis. The recording of my time is attached as Exhibit 2 to this declaration.

9. The total amount of hours I reasonably and necessarily expended in this action since October 2, 2019 is **26.5 hours**. This includes **14.4 hours** at the trial court prior to appeal and 12.1 hours working on the appeal before the 11th Circuit.

10. A fee for my work of $452 is reasonable.

11. The time I spent were reasonable and were necessarily expended in the preparation and prosecution of this case.

12. The current U.S. Attorneys Office *Laffey* matrix for the District of Columbia for my experience level uses a $510 hour rate in 2019-2020 and a $532 hour rate in 2020-21. *See* https://www.justice.gov/usao-dc/page/file/1305941/download.

13. I certify that a rate of $532 per hour for my work on this matter is reasonable.

14. I swear under the penalty of perjury that the foregoing is true and correct.

I swear under the penalty of perjury that the foregoing is true and correct.

_*Gadeir Abbas*_
Gadeir Abbas

___4/12/2021___

Date

:

| Date | Hours | Description | 26.5 |
|---|---|---|---|
| 10/4/2019 | 0.5 | communications and coordinating with existing local counsel and substituting counsel re the substitution of counsel | |
| 10/8/2019 | 1.5 | review/edit response to motion for various relief | |
| 10/20/2019 | 0.2 | Review Court's 10/20 omnibus order | |
| 10/22/2019 | 2.1 | review court's 10/22 decision, internal discussions re decision, brief client | |
| 11/1/2019 | 1.5 | review/research P's response to MTD | |
| 11/4/2019 | 1.2 | research re jurisdictional issues/review MTD reply draft | |
| 11/5/2019 | 1.9 | internal meetings to discuss jurisdictional issues regarding MTD | |
| 11/12/2019 | 0.7 | meeting in preparation of MTD hearing | |
| 11/15/2019 | 1.1 | prepared for and participated in moot of MTD hearing | |
| 11/17/2019 | 1.5 | MTD hearing preparation | |
| 11/18/2019 | 0.7 | MTD hearing debrief, team meetings re hearing, prepping to brief client | |
| 11/19/2019 | 1 | review court's 11/19 decision, internal discussions re decision, brief client | |
| 12/12/2019 | 0.5 | review/edit motion to defer fees briefing and bill of costs | |
| 12/17/2019 | 0.2 | review/edit certificate of interested parties | |
| 12/27/2019 | 1.1 | reviewed/researched Court's juridictional question | |
| 1/6/2020 | 0.5 | legal team call re Court's jurisdictional question | |
| 1/6/2020 | 1.2 | review/edit response to Court's jurisdictional question | |
| 1/7/2020 | 0.5 | review/edit opposition to stay/extend motion | |
| 1/9/2020 | 0.9 | review Appellant's response to Court's jurisdictional question | |
| 2/28/2020 | 0.7 | meeting re mediation; review draft mediation statement | |
| 7/20/2020 | 2.2 | review Appellant's brief, research issues therein, reviewed our 11a brief draft outline | |
| 8/20/2020 | 2.2 | reviewed 11A brief draft | |
| 9/9/2020 | 1.5 | reviewed/edited 11a brief draft | |
| 12/29/2020 | 1.1 | reviewed 11a opinion, internal calls re decision, brief the client | |