# EXHIBIT D

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PALM BEACH COUNTY DIVISION

ILLOOMINATE MEDIA, INC., *et al,*     )
                                  )    **Case No. 9:19-cv-81179-RAR**
                                  )
       Plaintiffs,            )
                                  )
v.                              )
                                  )
CAIR FLORIDA, INC., *et al,*       )
                                  )
       Defendants.         )

## DECLARATION OF JUSTIN SADOWSKY

I, Justin Sadowsky, swear under the penalty of perjury that the following facts are true to the best of my knowledge, information, and belief:

1.    I have personal knowledge of the facts set forth below. If I were called as a witness, I could competently testify about what I have written in this declaration.

2.    I am currently a member of good standing of the District of Columbia and Virginia bar.

3.    I graduated from Columbia Law School in 2005 and clerked for a federal appeals court judge until the fall of 2006. I worked in legal jobs during the summers of 2003, 2004, and 2005. From Fall 2006 – Spring 2014, with the exception of a nine-month period in 2009-10 where I did volunteer legal research, I worked for law firms in the District of Columbia.

4.    From Spring 2014 until Winter 2019, I worked full time as of counsel to law firms throughout the country.

1

5.      Since Winter 2019, I have worked full time as a trial attorney with the Council on American-Islamic Relations Foundation, Inc. ("CAIR Foundation").  My trial litigation work is on behalf of CAIR Legal Defense Fund. I continue to provide limited Of Counsel services to other law firms during my spare time.

6.      CAIR Foundation retained CAIR Legal Defense Fund to represent them in this case.

7.      I am an attorney of record for CAIR Foundation, Inc. in this case.

8.      During the course of CAIR Legal Defense Fund's representation of CAIR National on this matter, I have recorded the time spent performing legal services on behalf of CAIR National. I entered in a description of the legal services together with the precise time, to .1 of an hour, spent performing such legal services on a daily basis. The recording of my time is attached to this declaration.

9.      The total amount of hours I reasonably and necessarily expended in this action since October 2, 2019 is 166.8 hours. This includes 53.8 hours at the trial court prior to appeal, 90 hours working on the appeal before the 11th Circuit, and 23.0 hours working on post-appeal fees.

10.      A fee for my work of $591 per hour is reasonable.

11.      The time I spent were reasonable and were necessarily expended in the preparation and prosecution of this case.

12.      The current U.S. Attorneys Office *Laffey* matrix for the District of Columbia for my experience level uses a $591 rate.  *See* https://www.justice.gov/usao-dc/page/file/1305941/download.

13.      I certify that a rate of $591 per hour for my work on this matter is reasonable.

2

14.  I swear under the penalty of perjury that the foregoing is true and correct.


April 9, 2021

Justin Sadowsky

:

| Date | Hours | Description | 166.8 |
|------|-------|-------------|-------|
| 6-Oct | 7.6 | Analyzed factual and legal background for responding to Omnibus Motion (5.8); develop outline for response (1.8) | |
| 7-Oct | 7.5 | Drafted first draft of Omnibus Motion response (7.5) | |
| 8-Oct | 2.3 | Edited omnibus Motion Respnse | |
| 9-Oct | 2.5 | Edited Omnibus Motion Response and coordinated filing with opposing counsel | |
| 20-Oct | 0.3 | Reviewed and analyzed Court Decision on Omnibus (0.3) | |
| 22-Oct | 2.4 | Reviewed and analyzed Court Decision on Motion to Remand (1.8); briefed client (0.6) | |
| 23-Oct | 1.7 | Prepared and filed pro hac vice motions for Abbas, Sadowsky, and Masri | |
| 31-Oct | 5.5 | Reviewed and Researched Motion to Dismiss Opposition in preparation for Reply | |
| 1-Nov | 1 | Outlined Reply Brief | |
| 4-Nov | 6.1 | Discussed with client decision to waive personal jurisdiction (.6); drafted first draft MTD Reply (5.5) | |
| 5-Nov | 1.2 | Edited reply brief | |
| 6-Nov | 0.8 | Edited and filed reply brief | |
| 13-Nov | 3.2 | Performed additional research on state law tort claims for hearing prep (1.5); performed additional Section 230 research for tourt claims for hearing prep (1.7) | |
| 14-Nov | 4.1 | Assisted C. Homer with hearing prep (.7) | |
| 15-Nov | 1.9 | Prepared  for moot hearing (1.0); participated in moot hearing (0.9) | |
| 18-Nov | 0.5 | Discussed result with C. Homer and G. Abbas | |
| 19-Nov | 1.2 | Read and analyzed opinion | |
| 11-Dec | 2.6 | Put together bill of costs (1.6) and fee defer motion (0.7) and sent confer letter to other attorneys (.3) | |
| 12-Dec | 0.7 | Obtained admission to CA11 | |
| 13-Dec | 0.3 | Filed fee defer motion | |
| 16-Dec | 0.4 | Filed bill of costs | |
| 17-Dec | 0.6 | Drafted CIP for CA11 | |
| 30-Dec | 0.5 | Reviewed and discussed with co-counsel Court's Jurisdictional Question | |
| 31-Dec | 2.9 | Drafted first draft of joint response to Jurisdictional Question (2.4); drafted first draft of Sadowsky affidavit (.5) | |
| 2-Jan | 2.8 | Drafted second draft of joint response to Jurisdictional Question | |
| 3-Jan | 0.6 | Revised Jurisdictional Question | |
| 28-Feb | 1.9 | Drafted and revised mediation statement | |
| 4-Mar | 2.4 | Prepared for and participated in mediation | |
| 17-Jul | 3.8 | Reviewed and analyzed brief of appellants | |
| 27-Jul | 7.8 | Prepared initial outline of brief of appellants | |
| 28-Jul | 8.4 | Began first draft (fraudulent joinder) | |
| 29-Jul | 8.6 | Continued first draft (merits) | |

| Date | Hours | Description |
|---|---|---|
| 30-Jul | 4.5 | Continued first draft (additional issues including jurisdiction/leave to amend) |
| 31-Jul | 8 | Finalized first (rough) draft (facts and summary of argument/introduction) |
| 3-Aug | 7.2 | Edited first draft |
| 4-Aug | 6.1 | Edited first draft |
| 5-Aug | 8.8 | Edited second draft |
| 20-Aug | 6.5 | Edited third draft in consultation with G. Abbas |
| 1-Sep | 2.5 | Edited draft based on cocounsel review |
| 2-Sep | 2 | Edited draft based on team review |
| 10-Sep | 2.7 | Final edits based on cocounsel review and conformed brief to local rules for filing |
| 29-Dec | 1.4 | Reviewed decision (1.0); discussed with team regarding next steps (.2); discussed with co-counsel (.2) |
| 1/14/2021 | 0.3 | Sought and was denied consent from R. Coleman on Motion to Transfer |
| 1/20/2021 | 0.6 | Drafted and filed motion to transfer |
| 2/8/2021 | 0.5 | Drafted and filed reply in support of motion to transfer |
| 2/10/2021 | 0.7 | Negotiated and reviewed sufficiency of potential expert for fees motion |
| 15-Feb | 7.2 | First draft of fee motion |
| 23-Feb | 2.4 | Edited fee motion (2.1); communicated with expert regarding fee motion (.3) |
| 1-Mar | 6.1 | Edited fee motion |
| 2-Mar | 0.4 | Coordinated with team to provide file to expert |
| 5-Mar | 0.7 | Worked with DZ Mask to put together her fee affidavit |
| 9-Mar | 1.9 | Assisted R. Abedin with his expert fee affidavit (.7); revised G. Abbas and L. Masri fee affidavits and hours (.4); coordinated fee motion (.4); prep with co-counsel and expert (.4) |
| 11-Mar | 2.2 | Compiled and edited fee motion and affidavits for final expert review in preparation for sending to OC. |