# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al*, | ) |
| | ) Case No. 9:19-cv-81179-RAR |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **CAIR FLORIDA, INC.**, *et al*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF CAROLYN HOMER

I, Carolyn Homer, swear under the penalty of perjury that the following facts are true to the best of my knowledge, information, and belief:

1. I have personal knowledge of the facts set forth below. If I were called as a witness, I could competently testify about what I have written in this declaration.

2. I am currently a member in good standing with the District of Columbia and California bars.

3. I graduated from the George Washington University Law School in 2012. From September 2012 to January 2018 I was a full-time intellectual property litigation associate at Quinn Emanuel Urquhart & Sullivan LLP.

4. From February 2018 to December 2019, I worked full time as a trial attorney with the Council on American-Islamic Relations Foundation, Inc. My litigation work was on behalf of the CAIR Legal Defense Fund ("CAIR").

1

5. In December 2019, I left CAIR to work as a senior associate in the Connectivity, Information, and Privacy practice group at the law firm of Latham & Watkins LLP. I began that job in January 2020 and still work at Latham & Watkins.

6. I have been an attorney of record for CAIR Foundation, Inc. in this case.

7. During the course of CAIR Legal Defense Fund's representation of CAIR National on this matter, I have recorded the time spent performing legal services on behalf of CAIR National. I entered in a description of the legal services together with the precise time, to .1 of an hour, spent performing such legal services on a daily basis. I am only seeking fees for major projects and not minor administrative or coordination tasks that took less than one half of an hour on any given day, such as filing my pro hac vice application. I also am not seeking fees for my time in preparing this affidavit. The recording of my remaining time since October 2, 2019, is listed below:

| DATE | TIME | TASK |
| --- | --- | --- |
| 11/12/2019 | 2.4 hours | Prepare initial outline of motion to dismiss argument (2.1); communicate with Twitter's counsel regarding any California case developments (0.3) |
| 11/15/2019 | 1.7 hours | Prepare for and conduct moot of motion to dismiss arguments with G. Abbas and J. Sadowsky |
| 11/17/2019 | 5.9 hours | Prepare for motion to dismiss arguments |
| 11/18/2019 | 17.4 hours | Travel from Washington D.C. to Fort Lauderdale, and back again, for motion to dismiss argument. (9.3 hours)<br><br>Preparation for motion to dismiss argument once in Fort Lauderdale (I also reviewed materials on the plane, billed separately above) (6.2)<br><br>Attend Court to argue motion to dismiss (1.9 hours) |

8. The total amount of hours I expended in this action since October 2, 2019, is 28.6 hours. The time I spent was reasonable and necessarily expended in the preparation and defense of this case.

10. When I left Quinn Emanuel Urquhart & Sullivan in January 2018 as a sixth-year associate, my standard intellectual property litigation billing rate was $835 an hour. Notably, at the time I left Quinn Emanuel, I had a defense-side *pro bono* defamation case pending in D.C. Superior Court. My former colleagues later substantially prevailed on an anti-SLAPP motion to dismiss, and the Court awarded the firm my fees at a rate of $387.20 per hour, based on a 10% upward adjustment of the D.C. *Laffey* matrix. *See Audu v. Igwe-Odunze*, Civil Case No. 2017 CA 006915 B (Sept. 10, 2018 Order).

11. The current U.S. Attorneys Office *Laffey* matrix for the District of Columbia uses a $388 hourly rate for an attorney with the experience level I had at the time I worked on this case. *See* https://www.justice.gov/usao-dc/page/file/1305941/download.

12. I certify that a $388 hourly rate is reasonable.

I swear under the penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2021 in Alexandra, Virginia.

*Carolyn Homer*

3

| Date | Hours | Description |
|---|---|---|
| 22-Aug | 1.5 | Prepare case for removal to federal court (0.9); effectuate mail service on defendants (.9) |
| 27-Aug | 2 | Prepare and file motion for extension / setting of briefing deadlines regarding motion to dismiss. |
| 29-Aug | 8.5 | Draft portions of, revise, and file Motion to Dismiss. |
| 12-Nov | 2.5 | Prepare initial binder and outline for Motion to Dismiss materials, communicate with Twitter's counsel re case updates. |
| 13-Nov | 2.2 | Prepare for and participate in moot oral argument hearing |
| 15-Nov | 0.5 | Prepare and file PHV application |
| 17-Nov | 6 | Prepare for oral argument |
| 18-Nov | 17.4 | Travel to FLL for argument (5.7); prepare for and perform oral argument (4.6); return to DC (7.1) |

| | | |
|---|---|---|
| Total | 40.6 | |
| | 28.6 | after October 2. |