# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, *et al*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**CAIR FLORIDA, INC.**, *et al*, )<br>)<br>Defendants. ) | **Case No. 9:19-cv-81179-RAR** |

## DECLARATION OF C. DANETTE ZAGHARI-MASK

I, C. Danette Zaghari-Mask, swear under the penalty of perjury that the following facts are true to the best of my knowledge, information, and belief:

I, C. Danette Zaghari-Mask, swear under the penalty of perjury that the following facts are true to the best of my knowledge, information, and belief:

1. I have personal knowledge of the facts set forth below. If I were called as a witness, I could competently testify about what I have written in this declaration.

2. I am currently a member in good standing with the Florida State Bar.

3. I graduated from the University of Florida Law School in 2004.

4. From January 2018 to January 2021, I worked full time as an attorney with the Council on American-Islamic Relations Foundation, Inc. My work was on behalf of the CAIR Legal Defense Fund ("CAIR").

5. In January 2021, I left CAIR to work as a Director of Legal Compliance and Senior Counsel at the Center for Popular Democracy. I began that job in January 2021 and still work there.

1

6. I have been an attorney of record for CAIR Foundation, Inc. in this case.

7. During the course of CAIR Legal Defense Fund's representation of CAIR National on this matter, I have recorded the time spent performing legal services on behalf of CAIR National. I entered in a description of the legal services together with the precise time, to .1 of an hour, spent performing such legal services on a daily basis. I also am not seeking fees for my time in preparing this Declaration. The recording of my time is attached as an Exhibit to this Declaration.

8. The total amount of hours I expended in this action since October 2, 2019, is 13.6 hours. The time I spent was reasonable and necessarily expended in the preparation and defense of this case.

9. The current U.S. Attorneys Office *Laffey* matrix for the District of Columbia uses a $591 hourly rate for an attorney with the experience level I had at the time I worked on this case. *See* https://www.justice.gov/usao-dc/page/file/1305941/download.

10. I certify that a $591 hourly rate for my work is reasonable.

I swear under the penalty of perjury that the foregoing is true and correct.

April 12, 2021

*Danette Zaghari-Mask*
Danette Zaghari-Mask

| Date | Hours | Description |
|---|---|---|
| 9-Oct | 0.8 | Reviewed opposition brief |
| 6-Nov | 0.5 | Reviewed motion to dismiss brief |
| 14-Nov | 2 | Reviewed motion to dismiss binder in preparation for hearing |
| 17-Nov | 4 | Travelled to Miami for hearing |
| 18-Nov | 6.3 | Attend hearing on MTD (2.8); travel back to Washington, DC (3.5) |
| Total | 13.6 | |