# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ILLOOMINATE MEDIA, INC., *et al.*    )
    )    **Case No.** 19-cv-81179-RAR
    )
    Plaintiffs,    )
    )
v.    )
    )
**CAIR FOUNDATION, INC.,** *et al.*    )
    )
    )
    )
    Defendants.    )

## DECLARATION OF DARREN SPIELMAN FOR ATTORNEY'S FEES AND COSTS

I, Darren Spielman, Esq., make the following declaration based on personal knowledge:

1. I am an attorney at law, licensed to practice before the Courts of the State of Florida and the U.S. District Court, Southern and Middle Districts of Florida.

2. I am a partner with the law firm The Concept Law Group, P.A. and was a partner with the former law firm Kain Spielman, P.A., who merged with The Concept Law Group. (Collectively herein "CLG" )

3. I have been practicing law for 15 years with a focus on intellectual property, first amendment and computer law related topics, including civil litigation in all these areas.

4. I have been a long standing member the Intellectual Property Committee (and current officer on this committee), the Computer Law Committee and the Electronic Discovery and Digital Evidence Committee (including past  chair of this committee)

1

of the Business Law Section of the Florida Bar. I am a current officer of the Board for the Broward Chapter of the Federal Bar Association.

5.   I personally performed legal services on behalf of the Defendant CAIR Florida, Inc. in this action pursuant to an Engagement Agreement which included a reduced hour rate charge for our services.

6.   The invoices attached hereto (partially redacted) accurately list my billed time charges ("DS" or "D. Spielman") for this matter and costs for this matter.

7.   CLG has performed legal services in this action which include, but are not limited to the following: (i) Review of documents from client; (ii) Communications and strategy with client and with Co-defense Counsel; (iii) Legal Research; (iv) Drafting appellate brief;  (v) Review of pleadings.

8.   I spent a total of 19.65 hours covering $6,463.75 in this action in connection with the CAIR Florida, Inc. Defendant, at a reduced hourly rate of $300.00 per hour through Kain Spielman, P.A. during the district court proceedings and $325.00/hr through Kain Spielman, P.A. for the appeal, and $300 per hour through CLG for all matters including those seeking these attorney's fees (See Composite Exhibit A, attached).

9.   There are entries on the CLG timesheets that incorrectly list the full regular rate of $425 per hour, but were adjusted and credited as shown in the attachments as well.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on this March 11, 2021.

*/s/Darren Spielman*

Darren Spielman

Florida Bar No.  010868

2

Kain Spielman, P.A.
900 Southeast Third Avenue
Suite 205
Ft. Lauderdale, FL 33316

Tel:  954-768-9002
Fax:  954-768-0158

Invoice submitted to:

CAIR Florida Inc.
9000 NW 44th Street
Suite 200
Sunrise, FL 33351
Attn:  Hassan Shibly

March 08, 2021
In Reference To: Our Ref:  5347-0002
Litigation
Illominate Media, Inc. and Laura Loomer v. CAIR Florida, Inc. et al.
Broward County Circuit Court
Case No. 50-2019-CA-5121-xx-MB

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 5/30/2019 -  RCK | 1.00<br>475.00/hr | NO CHARGE |
| 6/3/2019 -  NV | 0.75<br>200.00/hr | 150.00 |
| - DS | 0.25<br>300.00/hr | 75.00 |
| 6/14/2019 -  NV | 3.50<br>200.00/hr | 700.00 |
| 6/17/2019 -  NV | 3.50<br>200.00/hr | 700.00 |
| - DS | 2.50<br>300.00/hr | 750.00 |
| 6/18/2019 -  DS | 4.00<br>300.00/hr | 1,200.00 |
| 6/19/2019 -  NV | 0.50<br>200.00/hr | 100.00 |

CAIR Florida Inc.

| | Hrs/Rate | Amount |
|---|---|---|
| 6/19/2019 - DS | 3.00 300.00/hr | 900.00 |
| 6/20/2019 - DS | 0.50 300.00/hr | 150.00 |
| 6/25/2019 - NV | 1.50 200.00/hr | 300.00 |
| 6/28/2019 - NV | 1.50 200.00/hr | 300.00 |
| 7/1/2019 - DS | 0.40 300.00/hr | 120.00 |
| 7/2/2019 - DS | 0.30 300.00/hr | 90.00 |
| 7/3/2019 - RCK | 0.50 300.00/hr | 150.00 |
| - DS | 0.60 300.00/hr | 180.00 |
| 7/5/2019 - DS | 0.60 300.00/hr | 180.00 |
| 7/8/2019 - NV | 0.25 200.00/hr | 50.00 |
| - DS | 0.20 300.00/hr | 60.00 |
| 7/15/2019 - DS | 0.30 300.00/hr | 90.00 |
| 7/24/2019 - DS | 0.20 300.00/hr | 60.00 |
| 8/2/2019 - DS | 0.25 300.00/hr | 75.00 |
| 8/5/2019 - DS | 0.75 300.00/hr | 225.00 |
| 8/19/2019 - DS | 1.60 300.00/hr | 480.00 |
| 8/21/2019 - DS | 0.80 300.00/hr | 240.00 |
| 8/22/2019 - DS | 0.30 300.00/hr | 90.00 |

CAIR Florida Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/26/2019 - | DS | | 0.25 300.00/hr | 75.00 |
| 8/27/2019 - | DS | | 0.50 300.00/hr | 150.00 |
| 8/29/2019 - | DS | | 2.80 300.00/hr | 840.00 |
| 9/4/2019 - | DS | | 0.80 300.00/hr | 240.00 |
| 9/6/2019 - | DS | | 1.10 300.00/hr | 330.00 |
| 9/13/2019 - | DS | | 0.20 300.00/hr | 60.00 |
| 9/19/2019 - | DS | | 0.70 300.00/hr | 210.00 |
| - | DS | | 0.50 300.00/hr | 150.00 |
| - | DS | | 0.50 300.00/hr | 150.00 |
| 9/25/2019 - | DS | | 0.70 300.00/hr | 210.00 |
| 9/26/2019 - | DS | | 0.40 300.00/hr | 120.00 |
| 10/1/2019 - | DS | | 1.00 300.00/hr | 300.00 |
| 10/2/2019 - | DS | telephone conference with counsel for CAIR National regarding offer of judgment and final draft | 0.50 300.00/hr | 150.00 |
| - | RCK | legal research Florida Offer of Judgment service F.S. 768.79 | 0.75 300.00/hr | 225.00 |
| 10/8/2019 - | DS | receipt and review and redline changes to draft of opposition brief to plaintiffs' motion for leave to late file opposition to motion to dismiss | 1.10 300.00/hr | 330.00 |
| 10/9/2019 - | DS | reciept and review of substitution of counsel for CAIR National | 0.20 300.00/hr | 60.00 |

CAIR Florida Inc.

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/22/2019 - DS | receipt and review of Order dismissing client from case with prejudice, reporting to client | 0.50<br>300.00/hr | 150.00 |
| | For professional services rendered | 42.05 | $11,165.00 |

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 5/29/2019 - RCK | Lexis - charge for legal research database | 1<br>151.47 | 151.47 |
| 7/9/2019 - NV | Lexis - charge for legal research database | 1<br>293.34 | 293.34 |
| 9/5/2019 - DS | Lexis - charge for legal research database | 1<br>107.62 | 107.62 |
| Total costs | | | $552.43 |

**We accept credit card payment**

Kain Spielman, P.A.
900 Southeast Third Avenue
Suite 205
Ft. Lauderdale, FL 33316

Tel: 954-768-9002
Fax: 954-768-0158

Invoice submitted to:

CAIR Florida, Inc.
9000 NW 44th Street
Suite 200
Sunrise, FL 33351
Attn: Hassan Shibly

March 08, 2021
In Reference To: Our Ref: 5347-0002-APP
   Litigation
   Case # 19-14741

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/2019 - DS | receipt and review of Notice of Appeal | 0.40 325.00/hr | 130.00 |
| 12/5/2019 - DS | receipt and review of Notice of Appearance for Teppler and filed Notice of Appearance for Spielman | 0.40 325.00/hr | 130.00 |
| 12/10/2019 - DS | receipt and review of communications with CAIR National on extension of time for costs/fees briefing with District Court | 0.50 325.00/hr | 162.50 |
| 12/16/2019 - DS | receipt and review of Certificate of Interested Parties and Civil Appeal Statement for Loomer and Certificate of Interested Parties for CAIR National and filed Certificate of Interested Parties for CAIR Florida | 1.20 325.00/hr | 390.00 |
| 12/23/2019 - DS | receipt and review of Notice of Mediation | 0.20 325.00/hr | 65.00 |
| 12/27/2019 - DS | receipt and review of Notice of Jurisdictional Question and Letter from Court regarding briefing schedule for Loomer | 0.50 325.00/hr | 162.50 |
| 1/3/2020 - DS | receipt and review of appearance of counsel form by Topelsohn as counsel for Loomer; email communications from Topelsohn regarding request for extension of time on appeal brief | 0.40 325.00/hr | 130.00 |
| 1/6/2020 - DS | draft and revise response to jurisdictional question by appellate court | 0.50 325.00/hr | 162.50 |
| 1/7/2020 - DS | receipt and review of motion to stay by Loomer; email communications with opposing counsel and co-counsel regarding extension of time request | 0.75 325.00/hr | 243.75 |
| 1/8/2020 - DS | review and redline draft response to motion for extension of time, including filing of same | 0.50 325.00/hr | 162.50 |

|              |    |                                                                                                   | Hrs/Rate          | Amount     |
|--------------|----|---------------------------------------------------------------------------------------------------|-------------------|------------|
| 1/9/2020 -   | DS | receipt and review of Order on motion for extension of time                                       | 0.30<br>325.00/hr | 97.50      |
| 1/10/2020 -  | DS | review of jurisdictional response briefs filed by all parties                                     | 0.50<br>325.00/hr | 162.50     |
| 3/3/2020 -   | DS | email communications  from mediator to reschedule; email<br>communications  with client about rescheduling mediation | 0.20<br>325.00/hr | 65.00      |
|              |    | For professional services rendered                                                                | 6.35              | $2,063.75  |

3/8/2021                                   The Concept Law Group, P.A.
2:08 PM                                     Slip Listing per Reference                          Page        1

---

## Selection Criteria

---

| Clie.Selection | Include: CAIR Florida 5347-0001 |
|---|---|

---

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Nickname 1: APP Lit Case # 19-14741 | | | | |
| 69271<br>4/17/2020<br>Billed | D. Spielman<br>Litigation<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.40 | 425.00 | 170.00 |
| Receipt and review of Order from Court regarding continuation of proceedings through the Court and reporting to client | | | | |
| 69547<br>5/5/2020<br>Billed | D. Spielman<br>Telephone call<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.70 | 425.00 | 297.50 |
| Telephone call for mediation with 11th circuit mediator; prepare for mediation and E-mail to O. Saleh about mediaiton | | | | |
| 70375<br>5/29/2020<br>Billed | D. Spielman<br>Receipt and review<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.20 | 425.00 | 85.00 |
| Receipt and review Order extending time for Loomer to file Appeal Brief and reporting same to client | | | | |
| 72054<br>7/13/2020<br>Billed | D. Spielman<br>Receipt and review<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.20 | 425.00 | 85.00 |
| Receipt and review of additional telephone approved order of extension of time for Loomer to file an Appeal Brief | | | | |
| 72433<br>7/24/2020<br>Billed | D. Spielman<br>Receipt and review<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 1.30 | 300.00 | 390.00 |
| Receipt and review of Loomers Initial Brief | | | | |
| 73827<br>8/24/2020<br>Billed | D. Spielman<br>Review/analyze<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 2.10 | 425.00 | 892.50 |
| Review/Analyze first draft of Joint Appellees brief including redline notes and email communications with Joint Defense Counsel | | | | |

3/8/2021                                        The Concept Law Group, P.A.
2:08 PM                                         Slip Listing per Reference                                   Page        2

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 73857<br>8/25/2020<br>Billed | TIME | D. Spielman<br>Review/analyze<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.40 | 425.00 | 170.00 |
| Review/Analyze first draft of Joint Appellees brief including redline notes and email communications with Joint Defense Counsel | | | | | |
| 74125<br>9/1/2020<br>Billed | TIME | D. Spielman<br>1 Telephone Conferenc<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.40 | 425.00 | 170.00 |
| Telephone conference with co-counsel J. Sadowsky regarding appellate brief | | | | | |
| 78337<br>12/29/2020<br>Billed | TIME | D. Spielman<br>Receipt and review<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.50 | 300.00 | 150.00 |
| Receipt and review of opinion Order | | | | | |
| 78389<br>12/30/2020<br>Billed | TIME | J. Lubczanska<br>Legal research<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.20 | 175.00 | 35.00 |
| Legal research regarding attorneys' fees and costs applications; Office conference and email to attorney D. Spielman regarding same | | | | | |
| 79163<br>1/19/2021<br>Billed | TIME | D. Spielman<br>Review/analyze<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.20 | 300.00 | 60.00 |
| Review draft of motion to transfer fee request from 11th to District Court | | | | | |
| 79228<br>1/20/2021<br>Billed | TIME | D. Spielman<br>Receipt and review<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.10 | 300.00 | 30.00 |
| Receipt and review of filed motion to transfer fees | | | | | |
| 79766<br>2/1/2021<br>WIP | TIME | D. Spielman<br>Receipt and review<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.20 | 300.00 | 60.00 |
| Receipt and review of opposition brief to motion to transfer appellate fees to district court | | | | | |

3/8/2021                                    The Concept Law Group, P.A.
2:08 PM                                     Slip Listing per Reference                          Page        3

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 79816<br>2/2/2021<br>WIP | TIME | D. Spielman<br>Receipt and review<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.20 | 300.00 | 60.00 |
| Receipt and review draft reply brief to motion to transfer fee hearing to district court from co-counsel | | | | | |
| 80056<br>2/10/2021<br>WIP | TIME | D. Spielman<br>Receipt and review<br>CAIR Florida 5347-0001<br>APP Lit Case # 19-147 | 0.20 | 300.00 | 60.00 |
| Receipt and review of Order transferring fee motion to district Court; Telephone call from co-counsel regarding fee expert | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total: APP Lit Case # 19-14741 | | Billable | 7.30 | | 2715.00 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 7.30 | | 2715.00 |
| Grand Total | | Billable | 7.30 | | 2715.00 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 7.30 | | 2715.00 |

The Concept Law Group, P.A.
An Intellectual Property Law Firm

6400 North Andrews Avenue
Suite 500
Fort Lauderdale, FL 33309

| Invoice submitted to: |
| --- |
| CAIR Florida Inc.<br>9000 NW 44th Street<br>Suite 200<br>Sunrise, FL 33351<br>Attn: Hassan Shibly |

| Invoice Date | Invoice Number | Last Bill Date |
| --- | --- | --- |
| February 1, 2021 | 25047 | 1/4/2021 |

In Reference To:   Our Ref: 5347-0001 Litigation David L. Rosenthal v. CAIR et al.

PROFESSIONAL FEES:

|  |  | Rate | Hours | Amount |
| --- | --- | --- | --- | --- |
| APP Lit Case # 19-14741 |  |  |  |  |
| 1/19/2021 DS | Review draft of motion to transfer fee request from 11th to District Court | 300/hr | 0.20 | 60.00 |
| 1/20/2021 DS | Receipt and review of filed motion to transfer fees | 300/hr | 0.10 | 30.00 |

Accounts receivable transactions

| 2/1/2021 Credit per DJS for billing discrepancies | ($550.00) |
| --- | --- |
| Total payments and adjustments | ($550.00) |

**Balance due**                                          **$577.30**

**Balance is due upon receipt of this invoice. Thank you!**

Please note: for credit card payments, a 1.95% surcharge to compensate for your credit card company's transaction fees will be added by our processor at time of payment.

The Concept Law Group, P.A.
An Intellectual Property Law Firm

6400 North Andrews Avenue
Suite 500
Fort Lauderdale, FL 33309

| Invoice submitted to: |
|---|
| CAIR Florida Inc.<br>9000 NW 44th Street<br>Suite 200<br>Sunrise, FL 33351<br>Attn:  Hassan Shibly |

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| March 11, 2021 | 25479 | 3/5/2021 |

PROFESSIONAL FEES:

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | APP Lit Case # 19-14741 | | | | |
| 3/11/2021 | DS | Draft motion and affidavit for attorneys fees; review time sheets | 300/hr | 2.00 | 600.00 |
| | SUBTOTAL: | | [ | 2.00 | 600.00] |
| | Lit Illominate Media, Inc. and | | | | |
| 3/9/2021 | DS | Draft motion for fees portion for CAIR FL; review time records for district court matter and appellate matter; prepare time records for fee expert; | 300/hr | 1.90 | 570.00 |

**Balance due** $1,353.14

**Balance is due upon receipt of this invoice. Thank you!**

Please note: for credit card payments, a 1.95% surcharge to compensate for your credit card company's transaction fees will be added by our processor at time of payment.