**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-81179-RAR**

**ILLOOMINATE MEDIA, INC.**, and
**LAURA LOOMER**,

      Plaintiffs,

v.

**CAIR FLORIDA, INC.**, *et al.*,

      Defendants.
_____/

**ORDER REFERRING MOTION**

      **THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On April 12, 2021, Defendants filed a Joint Motion for Attorneys' Fees and Additional Costs [ECF No. 55] ("Joint Motion").

      Accordingly, it is **ORDERED AND ADJUDGED** that the Joint Motion [ECF No. 55] is **REFERRED** to United States Magistrate Judge Bruce E. Reinhart to take all necessary and proper action as required by law.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of May, 2021.

                                          **RODOLFO A. RUIZ II**
                                          **UNITED STATES DISTRICT JUDGE**