| | |
|---|---|
| **From:** | Ronald Coleman (Dhillon Law) |
| **To:** | FLSDdb_efile Reinhart |
| **Subject:** | 9:19-cv-81179-RAR ILLOOMINATE MEDIA, INC. et al v. CAIR FLORIDA, INC. et al |
| **Date:** | Tuesday, June 1, 2021 7:22:47 PM |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Dear Judge Reinhart:

We write in connection with the referenced matter. The undersigned was admitted to this case pro hac vice in October of 2019 and was associated with a Florida attorney who was also a partner in that law firm.  I left the partnership of Mandelbaum Salsburg, P.C., in August of 2020 but no update of my contact information was filed.  In March of 2020 the Mandelbaum firm withdrew, and although the Court's order discharging the firm (ECF 53] stated that the undersigned was still counsel for plaintiffs and explicitly mentioned my present law firm affiliation, the docket still reflected the original law firm and contact information, which had not been updated by the Florida attorney before withdrawing.

We understand that the Court has entered an order to show cause in this matter. It has not been actually served on this office, although pursuant to the Local Rules we understand that it is deemed as served.  We have, however, no way to change our contact information in the Southern District filing system because no attorney admitted to the bar of the Southern District of Florida is associated with this matter and pro hac counsel may not make such a change without the same.

Our intent has not been to disregard the Court's order.  We note, however, that our clients have no assets or income – we have represented them pro bono for quite some time – and hence no ability to secure counsel in this Court (they have no economic ability to satisfy a judgment either). Because we are unable to file via ECF, we submit this email to request the Court's understanding of the situation and to request guidance concerning how to proceed.

Ronald D. Coleman
Dhillon Law Group, Inc.
8 Hillside Avenue
Montclair, NJ 07042
973-298-1723
rcoleman@dhillonlaw.com
*Admitted in New York and New Jersey*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.