UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ILLOOMINATE MEDIA, INC., a Florida
Corporation, and LAURA LOOMER, a Florida
Individual,

                 Case No. 19-cv-81179-RAR

  Plaintiffs,

vs.

CAIR FLORIDA, INC., a Florida Corporation,
CAIR FOUNDATION, a District of Columbia
Corporation, TWITTER, INC., a Delaware
Corporation, and JOHN DOES 1-5,

  Defendants.          /

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Craig W. Young, Esq. of the firm CWY Legal & Consulting, LLC, hereby enters his appearance for the Plaintiff, ILLOOMINATE MEDIA, INC., and Plaintiff, LAURA LOOMER. Further pleadings should be served upon;

            CWY Legal & Consulting, LLC
            Craig W. Young, Esq.
            Florida Bar No. 124566
            2500 Quantum Lakes Drive, Ste 100
            Boynton Beach, FL 33426
            Tel: (561) 568-1000
            E-Mail: Craig@cwylegal.com

Dated this 6th day of July, 2021.

            CWY LEGAL & CONSULTING, LLC

            *Craig W. Young, Esq.*
            **Craig W. Young, Esq.**
            Florida Bar No. 124566
            2500 Quantum Lakes Drive, Ste 100
            Boynton Beach, FL 33426
            Tel: (561) 568-1000
            E-Mail: Craig@cwylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  CWY LEGAL & CONSULTING, LLC

_Craig W. Young, Esq._
                                                  **Craig W. Young, Esq.**
                                                  Florida Bar No. 124566