UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ILLOOMINATE MEDIA, INC., a Florida
Corporation, and LAURA LOOMER, a Florida
Individual,

   Plaintiffs,           Case No. 19-cv-81179-RAR

vs.

CAIR FLORIDA, INC., a Florida Corporation,
CAIR FOUNDATION, a District of Columbia
Corporation, TWITTER, INC., a Delaware
Corporation, and JOHN DOES 1-5,

   Defendants.          /

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

  Attorney Ronald D. Coleman files this Notice of Change of Address and Contact Information pursuant to Local Rule 11.1(g) and CM/ECF Administrative Procedures 3D, compliance which is mandated pursuant to SDFL LR 5.1 in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

         Dhillon Law Group, Inc.
         Ronald D. Coleman, Esq.
         8 Hillsdale Avenue
         Montclair, NJ 07042
         Tel: (973) 298-1723
         E-Mail: rcoleman@dhillonlaw.com

Dated this 6th day of July, 2021.

              DHILLON LAW GROUP, INC.

              */s/ Ronald D. Coleman*
              **Ronald D. Coleman**
              New Jersey Bar No. 0335801988
              8 Hillsdale Avenue
              Montclair, NJ 07042
              Tel: (973) 2981723
              E-Mail: rcoleman@dhillonlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of July 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF.

DHILLON LAW GROUP, INC.

_____
**Ronald D. Coleman, Esq.**
New Jersey Bar No.