Case 9:19-cv-81179-RAR Document 140-1 Filed 05/28/2021 Page 1 of 29

# EXHIBIT A

# MANDELBAUM SALSBURG P.C.

**ATTORNEYS AT LAW**
**FOUNDED IN 1930**

**3 BECKER FARM RD, SUITE 105**
**ROSELAND, NEW JERSEY 07068**
**(973) 736-4600**
**Fed. Tax I.D. #** ███████

Patsy's Brand, Inc.                                                      Invoice  261808
236 West 56th Street                                                     May 2, 2019
New York, NY  10019

ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through   April 30, 2019

| | | Fees | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** |
| 04/01/19 | BMB | Call with client with regard to ███████ | 0.30 |
| 04/02/19 | RDC | Reviewed complaint.  Prepared for and participated in telephone conference with clients and general counsel.  Discussions with B. Block, J. MacMull regarding ███████. Correspondence with adversary counsel concerning acceptance of service and stipulation to extension of time to answer. | 1.10 |
| 04/02/19 | BMB | (NO CHARGE) Call with Nick and email to client regarding ███████ | 0.20 |
| 04/02/19 | BMB | (NO CHARGE) Call with Lisa and Sal ███████ | 0.20 |
| 04/02/19 | BMB | Conference call with clients and Nick on ███████ | 0.80 |
| 04/04/19 | BMB | (NO CHARGE) Pulled documents to ███████ | 0.30 |
| 04/04/19 | BMB | Created ███████ from prior Patsy's cases | 3.00 |
| 04/04/19 | BMB | Located and reviewed Judge Torres' individual practices for motions; advised partners on ███████ | 0.30 |
| 04/04/19 | BMB | Drafting pre-motion letter to opposing counsel as required by individual practice rules | 2.10 |
| 04/05/19 | BMB | Research on declaratory judgment law in Second Circuit in trademark cases, reviewed district case law and new Supreme Court case from 2007 on standard; drafting pre-motion letter incorporating research for dismissal of Counts 1 and 2 | 5.90 |
| 04/08/19 | BMB | Drafted and sent correspondence to client regarding ███████ | 0.20 |
| 04/09/19 | BMB | Phone call with clients with regard to ███████ | 0.40 |
| 04/11/19 | JGM | Review of the latest Complaint and procedural history of the parties. | 1.50 |
| 04/12/19 | JGM | IC with B. Block regarding ███████. | 0.70 |
| 04/14/19 | BMB | Finalized draft pre-motion letter and sent to Joel/Ron for review | 2.10 |
| 04/19/19 | BMB | Read new Halo Farm case and incorporated it into pre-motion letter | 0.30 |
| 04/21/19 | BMB | Began drafting motion to dismiss brief utilizing pre-motion letter law and argumentation | 1.60 |
| 04/22/19 | BMB | Drafting legal brief in support of motion to dismiss - subject matter jurisdiction issues for DJ counts | 9.10 |

# MANDELBAUM SALSBURG P.C.

### A PROFESSIONAL CORPORATION

---

| Patsy's Brand, Inc. | | | May 2, 2019 |
|---|---|---|---|
| I.D. 33917-002 - BMB | | | Invoice 261808 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | | | Page 2 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/23/19 | BMB | Drafting motion to dismiss brief; research regarding case law on tortious interference components | 1.60 |
| 04/24/19 | BMB | (NO CHARGE) Email to clients regarding ███████████████ | 0.20 |
| 04/24/19 | BMB | (NO CHARGE) Additional letter revisions for pre-motion requirements | 0.20 |
| 04/24/19 | JGM | Edits to B. Block's pre-motion letter outlining deficiencies within the Complaint. | 1.10 |
| 04/24/19 | JGM | preparing and filing of Notice of Appearance; drafting and filing letter to Judge Torres re: mechanics of motion to dismiss application. | 1.30 |
| 04/26/19 | BMB | Drafting motion to dismiss brief points on tortious interference - non-identification of third-party and conduct directed at third party; drafted additional case law and application into subject matter jurisdiction issue | 7.70 |
| 04/28/19 | BMB | Drafting motion to dismiss brief legal points and began drafting factual background | 6.20 |
| 04/29/19 | BMB | Drafting factual background portion of brief; pulling USPTO documents to supplement factual background and procedural history missing from Complaint | 4.90 |
| 04/29/19 | BMB | Reviewed and assessed Grandinetti pre-motion letter to Judge Torres to amend complaint | 0.30 |
| 04/29/19 | BMB | Reviewed and assessed pre-motion response letter to Joel MacMull advising complaint will be amended and withdrawing Count 3 | 0.20 |
| 04/30/19 | BMB | (NO CHARGE) Call with Lisa on ███████████████████ ████ | 0.20 |
| 04/30/19 | BMB | (NO CHARGE) Call with Sal on ████████████████████ | 0.20 |
| | | **Total Fees** | **20,464.50** |

| Fee Recap | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| Brian M. Block | 1.50 | 0.00 | No Charge |
| Brian M. Block | 47.00 | 375.00 | 17,625.00 |
| Ronald D. Coleman | 1.10 | 595.00 | 654.50 |
| Joel G. MacMull | 4.60 | 475.00 | 2,185.00 |
| **Totals** | **54.20** | | **20,464.50** |

| Disbursements | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 04/24/19 | Disbursement to; New York Southern District Court | 200.00 |
| | **Total Disbursements** | **200.00** |

| | | |
|---|---|---|
| | **Total Fees and Disbursements** | **20,664.50** |
| | Courtesy Discount | -2,046.45 |
| | **Total Current Charges** | **18,618.05** |
| Current Fees | 20,464.50 | |

# MANDELBAUM SALSBURG P.C.

### A PROFESSIONAL CORPORATION

| | |
|---|---|
| Patsy's Brand, Inc. | May 2, 2019 |
| I.D. 33917-002 - BMB | Invoice 261808 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 3 |

| | | |
|---|---|---|
| Current Disbursements | 200.00 | |
| Courtesy Discount | -2,046.45 | |
| Total Current Charges | | 18,618.05 |
| | | |
| **Total Due** | | **18,618.05** |
| | | |
| Trust Balance | 5,000.00 | |

**For your convenience you can now pay your bill online at https://www.lawfirm.ms/pay-your-bill. We accept Visa, MasterCard, Discover and American Express. Please call your attorney or a member of our bookkeeping department at 973-736-4600 with any questions or concerns.**

# MANDELBAUM SALSBURG P.C.

**ATTORNEYS AT LAW**
**FOUNDED IN 1930**

**3 BECKER FARM RD, SUITE 105**
**ROSELAND, NEW JERSEY 07068**
**(973) 736-4600**
**Fed. Tax I.D. #** ▮▮▮▮▮

Patsy's Brand, Inc.
236 West 56th Street
New York, NY 10019

Invoice 263525
June 7, 2019

ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through May 31, 2019

| Fees | | | | |
|------|------|-------------|-------|

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 04/30/19 | JGM | Review of letters from adversary re: amending comolaint; correspondence with client and IC with B. Block re: ▮▮▮. | 0.80 |
| | | **Total Fees** | **380.00** |

| Fee Recap | | | |
|-----------|-------|-----------|--------|

| | Hours | Rate/Hour | Amount |
|-----------|-------|-----------|--------|
| Joel G. MacMull | 0.80 | 475.00 | 380.00 |
| **Totals** | **0.80** | | **380.00** |

| | Amount |
|---|--------|
| **Total Fees and Disbursements** | **380.00** |
| Courtesy Discount | -38.00 |
| **Total Current Charges** | **342.00** |
| Balance Forward | 9,309.05 |
| **Total Amount Due** | **9,651.05** |

| | | |
|---|---|---|
| Previous Balance | | 18,618.05 |
| Payments | | -9,309.00 |
| Balance Forward | | 9,309.05 |
| Current Fees | 380.00 | |
| Courtesy Discount | -38.00 | |
| Total Current Charges | | 342.00 |
| **Total Due** | | **9,651.05** |

# MANDELBAUM SALSBURG P.C.

**ATTORNEYS AT LAW**
**FOUNDED IN 1930**

**3 BECKER FARM RD, SUITE 105**
**ROSELAND, NEW JERSEY 07068**
**(973) 736-4600**
**Fed. Tax I.D. #** ███████

Patsy's Brand, Inc.                                           Invoice   264662
236 West 56th Street                                          July 8, 2019
New York,  NY  10019

ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through   June 30, 2019

| | | Fees | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** |
| 06/03/19 | BMB | Phone call with Sal and Nick on ████████████████████ ████████████ | 0.30 |
| 06/05/19 | JGM | Correspondence with adversary; preparation of scheduling order and review and revise initial case management statement; call with client. | 1.20 |
| 06/05/19 | BMB | Drafted joint letter to court for in advance of Rule 16 conference the following week | 1.40 |
| 06/05/19 | BMB | Call with clients on ████████████████████████████████ | 0.80 |
| 06/11/19 | JGM | Call with B. Block re: ████████████. (No Charge). | 0.20 |
| 06/11/19 | BMB | Drafted pre-motion letter to adversary regarding motion to dismiss/strike and sent to Grandinetti | 1.80 |
| 06/12/19 | JGM | Attendance at initial case management conference and preparation therefore. | 1.20 |
| 06/12/19 | JGM | Travel to hearing and return (half time) and discussion ████████████████ with B. Block. | 2.80 |
| 06/12/19 | JGM | Research of Judge Torres' prior decisions with regard to Rule 11 sanctions; research of recovery of such fees on appeal and draft email to client ██████████ ██. | 1.30 |
| 06/12/19 | BMB | (NO CHARGE) Traveled to SDNY and participated in Rule 16 Conference with Judge Torres | 3.50 |
| 06/13/19 | JGM | Correspondence with adversary regarding additional time to file pre-motion letter; review of Judge's Individual Rules; draft letter request to the Court. | 0.90 |
| 06/13/19 | BMB | (NO CHARGE) Call with Lisa regarding | 0.20 |
| 06/14/19 | BMB | Drafting motion to dismiss brief, legal argument section and finished factual background | 4.40 |
| 06/15/19 | BMB | Finished drafting point 3 of motion brief in support of motion to dismiss | 2.20 |
| 06/18/19 | BMB | (NO CHARGE) Added claim preclusion legal argument to Rule 12(f) section of motion brief | 0.80 |
| 06/20/19 | BMB | Drafted pre-motion letter on Motion to Dismiss, with revisions | 0.90 |
| 06/25/19 | BMB | Revised and finalized the pre-motion letter for motion to dismiss | 0.40 |
| 06/27/19 | JGM | Drafting pre-motion conference letter application to file a motion to stay discovery. | 0.80 |
| 06/28/19 | JGM | Drafting ████████████████ to client and ████████████████ | 0.50 |

# MANDELBAUM SALSBURG P.C.
## A PROFESSIONAL CORPORATION

| | |
|---|---|
| Patsy's Brand, Inc. | July 8, 2019 |
| I.D. 33917-002 - BMB | Invoice 264662 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 2 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/28/19 | JGM | Drafting pre-motion letter to stay discovery. | 0.90 |
| 06/28/19 | JGM | Drafting Rule 26(a) Initial Disclosures. | 1.00 |
| | | **Total Fees** | **10,140.00** |

| Fee Recap | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| Brian M. Block | 4.50 | 0.00 | No Charge |
| Brian M. Block | 12.20 | 375.00 | 4,575.00 |
| Joel G. MacMull | 0.20 | 0.00 | No Charge |
| Joel G. MacMull | 10.60 | 525.00 | 5,565.00 |
| **Totals** | **27.50** | | **10,140.00** |

| Disbursements | |
|---|---|
| **Date** | **Description** | **Amount** |
| 06/14/19 | Disbursement to; Joel G. Macmull (Reimbursement for train, 6/12/2019); Joel G. MacMull | 17.00 |
| 06/14/19 | Disbursement to; Joel G. Macmull (Reimbursement for NYC train, 6/12/2019); Joel G. MacMull | 15.00 |
| 06/30/19 | Parking; Joel G. Macmull (Reimbursement for parking, 6/12/2019) | 30.00 |
| | **Total Disbursements** | **62.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **10,202.00** |
| Courtesy Discount | -1,014.00 |
| **Total Current Charges** | **9,188.00** |
| Balance Forward | 9,651.05 |
| **Total Amount Due** | **18,839.05** |

| | | |
|---|---|---|
| Balance Forward | | 9,651.05 |
| Current Fees | 10,140.00 | |
| Current Disbursements | 62.00 | |
| Courtesy Discount | -1,014.00 | |
| Total Current Charges | | 9,188.00 |
| **Total Due** | | **18,839.05** |

**For your convenience you can now pay your bill online at https://www.lawfirm.ms/pay-your-bill. We accept Visa, MasterCard, Discover and American Express. Please call your attorney or a member of our bookkeeping department at 973-736-4600 with any questions or concerns.**

# MANDELBAUM SALSBURG P.C.

**ATTORNEYS AT LAW**
**FOUNDED IN 1930**

**3 BECKER FARM RD, SUITE 105**
**ROSELAND, NEW JERSEY 07068**
**(973) 736-4600**
**Fed. Tax I.D. #** ▮▮▮▮▮

Patsy's Brand, Inc.
236 West 56th Street
New York, NY 10019

Invoice 266114
August 9, 2019

ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through July 31, 2019

| Fees | | | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** |
| 07/01/19 | JGM | Review of plaintiff's pre-motion conference letter. | 0.20 |
| 07/02/19 | BMB | (NO CHARGE) Reviewed Grandinetti pre-motion response letter and attachments filed with the Court | 0.20 |
| 07/02/19 | JGM | Finalization of Rule 26(a) disclosures and service of same. | 0.30 |
| 07/02/19 | JGM | Review of IOB's response to motion request letter and email correspondence with B. Block re: ▮▮▮▮. | 0.30 |
| 07/09/19 | JGM | Email correspondence with adversary regarding Rule 26(a)(1) disclosures. | 0.20 |
| 07/15/19 | JGM | Email correspondence re: Rule 26(a)(1) disclosures and stay application. | 0.20 |
| 07/16/19 | JGM | Call with adversary re: stay application; call with Court re: status of Motion to Dismiss request and IC with B. Block re: same. | 0.60 |
| 07/17/19 | JGM | Email update to client re: ▮▮▮▮▮▮▮▮ | 0.30 |
| | | **Total Fees** | **1,207.50** |

| Fee Recap | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| Brian M. Block | 0.20 | 0.00 | No Charge |
| Joel G. MacMull | 2.10 | 575.00 | 1,207.50 |
| **Totals** | **2.30** | | **1,207.50** |

| Disbursements | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 07/26/19 | Legal Research Service; Pacer Service Center Inv. #2670112-Q22019 (for Usage from 4/1/2019 - 6/30/2019); Pacer Service Center | 10.30 |
| | **Total Disbursements** | **10.30** |

| | |
|---|---|
| **Total Fees and Disbursements** | **1,217.80** |
| Courtesy Discount | -120.75 |
| **Total Current Charges** | **1,097.05** |

# MANDELBAUM SALSBURG P.C.

## A PROFESSIONAL CORPORATION

| | |
|---|---|
| Patsy's Brand, Inc. | August 9, 2019 |
| I.D. 33917-002 - BMB | Invoice  266114 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page  2 |

| | | |
|---|---|---|
| Previous Balance | | 18,839.05 |
| Payments | | -9,530.00 |
| Adjustments | | -9,309.05 |
| Balance Forward | | 0.00 |
| Current Fees | 1,207.50 | |
| Current Disbursements | 10.30 | |
| Courtesy Discount | -120.75 | |
| Total Current Charges | | 1,097.05 |
| | | |
| **Total Due** | | **1,097.05** |

**A total of $9,309.05 has been written off from this file.**

# MANDELBAUM SALSBURG P.C.

**ATTORNEYS AT LAW**
FOUNDED IN 1930

**3 BECKER FARM RD, SUITE 105**
**ROSELAND, NEW JERSEY 07068**
**(973) 736-4600**
**Fed. Tax I.D. #** ▮▮▮▮▮▮

Patsy's Brand, Inc.
236 West 56th Street
New York, NY 10019

Invoice 267193
September 9, 2019

ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through August 31, 2019

| Fees | | | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** |
| 08/13/19 | JGM | Drafted and filed motion in support of a stay of discovery pending resolution of client's forthcoming motion to dismiss. | 2.60 |
| 08/13/19 | JGM | Review of Court's Order denying stay application and reporting same to the client. | 0.20 |
| 08/13/19 | BMB | (NO CHARGE) Review, comment, and revise JGM discovery stay letter motion | 0.20 |
| 08/14/19 | BMB | Finalized draft of motion to dismiss by adding preliminary statement and finishing factual background section; revisions to legal argument section to keep uniform with revised facts | 3.20 |
| 08/23/19 | JGM | Call with adversary about expert witnesses in this case; email to adversary confirming discussion; discussion with B. Block re: ▮▮▮▮▮▮▮▮▮ ▮▮▮▮ | 0.60 |
| 08/26/19 | BMB | Drafted interrogatories to Defendants | 1.80 |
| 08/26/19 | BMB | Drafting document demands to Defendants | 2.10 |
| 08/27/19 | BMB | Finished drafting document demands to Defendants | 1.00 |
| 08/28/19 | BMB | Drafted email to client regarding ▮▮▮▮▮▮▮▮▮; drafted email to Grandinetti regarding subpoenas | 0.30 |
| 08/29/19 | BMB | Revisions to draft interrogatories and document demands based on JGM recommendations and revisions, including call to discuss ▮▮▮; made changes and served discovery on Grandinetti via email | 1.00 |
| 08/29/19 | JGM | Review of draft discovery, edits thereto, and call with B. Block re: ▮▮▮. | 1.70 |
| 08/29/19 | AT | Print discovery demands and create cover letter. Send via FedEx. | 0.20 |
| | | **Total Fees** | **6,510.50** |

| Fee Recap | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| Brian M. Block | 0.20 | 0.00 | No Charge |
| Brian M. Block | 9.40 | 375.00 | 3,525.00 |
| Joel G. MacMull | 5.10 | 575.00 | 2,932.50 |
| Alexa Tierney | 0.20 | 265.00 | 53.00 |
| **Totals** | **14.90** | | **6,510.50** |

# MANDELBAUM SALSBURG P.C.

### A PROFESSIONAL CORPORATION

Patsy's Brand, Inc.                                                September 9, 2019
I.D. 33917-002 - BMB                                           Invoice   267193
Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.                    Page 2

| Disbursements | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 08/05/19 | Federal Express; Federal Express - Invoice #6-632-87220; Federal Express | 9.81 |

|  | | |
|---|---|---|
| | **Total Disbursements** | **9.81** |
| | **Total Fees and Disbursements** | **6,520.31** |
| | Courtesy Discount | -651.05 |
| | **Total Current Charges** | **5,869.26** |

| | | |
|---|---|---|
| Previous Balance | | 1,097.05 |
| Payments | | -1,097.05 |
| Balance Forward | | 0.00 |
| Current Fees | 6,510.50 | |
| Current Disbursements | 9.81 | |
| Courtesy Discount | -651.05 | |
| Total Current Charges | | 5,869.26 |
| **Total Due** | | **5,869.26** |

# MANDELBAUM SALSBURG P.C.

**ATTORNEYS AT LAW**
FOUNDED IN 1930

**3 BECKER FARM RD., SUITE 105**
**ROSELAND, NEW JERSEY 07068**
**(973) 736-4600**
**Fed. Tax I.D. #** ▮▮▮▮▮▮

Patsy's Brand, Inc.                                                    Invoice  268308
236 West 56th Street                                                   October 3, 2019
New York, NY  10019


ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through  September 30, 2019

| | | Fees | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** |
| 09/02/19 | JGM | Review of initial written discovery requests to be propounded on Plaintiffs; call with B. Block re: ▮▮▮▮▮. | 1.50 |
| 09/03/19 | JGM | IC with B. Block re: ▮▮▮▮▮▮; objecting to subpoenas and responses to written discovery propounded. | 0.40 |
| 09/03/19 | AT | Formatting discovery demands. | 3.90 |
| 09/06/19 | JGM | Initial review of B. Block's draft motion to dismiss. | 1.10 |
| 09/08/19 | JGM | Review of B. Block's motion to dismiss Amended Complaint; research on Declaratory Judgment case law and edits thereto. | 3.70 |
| 09/09/19 | JGM | Drafting and edits to B. Block's draft motion to dismiss; research of case law regarding Declaratory Judgment Act and 12(b)(6) standards re: infringement claims and "use" of mark in commerce. | 7.50 |
| 09/09/19 | BMB | Drafted notice of motion to dismiss and/or strike | 0.20 |
| 09/09/19 | BMB | Drafting declaration of BMB to annexed copies of exhibits from TTAB proceedings | 0.20 |
| 09/09/19 | BMB | Drafted answers to interrogatories | 1.80 |
| 09/10/19 | BMB | Added record citations to the motion to dismiss brief and added TTAB and 2016 case exhibits to the BMB declaration | 0.80 |
| 09/11/19 | JGM | Review of final draft of motion to dismiss and edits thereto. | 4.00 |
| 09/11/19 | JGM | Call with Lisa Scognamillo re: ▮▮▮▮▮▮▮▮ | 0.50 |
| 09/11/19 | JGM | Draft pre-motion letter re: quashing the subpoenas served at 56th Street restaurant. | 2.50 |
| 09/11/19 | BMB | Finalized motion to dismiss with final exhibits and cite checked legal brief; efiled on PACER | 1.00 |
| 09/11/19 | BMB | (NO CHARGE) Call with Lisa ▮▮▮▮▮▮ | 0.50 |
| 09/12/19 | JGM | Drafting of supplemental letter re: motions to quash; email correspondence with adversary re: insistence in deposing third-parties. | 0.80 |
| 09/13/19 | JGM | Email correspondence with adversary RE: subpoenas, service, basis for same. | 0.70 |
| 09/16/19 | JGM | Call with adversary P. Grandinetti and IC with B. Block re: subpoenas. | 0.30 |
| 09/18/19 | JGM | Draft correspondence to Grandinetti re: subpoenas and depositions and our intention not to comply with same. | 0.70 |
| 09/19/19 | JGM | Review of P. Grandinetti's correspondence with the Court. | 0.40 |

# MANDELBAUM SALSBURG P.C.
## A PROFESSIONAL CORPORATION

| | |
|---|---|
| Patsy's Brand, Inc. | October 3, 2019 |
| I.D. 33917-002 - BMB | Invoice 268308 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 2 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/22/19 | JGM | Review of adversary's correspondence and drafted written response thereto. | 0.30 |
| 09/23/19 | JGM | Email correspondence and review of adversary's letters to the Court. | 0.50 |
| 09/24/19 | JGM | Review of adversary's filings concerning request for "emergency court conference." | 1.00 |
| 09/25/19 | JGM | Review of adversary's letters to the Magistrate Judge; prepare omnibus response and pre-motion letter application for motion to quash three subsequent subpoenas. | 6.70 |
| 09/25/19 | BMB | Reviewed and revised two pre-motion letters to Judge Fox drafted by Joel MacMull regarding the outstanding subpoenas | 0.20 |
| 09/26/19 | BMB | Drafting answers to Requests for Admission (RFAs ) and objections to RFAs and document requests to Patsy's Brand and PIR; drafted general objections to the RFAs, including objections to definitions of plaintiff and defendant, which is key in this matter. | 1.20 |
| 09/26/19 | BMB | (NO CHARGE 2nd Attorney) Phone conference with Magistrate Judge Fox regarding subpoena issues; follow-up call with Grandinetti on the discovery and subpoena issues | 1.00 |
| 09/26/19 | BMB | Drafted email to clients containing ████████████████████ ██████ | 0.20 |
| 09/26/19 | JGM | Review of IOB's Supplemental Submissions to the Court same day; preparation for and attendance at telephonic discovery/subpoena call with the Court; post-conference call with adversary and IC with B. Block re: forthcoming motion practice. | 2.20 |
| 09/27/19 | JGM | Drafting of letter to Court requesting extension of fact discovery; correspondence with adversary re: anticipated motions; review and revise draft Rule 36 Requests for Admission Responses; Review of cases discussing burden held by defendant in a DJ action and IC with B. Block regarding ████████ | 2.10 |
| | | **Total Fees** | **24,351.00** |

| Fee Recap | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| Brian M. Block | 1.50 | 0.00 | No Charge |
| Brian M. Block | 5.60 | 375.00 | 2,100.00 |
| Joel G. MacMull | 36.90 | 575.00 | 21,217.50 |
| Alexa Tierney | 3.90 | 265.00 | 1,033.50 |
| **Totals** | **47.90** | | **24,351.00** |

| Disbursements | | |
|---|---|---|
| Date | Description | Amount |
| 09/16/19 | Federal Express; Federal Express - Invoice #6-731-21185; Federal Express | 9.76 |
| 09/16/19 | Federal Express; Federal Express - Invoice #6-738-80937; Federal Express | 14.43 |
| | **Total Disbursements** | **24.19** |

# MANDELBAUM SALSBURG P.C.

### A PROFESSIONAL CORPORATION

| | |
|---|---|
| Patsy's Brand, Inc. | October 3, 2019 |
| I.D. 33917-002 - BMB | Invoice  268308 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 3 |

|  |  |  |
|---|---|---|
| **Total Fees and Disbursements** | | **24,375.19** |
| Courtesy Discount | | -2,435.10 |
| **Total Current Charges** | | **21,940.09** |
| | | |
| Previous Balance | | 5,869.26 |
| Payments | | -5,869.26 |
| Balance Forward | | 0.00 |
| Current Fees | 24,351.00 | |
| Current Disbursements | 24.19 | |
| Courtesy Discount | -2,435.10 | |
| Total Current Charges | | 21,940.09 |
| | | |
| **Total Due** | | **21,940.09** |

# MANDELBAUM SALSBURG P.C.

**ATTORNEYS AT LAW**
**FOUNDED IN 1930**

**3 BECKER FARM RD, SUITE 105**
**ROSELAND, NEW JERSEY  07068**
**(973) 736-4600**
**Fed. Tax I.D. #** ▮▮▮▮▮▮

Patsy's Brand, Inc.                                      Invoice  269942
236 West 56th Street                                   November 8, 2019
New York,  NY  10019

ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through  October 31, 2019

| Fees | | | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** |
| 10/01/19 | BMB | Call with Lisa and Sal regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; email to Grandinetti regarding the subpoena and compliance therewith | 0.70 |
| 10/02/19 | JGM | Email correspondence with adversary and review of "response," in connection with discovery. | 0.60 |
| 10/02/19 | BMB | Drafted responses and objections to IOB/Brija Document Requests #1-49 out of 90 | 5.30 |
| 10/03/19 | JGM | Call with P. Grandenitti regarding forthcoming discovery motion practice; follow-up emails and IC with B. Block re: same. | 1.50 |
| 10/03/19 | JGM | Edits to Interrogatories prepared by B. Block and delivery of same. | 0.90 |
| 10/03/19 | BMB | Drafted ▮▮▮▮▮▮▮▮▮▮▮ to clients ▮▮▮▮▮▮▮▮▮▮▮ | 0.30 |
| 10/03/19 | BMB | Drafted document request responses #50 to 90 | 4.20 |
| 10/03/19 | BMB | Finalized draft interrogatory responses and sent to client for review | 0.20 |
| 10/03/19 | BMB | Meet and confer phone call with Grandinetti to try to avoid motion practice on Rule 30(b)(6) depositions and restaurant subpoenas. | 0.80 |
| 10/03/19 | BMB | Read and assessed IOB/Brija motion to dismiss opposition brief | 0.60 |
| 10/04/19 | JGM | Review of and edits to Responses to document requests; IC with B. Block. | 3.00 |
| 10/04/19 | JGM | Review of letter response from Grandinetti and drafting letter to the Court seeking an elongation of briefing period schedule for discovery. | 1.30 |
| 10/04/19 | BMB | Drafting reply brief on motion to dismiss legal section components, including new case law research on second prong of case/controversy standard | 7.30 |
| 10/04/19 | BMB | Call with Lisa regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 |
| 10/06/19 | JGM | Drafting Response Letter in Further Support of extending fact discovery following adversary's filing of October 4th. | 1.00 |
| 10/06/19 | BMB | Drafting legal sections of reply brief on motion to dismiss | 3.90 |
| 10/07/19 | JGM | Drafting motion in support of quashing the first set of four subpoenas. | 3.50 |
| 10/07/19 | BMB | Finished drafting reply brief on motion to dismiss | 4.30 |
| 10/07/19 | BMB | Revised responses to document requests to comport with JGM edits and revisions; served on Grandinetti by email | 3.60 |
| 10/08/19 | JGM | Draft of motion to quash First Set of Subpoenas. | 2.70 |
| 10/08/19 | BMB | Drafted Joe's and Rose's declarations | 2.10 |

# MANDELBAUM SALSBURG P.C.
## A PROFESSIONAL CORPORATION

| Patsy's Brand, Inc. | November 8, 2019 |
|---|---|
| I.D. 33917-002 - BMB | Invoice 269942 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 2 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/08/19 | BMB | Researched case law regarding quashing subpoenas for lack of personal knowledge and infirmities/age | 0.60 |
| 10/08/19 | BMB | Drafting motion to quash the second set of subpoenas to Rose and Joe | 2.30 |
| 10/10/19 | JGM | Drafting briefing in connection with discovery-related motions, subpoenas and Rule 30(b)(6) notices. | 4.30 |
| 10/10/19 | BMB | Finished drafting brief in support of motion to quash second subpoenas | 2.60 |
| 10/10/19 | BMB | Drafted facts and procedural history for motion briefs to quash all subpoenas | 2.20 |
| 10/11/19 | JGM | Edits to briefing and declarations in support of the discovery-related motions to question or for protective order. | 4.00 |
| 10/11/19 | BMB | Prepared Rule 30(b)(6) legal argument and application of facts in support of protective order - the PIR marks issue | 0.50 |
| 10/11/19 | BMB | (NO CHARGE) Revisions to draft facts and procedural history for the brief in support of motion to quash second subpoenas | 1.20 |
| 10/11/19 | BMB | Edited and revised brief in support of quashing the first subpoenas | 0.70 |
| 10/11/19 | BMB | Drafted Frank DiCola declaration | 0.30 |
| 10/11/19 | BMB | Finalized and emailed draft declarations to Lisa, Sal, Rose, and Joe; sent draft to Frank DiCola | 0.30 |
| 10/11/19 | BMB | Made revisions to declarations based on client feedback | 0.30 |
| 10/11/19 | BMB | Drafted three notices of motion for the three discovery motions (Rule 30(b)(6), 1st subpoenas, and 2nd subpoenas) | 0.30 |
| 10/13/19 | JGM | Edits to brief in support of quashing Second Subpoenas; drafting letter to the Court re: settlement and edits to Reply Brief in further support of dismissing Amended Complaint. | 5.00 |
| 10/13/19 | BMB | (NO CHARGE) Call with Lisa ██████████████ | 0.20 |
| 10/13/19 | BMB | Drafted letter to Judge Fox regarding adjournment of settlement conference and discovery open issue | 0.30 |
| 10/13/19 | BMB | Made revisions to and finalized all four declarations in support of discovery motions | 0.40 |
| 10/13/19 | BMB | (NO CHARGE) Made further revisions to motion to dismiss reply brief inclusive of JGM recommendations and edits | 0.80 |
| 10/14/19 | BMB | Revised ████████████████████ ██████████████ | 0.50 |
| 10/15/19 | JGM | Drafting and researching motion to quash Rule 30(b)(6) deposition notices; preparation of my declaration in support of motion; edits to my declarations in support of the other two subpoena-related motions; IC with B. Block re: ████ and review of correspondence from adversary regarding motions. | 6.80 |
| 10/15/19 | BMB | Drafted JGM declaration for motions to quash entering documents for evidence in support of motion | 0.70 |
| 10/15/19 | BMB | Finalized all three discovery motions, including revisions to briefs and ancillary documents; efiled all motions | 3.70 |
| 10/16/19 | JGM | Review of and final edits to reply brief in support of dismissal of complaint; Review of B. Block declaration in support and discussion re: ████; review of correspondence from adversary and the Court. | 3.20 |

# MANDELBAUM SALSBURG P.C.
## A PROFESSIONAL CORPORATION

| Patsy's Brand, Inc. | November 8, 2019 |
|---|---|
| I.D. 33917-002 - BMB | Invoice 269942 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 3 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/16/19 | BMB | Drafted letter requesting adjournment letter to Judge Torres, which included procedural history and issues, as well as conflict of schedules | 0.80 |
| 10/16/19 | BMB | Drafted PB/PIR's half of joint status report to Judge Torres | 1.20 |
| 10/16/19 | BMB | Drafted declaration of BMB in support of reply on motion to dismiss, entering evidence from discovery produced by IOB/Brija (sketches, texts, check, etc.) | 0.40 |
| 10/16/19 | BMB | (HALF RATE) Made final revisions to the reply brief, declaration, and exhibits; created exhibits including correct format and sizing for filing large exhibits (texts, sketches, check) on efiling system | 7.20 |
| 10/16/19 | AT | Printing documents and having them bound - reply papers on motion/contempt. | 0.30 |
| 10/17/19 | JGM | (HALF RATE) Edits to Settlement Statement and IC with B. Block; call with P. Grandenetti and client. | 2.00 |
| 10/17/19 | BMB | Drafted mandatory confidential settlement conference statement to the Court | 1.50 |
| 10/17/19 | AT | Printing documents. Prepare cover letter and send via FedEx. | 0.30 |
| 10/18/19 | JGM | (NO CHARGE) Calls with B. Block and N. Di Mauro regarding settlement conference and client's position. | 1.30 |
| 10/18/19 | BMB | (NO CHARGE) Calls with Nick, clients, and JGM regarding issue with JGM approach on settlement | 2.50 |
| 10/21/19 | AT | Print declaration and exhibits and have bound. | 0.70 |
| 10/21/19 | BMB | (NO CHARGE) Call with ███████████████████ ███████████████████████ | 0.80 |
| 10/22/19 | JGM | Review of █████████████████████████████ ███████████████████████████ | 1.50 |
| 10/22/19 | BMB | (NO CHARGE) Emails to ██████████████████ ████████████ | 0.20 |
| 10/22/19 | BMB | Drafted letter to Judge Torres regarding adjournment of case management conference | 0.20 |
| 10/22/19 | BMB | Preparation with JGM for settlement conference; prepared electronics device order to have signed by chambers | 0.60 |
| 10/23/19 | BMB | (HALF RATE) Attended settlement conference with Judge Kevin Fox in SDNY | 4.00 |
| 10/23/19 | JGM | (NO CHARGE) Travel into NYC; attendance at Settlement Conference. | 2.00 |
| 10/23/19 | JGM | Drafting briefing extension request letter to Magistrate Fox. | 0.60 |
| 10/24/19 | BMB | Reading and assessing IOB/Brija opposition brief and declarations for the three (3) discovery motions | 1.30 |
| 10/24/19 | BMB | Drafted reply brief in further support of quashing first subpoenas | 5.20 |
| 10/25/19 | JGM | Review of plaintiffs' opposition to discovery motions; draft reply memorandum in connection with Rule 30(b)(6) motion. | 3.50 |
| 10/25/19 | AT | Prepare package. Send out via FedEx. | 0.00 |
| 10/25/19 | BMB | Drafted letter to Judge Torres filing Exhibits D, E, and F from reply on Motion to Dismiss; efiled | 0.40 |
| 10/25/19 | BMB | Revised and finalized the reply brief in further support of motion for protective order on Rule 30(b)(6) motion | 1.90 |
| 10/26/19 | JGM | Discovery briefing and edits to two of the three reply briefs due on 10/28. | 2.30 |

# MANDELBAUM SALSBURG P.C.
## A PROFESSIONAL CORPORATION

| | |
|---|---|
| Patsy's Brand, Inc. | November 8, 2019 |
| I.D. 33917-002 - BMB | Invoice 269942 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 4 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/28/19 | JGM | Edits and review of B. Block's briefing in connection with subpoenas served for the depositions of Rose and Joe Scognamillo. | 0.80 |
| 10/28/19 | BMB | Drafted reply brief in further support of motion to quash second subpoenas on Rose and Joe | 4.10 |

| | | |
|---|---|---|
| **Total Fees** | | **54,807.00** |

| **Fee Recap** | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| Brian M. Block | 5.70 | 0.00 | No Charge |
| Brian M. Block | 11.20 | 187.50 | 2,100.00 |
| Brian M. Block | 66.80 | 375.00 | 25,050.00 |
| Joel G. MacMull | 3.30 | 0.00 | No Charge |
| Joel G. MacMull | 2.00 | 287.50 | 575.00 |
| Joel G. MacMull | 46.50 | 575.00 | 26,737.50 |
| Alexa Tierney | 1.30 | 265.00 | 344.50 |
| **Totals** | **136.80** | | **54,807.00** |

| **Disbursements** | | |
|---|---|---|
| Date | Description | Amount |
| 10/31/19 | Photocopying | 205.50 |
| 10/31/19 | Legal Research Service; West Invoice #841103882 ( Legal Research for September 2019); West | 30.46 |
| 10/31/19 | Legal Research Service; West Invoice #841103882 ( Legal Research for September 2019); West | 80.93 |
| **Total Disbursements** | | **316.89** |

| | | |
|---|---|---|
| **Total Fees and Disbursements** | | **55,123.89** |
| Courtesy Discount | | -5,480.70 |
| **Total Current Charges** | | **49,643.19** |

| | | |
|---|---|---|
| Previous Balance | | 21,940.09 |
| Payments | | -21,940.09 |
| Balance Forward | | 0.00 |
| Current Fees | 54,807.00 | |
| Current Disbursements | 316.89 | |
| Courtesy Discount | -5,480.70 | |

# MANDELBAUM SALSBURG P.C.

## A PROFESSIONAL CORPORATION

| | |
|---|---|
| Patsy's Brand, Inc. | November 8, 2019 |
| I.D. 33917-002 - BMB | Invoice  269942 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 5 |

Total Current Charges 49,643.19

**Total Due** **49,643.19**

---

**For your convenience you can now pay your bill online at https://www.lawfirm.ms/pay-your-bill. We accept Visa, MasterCard, Discover and American Express. Please call your attorney or a member of our bookkeeping department at 973-736-4600 with any questions or concerns.**

# MANDELBAUM SALSBURG P.C.

**ATTORNEYS AT LAW**
**FOUNDED IN 1930**

**3 BECKER FARM RD, SUITE 105**
**ROSELAND, NEW JERSEY 07068**
**(973) 736-4600**
**Fed. Tax I.D. #**

Patsy's Brand, Inc.                                                      Invoice    270840
236 West 56th Street                                                  December 5, 2019
New York,  NY  10019

ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through   November 30, 2019

| Fees | | | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** |
| 11/02/19 | BMB | (NO CHARGE) Email correspondence to clients transmitting hearing discovery and all memoranda of law in oven case | 0.20 |
| 11/06/19 | JGM | Drafting of letter requesting an adjournment of conference before Judge Torres and related correspondence with adversary. | 0.60 |
| 11/07/19 | JGM | Email correspondence and review of Court Order canceling conference. | 0.30 |
| 11/13/19 | BMB | (NO CHARGE) Discuss invoices/billing issues and payment | 0.40 |
| | | **Total Fees** | **517.50** |

| Fee Recap | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| Brian M. Block | 0.60 | 0.00 | No Charge |
| Joel G. MacMull | 0.90 | 575.00 | 517.50 |
| **Totals** | **1.50** | | **517.50** |

| Disbursements | |
|---|---|
| **Date** **Description** | **Amount** |
| 11/30/19 Photocopying | 27.00 |
| 11/06/19 Federal Express; Federal Express - Invoice #6-827-28819; Federal Express | 9.78 |
| 11/06/19 Federal Express; Federal Express - Invoice #6-827-28819; Federal Express | 9.52 |
| 11/07/19 Disbursement for; Joel G. MacMull (Reimbursement for taxi); Joel G. MacMull | 14.76 |
| 11/07/19 Disbursement for; Joel G. MacMull (Reimbursement for train); Joel G. MacMull | 17.00 |
| 11/07/19 Disbursement for; Joel G. MacMull (Reimbursement for parking); Joel G. MacMull | 30.00 |
| 11/07/19 Disbursement for; Joel G. MacMull (Reimbursement for Lunch); Joel G. MacMull | 9.70 |

# MANDELBAUM SALSBURG P.C.

### A PROFESSIONAL CORPORATION

---

Patsy's Brand, Inc.          December 5, 2019
I.D. 33917-002 - BMB          Invoice 270840
Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.          Page 2

| Date | Description | Amount |
|------|-------------|--------|
| 11/12/19 | Federal Express; Federal Express - Invoice #6-834-37936; Federal Express | 14.20 |

---

|  | **Total Disbursements** | **131.96** |
|--|--|--|
|  | **Total Fees and Disbursements** | **649.46** |
|  | Courtesy Discount | -51.75 |
|  | **Total Current Charges** | **597.71** |

| Previous Balance |  | 49,643.19 |
|--|--|--|
| Payments |  | -49,643.19 |
| Balance Forward |  | 0.00 |
| Current Fees | 517.50 |  |
| Current Disbursements | 131.96 |  |
| Courtesy Discount | -51.75 |  |
| Total Current Charges |  | 597.71 |
| **Total Due** |  | **597.71** |

---

**For your convenience you can now pay your bill online at https://www.lawfirm.ms/pay-your-bill. We accept Visa, MasterCard, Discover and American Express. Please call your attorney or a member of our bookkeeping department at 973-736-4600 with any questions or concerns.**

# MANDELBAUM SALSBURG P.C.

### ATTORNEYS AT LAW
**FOUNDED IN 1930**

**3 BECKER FARM RD, SUITE 105**
**ROSELAND, NEW JERSEY 07068**
**(973) 736-4600**
**Fed. Tax I.D. #** ▮▮▮▮▮▮

Patsy's Brand, Inc.                                                    Invoice   271600
236 West 56th Street                                                  January 2, 2020
New York,  NY  10019

ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through   December 31, 2019

| Fees | | | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** |
| 12/19/19 | JGM | (No Charge.) Review of P. Grandinetti's motion to withdraw; email correspondence with client re: ▮▮▮. | 0.20 |
| 12/19/19 | JGM | Review of P. Grandinetti's motion to be relieved in "oven case" and email Frankfurt firm; call with N. Hyland re: same. | 0.70 |
| | | **Total Fees** | **402.50** |

| Fee Recap | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| Joel G. MacMull | 0.20 | 0.00 | No Charge |
| Joel G. MacMull | 0.70 | 575.00 | 402.50 |
| **Totals** | **0.90** | | **402.50** |

| | |
|---|---|
| **Total Fees and Disbursements** | **402.50** |
| Courtesy Discount | -40.25 |
| **Total Current Charges** | **362.25** |

| | | |
|---|---|---|
| Previous Balance | | 597.71 |
| Payments | | -597.71 |
| Balance Forward | | 0.00 |
| Current Fees | 402.50 | |
| Courtesy Discount | -40.25 | |
| Total Current Charges | | 362.25 |
| **Total Due** | | **362.25** |

---

**For your convenience you can now pay your bill online at https://www.lawfirm.ms/pay-your-bill. We accept Visa, MasterCard, Discover and American Express. Please call your attorney or a member of our bookkeeping department at 973-736-4600 with any questions or concerns.**

# MANDELBAUM SALSBURG P.C.

**ATTORNEYS AT LAW**
**FOUNDED IN 1930**

**3 BECKER FARM RD, SUITE 105**
**ROSELAND, NEW JERSEY 07068**
**(973) 736-4600**
**Fed. Tax I.D. #** ▮▮▮▮▮▮

Patsy's Brand, Inc.                                          Invoice  273058
236 West 56th Street                                          February 4, 2020
New York,  NY  10019

ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through   January 31, 2020

| Fees | | | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** |
| 01/02/20 | JGM | Call with counsel for Kermit and review of letter opposing P. Grandinetti's application to withdrawal in the "oven case." | 0.30 |
| 01/06/20 | BMB | Reviewed and assessed Judge Fox order concerning Grandinetti withdrawal | 0.20 |
| 01/15/20 | JGM | (NO CHARGE) Email to client re: ▮▮▮▮▮▮▮▮▮▮ ▮ | 0.30 |

|  |  |
|---|---|
| **Total Fees** | **250.50** |

| Fee Recap | | | |
|---|---|---|---|
|  | **Hours** | **Rate/Hour** | **Amount** |
| Brian M. Block | 0.20 | 390.00 | 78.00 |
| Joel G. MacMull | 0.30 | 0.00 | No Charge |
| Joel G. MacMull | 0.30 | 575.00 | 172.50 |
| **Totals** | **0.80** |  | **250.50** |

|  |  |
|---|---|
| **Total Fees and Disbursements** | **250.50** |
| Courtesy Discount | -25.05 |
| **Total Current Charges** | **225.45** |

|  |  |  |
|---|---|---|
| Previous Balance |  | 362.25 |
| Payments |  | -362.25 |
| Balance Forward |  | 0.00 |
| Current Fees | 250.50 |  |
| Courtesy Discount | -25.05 |  |

# MANDELBAUM SALSBURG P.C.

### A PROFESSIONAL CORPORATION

| | |
|---|---|
| Patsy's Brand, Inc. | February 4, 2020 |
| I.D. 33917-002 - BMB | Invoice  273058 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 2 |

|  |  |
|---|---|
| Total Current Charges | 225.45 |
| **Total Due** | **225.45** |

# MANDELBAUM SALSBURG P.C.

**ATTORNEYS AT LAW**
**FOUNDED IN 1930**

**3 BECKER FARM RD, SUITE 105**
**ROSELAND, NEW JERSEY 07068**
**(973) 736-4600**
**Fed. Tax I.D. #** ██████

Patsy's Brand, Inc.
236 West 56th Street
New York, NY 10019

Invoice 274326
March 3, 2020

ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through February 29, 2020

| Fees | | | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** |
| 02/07/20 | BMB | Reviewed doctor affidavit order; conference with Joel on ██████ ████; drafted ██████ to clients and general counsel; call with Lisa ████ | 0.80 |
| 02/07/20 | BMB | Drafted joint letter requesting stay of Order re: doctor affidavits | 0.50 |
| 02/07/20 | JGM | Call with Frankfurt counsel re: settlement possibilities and discussion on path forward with BMB. | 0.60 |
| 02/07/20 | JGM | Review of B. Block's draft letter to Magistrate Fox and comments/edits; call with counsel re: stay of Order seeking affidavits in support of quashing subpoenas | 0.50 |
| 02/08/20 | BMB | Drafted letter to Dr. Greenstein re: Order requiring doctor affidavit; faxed to Dr. Greenstein's office | 0.50 |
| 02/08/20 | BMB | Drafted email to opposing counsel regarding 30-day stay letter application to Court. | 0.20 |
| 02/10/20 | BMB | Correspondence with opposing counsel re: motion/order stay joint letter; finalized letter motion and filed | 0.30 |
| 02/11/20 | BMB | Read Dr. Greenstein's letter and turned it into a tentative declaration; drafted email to Lisa regarding ██████ | 0.60 |
| 02/11/20 | BMB | Telephone call with Lisa regarding ██████ ████ | 0.30 |
| 02/12/20 | BMB | Telephone conference with Dr. Steven Greenstein (and Marian) re: ██████ ████████████ | 0.50 |
| 02/12/20 | BMB | Reviewed Dr. Greenstein's revised letter from Marian; revised Dr. Greenstein's draft declaration; sent to JGM for review | 0.30 |
| 02/12/20 | BMB | Correspondence with JGM re: ██████ researched case law to support motion to seal declaration that will have to be filed simultaneous with declaration | 0.40 |
| 02/12/20 | BMB | Researched case law concerning sealing medical information/records; drafted letter motion to seal Dr. Greenstein Declaration | 2.00 |
| 02/12/20 | JGM | Review and edits to Dr. Greenstein's Declaration. | 0.70 |
| 02/13/20 | BMB | Call with JGM regarding ██████ ████ | 0.20 |
| 02/13/20 | BMB | Revisions to Dr. Greenstein's declaration and email correspondence to Marian to | 0.30 |

# MANDELBAUM SALSBURG P.C.

## A PROFESSIONAL CORPORATION

| | |
|---|---|
| Patsy's Brand, Inc. | March 3, 2020 |
| I.D. 33917-002 - BMB | Invoice 274326 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 2 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | finalized declaration and execute | |
| 02/13/20 | BMB | Drafted draft proposal on discovery depositions and subpoenas for review; ███ ████████████████████████ | 0.30 |
| 02/13/20 | JGM | Review of email correspondence re: pending motions regarding depositions and IC with B. Block concerning ████████████ | 1.00 |
| 02/17/20 | BMB | Call with Lisa re: ████████████████ | 0.20 |
| 02/17/20 | BMB | Drafted email to client and general counsel re: ████████████████ | 0.20 |
| 02/17/20 | JGM | Correspondence with adversary and IC with B. Block re: resolution of pending motion practice. | 0.20 |
| 02/18/20 | JGM | Correspondence with adversary regarding resolving the current motion practice. | 0.30 |
| 02/19/20 | BMB | Redacted Dr. Greenstein declaration for sensitive medical information and filed declaration as ordered | 0.30 |
| 02/19/20 | BMB | Internal conference concerning ██████████████████████ | 0.30 |
| 02/19/20 | BMB | Drafted letter to Judge Fox reporting discovery agreement to most motions | 0.20 |
| 02/19/20 | JGM | Correspondence with B. Block and adversary re: resolving motion practice concerning Joe/Rose Scognamillo | 0.40 |
| 02/20/20 | BMB | Edited and revised letter to Judge Fox re: motions pending | 0.20 |
| 02/20/20 | BMB | Email correspondence with opposing counsel confirming the deal and finalized/filed letter to Judge Fox | 0.30 |
| 02/20/20 | BMB | (HALF RATE) Motions conference call with Judge Fox; subsequent call with opposing counsel | 0.40 |
| 02/20/20 | BMB | Sent email to client re: ████████████████████ | 0.20 |
| 02/20/20 | JGM | Call with adversary regarding resolution of pending motions; review of motion papers in advance of Court conference call; edits to letter to be filed; participation in Court conference call; update N. Di Mauro re: ████████ | 1.20 |

| | | |
|---|---|---|
| **Total Fees** | | **6,444.50** |

| Fee Recap | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| Brian M. Block | 0.40 | 195.00 | 78.00 |
| Brian M. Block | 9.10 | 390.00 | 3,549.00 |
| Joel G. MacMull | 4.90 | 575.00 | 2,817.50 |
| **Totals** | **14.40** | | **6,444.50** |

| Disbursements | | |
|---|---|---|
| Date | Description | Amount |
| 02/29/20 | Photocopying | 39.50 |
| 02/19/20 | Federal Express; Federal Express - Invoice #6-929-49631; Federal Express | 15.48 |

# MANDELBAUM SALSBURG P.C.
### A PROFESSIONAL CORPORATION

| | |
|---|---|
| Patsy's Brand, Inc. | March 3, 2020 |
| I.D. 33917-002 - BMB | Invoice 274326 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 3 |

| Date | Description | | Amount |
|---|---|---|---|
| | **Total Disbursements** | | **54.98** |
| | | | |
| | **Total Fees and Disbursements** | | **6,499.48** |
| | Courtesy Discount | | -644.45 |
| | **Total Current Charges** | | **5,855.03** |
| | Balance Forward | | 225.45 |
| | **Total Amount Due** | | **6,080.48** |
| | Balance Forward | | 225.45 |
| | Current Fees | 6,444.50 | |
| | Current Disbursements | 54.98 | |
| | Courtesy Discount | -644.45 | |
| | Total Current Charges | | 5,855.03 |
| | | | |
| | **Total Due** | | **6,080.48** |

**For your convenience you can now pay your bill online at https://www.lawfirm.ms/pay-your-bill. We accept Visa, MasterCard, Discover and American Express. Please call your attorney or a member of our bookkeeping department at 973-736-4600 with any questions or concerns.**

# MANDELBAUM SALSBURG P.C.

**ATTORNEYS AT LAW**
**FOUNDED IN 1930**

**3 BECKER FARM RD, SUITE 105**
**ROSELAND, NEW JERSEY 07068**
**(973) 736-4600**
**Fed. Tax I.D. #** ▮▮▮▮▮

Patsy's Brand, Inc.
236 West 56th Street
New York, NY 10019

Invoice 276786
May 6, 2020

ID: 33917-002 - BMB

Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc.

For Services Rendered Through April 30, 2020

| Fees | | | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** |
| 04/30/20 | BMB | Read and reviewed Judge Torres' decision granting motion to dismiss; subsequent discussion with JGM on ▮▮▮▮; email correspondence to client concerning | 0.30 |
| 04/30/20 | BMB | (NO CHARGE) Client call to discuss ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.80 |
| 04/30/20 | JGM | Review of decision dismissing action; discussion with B Block re: ▮▮▮▮▮▮ ▮▮▮▮▮▮; Call with client and NJD to discuss ▮▮▮▮▮▮▮ ▮▮▮ | 1.20 |
| | | **Total Fees** | **807.00** |

| Fee Recap | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| Brian M. Block | 0.80 | 0.00 | No Charge |
| Brian M. Block | 0.30 | 390.00 | 117.00 |
| Joel G. MacMull | 1.20 | 575.00 | 690.00 |
| **Totals** | **2.30** | | **807.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **807.00** |
| Courtesy Discount | -80.70 |
| **Total Current Charges** | **726.30** |

| | | |
|---|---|---|
| Previous Balance | | 6,080.48 |
| Payments | | -6,080.48 |
| Balance Forward | | 0.00 |
| Current Fees | 807.00 | |
| Courtesy Discount | -80.70 | |

# MANDELBAUM SALSBURG P.C.

### A PROFESSIONAL CORPORATION

| | |
|---|---|
| Patsy's Brand, Inc. | May 6, 2020 |
| I.D. 33917-002 - BMB | Invoice  276786 |
| Re: Patsy's Brand, Inc. 2019 Case adv. I.O.B. Realty, Inc. | Page 2 |

| | |
|---|---|
| Total Current Charges | 726.30 |
| **Total Due** | **726.30** |

**For your convenience you can now pay your bill online at https://www.lawfirm.ms/pay-your-bill. We accept Visa, MasterCard, Discover and American Express. Please call your attorney or a member of our bookkeeping department at 973-736-4600 with any questions or concerns.**