## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., ET AL<br><br>Plaintiff<br><br>v.<br><br>CAIR FLORIDA, INC., and CAIR FOUNDATION, INC.,<br><br>Defendants. | Case Number:   9:19-cv-81179 |

### NOTICE OF APPEARANCE

Larry Klayman, Esq. hereby files this appearance as counsel for Plaintiffs Illoominate Media, Inc. and Laura Loomer in this matter. Mr. Klayman is admitted to practice before this Court.

Dated: September 1, 2021                                             Respectfully Submitted,

                                                                              /s/ *Larry Klayman*
                                                                              Larry Klayman, Esq.
                                                                              FL. Bar No.: 246220
                                                                              Freedom Watch, Inc.
                                                                              Chairman and General Counsel
                                                                              7050 W. Palmetto Park Rd
                                                                              Boca Raton, FL, 33433
                                                                              Telephone: (561)558-5336
                                                                              Email:leklayman@gmail.com

                                                                              *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of September 2021, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

*/s/ Larry Klayman*