## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

ILLOOMINATE MEDIA, INC., ET AL

        Plaintiff

    v.

CAIR FLORIDA, INC., and CAIR FOUNDATION, INC.,

        Defendants.

**Case Number:   9:19-cv-81179**

### NOTICE OF APPEAL

Plaintiffs Illoominate Media, Inc. and Laura Loomer hereby appeal to the U.S. Court of Appeals for the Eleventh Circuit the August 4, 2021 order of Magistrate Judge Bruce E. Reinhart granting in part and denying in part Defendants' Joint Motion for Attorneys' Fees and Additional Costs. ECF No. 66, Exhibit 1.

Dated: September 1, 2021                               Respectfully Submitted,

                                                                                        /s/ Larry Klayman
                                                                                          Larry Klayman, Esq.
                                                                                          FL. Bar No.: 246220
                                                                                          Freedom Watch, Inc.
                                                                                          Chairman and General Counsel
                                                                                          7050 W. Palmetto Park Rd
                                                                                          Boca Raton, FL, 33433
                                                                                          Telephone: (561)558-5336
                                                                                          Email:leklayman@gmail.com

                                                                                          *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September 2021, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

/s/ *Larry Klayman*