# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

FILED BY ____AP____ D.C.

Nov 9, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

For rules and forms visit
www.ca11.uscourts.gov

November 09, 2021

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 21-13018-JJ
Case Style: Illoominate Media, Inc., et al v. Cair Florida, Inc., et al
District Court Docket No: 9:19-cv-81179-RAR

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/lt
Phone #: (404)335-6193

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-13018-JJ

_____

ILLOOMINATE MEDIA, INC.,
a Florida corporation,
LAURA LOOMER,
a Florida individual,

                                                                                                                   Plaintiffs-Appellants,

versus

CAIR FLORIDA, INC.,
a Florida corporation,
CAIR FOUNDATION,
a district of Columbia corporation,

                                                                                                                   Defendants-Appellees,

TWITTER, INC.,
a Delaware corporation, et al.,

                                                                                                                              Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: JORDAN, JILL PRYOR, and LAGOA, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Laura Loomer and Illoominate Media, Inc., appeal from the magistrate judge's August 4, 2021 order awarding attorneys' fees and costs in favor of the defendants. We lack jurisdiction to directly review magistrate judge orders, and an appeal from the magistrate judge's order must first be taken to the

2

district court. *See* 28 U.S.C. §§ 636(b) & 1291; *United States v. Renfro*, 620 F.2d 497, 500 (5th Cir. 1980); *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982) (explaining that a magistrate's actions while proceeding under § 636(b) "are not final orders and may not be appealed until rendered final by a district court").

No motion for reconsideration may be filed unless it complies with the timing and other requirements of Eleventh Circuit Rule 27-2 and all other applicable rules.