# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

ILLOOMINATE MEDIA, INC ET AL

        Plaintiffs

        v.

CAIR FLORIDA, INC., et al

        Defendants.

Case Number:   9:19-cv-81179

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE REINHART'S ORDER OF AUGUST 4, 2021 *NUNC PRO TUNC*

    Plaintiffs hereby move for leave to file objections to Magistrate Bruce Reinhart's order of August 4, 2021 granting in part and denying in part Defendants' motion for attorneys fees and costs (the "Order") on or before November 30, 2021. This request is being made in light of the U.S. Court of Appeals for the Eleventh Circuit's ("Eleventh Circuit") order of today dismissing the appeal of Magistrate Reinharts' Order because this Court has not yet entered a final order.

    Plaintiffs timely filed a notice of appeal to Magistrate Reinhart's Order on September 1, 2021, as they believed that was the proper procedure given that Magistrate Reinhart has issued an order and not a Report and Recommendation, as magistrate judges often do. Given the Eleventh Circuit's order of today, there is no prejudice to any party to allow this matter to be fully litigated at this level before then being appealed, if necessary.

Dated: November 9, 2021                                       Respectfully Submitted,

                                                                    */s/ Larry Klayman*
                                                                    Larry Klayman, Esq.
                                                                    7050 W. Palmetto Park Rd
                                                                    Boca Raton, FL, 33433
                                                                    Telephone: (561)558-5336
                                                                    Email:leklayman@gmail.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2021 a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

*/s/ Larry Klayman*