# Darren Spielman

| | |
|---|---|
| **From:** | Darren Spielman |
| **Sent:** | Thursday, November 11, 2021 9:45 AM |
| **To:** | Larry Klayman |
| **Cc:** | Oliver Peer; ybilloo@ilp.law; dzaghari-mask@cair.com; jsadowsky@cair.com; gabbas@cair.com; lmasri@cair.com; Darren Spielman |
| **Subject:** | RE: Illoominate Media v. CAIR Florida, et al (9:19-cv-81179-RAR) |

Mr. Klayman:

CAIR Florida, Inc. opposes Plaintiffs' motion for extension of time.

DARREN SPIELMAN
**THE CONCEPT LAW GROUP, P.A.**
**AN INTELLECTUAL PROPERTY LAW FIRM**
6400 NORTH ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33309
OFFICE:    (754) 300-1500
DIRECT:    (754) 300-1457
FAX:        (754) 300-1501
WWW.CONCEPTLAW.COM
DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

---

**From:** Larry Klayman <klaymanlaw@gmail.com>
**Sent:** Thursday, November 11, 2021 8:36 AM
**To:** Larry Klayman <klaymanlaw@gmail.com>
**Cc:** Darren Spielman <dspielman@conceptlaw.com>; Oliver Peer <oliver.peerfw@gmail.com>; ybilloo@ilp.law; dzaghari-mask@cair.com; jsadowsky@cair.com; gabbas@cair.com; lmasri@cair.com
**Subject:** Re: Illoominate Media v. CAIR Florida, et al (9:19-cv-81179-RAR)

P.S. Are we now to conclude that you now consent to our motion?

Larry Klayman

On Thu, Nov 11, 2021, 5:31 AM Larry Klayman <klaymanlaw@gmail.com> wrote:

> This is false.  But I would not expect more from someone who represents these ANTI-SEMITE defendants and who is likely Jewish himself.
>
>
> Larry Klayman

1

Exhibit 1

On Wed, Nov 10, 2021, 6:29 PM Darren Spielman <dspielman@conceptlaw.com> wrote:

Mr. Peer:

I had a fully booked day today, and then had to attend to some family matters at home. I am just now reviewing your email and subsequent improper filing by Mr Klayman regarding a meet and confer. I am shocked that there is a degree of reasonableness in expecting a response to your meet and confer request with a 2.5 hour window of time. Your email was sent at 12:30 and had deadline of 3:00. I do not know of a single court that would find this to be appropriate. It certainly does not comply with Local Rule 7.1. Mr. Klayman's certification in the filed Motion for Extension of Time (ECF 73) is plainly wrong. There was no such conferral with CAIR Florida, Inc., despite the sworn signature affixed thereto. I have sent an email to my client requesting their position on your motion, so I do not have a response at this time.

DARREN SPIELMAN

THE CONCEPT LAW GROUP, P.A.

AN INTELLECTUAL PROPERTY LAW FIRM

6400 NORTH ANDREWS AVENUE, SUITE 500ESPITE

FORT LAUDERDALE, FLORIDA 33309

OFFICE:   (754) 300-1500

DIRECT:   (754) 300-1457

FAX:   (754) 300-1501

WWW.CONCEPTLAW.COM

DSPIELMAN@CONCEPTLAW.COM

**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

**From:** Oliver Peer <oliver.peerfw@gmail.com>
**Sent:** Wednesday, November 10, 2021 12:29 PM
**To:** Darren Spielman <dspielman@conceptlaw.com>; ybilloo@ilp.law; dzaghari-mask@cair.com; jsadowsky@cair.com; gabbas@cair.com; lmasri@cair.com; Larry Klayman <leklayman@gmail.com>
**Subject:** Illoominate Media v. CAIR Florida, et al (9:19-cv-81179-RAR)

Exhibit 1

Counsel:

I am emailing from the office of Larry Klayman, counsel for Plaintiffs in the above referenced case. Please advise by 3pm EST today whether you will consent to Plaintiffs' Motion for Extension of Time Nunc Pro Tunc to File Objections, which was filed yesterday. This motion is being attached below for your convenience. Thank you very much.

Regards,

Oliver Peer

Klayman Law Group, P.A.

Exhibit 1