IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ILLOOMINATE MEDIA, INC ET AL<br><br>Plaintiffs<br><br>v.<br><br>CAIR FLORIDA, INC., et al<br><br>Defendants. | Case Number:   9:19-cv-81179 |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs Illoominate Media, Inc and Laura Loomer hereby appeal to the U.S. Court of Appeals for the Eleventh Circuit the District Court's February 3, 2022 Order Denying Plaintiff's Objections to Magistrate Order Granting in Part and Denying in Part Defendants' Joint Motion Attorneys' Fees and Costs, Exhibit 1, and all other appealable orders adverse to Plaintiffs in this matter.

Dated: March 3, 2022                                         Respectfully Submitted,

/s/ *Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Telephone: (561)558-5336
Email:leklayman@gmail.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March 2022  a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

/s/ *Larry Klayman*