UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.,** ) <br> A Florida Corporation, ) <br> **LAURA LOOMER** ) <br> A Florida Individual ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **CAIR FLORIDA, INC.,** ) <br> A Florida Corporation ) <br> **CAIR FOUNDATION** ) <br> A District of Columbia Corporation ) <br> Defendants. ) | **Case No. 9:19-cv-81179-RAR** |

## MOTION FOR FINAL JUDGMENT

COME NOW, Defendants, CAIR FOUNDATION ("CAIR") and CAIR Florida Inc, (CAIR-Florida), by and through the undersigned counsel, and file this motion for final judgment against Plaintiffs LAURA LOOMER ("Loomer") and Illoominate Media, Inc. ("Illoominate") and state as follows:

Plaintiffs filed the instant action against Defendants in Palm Beach County Circuit Court on April 18, 2019. The case was removed to this Court on August 22, 2019. Before the Court dismissed Plaintiff's remaining claim in November 2019, Defendants sent Plaintiffs an offer of judgment on October 2, 2019, which Plaintiffs rejected. On April 12, 2021, CAIR filed a motion seeking reimbursement for reasonable costs and attorney's fees pursuant to Florida Statute §768.79(1), which was granted in part (ECF No. 66).

Plaintiffs first appealed this order in September 2021, *Illoominate Media, Inc. v. CAIR Florida, Inc.*, 21-13018 (11th Cir.), which was dismissed for lack of a final dispositive order to review. Plaintiffs filed another appeal, *Illoominate Media, Inc. v. CAIR Florida, Inc.*, 22-10718 (11th Cir.), where, on September 30, 2022, the Eleventh Circuit affirmed this Court's holding that Plaintiffs must pay the full amount of costs

and fees ordered. Plaintiffs petitioned the Eleventh Circuit for rehearing En Banc, which, on November 22, 2022, was denied.

After a total of three separate appeals, the United States Court of Appeals for the Eleventh Circuit affirmed this Court's holding that Plaintiffs must pay a total amount of $124,423.37 to Defendants as identified in this Court's prior Order.

Given Plaintiffs continued failures to respond to communications regarding the enforcement and collection of this court's Order on Attorneys Fees, Defendants seek to have this Court further compel Plaintiffs to complete a Fact Information Sheet (Exh A attached) in accordance with the Florida Rules of Civil Procedure. Under Federal Rule of Civil Procedure 69(a), the procedure for executing judgment "must accord with the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(1). Thus, Florida procedure for executing judgment applies here. Florida Rule of Civil Procedure 1.560 allows judgment creditors to obtain discovery from judgment debtors when collecting judgment. Fla. R. Civ. P. 1.560(a).

WHEREFORE, Defendants, CAIR FOUNDATION and CAIR Florida Inc., pray this court to

a) Entry of an Order of Final Judgment against Plaintiffs in the amount of $124,423.37 ONE HUNDRED TWENTY-FOUR THOUSAND FOUR HUNDRED AND TWENTY-THREE DOLLARS and THIRTY-SEVEN CENTS.

b) Enter an Order that Plaintiffs, as judgement debtors, shall complete and return the attached Fact Information Sheet within 45 days to the undersigned.

c) Award other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Darren Spielman
The Concept Law Group, P.A.
6400 North Andrews Avenue

Suite 500
Fort Lauderdale, FL 33309
(754) 300-1500
dspielman@conceptlaw.com
Attorneys for CAIR-Florida, Inc.

/s/ Lena F. Masri_____
Lena F. Masri
Gadeir I. Abbas
Justin Sadowsky
Zanah Ghalawanji
CAIR National Legal Defense Fund
453 New Jersey Ave SE,
Washington, DC 20003
202-742-6420
Attorneys for CAIR Foundation, Inc.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

In accordance with Local Rule 7.1(a)(3), the counsel for CAIR conferred with Plaintiffs' counsel via email on September 30, 2022, November 22, 2022, and December 28, 2022, and counsel did not receive a response to any of those communications.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2023, I have filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Darren Spielman*
Darren Spielman

**SERVICE LIST:**

Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Telephone: (561)558-5336
Email:leklayman@gmail.com

Ron Coleman
Dhillon Law Group, Inc.
347-996-4840
RColeman@dhillonlaw.com
646-358-8082
256 5th Ave., 4th Floor
New York, NY 10001


Craig W. Young, Esq.
CWY Legal & Consulting, LLC
2500 Quantum Lakes Dr., Suite 100,
Boynton Beach, FL 33426
Tel: (561) 568-1000
Email: Craig@cwylegal.com