# EXHIBIT A

**FORM 1.977.    FACT INFORMATION SHEET**

**(a)    For Individuals.**

(CAPTION)

FACT INFORMATION SHEET

Full Legal Name: _____

Nicknames or Aliases: _____

Residence Address:_____

Mailing Address (if different): _____

Telephone Numbers: (Home) _____

(Business) _____

Name of Employer: _____

Address of Employer: _____

Position or Job Description: _____

Rate of Pay: $_____per _____Average Paycheck: $_____per _____

Average Commissions or Bonuses: $ _____per _____.

Commissions or bonuses are based on _____

Other Personal Income: $_____from _____

(Explain details on the back of this sheet or an additional sheet if necessary.)

Social Security Number: _____Birthdate: _____

Driver's License Number: _____

Marital Status: ___Spouse's Name: _____

********

*Spouse Related Portion*

Spouse's Address (if different): _____

Spouse's Social Security Number: _____ Birthdate: _____

Spouse's Employer: _____

Spouse's Average Paycheck or Income: $_____per _____

Other Family Income: $_____per_____(Explain details on back of this

sheet or an additional sheet if necessary.)

Florida Rules of Civil Procedure    January 19, 2023    258

Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.

********

Names and Ages of All Your Children (and addresses if not living with you): \_\_\_\_

_____

Child Support or Alimony Paid: $ _____per _____

Names of Others You Live With: _____

Who is Head of Your Household?_____ You_____ Spouse

_____ Other Person

Checking Account at:     _____Account # _____

Savings Account at:_____Account # _____

For Real Estate (land) You Own or Are Buying: _____

Address: _____

All Names on Title: _____

Mortgage Owed to: _____

Balance Owed: _____

Monthly Payment: $ _____

(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)

For All Motor Vehicles You Own or Are Buying: _____

Year/Make/Model: _____ Color: _____

Vehicle ID #:_____ Tag No: _____ Mileage: _____

Names on Title: _____ Present Value: $ _____

Loan Owed to: _____

Balance on Loan: $ _____

Monthly Payment: $ _____

(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.

Does anyone owe you money? Amount Owed: $ _____

Name and Address of Person Owing Money: _____

Reason money is owed: _____

Please attach copies of the following:

a.      Your last pay stub.

b.      Your last 3 statements for each bank, savings, credit union, or other financial account.

c.      Your motor vehicle registrations and titles.

d.      Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

e.      Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last 3 years.

f.      Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
                         Judgment Debtor

STATE OF FLORIDA
COUNTY OF ..........

Sworn to (or affirmed) and subscribed before me this _____ day of _____ (year) by (name of person making statement)

Florida Rules of Civil Procedure      January 19, 2023                    260

_____

Notary Public of Florida
My Commission expires: ..........

Personally known _____ OR Produced Identification _____
Type of identification produced _____

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL
ATTACHMENTS, TO THE JUDGMENT CREDITOR OR THE JUDGMENT
CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE
CLERK OF COURT.**

  **(b)  For Corporations and Other Business Entities.**

(CAPTION)

FACT INFORMATION SHEET

Name of entity: _____

Name and title of person filling out this form: _____

Telephone number: _____

Place of business: _____

Mailing address (if different): _____

Gross/taxable income reported for federal income tax purposes last three
years:

$_____/$_____ $_____/$_____ $_____/$_____

Taxpayer identification number: _____

Is this entity an S corporation for federal income tax purposes? _____ Yes
_____ No

Average number of employees per month_____

Name of each shareholder, member, or partner owning 5% or more of the
entity's common stock, preferred stock, or other equity interest:

_____

_____

Names of officers, directors, members, or partners:  _____

Checking account at: _____ Account # _____

Savings account at: _____ Account #  _____

Does the entity own any vehicles?_____Yes_____ No_____

For each vehicle please state: _____

Year/Make/Model: _____Color:_____

Vehicle ID No: _____ Tag No: _____ Mileage: _____

Names on Title: _____ Present Value: $ _____

Loan Owed to: _____

Balance on Loan: $ _____

Monthly Payment: $ _____

Does the entity own any real property?     _____Yes  _____No

If yes, please state the address(es):_____

Please check if the entity owns the following

_____ Boat

_____ Camper

_____ Stocks/bonds

_____ Other real property

_____ Other personal property

Please attach copies of the following:

1.     Copies of state and federal income tax returns for the past 3 years.

2.     All bank, savings and loan, and other account books and statements for accounts in institutions in which the entity had any legal or equitable interest for the past 3 years.

3.     All canceled checks for the 12 months immediately preceding the service date of this Fact Information Sheet for accounts in which the entity held any legal or equitable interest.

4.     All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date this lawsuit was filed.

5.     Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the entity within the 12 months immediately preceding the date this lawsuit was filed.

6.     Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by the entity alone or with others.

7.     Financial statements as to the entity's assets, liabilities, and owner's equity prepared within the 12 months immediately preceding the service date of this Fact Information Sheet.

8.     Minutes of all meetings of the entity's members, partners, shareholders, or board of directors held within 2 years of the service date of this Fact Information Sheet.

9.     Resolutions of the entity's members, partners, shareholders, or board of directors passed within 2 years of the service date of this Fact Information Sheet.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor's Designated
Representative/Title

STATE OF FLORIDA
COUNTY OF ..........

Sworn to (or affirmed) and subscribed before me this _____ day of _____ (year) by (name of person making statement).

Personally known ____ OR Produced identification _____
Type of identification produced _____

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE PLAINTIFF'S JUDGMENT CREDITOR OR THE PLAINTIFF'S JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF THE COURT.**

**Committee Notes**