UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | | |
|---|---|---|
| ILLOOMINATE MEDIA, INC., <br> A Florida Corporation, <br> **LAURA LOOMER** <br> A Florida Individual <br>                       Plaintiffs, <br> v. <br> **CAIR FLORIDA, INC.,** <br> A Florida Corporation <br> **CAIR FOUNDATION** <br> A District of Columbia Corporation <br>                       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 9:19-cv-81179-RAR** |

## [PROPOSED] FINAL JUDGMENT

On August 4, 2021, this Court granted in part Defendants', CAIR Foundation's and CAIR Florida, Inc.'s, Joint Motion For Attorneys' Fees And Additional Costs. *See* ECF No. 66. This Court ordered Plaintiffs to pay Defendants $124,423.37. Plaintiffs filed an appeal, *Illoominate Media, Inc. v. CAIR Florida, Inc.*, 22-10718 (11th Cir.), where the Eleventh Circuit affirmed this Court's holding that Plaintiffs must pay the full amount of costs and fees. Plaintiffs petitioned the Eleventh Circuit for rehearing En Banc, which was denied. Accordingly, pursuant to Fed. R. Civ. P. 58, it is

**ORDERED AND ADJUGED** that judgment is entered in favor of Defendants, CAIR Foundation and CAIR Florida, Inc., and against Plaintiffs, Illoominate Media, Inc. and Laura Loomer, in the amount of $124,423.37.

It is further **ORDERED** that that the judgment debtors shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including

all required attachments, and serve it on the judgment creditors' attorneys, or the judgment creditors if the judgment creditors are not represented by an attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed. Jurisdiction of this case is retained to enter further orders that are proper to compel the judgment debtors to complete form 1.977, including all required attachments, and serve it on the judgment creditors' attorneys, or the judgment creditors if the judgment creditors are not represented by an attorney.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this \_\_\_\_\_ day of _____, 2023.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**