UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-81179-RAR

**ILLOOMINATE MEDIA, INC.**, and
**LAURA LOOMER**,

 Plaintiffs,

v.

**CAIR FLORIDA, INC.**, *et al.*,

 Defendants.
_____/

# FINAL JUDGMENT

 **THIS CAUSE** comes before the Court upon Defendants' Motion for Final Judgment, [ECF No. 83]. On February 3, 2022, this Court granted in part Defendants' Joint Motion for Attorneys' Fees and Costs, requiring Plaintiffs to pay Defendants the sum of $124,423.37. *See* Order Denying Plaintiffs' Objections to Magistrate Judge's Order Granting in Part and Denying in Part Defendants' Joint Motion for Attorneys' Fees and Costs, [ECF No. 77]. Plaintiffs filed an appeal, *Illoominate Media, Inc., et al. v. CAIR Florida, Inc., et al.*, No. 22-10718-AA (11th Cir. Nov. 30, 2022), and the United States Court of Appeals for the Eleventh Circuit affirmed this Court's holding that Plaintiff must pay the aforementioned amount of attorneys' fees and costs. *See* Mandate, [ECF No. 82]. Accordingly, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

 **ORDERED AND ADJUDGED** as follows:

 1. Final judgment is hereby entered in favor of Defendants, CAIR Foundation and CAIR Florida, Inc., and against Plaintiffs, Illoominate Media, Inc. and Laura Loomer, in the total amount of **$124,423.37**, for which sum let execution issue forthwith.

2.     The judgment debtors shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditors' attorneys, or the judgment creditors if the judgment creditors are not represented by an attorney, within **45 days** from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.   Jurisdiction of this case is retained to enter further orders deemed necessary and proper to compel the judgment debtors to complete Form 1.977, including all required attachments, and serve it on the judgment creditors' attorneys, or the judgment creditors if the judgment creditors are not represented by an attorney.

**DONE AND ORDERED** in Miami, Florida, this 13th day of February, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**