**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH COUNTY DIVISION**

**CASE NO: 19-CV-81179-RAR**

ILLOOMINATE MEDIA, INC., and LAURA
LOOMER,

       Plaintiffs,

    v.

CAIR FLORIDA, INC., *et al*.,

       Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Remy Green of the law firm of Cohen&Green P.L.L.C., 1639 Centre St., Suite 216, Ridgewood (Queens), New York, 11385, telephone number (929) 888-9480, for purposes of appearance as co-counsel on behalf of all Defendants in the above-styled case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Remy Green to receive electronic filings in this case, and in support thereof states as follows:

1.     Remy Green is not admitted to practice in the Southern District of Florida. They are a member in good standing of the State Bars of New York and New Jersey, and are admitted to practice in the U.S. District Courts for the Southern District of New York, Eastern District of New York, Northern District of New York, and the District of New Jersey; the U.S. Court of

1

Appeals for the Second Circuit, Third Circuit, and Seventh Circuit; and the United States Supreme Court.

2.      Movant, Darren Spielman, of the law firm The Concept Law Group, P.A., telephone number (754) 300-1500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Remy Green has made payment of this Court's $200.00 admission fee during the filing of this motion. A certification in accordance with Rule 4(b) is attached hereto.

4.      Remy Green, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Remy Green at email address:  Remy@femmelaw.com.

5.      This motion is necessary because Plaintiffs have violated the Court's Order at ECF No. 84, and post-judgment discovery is also necessary.


**WHEREFORE,** Darren Spielman, moves this Court to enter an Order for Remy Green, to appear before this Court on behalf of all Defendants for all purposes relating to the proceedings in

the above-styled matter and directing the Clerk to provide notice of electronic filings to Remy Green.

**Dated: April 14, 2023.**

Respectfully submitted,

**THE CONCEPT LAW GROUP, P.A.**
*Attorneys for Defendant*
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
Telephone: 754-300-1500

By: */s/ Darren Spielman*
Darren Spielman (FBN: 678341)
E-mail: DSpeilman@ConceptLaw.com

and

Lena F. Masri
Gadeir I. Abbas
Justin Sadowsky
Zanah Ghalawanji
**CAIR National Legal Defense Fund**
453 New Jersey Ave SE,
Washington, DC 20003
202-742-6420
*Attorneys for CAIR Foundation, Inc.*

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 19-CV-81179-RAR**

ILLOOMINATE MEDIA, INC., and LAURA
LOOMER,

          Plaintiffs,

    v.

CAIR FLORIDA, INC., *et al.*,

          Defendants.

_____/

## <u>CERTIFICATION OF REMY GREEN</u>

Remy Green, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys, hereby certifies that:

1.     I have studied the Local Rules of the United States District Court for the Southern District of Florida.

2.     I am a member in good standing of the State Bars of New York and New Jersey, and am admitted to practice in the U.S. District Courts for the Southern District of New York, Eastern District of New York, Northern District of New York, and the District of New Jersey; the U.S. Court of Appeals for the Second Circuit, Third Circuit, and Seventh Circuit; and the United States Supreme Court.

3.     I have not filed three or more motions for pro hac vice admission in this District within the last 365 days

Dated:     April 14, 2023

                    Respectfully submitted,

                    _____/s/ J. Remy Green
                    J. Remy Green
                      *Honorific/Pronouns:*
                      *Mx., they/their/them*
                    **COHEN&GREEN P.L.L.C.**
                    1639 Centre St., Suite 216
                    Ridgewood, New York 11385

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 19-CV-81179-RAR

ILLOOMINATE MEDIA, INC., and LAURA
LOOMER,

       Plaintiffs,

    v.

CAIR FLORIDA, INC., *et al*.,

       Defendants.

_____/

### [PROPOSED] ORDER GRANTING MOTION FOR REMY GREEN TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion for Remy Green to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

    **ORDERED AND ADJUDGED that:**

    The Motion is **GRANTED**. Remy Green may appear and participate in this action on behalf of Defendants. The Clerk shall provide electronic notification of all electronic filings to Remy Green at [remy@femmelaw.com](mailto:remy@femmelaw.com).

    **DONE AND ORDERED** in Chambers, in Miami, Florida, this ___ day of _____, 2023.

 

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to: All Counsel of Record

1