UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-81179-RAR

**ILLOOMINATE MEDIA, INC.**, and
**LAURA LOOMER**,

  Plaintiffs,

v.

**CAIR FLORIDA, INC.**, *et al.*,

  Defendants.
_____/

**ORDER REFERRING MOTION**

  Pursuant to 28 U.S.C. section 636(b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-styled case is referred to United States Magistrate Judge Bruce E. Reinhart to take all action as required by law on Defendant's Motion to Compel Compliance with Final Judgment, [ECF No. 87]. It shall be the responsibility of the parties in this case to note the name of Magistrate Judge Reinhart on all motions and submissions pertaining to the referenced Motion.

  **DONE AND ORDERED** in Miami, Florida, this 19th day of April, 2023.

                 _____
                 **RODOLFO A. RUIZ II**
                 **UNITED STATES DISTRICT JUDGE**