## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

ILLOOMINATE MEDIA, INC ET AL

                Plaintiffs

            v.

CAIR FLORIDA, INC., et al

                Defendants.

**Case Number:   9:19-cv-81179**

### PLAINTIFFS' RESPOSNE TO MOTION TO COMPEL COMPLIANCE WITH ECF NO. 84 AND MOTION TO STAY

    Plaintiffs are not trying to flout any court process. They have been attempting, through undersigned counsel, to get their previous counsel, Ronald D. Coleman, Esq ("Mr. Coleman"). from Dhillon Law Group, Inc., to pay any assessed fees as she is of the firm belief that they committed malpractice. This is based on the rulings of both this Court and the U.S. Court of Appeals for the Eleventh Circuit, which can only be read to say that Mr. Coleman committed malpractice. In this regard, Plaintiffs have told Mr. Coleman to contact his insurance carrier, but it appears that he has not done so.

    Thus, Plaintiffs are now forced to bring a claim for malpractice or to interplead them into this instant case. Plaintiffs respectfully request forty-five (45) days to do so, and if any money is due in owing, it is by Mr. Coleman.

Dated: May 2, 2023                                     Respectfully Submitted,

                                                  */s/ Larry Klayman*
                                                  Larry Klayman, Esq.
                                                  7050 W. Palmetto Park Rd
                                                  Boca Raton, FL, 33433
                                                  Telephone: (561)558-5336
                                                  Email:leklayman@gmail.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2023 a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

*/s/ Larry Klayman*

## CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

*/s/ Larry Klayman*