IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ILLOOMINATE MEDIA, INC et al<br><br>Plaintiffs<br><br>v.<br><br>CAIR FLORIDA, INC., et al<br><br>Defendants | Case Number: 9:19-CV-81179 |

**PLAINTIFFS' NOTICE OF HAVING COMPLIED WITH THIS COURT'S ORDER OF MAY 3, 2023 ON MOTION TO COMPEL**

Plaintiffs, Illoominate Media, Inc. and Laura Loomer, hereby provide notice of having earlier today complied with this Court's order of May 3, 2023 granting Defendants Motion to Compel.

Dated: May 15, 2023                                              Respectfully Submitted**,**

                                                    /s/ Larry Klayman_____
                                                         Larry Klayman, Esq.
                                                         Florida Bar No.: 246220
                                                         Klayman Law Group P.A.
                                                         7050 W. Palmetto Park Rd
                                                         Boca Raton, FL, 33433
                                                         Tel: 561-558-5536
                                                         leklayman@gmail.com
                                                         *Counsel for Illoominate Media, Inc.*
                                                         *and Laura Loomer*

## **CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, May 15, 2023, a copy of the foregoing was filed via this Court's e-filing system and served upon all parties and/or counsel of record through Notices of Electronic Filing and via email.

                                                                                   */s/ Larry Klayman*
                                                                                    Larry Klayman