# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PALM BEACH COUNTY DIVISION

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and LAURA LOOMER, a Florida individual<br><br>        Plaintiffs,<br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>        Defendants. | Case No. 19-CV-81179<br><br>Judge Rodolfo A. Ruiz<br>U.S. District Judge<br><br>Judge Bruce E. Reinhart<br>U.S. Magistrate Judge |

## DEFENDANTS' EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE REPLY PURSUANT TO ECF NO. 96

Defendants respectfully move for a 30-day extension of time to file their reply, as set out in ECF No. 96. The current deadline under ECF No. 96 is Monday, June 12, 2023, so Defendants respectfully request the Court's ruling no later than **4:00 p.m. on Monday, June 12, 2023**. Plaintiffs consent to this motion. In support of the motion, Defendants state as follows:

1. This motion seeks an expedited ruling pursuant to Local Rule 7.1(d)(2) since Defendants' deadline to file a reply in support of the pending contempt motion is Monday, June 12, 2023.

2. In the interim, the parties have had productive settlement discussions, and spending time exploring settlement instead of on contempt, for the moment, is likely to be more productive.

3. Thus, Defendants seek a 30-day extension, to get the final approvals, and then to put the settlement in principle into concrete terms.

4. This is the first motion for the extension of time to file the Reply.

5. This motion is not filed for the purpose of delay.

WHEREFORE, Defendants respectfully request the Court adjourn the time for them to file a reply, as set out in ECF No. 96, for 30 days. If this motion is granted, the new deadline would be Wednesday, July 12, 2023.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Defendants certifies that their office has conferred with Plaintiffs via email and telephone in a good faith effort to resolve the issues raised in this motion, and that Plaintiffs have indicated that they consent to the relief requested.

Dated: June 9, 2023

Respectfully submitted,

BY: */s/ Darren Spielman*
Darren Spielman
THE CONCEPT LAW GROUP, P.A.
6400 North Andrews Avenue
Suite 500
Fort Lauderdale, FL 33309
(754) 300-1500
dspielman@conceptlaw.com

Remy Green (*admitted pro hac vice*)
COHEN&GREEN P.L.L.C
1639 Centre St.
Suite 216
Ridgewood, NY 11385
(929) 888-9480

CAIR LEGAL DEFENSE FUND
LEFA F. MASRI (DC: 1000019)
JUSTIN SADOWSKY (DC: 977642)
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
ldf@cair.com

*Counsel for CAIR-Florida, Inc.*