# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PALM BEACH COUNTY DIVISION

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and<br><br>LAURA LOOMER, a Florida individual<br><br>           Plaintiffs,<br><br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>           Defendants. | Case No. 19-CV-81179<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ECF NO. 96** |

**THIS CAUSE**, having come before the Court on Defendants' expedited motion for an extension of time to file a reply, as set out in ECF No. 96, and the Court having reviewed said Motion and otherwise being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that said expedited motion is hereby **GRANTED**. Defendants' reply is due July 12, 2023.

**DONE AND ORDERED** in Chambers, in Palm Beach, Florida, this _____ day of June, 2023.

                                                                             _____
                                                                               Hon. Bruce E. Reinhart, U.S.M.J.