**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH COUNTY DIVISION**

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and LAURA LOOMER, a Florida individual<br><br>Plaintiffs,<br><br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>Defendants. | Case No. 19-CV-81179<br><br>Judge Rodolfo A. Ruiz<br>U.S. District Judge<br><br>Judge Bruce E. Reinhart<br>U.S. Magistrate Judge |

### DEFENDANTS' SECOND EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE REPLY PURSUANT TO ECF NO. 98

Defendants respectfully move for a 14-day extension of time to file their reply, as set out in ECF No. 98. The current deadline under ECF No. 98 is Wednesday, July 12, 2023, so Defendants respectfully request the Court's ruling no later than **4:00 p.m. on Wednesday, July 12, 2023**. Plaintiffs consent to this motion. This is the second request for an extension of that deadline, and the prior request was granted. In support of the motion, Defendants state as follows:

1. This motion seeks an expedited ruling pursuant to Local Rule 7.1(d)(2) since Defendants' deadline to file a reply in support of the pending contempt motion is Wednesday, July 12, 2023.

2. As noted in the prior motion, the parties are currently spending time exploring settlement instead of on contempt. As previewed therein, the parties have reached a settlement in principle, and since the last motion, Defendants have sent Plaintiffs a draft settlement.

3. However, the parties need additional time to discuss and attempt to reach agreement on the exact language.

4. Thus, Defendants seek a 14-day extension.

5. This is the second motion for the extension of time to file the Reply.

1

6.     This motion is not filed for the purpose of delay.

WHEREFORE, Defendants respectfully request the Court adjourn the time for them to file a reply, as set out in ECF No. 98, for 14 days.  If this motion is granted, the new deadline would be Wednesday, July 26, 2023.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Defendants certifies that their office has conferred with Plaintiffs via email and telephone in a good faith effort to resolve the issues raised in this motion, and that Plaintiffs have indicated that they consent to the relief requested.

Dated: June 9, 2023

Respectfully submitted,

BY: */s/ Darren Spielman*
Darren Spielman
THE CONCEPT LAW GROUP, P.A.
6400 North Andrews Avenue
Suite 500
Fort Lauderdale, FL 33309
(754) 300-1500
dspielman@conceptlaw.com

Remy Green (*admitted pro hac vice*)
COHEN&GREEN P.L.L.C
1639 Centre St.
Suite 216
Ridgewood, NY 11385
(929) 888-9480

CAIR LEGAL DEFENSE FUND
LEFA F. MASRI (DC: 1000019)
JUSTIN SADOWSKY (DC: 977642)
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
ldf@cair.com

*Counsel for CAIR-Florida, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2023, I have filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Darren Spielman*
Darren Spielman

## SERVICE LIST:

Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Telephone: (561)558-5336
Email:leklayman@gmail.com
Ron Coleman
Dhillon Law Group, Inc.
347-996-4840
RColeman@dhillonlaw.com
646-358-8082
256 5th Ave., 4th Floor
New York, NY 10001


Craig W. Young, Esq.
CWY Legal & Consulting, LLC
2500 Quantum Lakes Dr., Suite 100,
Boynton Beach, FL 33426
Tel: (561) 568-1000
Email: Craig@cwylegal.com