UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and<br><br>LAURA LOOMER, a Florida individual<br><br>Plaintiffs,<br><br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>Defendants. | Case No. 19-CV-81179<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ECF NO. 98** |

**THIS CAUSE**, having come before the Court on Defendants' second expedited motion for an extension of time to file a reply, as set out in ECF No. 98, and the Court having reviewed said Motion and otherwise being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that said expedited motion is hereby **GRANTED**. Defendants' reply is due July 26, 2023.

**DONE AND ORDERED** in Chambers, in Palm Beach, Florida, this _____ day of July, 2023.

_____
Hon. Bruce E. Reinhart, U.S.M.J.