UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and LAURA LOOMER, a Florida individual<br><br>Plaintiffs,<br><br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>Defendants. | Case No. 19-CV-81179<br><br>Judge Rodolfo A. Ruiz<br>U.S. District Judge<br><br>Judge Bruce E. Reinhart<br>U.S. Magistrate Judge |

**DEFENDANTS' THIRD EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE REPLY PURSUANT TO ECF NO. 100**

Defendants respectfully move for a 14-day extension of time to file their reply, as set out in ECF No. 100. The current deadline under ECF No. 100 is Wednesday, July 26, 2023, so Defendants respectfully request the Court's ruling no later than **4:00 p.m. on Wednesday, July 26, 2023**. Plaintiffs consent to this motion. This is the third request for an extension of that deadline, and the two (2) prior requests were granted. In support of the motion, Defendants state as follows:

1. This motion seeks an expedited ruling pursuant to Local Rule 7.1(d)(2) since Defendants' deadline to file a reply in support of the pending contempt motion is Wednesday, July 26, 2023.

2. As noted in the two (2) prior granted motions, the parties were exploring settlement of the instant dispute.

3. The parties have now settled and resolved their issues concerning these post-judgment matters.

4. However, the parties need additional time for Plaintiffs to comply with certain initial actions.

5. Thus, Defendants seek a 14-day extension, whereby within 14 days of this Court granting

this third motion for extension of time, the parties intend to file a stipulation and proposed order of settlement.

6. This is the third motion for the extension of time to file the Reply.

7. This motion is not filed for the purpose of delay.

WHEREFORE, Defendants respectfully request the Court adjourn the time for them to file a reply, as set out in ECF No. 100, for 14 days. If this motion is granted, the new deadline would be Wednesday, August 9, 2023.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Defendants certify that their office has conferred with Plaintiffs via email in a good faith effort to resolve the issues raised in this motion, and that Plaintiffs have indicated that they consent to the relief requested.

Dated: July 26, 2023

Respectfully submitted,

BY: */s/ Darren Spielman*
Darren Spielman
THE CONCEPT LAW GROUP, P.A.
6400 North Andrews Avenue
Suite 500
Fort Lauderdale, FL 33309
(754) 300-1500
dspielman@conceptlaw.com

Remy Green (*admitted pro hac vice*)
COHEN&GREEN P.L.L.C
1639 Centre St.
Suite 216
Ridgewood, NY 11385
(929) 888-9480

CAIR LEGAL DEFENSE FUND

LEFA F. MASRI (DC: 1000019)  
JUSTIN SADOWSKY (DC: 977642)  
453 New Jersey Ave, SE  
Washington, DC 20003  
Phone: (202) 742-6420  
ldf@cair.com

*Counsel for CAIR-Florida, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2023, I have filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Darren Spielman  
Darren Spielman

## SERVICE LIST:

| | |
|---|---|
| Larry Klayman, Esq. | Craig W. Young, Esq. |
| KLAYMAN LAW GROUP, P.A. | CWY Legal & Consulting, LLC |
| 7050 W. Palmetto Park Rd | 2500 Quantum Lakes Dr., Suite 100, |
| Boca Raton, FL, 33433 | Boynton Beach, FL 33426 |
| Telephone: (561)558-5336 | Tel: (561) 568-1000 |
| Email:leklayman@gmail.com | Email: Craig@cwylegal.com |
| Ron Coleman | |
| Dhillon Law Group, Inc. | |
| 347-996-4840 | |
| RColeman@dhillonlaw.com | |
| 646-358-8082 | |
| 256 5th Ave., 4th Floor | |
| New York, NY 10001 | |