**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH COUNTY DIVISION**

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and LAURA LOOMER, a Florida individual<br><br>Plaintiffs,<br><br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>Defendants. | Case No. 19-CV-81179<br><br>Judge Rodolfo A. Ruiz<br>U.S. District Judge<br><br>Judge Bruce E. Reinhart<br>U.S. Magistrate Judge |

## NOTICE OF FILING STIPULATION AND PROPOSED ORDER

Defendants, CAIR Florida, Inc. and CAIR Foundation (collectively, "CAIR" or "CAIR Defendants"), by and through undersigned counsel, and pursuant to this Court's orders dated May 3, 2013 (ECF 90) and July 26, 2023 (ECF 102), submit this Notice of Filing Stipulation and Proposed Order.

On May 3, 2023, this Court granted CAIR's motion to compel compliance (ECF 87) from Plaintiffs, Illoominate Media, Inc. and Laura Loomer (collectively, "Plaintiffs), with this Court's Order for final judgment issued February 13, 2023 (ECF 84).

On May 15, 2023, Plaintiffs filed their notice of compliance with ECF 90 (ECF 91) which the CAIR Defendants later objected to on May 19, 2023, (ECF 92) followed later by Plaintiffs' response to CAIRs' objection on May 19, 2023 (ECF 93).

Since then, CAIR has sought a total of three extensions of time (ECF 97, ECF 99, and ECF 101) to collectively extend the deadline to August 9, 2023 (ECF 102) for CAIR to file its reply in support of its original objection to Plaintiffs' Notice of Compliance (ECF 92).

1

CAIR now hereby files this Notice of Filing of an executed Stipulation and Proposed Order between the CAIR Defendants and Plaintiffs. A copy of the same is attached hereto as **Exhibit A**. Defendants request that this Court enter said attached Stipulation and Proposed Order.

### LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Defendants certifies that their office has conferred with Plaintiffs via email and that Plaintiffs have indicated that they consent to the relief requested in accordance with the Stipulation.

Dated: August 9, 2023

Respectfully submitted,

BY: */s/ Darren Spielman*
Darren Spielman
THE CONCEPT LAW GROUP, P.A.
6400 North Andrews Avenue
Suite 500
Fort Lauderdale, FL 33309
(754) 300-1500
dspielman@conceptlaw.com

Remy Green (*admitted pro hac vice*)
COHEN&GREEN P.L.L.C
1639 Centre St.
Suite 216
Ridgewood, NY 11385
(929) 888-9480

CAIR LEGAL DEFENSE FUND

LEFA F. MASRI (DC: 1000019)
JUSTIN SADOWSKY (DC: 977642)
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
ldf@cair.com

*Counsel for CAIR-Florida, Inc.*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 9, 2023, I have filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Darren Spielman*
Darren Spielman

**SERVICE LIST:**

Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Telephone: (561)558-5336
Email:leklayman@gmail.com
Ron Coleman
Dhillon Law Group, Inc.
347-996-4840
RColeman@dhillonlaw.com
646-358-8082
256 5th Ave., 4th Floor
New York, NY 10001

Craig W. Young, Esq.
CWY Legal & Consulting, LLC
2500 Quantum Lakes Dr., Suite 100,
Boynton Beach, FL 33426
Tel: (561) 568-1000
Email: Craig@cwylegal.com