# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PALM BEACH COUNTY DIVISION

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and<br><br>LAURA LOOMER, a Florida individual<br><br>    Plaintiffs,<br><br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>    Defendants. | Case No. 19-CV-81179<br><br>Judge Rodolfo A. Ruiz<br>U.S. District Judge |

## MOTION TO ENTER STIPULATED SETTLEMENT ORDER

Defendants CAIR Foundation and CAIR-Florida (together, "CAIR"), by this motion, seek to have the Court enter the Parties Stipulated Settlement (attached hereto and also previously filed at ECF No. 103-1). As the Court may recall, this case is in the post-Judgment discovery phase. On May 3, 2023, this Court granted CAIR's motion to compel compliance (ECF 87) from Plaintiffs, Illoominate Media, Inc. and Laura Loomer (collectively, "Plaintiffs"), with this Court's Order for Final Judgment issued February 13, 2023 (ECF 84) and the incorporated requirement for Plaintiffs to serve a fact information sheet.

After further motion practice, the parties have reached a stipulated settlement that avoids further litigation, including litigation over contempt. *See, e.g.,* ECF Nos. 90 and 94. Upon filing of a Notice and Proposed Order, Judge Reinhart indicated that entry of the Stipulated Settlement Order should be done by motion directed to Your Honor, since the entry of the Proposed Stipulated Settlement Order exceeds the scope of the referral. *See* ECF No. 104.

Defendants therefore ask that the Court enter the Stipulated Settlement Order.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Defendants certifies that their

1

office has conferred with Plaintiffs via email and telephone in a good faith effort to resolve the issues raised in this motion, and that Plaintiffs have indicated that they consent to the relief requested.

Dated: August 30, 2023

Respectfully submitted,

BY: /s/ *Darren Spielman*
Darren Spielman
THE CONCEPT LAW GROUP, P.A.
6400 North Andrews Avenue
Suite 500
Fort Lauderdale, FL 33309
(754) 300-1500
dspielman@conceptlaw.com

Remy Green (*admitted pro hac vice*)
COHEN&GREEN P.L.L.C
1639 Centre St.
Suite 216
Ridgewood, NY 11385
(929) 888-9480


CAIR LEGAL DEFENSE FUND



LEFA F. MASRI (DC: 1000019)
JUSTIN SADOWSKY (DC: 977642)
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
ldf@cair.com

*Counsel for CAIR-Florida, Inc.*