UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-81179-RAR

**ILLOOMINATE MEDIA, INC. AND
LAURA LOOMER**,

      Plaintiffs,

v.

**CAIR FOUNDATION, et al.,**

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF STIPULATION

**THIS CAUSE** comes before the Court on Defendants' Motion to Enter Stipulated Settlement Order, [ECF No. 105] ("Motion"), filed on August 30, 2023, as well as the parties' Settlement Agreement, [ECF No. 105-1], filed as an exhibit to the Motion. The Motion requests the Court enter the parties' Stipulated Settlement. Mot. at 1. Accordingly, the Court having carefully reviewed the Motion, the Settlement Agreement, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion, [ECF No. 105], is **GRANTED**.

2. The Settlement Agreement, [ECF No. 105-1], is **APPROVED**.

3. The parties are hereby authorized to execute all settlement documents.

**DONE AND ORDERED** in Miami, Florida, this 5th day of September, 2023.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**