DocuSign Envelope ID: B5EEDF81-668E-431F-A422-CAD73D2CB40B
Case 9:19-cv-81179-RAR   Document 107-2   Entered on FLSD Docket 07/15/2024   Page 1 of 4

Annex B: Stipulation of Settlement and Dismissal

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

———————————————————————————X

Laura Loomer, et al.

                              Plaintiffs,

      - against -

Ronald Coleman, et al.

                              Defendants.

———————————————————————————X

Case No.
50-2023-CA-010810-XXXX-MB

**<u>STIPULATION OF SETTLEMENT AND DISMISSAL</u>**

      WHEREAS, plaintiffs commenced this action by filing a complaint on or about June 1, 2023, alleging legal malpractice by all Defendants; and

      WHEREAS, plaintiffs' claims have been resolved through the settlement in *Illoominate Media et al. v. CAIR Florida Inc., et al.*, 9:19-cv-81179-RAR, in the United States District Court for the Southern District of Florida;

      WHEREAS, as provided for by that resolution, plaintiffs now withdraw with prejudice all claims against Defendant Craig Young, with no allegation of wrongdoing or malpractice (but not any other Defendant);

      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

      1.    Plaintiffs voluntarily dismiss all claims against Craig Young with prejudice.

      2.    Plaintiffs will refrain now and in the future from filing any complaint against Craig Young with the Florida Bar, Missouri Bar or any future bar that Craig Young may become a member.

      3.    By entering into this Agreement, no Party admits any liability with regarding to any of the transactions, acts, or omissions contemplated herein or the Parties' course of dealing to date. The Parties enter into this Agreement solely to avoid the expense, inconvenience, and uncertainty of possible litigation.

      4.    This Agreement and its contents are and will remain CONFIDENTIAL and will not be disclosed to any third party whatsoever, except the Parties may

Annex B: Stipulation of Settlement and Dismissal

disclose the contents of this Agreement to their respective attorneys, accountants, financial advisors, any federal, state, or local governmental taxing or regulatory authority, and the Parties' respective management, officers, and Board of Directors, or as required by law, order of court, or to comply with a lawful subpoena or discovery request.

5. The Parties agree that they will not directly or indirectly make, state, communicate, publish, print, or otherwise disseminate, whether verbally or written, and regardless of form (i.e. whether in paper form, electronic form, on social media, or otherwise) any negative, disparaging, derogatory, or defamatory statements about: (i) each other, or any of their officers, directors, managers, members, shareholders, employees, agents, attorneys, successors and assigns; or (ii) the other Party's methods of doing business, or the quality of its Work; or (iii) any interaction, communication, or documents (including this agreement and the Work) between the Parties, their agents, attorneys, employees, successors or assigns.

6. The parties intend the attached dismissal to have the same effect as if it were filed pursuant to Rule 1.420(a)(1)(B).

7. This Stipulation shall be binding upon the parties immediately upon signature and the attached shall be submitted to the Court to notice the Settlement.

Dated: June \_\_\_\_, 2024

CRAIG YOUNG

_____

Craig Young

LAURA LOOMER

_____

Laura Loomer

ILLOOMINATE MEDIA, LLC

_____

By:

Page 2 of 3

Annex B: Stipulation of Settlement and Dismissal

## IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
### CIVIL DIVISION

Laura Loomer,

And

Illoominate Media, LLC,

    Plaintiff,        CASE NO.:50-2023-CA-010810-XXXX-MB

    vs.

Ronald D. Coleman,
Dhillon Law Group, Inc.,
Mandelbaum Barrett, P.C.,
and Craig William Young

    Defendants.
_____ /

### Notice of Voluntary Dismissal with Prejudice

Plaintiff(s), Laura Loomer and Illoominate Media, LLC, in the above styled cause hereby submit this Notice of Voluntary Dismissal with Prejudice as to Defendant Craig William Young, and no other defendant, as this cause has been settled between parties.

Dated the ____ day of June, 2024.

                        Respectfully Submitted

                        _____
                        Larry Klayman, Esq.
                        Klayman Law Group, P.A.
                        Florida Bar No. 246220
                        7050 Palmetto Park Rd. #15-287
                        Boca Raton, FL 33433
                        Tel: 561-558-5336
                        leklayman@gmail.com

Annex B:  Stipulation of Settlement and Dismissal

## Certificate of Service

    I, Larry Klayman, hereby certify that on this day, May _____, 2024, a copy of the foregoing was filed via this Court's e-filing system and served upon all parties and/or counsel of record through Notices of Electronic Filing.

_____

Larry Klayman

Page 2 of 3