

remy green <remy@femmelaw.com>

## Notice

**Larry Klayman** <klaymanlaw@gmail.com>                                    Mon, Jul 8, 2024 at 2:28 PM
To: Craig Young <craig@cwylegal.com>
Cc: remy green <remy@femmelaw.com>, Asher Anderson <asher.andersonfw@gmail.com>, Oliver Peer <oliver.peerfw@gmail.com>

Mr. Young this is to provide notice that Ms. Loomer and Illuminate Media do not consent to the settlement I was just informed by Remy Green you secretly agreed to with CAIR.

You and Cair's counsel have also acted unethically under Florida Bar Rules.

Larry Klayman Esq.