

remy green <remy@femmelaw.com>

## Settlement for Craig Young (Illoominate v CAIR, 19-cv-81179)

**Larry Klayman** <klaymanlaw@gmail.com>                                                           Mon, Jul 8, 2024 at 2:25 PM
To: remy green <remy@femmelaw.com>
Cc: Larry Klayman <klaymanlaw@gmail.com>, Justin Sadowsky <jSadowsky@cair.com>, Asher Anderson <asher.andersonfw@gmail.com>

> Ms. LOOMER will move for sanctions.
>
> Larry Klayman
>
> On Mon, Jul 8, 2024, 11:19 AM remy green <remy@femmelaw.com> wrote:
>> Thanks for the conversation just now. We understand you are refusing and will move accordingly.
>>
>> _____
>>
>> **J. Remy Green**
>>
>>         *Partner*
>> | Cohen&Green P.L.L.C. | #FemmeLaw |
>> | remy@femmelaw.com (e) | (929) 888.9560 (direct) |
>> | (929) 888.9480 (p) | (929) 888.9457 (f) |
>> | honorific / pronouns:  Mx. / they, their, them |
>> | 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |
>> _____
>>
>> [C&G logo]
>>
>> _____
>>
>> On Mon, Jul 8, 2024 at 2:11 PM Larry Klayman <klaymanlaw@gmail.com> wrote:
>>> I approved nothing.
>>>
>>> On Mon, Jul 8, 2024, 10:47 AM remy green <remy@femmelaw.com> wrote:
>>>> I am not sure what you mean. We approved it, not Laura, because we control settlement authority.
>>>>
>>>> Please have Laura sign it, or we will need to move to enforce the settlement agreement to compel her to do so.
>>>> _____
>>>> Sent from a mobile device, please excuse any thumbling or stumbling.
>>>> _____
>>>> J. Remy Green
>>>> *Partner*

| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560(direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
_____

On Jul 8, 2024, at 12:45 PM, Larry Klayman <klaymanlaw@gmail.com> wrote:

He did this on his own. Not with Laura's consent. Let u know if this changes in advance.

Larry

On Mon, Jul 8, 2024, 8:34 AM remy green <remy@femmelaw.com> wrote:

> Hi Larry,
>
> Please see attached, pursuant to CAIR's "substantive control of Plaintiffs' authority to settle" the malpractice litigation under Paragraph 3(b) of the settlement in this case. Also attached is an affidavit we received as part of settling this claim -- which critically sets out that (1) it "is well below the general standard of practice to fail to alert a client of the existence of — to say nothing of the consequences of — an offer of judgment" and (2) that Young was retained long after any of the issues that were substantively malpractice. The amount is the full amount he was paid (given the current status of settlement and payment, obviously that full amount goes to CAIR).
>
> If you would, please return this agreement and notice of dismissal signed as soon as you can.
>
> Additionally, we understand Ms. Loomer was deposed, and we've been told by the other parties that her testimony was not exactly consistent with our discussions. Is there a copy of that transcript you can share?
>
> Yours,
>
> Remy.
>
> _____
>
> **J. Remy Green**
>
>        *Partner*
> | Cohen&Green P.L.L.C. | #FemmeLaw |
> | remy@femmelaw.com (e) | (929) 888.9560 (direct) |
> | (929) 888.9480 (p) | (929) 888.9457 (f) |
> | honorific / pronouns: Mx. / they, their, them |
> | 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |
> _____

7/9/24, 6:24 PM
Cohen & Green Mail - Settlement of Craig Young, Dominici v. C.A.R./ 19-cv-81179
Case 9:19-cv-81179-RAR   Document 107-4   Entered on FLSD Docket 07/15/2024   Page 3 of 3

