IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ILLOOMINATE MEDIA, INC ET AL<br><br>Plaintiffs<br><br>v.<br><br>CAIR FLORIDA, INC., et al<br><br>Defendants. | Case Number:   9:19-cv-81179 |

**PLAINTIFF LAURA LOOMER'S RESPONSE IN OPPOSITION TO MOTION TO COMPEL COMPLIANCE WITH ECF NO. 105-1/106 AND/OR FOR CONTEMPT AND MOTION FOR EXTENSION OF TIME FOR CORPORATE PLAINTIFF ILLOOMINATE MEDIA, INC TO FILE A RESPONSE**

Plaintiff Laura Loomer hereby submits the following in response to Defendants CAIR Florida, Inc. and CAIR Foundation's Motion to Compel Compliance With ECF No. 105-1/106 and/or for Contempt. ECF No. 107 ("Motion to Compel").

The Defendants' Motion to Compel stems from the fact that Plaintiffs have objected to counsel for Defendants' communicating with and attempting to "settle" a case that they are not involved in—the separate ongoing legal malpractice case that Plaintiffs have filed against their former counsel in this case. *Loomer v. Coleman et al*, 50-2023-CA-010810-XXXX-MB (15th Jud. Cir. Fla.) (the "Malpractice Case"). Notably, the Defendants here are not parties to, nor do they have any involvement in the Malpractice Case, yet they have attempted to "settle" away Plaintiffs' substantive rights with a Defendant in the Malpractice Case, Defendant Craig Young. This is highly unethical, illegal behavior that should be referred to The Florida Bar. The Defendants did this in secret, without any notice to the Plaintiffs until after a purported "settlement" had been reached with Mr. Young.

Defendants attempt to argue that the language of the settlement agreement between the

parties in this case grants them authority to act in this unprecedented, illegal, and unethical fashion, but a review of the language at issue shows that this is simply untrue:

> **Veto Power and Settlement Authority**. CAIR shall have final sign off power on; veto power over, and substantive control of Plaintiffs' authority to settle *Coleman*, including through any offer of judgment. Plaintiffs may not settle *Coleman* without CAIR's written consent, and failure to obtain such consent is a substantive breach of this Settlement.

Nowhere in this provision are Defendants' granted authorization to secretly settle away Plaintiffs' substantive rights with the Defendants in the Malpractice Case. The plain language of this provision shows that Defendants have veto power and final say over whether to accept a settlement that has been worked out between Plaintiffs and the Defendants in the Malpractice Case. The practical effect of this provision – which is what both parties bargained for - is that both Plaintiffs and Defendants in this case must agree to any settlement in the Malpractice Case. It does not give the Defendants the right to accept a settlement in the Malpractice Case affecting Plaintiffs' rights that Plaintiffs would never have accepted.

Accordingly, Defendants CAIR Foundation and CAIR Florida - unindicted co-conspirators in a criminal prosecution of the Holy Land Foundation in Dallas, Texas for allegedly funneling millions of dollars to the terrorist organization Hamas – Motion to Compel must be denied as they have far exceeded any authority provided through the Settlement Agreement. This unethical and illegal conduct cannot be allowed to occur and counsel for Defendants must be referred to The Florida Bar for their actions here.

Lastly, Plaintiffs respectfully request a two-week extension of time, until and including August 12, 2024 for Plaintiff Illoominate Media, Inc. to file a response to Defendants' Motion to Compel, as Ms. Loomer is unable to represent a corporate party *pro se*. This extension of time will allow Ms. Loomer to retain counsel and prepare a response, as Plaintiffs' current counsel in

unable to practice in this Court at this time.

Dated: July 29, 2024                                                                 Respectfully Submitted,

                                                                                     */s/ Laura Loomer*
                                                                                     Laura Loomer
                                                                                     2046 Treasure Coast Plaza
                                                                                     Suite A #138
                                                                                     Vero Beach, FL 32960

                                                                                     *Pro Se*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2024, the foregoing was served on counsel for Defendants via U.S. mail at:

J. Remy Green
1639 Centre St., Ste. 216, Ridgewood NY 11385

                                                                                     */s/ Laura Loomer*

3

