# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and<br><br>LAURA LOOMER, a Florida individual<br><br>Plaintiffs,<br><br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>Defendants. | Case No. 19-CV-81179<br><br>Judge Bruce E. Reinhart<br>U.S. Magistrate Judge |

## DEFENDANTS' RESPONSE TO THE COURT'S ORDER AT ECF NO. 111.

Defendants herein file this response as directed by the Court (ECF 111) to Plaintiff Illoominate Media, Inc.'s (herein "Illoominate") Motion for Extension of time (ECF 110) to file a response to Defendants Motion to Compel (ECF 107). As part of its support for the extension of time, Illoominate alleges that its "current counsel in unable to practice in this Court at this time." ECF No. 110. As set out below, despite the issues with the request, Defendants have no objection to the extension. Defendants however request an ability from the Court to file a singular Reply brief given that Ms. Loomer personally has filed an opposition triggering a deadline, but Illoominate has sought an extension.

Although not expressly stated in Illoominate's motion, by "current counsel," Defendants presume Illoominate means previously identified counsel Larry Klayman. Mr. Klayman, however, has been representing this client and practicing in this Court up until this motion — including the handling of the meet and confer process for this motion without raising any concerns, for example. As to "unable to practice in this Court at this time," it appears that Illoominate is referring to the fact that this Court entered an order disciplining Mr. Klayman, directing that "Mr. Klayman is suspended from practice in this Court, effective immediately" and "Mr. Klayman may not resume the practice of law before this Court until reinstated by order of the Court." *See In re: Larry Elliot Klayman*, Case No. 23-

1

MC-21662, ECF No. 7 at 8 (S.D. Fl. Jul. 24, 2023).

Illoominate's motion for extension of time is comingled with co-Plaintiff Laura Loomer's response in opposition to Defendant's Motion to Compel. The comingled response and motion for extension of time fails to comply with the Court's practices, including in ways the Court has highlighted for Illoominate before.  Procedurally, the motion lacks a certificate of conferral — and indeed, Illoominate did not confer at all.  *But see* ECF No. 72.[1]  Likewise, the motion was made by Ms. Loomer herself, despite the fact that it was on behalf of a corporate entity.  *But see* ECF No. 59.[2] Those procedural defects leave the Court well within its discretion to deny the motion for failure to obey the Local Rules.  *See, e.g., Parker v Parker*, 829 F App'x 389, 392 (11th Cir 2020) ("We also see no abuse of discretion in the denial of Lori's motion to compel for failure to comply with Local Rule 3.01(g)"); *see also, Nanotech Entertainment, Inc. v R&T Sports Mktg.*, 2014 US Dist LEXIS 196418, at *9 (SD Fla Sep. 23, 2014) ("the impact of a party's failure to comply with Rule 7.1(a)(3) is ultimately left with the discretion of the Court").  However, in the interest of advancing this case, Defendants do not object to the extension.

Assuming that this Court grants Illoominate's Motion for Extension, given that Ms. Loomer has filed her opposition, Defendants ask the Court for the ability to file a singular combined Reply brief once Illoominate has retained counsel and filed its own response brief to Defendants' Motion to Compel. Defendants' reply to Ms. Loomer's opposition remains due on Monday, August 5, 2024 (ECF No. 109). In an effort to streamline the motion, avoid duplicative filings and arguments, and for the efficiency of the Court, Defendants request the ability to file a singular Reply brief once Illoominate retains counsel and files its response to the Motion to Compel..

---

[1] "Per Local Rule 7.1(3), 'Prior to filing any motion in a civil case... counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion.' As no Certificate of Conferral was included in the Motion, Plaintiffs' Motion is STRICKEN."

[2] "Although Ms. Loomer is an individual, Illoominate Media is a Florida corporation and thus must be represented by counsel who is licensed to practice in this District. Therefore, Plaintiffs are hereby ordered to obtain counsel … Plaintiffs shall have until July 6, 2021 to abide by this Order. Failure to do so may result in the Court granting Defendants' Joint Motion for Attorneys' Fees and Costs by default."

...

Dated: August 1, 2024                               Respectfully submitted,

                                                    BY:   /s/ DarrenSpielman

                                                    Darren Spielman (FBN 010868)
                                                    THE CONCEPT LAW GROUP, P.A.
                                                    6400 North Andrews Avenue
                                                    Suite 500
                                                    Fort Lauderdale, FL 33309
                                                    (754) 300-1500
                                                    dspielman@conceptlaw.com
                                                    *Counsel for CAIR-Florida, Inc.*

                                                    Remy Green (*admitted pro hac vice*)
                                                    COHEN&GREEN P.L.L.C
                                                    1639 Centre St.
                                                    Suite 216
                                                    Ridgewood, NY 11385
                                                    (929) 888-9480

                                                    CAIR LEGAL DEFENSE FUND
                                                    LEFA F. MASRI (DC: 1000019)
                                                    JUSTIN SADOWSKY (DC: 977642)
                                                    453 New Jersey Ave, SE Washington, DC
                                                    20003
                                                    Phone: (202) 742-6420
                                                    ldf@cair.com

                                                    *Counsel for CAIR Foundation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2024, I have filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Darren Spielman*

Darren Spielman

via U.S. Mail to:
Pro Se
Laura Loomer
2046 Treasure Coast Plaza
Suite A #138
Vero Beach, FL 32960