

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ILLOOMINATE MEDIA, INC ET AL

Plaintiffs

v.

CAIR FLORIDA, INC., et al

Defendants.

Case Number

**FILED BY** _____ *CO* _____ **D.C.**

*Aug 21, 2024*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND REQUEST TO SUA SPONTE AND SUMMARILY DISPOSE OF DEFENDANT'S NON-MERITORIOUS AND SANCTIONABLE MOTION TO COMPEL

Plaintiff Laura Loomer ("Ms. Loomer") hereby respectfully requests an additional fourteen (14) days for Plaintiff Illoominate Media, Inc. ("Illoominate") to file a response Defendants CAIR Florida, Inc. and CAIR Foundation's Motion to Compel Compliance With ECF No. 105-1/106 and/or for Contempt. ECF No. 107 ("Motion to Compel"). The Court currently has set a deadline of August 16, 2024 for Illoominate to retain counsel and file a response, so the new requested deadline is August 30, 2024.

Illoominate has diligently attempted to retain counsel during this period and has contacted a number of attorneys, but has not been able to find counsel willing to enter an appearance on its behalf. This is because Ms. Loomer and Illoominate have been attacked by Defendant CAIR, and attorneys do not want to be involved in a case that involves Defendant CAIR, given its connections to Hamas, as proven in *United States v. Holy Land Foundation, et al.*[1] Accordingly, Illoominate respectfully requests two additional weeks to try to retain counsel in this matter.

---

[1] *United States v. Holy Land Foundation, et al.* (Cr. No. 3:04-240-P, N.D. Tex).

1

In this interim period, however, the Court should *sua sponte* deny Defendants' Motion to Compel for the reasons set forth in Ms. Loomer's previously filed response in opposition. ECF No. 109. The conduct of Defendants was clearly illegal and unethical, outside and violative of the scope of the settlement agreement between the parties. The Court should respectively not require Ms. Loomer and Illoominate to  secure new counsel, at great expense, particularly given the  earlier punitive award of attorneys fees caused by her prior counsel such Ronald Coleman, and his law firms as well as their local counsel Craig Young, in the amount of $144,931.87 plus interest,  when the conduct of Defendants is so outrageous, legally improper and unethical.

Dated: August 15, 2024                                    Respectfully Submitted,


                                                          */s/ Laura Loomer*
                                                          Laura Loomer
                                                          2046 Treasure Coast Plaza
                                                          Suite A #138
                                                          Vero Beach, FL 32960

                                                          *Pro Se*



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2024, the foregoing was served on counsel  for Defendants via U.S. mail at:

J. Remy Green
1639 Centre St., Ste. 216, Ridgewood NY 11385


                                                          */s/ Laura Loomer*


2

