IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ILLOOMINATE MEDIA, INC et al } | |
| Plaintiffs } | |
| v. } | Case Number: 9:19-CV-81179 |
| CAIR FLORIDA, INC., et al } | |
| Defendants } | |

FILED BY _PCS_ D.C.
AUG 26 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**PLAINTIFF LAURA LOOMER'S MOTION TO FILE SURREPLY TO REPLY TO DEFENDANT'S MOTION TO COMPEL AND FOR CONTEMPT**

Plaintiff Laura Loomer respectfully moves for leave to file a surreply to the continued vexatious filings before this Court to have it intervene in a state court case for which it has no jurisdiction to do so.

The CAIR defendants, secretly going behind my back to negotiate a settlement agreement in *Loomer v. Coleman et. al*, 50:2023-CA-10810 with the defendant there Craig Young, which is being presided upon by the Honorable James Sherman, not only violates my settlement agreement with the CAIR defendants, in which by its terms only gives them only a veto power over any settlement in the case before Judge Sherman, and cannot as a matter of law and professional ethics allow a non-party defendant in that case to exercise any control over a settlement in that state case, as well as agree for me that I will never file bar complaint against the unethical conduct of Craig Young. I have been advised that this latter provision is unethical and illegal in all 50 states with regard to bar rules. Indeed, Mr. Young and counsel for the CAIR

defendants have thus acted unethically and illegally, and this is an attempt to insulate themselves from having to account to state bars for their misconduct. As a result, the attempted settlement with defendant Craig Young in *Loomer v. Coleman et. al*, 50:2023-CA-10810 cannot be enforced as it is clearly unethical and illegal.

In this regard, another defendant in the Palm Beach case, Ronald Coleman, who I also sued for malpractice -- who this federal court effectively ruled did commit malpractice, as well as the Eleventh Circuit -- and did in fact commit malpractice in representing me and Illoominate Media, was deposed last Thursday, August 22, 2024, and he testified that the conduct of co-defendant Craig Young was in his opinion unethical, adding that he would never act this way. Defendant Craig Young himself was deposed the prior day and shamelessly testified that he had no problem with his own conduct and the secret settlement he attempted to effect with the CAIR Defendants in the state case in Palm Beach. The transcripts of these two depositions have been ordered and will be filed and provided to this Court.

With all due respect to the magistrate judge and this federal court, they may not intervene in my state court case, because they lack the jurisdiction to do so and this matter must be decided by Judge Sherman, which is where any settlement, however unethical, illegal and improper, would apply. That the CAIR Defendants also want me held in contempt ironically shows their "chutzpah" and hatred of me.

Dated: August 23, 2023

Respectfully Submitted,

Laura Loomer
2046 Treasure Coast Plaza
Suite A #138
Vero Beach, FL 32960

*Pro Se*

## CERTIFICATE OF SERVICE

I, Laura Loomer, hereby certify that on this day, August 23, 2024, a copy of the foregoing was served upon all parties and/or counsel of record through U.S. Certified Mail.

Laura Loomer

