IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ILLOOMINATE MEDIA, INC et al

    Plaintiffs

v.   Case Number: 9:19-CV-81179

CAIR FLORIDA, INC., et al

    Defendants

## PLAINTIFF LAURA LOOMER'S SUPPLEMENT TO PLAINTIFF LAURA LOOMER'S MOTION TO FILE SURREPLY TO REPLY TO DEFENDANT'S MOTION TO COMPEL AND FOR CONTEMPT

Plaintiff Laura Loomer hereby supplements her motion to file surreply to reply to Defendant's Motion to Compel and for Contempt, filed just today.

Last week, my counsel in the state court malpractice case against Ronald Coleman and Craig Young, and the law firms that were negligent and grossly negligent, causing me to be hit with a huge award of attorneys fees, where this Court and later the U.S. Court of Appeals for the Eleventh Circuit effectively ruled upon their professional misconduct, these defendants were deposed by my counsel in *Loomer v. Coleman et. al*, 50:2023-CA-10810 (15th Judicial Circuit, Palm Beach County, Florida).

Copies of the transcripts of the depositions of Defendants Coleman (Exhibit 1) and Young (Exhibit 2) are attached, and I respectfully ask this Court to review them before ruling on the frivolous motion for order to show cause which counsel for the CAIR defendants filed.

The testimony of defendant Coleman at pages 64 to 67 is instructive as even he effectively admits that the conduct of defendant Craig Young is unethical, particularly since it was not only done in secret, but not something he would do as a matter of professional ethics and the law, since a client cannot agree to not file an ethics complaint with a state bar. And, the deposition of defendant Young also resulted in arrogant and shameless testimony that effectively admits to the unethical and illegal nature of his professional misconduct, as well as the obstructionist withholding of documents which bear on his violative behavior.

In short, it is incumbent for the Court to review these depositions before it rules on the frivolous, harassing and vexatious motion of the CAIR defendants for which they should be sanctioned as the Court may deem appropriate.

Dated: August 26, 2023

Respectfully Submitted,

*Laura Loomer*
Laura Loomer
2046 Treasure Coast Plaza
Suite A #138
Vero Beach, FL 32960

*Pro Se*

### CERTIFICATE OF SERVICE

I, Laura Loomer, hereby certify that on this day, August 26, 2024, a copy of the foregoing was served upon all parties and/or counsel of record through Federal Express.

*Laura Loomer*
Laura Loomer

August 26, 2024

Via Federal Express

Ms. Angela E. Noble
Clerk of the Court
U. S. District Court – Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Re: *Illoominate Media, LLC, et. al v. CAIR Florida, Inc., et al.* - 9:19-cv-81179

Dear Ms. Noble:

I am enclosing for filing an original and one copy of *Plaintiff Laura Loomer's Supplement to Plaintiff Laura Loomer's Motion to File Surreply to Reply to Defendant's Motion to Compel and for Contempt*.

Additionally, courtesy copies are also being provided to the Honorable Rodolfo A. Ruiz II and the Honorable Bruce E. Reinhart.

Thanks you for your professional courtesy.

Sincerely,

*[signature]*

Laura Loomer

*Pro Se*

cc: J. Remy Green

