UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and<br><br>LAURA LOOMER, a Florida individual<br><br>Plaintiffs,<br><br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>Defendants. | Case No. 19-CV-81179<br><br>**[PROPOSED] ORDER** |

Upon Defendants' Expedited Motion for Contempt and to Enforce, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendants' motion to enforce and for contempt is **GRANTED**.

2. Pursuant to its inherent civil contempt power, the Court concludes that Plaintiffs are in civil contempt of Court for their failure to comply with the Settlement Agreement and this Court's Orders.

3. Plaintiffs shall pay reasonable expenses, including attorney's fees, incurred by Defendants in connection with Defendant's failure to comply with the Settlement Agreement. Plaintiff shall file an affidavit within ten (10) days of the entry of this Order indicating the attorney's fees and costs incurred by Defendants in connection with Plaintiffs' failure to comply with the Settlement Agreement.

4. In order to induce Plaintiffs to comply with the requirements of the Settlement Agreement, the Court hereby imposes a conditional fine of $[_____] per day for each day Plaintiffs fail to complete their obligations under the Settlement Agreement — namely, to accept the settlement offer from Dhillon Law Group as part of the *Coleman* malpractice litigation— which fine shall begin accruing from the date of this Order. Plaintiffs may purge themselves of the contempt by accept the settlement offer from Dhillon Law Group as part of the *Coleman* malpractice litigation as

1

required under the Settlement Agreement no later than November 13, 2024.  Once Plaintiffs purge themselves of the contempt, the fine imposed by this Order shall cease accruing.

**Dated:**  November __, 2024

                                                                                                        _____

                                                                                                        Hon. _____ U.S.\_\_.J.