IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY ___ D.C.
DEC 12 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ILLOOMINATE MEDIA, INC ET AL

Plaintiffs

v.

CAIR FLORIDA, INC., et al

Defendants.

Case Number:  9:19-cv-81179

**PLAINTIFFS' INTERIM RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Laura Loomer ("Ms. Loomer") and Illoominate Media, LLC ("Illoominate")(collectively "Plaintiffs") hereby submit the following interim response to the Notice of Supplemental Authorities submitted by Defendants in this matter regarding the recent December 4, 2024 order of dismissal of the U.S. Court of Appeals for the Eleventh Circuit ("11th Circuit") and provide the Court with a copy of Plaintiffs' December 5, 2024 Motion for Reconsideration of the 11th Circuit's erroneous dismissal, which is attached hereto and sets forth why the 11th Circuit's order was erroneous and must be reversed, as the order of Magistrate Reinhart in this case was a final, appealable order. Exhibit A. And, even if the 11th Circuit does not correct this ruling, Plaintiffs will seek another "final" order from Judge Ruiz which moots out this entire issue. Lastly, the Honorable James Sherman in the collateral state court litigation styled *Loomer v. Coleman et al*, 502023CA010810XXXXMB (15th Jud. Cir. Fla.) has scheduled a status conference for January 21, 2025 as well. Exhibit B.

Thus, the Court need not take any action at this time while Plaintiffs' Motion for Reconsideration is decided and Judge Sherman's status conference is pending.

1

Dated: December 11, 2024                                   Respectfully Submitted,

*[signature: Laura Loomer]*

Laura Loomer
P.O. Box 651444
Vero Beach, FL 32965
laura@loomered.com

*Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th Day of December the foregoing was served on counsel for Defendants via U.S. mail at:

J. Remy Green
1639 Centre St., Ste. 216, Ridgewood NY 11385

*[signature: Laura Loomer]*

# EXHIBIT A

IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| ILLOOMINATE MEDIA, INC ET AL<br><br>Appellants<br><br>v.<br><br>CAIR FLORIDA, INC., et al<br><br>Appellees. | Appeal No: 24-13324 |

## MOTION FOR RECONSIDERATION

Appellants Laura Loomer ("Ms. Loomer") and Illoominate Media, Inc. ("Illoominate") hereby move the Court for reconsideration of its December 4, 2024 Order of Dismissal, which dismissed this instant appeal for lack of jurisdiction on the grounds the "[d]ecisions by a magistrate [judge] pursuant to 28 U.S.C. § 636(b) are not final orders and may not be appealed until rendered final by a district court."

Magistrate Judge Bruce Reinhart's ("Magistrate Reinhart") September 10, 2024 order is a final, appealable order. 28 U.S. Code § 636 states that:

> a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action.

Given that a Motion to Compel is not listed in this statute, a Magistrate has authority to issue a final order.

However, in any event, to moot out this issue, Appellants will be immediately seeking that the Honorable Rodolfo Ruiz ("Judge Ruiz") issue an order that is final and appealable.

1

Dated: December 5, 2024 									Respectfully Submitted,

*[signature]*

Laura Loomer
P.O. Box 651444
Vero Beach, FL 32965
laura@loomered.com

*Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December, the foregoing was served on counsel for Appellees via U.S. mail at:

J. Remy Green
1639 Centre St., Ste. 216, Ridgewood NY 11385

*[signature]*

2

# EXHIBIT B

|  |  |
|---|---|
|  | IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA |
|  | CIRCUIT CIVIL DIVISION |
| LAURA LOOMER and ILLOOMINATE MEDIA, LLC, | CASE NO.: 50-2023-CA-10810-XXXX-MB |
| Plaintiff, | |
| v. | |
| RONALD COLEMAN, DHILLON LAW GROUP, INC., MANDELBAUM BARRETT P.C., and CRAIG WILLIAM YOUNG, | |
| Defendant | |
| _____/ | |

## NOTICE OF HEARING
*(Motion Calendar)*

**Judge's Zoom Link:**
Zoom Meeting ID: 89696185484
Zoom Join Link: https://us02web.zoom.us/j/89696185484
Zoom Dial-In Numbers: 8778535257, 8884754499

**YOU ARE HEREBY NOTIFIED** that the Court will call up for hearing, before The Honorable James Sherman, via Zoom conference, on **Tuesday, January 21, 2025 at 8:30 AM**, or as soon thereafter as counsel can be heard, the following:

**PLAINTIFFS' NOTICE OF STATUS UPDATE ON THE APPEAL OF MAGISTRATE JUDGE BRUCE REINHART'S ORDER TO THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

This certifies that a good faith attempt to resolve this matter prior to noticing this motion for hearing has been made by counsel of record and the issues before the Court may be heard and resolved within five (5) minutes.

CASE NO.: 50-2023-CA-10810-XXXX-MB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th of December, 2024, a true and correct copy of the foregoing was filed with the Clerk of County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system:Larry Klayman Klayman Law Group, P.A. 7050 W. Palmetto Park Road Boca Raton, FL 33433; Counsel for Plaintiff Illoominate Media, LLC, Craig Young  CWY Legal & Consulting, LLC, 2500 Quantum Lakes Drive, Suite 100 Boynton Beach, FL 33426; Counsel for Defendant Craig Young, Seth Kolton Shendell & Pollock, P.L. 2700 N Military Trail, Ste.150 Boca Raton, FL 33433; Counsel for Defendant Dhillon Law Group, Inc.

          COLE, SCOTT & KISSANE, P.A.
          ***Counsel for Defendants, RONALD COLEMAN and MANDELBAUM BARRETT P.C.***
          9150 South Dadeland Boulevard
          Suite 1400
          Miami, Florida 33156
          Telephone 305-350-5328
          Facsimile 305-373-2294
          Primary e-mail: blake.sando@csklegal.com
          Secondary e-mail: sebastian.aguirre@csklegal.com

By:   /s/ Blake S. Sando
      BLAKE S. SANDO
      Florida Bar No.: 939293
      SEBASTIAN A. AGUIRRE
      Florida Bar No.: 1032032

1163.0008-00



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.