UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-81179-RAR

ILLOOMINATE MEDIA, INC., and
LAURA LOOMER

        Plaintiffs,

v.

CAIR FLORIDA, INC., et. al.,

        Defendants.

_____/

**ORDER**

After the parties settled the merits of this case, Defendants moved to compel compliance with the settlement agreement. ECF No. 107. They asked for an order finding Plaintiffs in civil contempt, ordering compliance with the settlement agreement, and awarding attorneys' fees and costs. *Id*. On July 15, 2024, Judge Ruiz directed me to "take all actions as required by law on Defendants' Motion to Compel Compliance." ECF No. 108. The Motion to Compel was granted. ECF No. 128. The Court took under advisement the request for contempt and attorneys' fees. *Id*.

Plaintiffs filed a Notice of Appeal in the Eleventh Circuit. ECF No. 133. While that matter was pending, Defendants filed a new motion for contempt and to enforce the settlement agreement. ECF No. 136. Plaintiffs moved to stay any ruling on the new motion while the appeal was pending. ECF Nos. 137, 140. The Eleventh Circuit later dismissed the appeal for lack of jurisdiction. ECF No. 145.

Separately, one of the interested parties to the related state-court litigation has filed a motion to intervene in this case. ECF No. 149. The putative intervenor supports Defendants' request to compel compliance with the settlement agreement. *Id*.

It now appears that Plaintiffs have complied with the terms of the settlement agreement. ECF No. 147. If so, the request for further compulsion and/or contempt appears to be moot. The motion to intervene and Defendants' request for attorneys' fees and costs remain under advisement.

WHEREFORE, it is ORDERED that:

1. Plaintiffs' Motions to Stay, [ECF Nos. 137, 140] are denied as moot.

2. On or before July 7, 2025, at 5:00 p.m. Eastern time, Defendants shall file a Notice advising the Court (1) whether (other than the request for attorneys' fees and costs) the Motion to Compel at Docket Entry 136 is now moot and (2) if not, what further remedies (other than attorneys' fees and costs) Defendants seek and the legal basis for those remedies.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 27th day of June 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE