IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ILLOOMINATE MEDIA, INC ET AL

    Plaintiffs

v.

CAIR FLORIDA, INC., et al

    Defendants.

Case Number: 9:19-cv-81179

FILED BY _PCS_ D.C.

AUG 05 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**NOTICE OF APPEAL**

Plaintiffs Laura Loomer ("Plaintiff") hereby appeals to the U.S. Court of Appeals for the Eleventh Circuit the July 29, 2025 Order Denying Plaintiff Laura Loomer's Objections to Magistrate Judge Bruce Reinhart's Order on Defendants' Motion to Compel Compliance.

Dated: July 31, 2025

Respectfully Submitted,

/s/ Laura Loomer
Laura Loomer
PO Box 651444
Vero Beach, FL 32965
laura.loomer93@gmail.com

*Pro Se*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 1, 2025 the foregoing was served on counsel for Defendants via U.S. mail at:

J. Remy Green
1639 Centre St., Ste. 216, Ridgewood NY 11385

/s/ Laura Loomer

1

August 1, 2025

Via Federal Express

U.S. District Court for the Southern District of Florida
Clerk of the Court
701 Clematis Street, Room 202
West Palm Beach, FL 33401

**Re:**   *Illoominate Media Inc et al v. CAIR Florida Inc et al*, **9:19-cv-81179**

Dear Clerk

Enclosed herein is Plaintiff's Notice of Appeal to be filed in this case.

Sincerely,   8/1/2025

*Laura Loomer*

Laura Loomer
Plaintiff Pro Se




