IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ಉs_____ D.C.

AUG 13 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

ILLOOMINATE MEDIA, INC ET AL

Plaintiffs

v.

CAIR FLORIDA, INC., et al

Defendants.

Case Number:   9:19-cv-81179

## PLAINTIFF LAURA LOOMER'S MOTION TO STAY

Plaintiff Laura Loomer ("Ms. Loomer") hereby moves to stay Magistrate Judge Bruce Reinhart's ("Magistrate Reinhart") July 15, 2025 Order on Defendants' Motion to Compel Compliance (the "Order") directing her to "execute documentation to finalize the Dhillon Settlement Agreement on or before August 13, 2025."

Magistrate Reinhart's Order is now on appeal to the U.S. Court of Appeals to the Eleventh Circuit in appeal number 25-12673-B. Furthermore, Plaintiff Illoominate Media is in the process of retaining counsel for this appeal as well.

Plaintiffs have a strong likelihood of success on the merits because the Order conflicts with the express language of the Settlement Agreement between the parties, which states that:

> **Veto Power and Settlement Authority**. CAIR shall have final sign off power on; veto power over, and substantive control of Plaintiffs' authority to settle Coleman, including through any offer of judgment. Plaintiffs may not settle Coleman without CAIR's written consent, and failure to obtain such consent is a substantive breach of this Settlement.

The Order is erroneous because (1) nowhere in this "Veto Power and Settlement Authority" provision is CAIR granted authorization to secretly settle away Ms. Loomer's substantive rights, (2) pursuant to subsection 3(c) of the Settlement Agreement, "the amount due out of any

recovery – whether by settlement, judgment, or otherwise – **shall be the Full Amount Due....**" (emphasis added), and (3) as a matter of public policy, it is clear that this unethical, secret attempted settlement between Dhillon and CAIR cannot be allowed to stand.

Given the likelihood of success on the merits and the lack of harm to any other party, a stay is therefore required so that this important issue can be decided by the U.S. Court of Appeals for the Eleventh Circuit in the interests of justice and fundamental fairness.

Dated: August 12, 2025                                   Respectfully Submitted,

                                                         /s/ Laura Loomer
                                                         Laura Loomer
                                                         PO Box 651444
                                                         Vero Beach, FL 32965
                                                         Laura.loomer93@gmail.com
                                                         *Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this August 12, 2025, the foregoing was served on counsel for Defendants via U.S. mail at:

J. Remy Green
1639 Centre St., Ste. 216, Ridgewood NY 11385

                                                         /s/ Laura Loomer




