# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 17, 2025

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY JG D.C.
Oct 17, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 25-12673-BB
Case Style: Laura Loomer v. Cair Florida, Inc., et al
District Court Docket No: 9:19-cv-81179-RAR

The referenced appeal was erroneously dismissed.

This dismissal was issued in error. This appeal has been reinstated by the clerk.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:    404-335-6122
Case Administration:    404-335-6135    Capital Cases:    404-335-6200
CM/ECF Help Desk:    404-335-6125    Cases Set for Oral Argument:    404-335-6141

Enclosure(s)

REINST-3 Clerk Reinst_No Mot Filed

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-12673-BB

_____

ILLOOMINATE MEDIA, INC.,
A Florida Corporation,

                Plaintiff,

LAURA LOOMER,
A Florida Individual,

                Plaintiff - Appellant,

versus

CAIR FLORIDA, INC.,
A Florida Corporation,
CAIR FOUNDATION,
A District of Columbia Corporation,
TWITTER, INC.,
A Delaware Corporation,
JOHN DOES 1-5,
CRAIG W YOUNG,

                Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: This appeal is reinstated by the clerk, effective October 17, 2025.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                FOR THE COURT - BY DIRECTION