## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ILLOOMINATE MEDIA, INC.**, a Florida Corporation, and<br><br>LAURA LOOMER, a Florida individual<br><br>Plaintiffs,<br><br>vs.<br><br>**CAIR FOUNDATION,** a District of Columbia Corporation, et. al.<br><br>Defendants. | Case No. 9:19-CV-81179<br><br>Judge Rodolfo A. Ruiz<br>U.S. District Judge<br><br>Judge Bruce E. Reinhart<br>U.S. Magistrate Judge |

### NOTICE OF ENTRY OF APPEARANCE

In accordance with Local Rule 4(a) of the United States District Court for the Southern District of Florida, will the Clerk please take notice that Thania Diaz Clevenger hereby enters her appearance on behalf of Defendant CAIR Foundation, Inc.

Dated: November 10, 2025                                          Respectfully submitted,

                                                                       Thania Diaz Clevenger
                                                                       Florida Bar Number 97301
                                                                       CAIR
                                                                       453 New Jersey Ave, SE
                                                                       Washington, DC 20003
                                                                       Phone: (202) 850-9284
                                                                       t-clevenger@cair.com

                                                                       *Counsel for CAIR Foundation, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2025, I have filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.
.

                       */S/Thania Diaz Clevenger*

                       Thania Diaz Clevenger