# Exhibit 2

> **Laura Loomer** 
> @LauraLoomer
>
> SCOOP:
>
> 🚨 JIHADIST ARRESTED AT SAN FRANCISCO INTERNATIONAL AIRPORT WHILE ATTEMPTING TO TRAVEL TO FLORIDA! 🚨 @AGJamesUthmeier
>
> Sources at DHS @DHSgov have just told me that Muslim Brotherhood official Sami Hamdi @SALHACHIMI was just ARRESTED by ICE @ICEgov agents at San Francisco International Airport as he was traveling to Tampa, Florida to headline an event for a Jihadist, pro HAMAS and Muslim Brotherhood 501c3 group tonight.
>
> DHS @DHSgov tells me Hamdi is going to have his visa REVOKED and he will be permanently DEPORTED from the US back to the UK where he lives.
>
> He is currently in federal custody.
>
> After Amy Mek's @AmyMek investigation exposed Sami Hamdi (see report below) — a jihadi foreign national operating inside the United States and abroad with banned Muslim Brotherhood figures who are barred from entering our country — I demanded that federal authorities inside the Trump administration treat Hamdi as the major National security threat that he is and I reported Sami Hamdi to federal immigration authorities over his documented support for Islamic terrorism.
>
> As a direct result of Amy's report and my relentless pressure on the State Department and Department of Homeland Security, U.S. officials have now moved to take action against Hamdi's visa status and his continued presence in this country.



 **Laura Loomer**  @LauraLoomer · Oct 26

This is not a "commentator."
This is not a "guest speaker."

This is a foreign agitator embedded in jihadist power networks — operating on U.S. soil and training U.S. activists overseas outside the reach of American law-enforcement.

Let this serve as a warning to every jihadi operative, every Brotherhood front, and every Marxist collaborator using America as a staging ground:

We are no longer just exposing you — we are forcing consequences.

The goal is not awareness.
The goal is not debate.
The goal is removal of power.

We will not stop until:

• The Muslim Brotherhood is formally designated and banned
• Every one of its U.S.-based arms is dismantled
• Every operative exploiting our system is stripped of access and driven out

What you are watching right now is proof:
When we expose — and we apply unrelenting pressure — the machine moves.

Stay tuned to what Amy and I have coming....

@AmyMek and I have known each other for over 10 years and we have joined forces to defend America against jihadist threats!

💬 116    🔁 1K    ♡ 4.2K    📊 60K