# Exhibit 3

**Laura Loomer** 
@LauraLoomer

Subscribe

EXCLUSIVE:

🚨 Muslim Democrat Michigan candidate for US Senate @AbdulElSayed just posted in support of an Islamic jihadist foreign national who was just arrested by @ICEgov and is set to soon be DEPORTED back to the UK for supporting Hamas and the Muslim Brotherhood on US soil 🚨

Abdul El Sayed is lying to the American people, saying Sami Hamdi was taken into custody by ICE because of an "online troll", when in reality, it's over his documented support for Islamic terrorism. Sami Hamdi is a foreign national on a visa to visit the US. He is not a US citizen.

In the video below, Sami Hamdi @SALHACHIMI can be seen glorifying October 7th, asking Muslims to remember the euphoria they felt that day when they got the news that Israel had been attacked by HAMAS.

In an official statement by @StateDept, @SecRubio's office confirmed Sami Hamdi was being DEPORTED over his support for Islamic terrorism.

Despite this, @AbdulElSayed is advocating in support of Hamdi, who he supports. When Abdul ran for Governor of Michigan in 2018, Hamdi expressed support for Abdul's campaign.

Abdul El Sayed will likely be the Democrat nominee for US Senate in Michigan due to Michigan's large Islamic population. As I have previously reported, Abdul El Sayed once signed a pledge in support of the Muslim Brotherhood and Mohamed Morsi. I have a copy of it saved and have given copies to others in the event that one of these jihadists tries to take my life over the work I am doing to stop their takeover of our country.

The Democrats must condemn this Islamic radical!

@SenateGOP @LeaderJohnThune @NRSC should condemn Abdul El Sayed for his glorification of a foreign national who was just arrested by ICE for supporting Islamic terrorism!

