# Exhibit 4

**Laura Loomer** ✓
@LauraLoomer

Today, CAIR @CAIRNational sent out a press release attacking me, and at their GALA in Tampa, FL tonight where Jihadist Sami Hamdi @SALHACHIMI was set to be their keynote speaker until he was arrested by @ICEgov today in California for supporting Islamic terrorists, CAIR claimed they raised $1.2 million tonight by opposing me.

See press release here: cair.com/press_releases...

The Council on American-Islamic Relations (CAIR) has been identified in federal proceedings as having historical financial and organizational ties to Hamas—a designated foreign Islamic terrorist organization—and the Muslim Brotherhood. Despite these documented connections, CAIR retains its status as a 501(c)(3) tax-exempt nonprofit organization. Today, CAIR issued a press release criticizing my advocacy efforts to get Jihadist Sami Hamdi deported from the US. At its Florida chapter gala this evening, where Sami Hamdi—a vocal supporter of Hamas and the Muslim Brotherhood—was scheduled as their keynote speaker, CAIR announced it had raised $1.2 million, attributing the funds raised in part to opposition against "Laura Loomer".

Hamdi was detained by U.S. Immigration and Customs Enforcement (ICE) earlier today at San Francisco International Airport and faces deportation for national security risks stemming from his support for designated Islamic terrorist groups. In its press release, CAIR stated it would direct donations raised toward providing legal support for Hamdi, a foreign national whose visa was revoked due to these terrorist affiliations.

Given CAIR's invitation of an individual with Islamic terror ties to be their keynote speaker, and the subsequent federal action against him—the Trump administration, DOJ, and the IRS should take action against CAIR and the organization's continued 501(c)(3) status. Why does the IRS permit a group that has many documented associations with HAMAS and the Muslim Brotherhood to solicit tax-deductible contributions? It is imperative that federal authorities conduct a thorough review and take appropriate measures to revoke CAIR's tax-exempt designation so they can stop promoting the Islamification of our country.

CAIR is trying to take advantage of their litigation with me to silence my voice and attack me with lies.



