# Exhibit 5

11/7/25, 10:31 AM
BREAKING: CAIR Calls on ICE to Release Sami Hamdi, British Journalist Abducted Over Criticism of Israel's Genocide
Case 9:19-cv-81179-RAR   Document 175-5   Entered on FLSD Docket 11/13/2025   Page 2 of 9



(https://www.cair.com/)

Resources

DONATE

# CAIR Press Releases

Share this:

# BREAKING: CAIR Calls on ICE to Release Sami Hamdi, British Journalist Abducted Over Criticism of Israel's Genocide

TOP

11/7/25, 10:31 AM
BREAKING: CAIR Calls on ICE to Release Sami Hamdi, British Journalist Abducted Over Criticism of Israel's Genocide
Case 9:19-cv-81179-RAR   Document 175-5   Entered on FLSD Docket 11/13/2025   Page 3 of 9



October 26, 2025    2:34 pm

The Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, today called for the immediate release of British Muslim journalist and political commentator Sami Hamdi (https://x.com/SALHACHIMI/status/1920429867071365310?t=IZFPhDZHDqy6sA3yvbhRfA&s=19), who was detained at San Francisco International Airport this morning, apparently because of his criticism of Israel's genocide in Gaza and at the urging of a notorious anti-Muslim, pro-Israel extremist.

In a statement, **Washington, D.C., based CAIR** said:

"Abducting a prominent British Muslim journalist and political commentator on a speaking tour in the United States because he dared to criticize the Israeli government's genocide is a blatant affront to free speech.

"Our attorneys and partners are working to address this injustice. We call on ICE to immediately account for and release Mr. Hamdi, whose only 'crime' is criticizing a foreign government that committed genocide.

"Our nation must stop abducting critics of the Israeli government at the behest of unhinged Israel First bigots. This is an Israel First policy, not an America First policy, and it must end."

Hamdi was reportedly detained by immigration officers at San Francisco International Airport on the morning of Oct. 26th.

He was on a speaking tour in the United States, which he has done many times in the past. Hamdi spoke at the annual gala of CAIR Sacramento on Oct. 25th and was scheduled to speak at the gala of CAIR Florida tonight.

Anti-Muslim extremist Laura Loomer has publicly taken credit for his abduction, claiming that ICE acted in response to her demands and smearing Hamdi with various anti-Muslim conspiracy theories.

CAIR previously called on Secretary of State Marco Rubio to address whether he spoke directly with anti-Muslim extremist Laura Loomer, as she claims, before banning Palestinian children injured by American weapons in Gaza from seeking medical care in the U.S. and condemned his decision.

A day after Loomer posted videos on social media complaining about children from Gaza arriving in the U.S. for medical treatment and questioning how they obtained visas, the State Department said it was halting all visitor visas for people from Gaza pending a review.

In a tweet, Loomer thanked Senator Rubio for halting the visas. The New York Times reported that Loomer said she spoke with Secretary of State Marco Rubio on Friday night to alert him to the flights and what she called the threat of an "Islamic invasion."

**SEE: U.S. Pauses Visitor Visas for Gazans After Laura Loomer Posts – The New York Times (https://www.nytimes.com/2025/08/16/us/politics/gaza-visitor-visas-medical-trump-loomer.html)**

**Trump administration halts visas for people from Gaza after Laura Loomer questions arrivals (https://www.msn.com/en-us/news/us/trump-administration-halts-visas-for-people-from-gaza-after-laura-loomer-questions-arrivals/ar-AA1KGZns?ocid=BingNewsSerp)**

**END**

TOP

11/7/25, 10:31 AM
BREAKING: CAIR Calls on ICE to Release Sami Hamdi, British Journalist Abducted Over Criticism of Israel's Genocide

Case 9:19-cv-81179-RAR Document 175-5 Entered on FLSD Docket 11/13/2025 Page 5 of 9

**CONTACT**: CAIR National Deputy Director Edward Ahmed Mitchell, 404-285-9530, e-Mitchell@cair.com; CAIR Government Affairs Director Robert McCaw, 202-742-6448, rmccaw@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR National Communications Manager Ismail Allison, 202-770-6280, iallison@cair.com

Share this:

## Latest Press Releases

CAIR-NY Says New Report on Islamophobia During NYC Mayoral Campaign Shows 'Systemic and Organized Campaign of Dehumanization' (https://www.cair.com/press_releases/cair-ny-says-new-report-on-islamophobia-during-nyc-mayoral-campaign-shows-systemic-and-organized-campaign-of-dehumanization/)

November 7, 2025    Press Releases (https://www.cair.com/category/press_releases/)

Register to Attend CAIR's Webinar on November 13th: 'The Distraction Game: Why Israel's Supporters Are Stoking Anti-Muslim Hysteria Across the West' (https://www.cair.com/press_releases/register-to-attend-cairs-webinar-on-november-13th-the-distraction-game-why-israels-supporters-are-stoking-anti-muslim-hysteria-across-the-west/)

November 7, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR-NY Condemns Islamophobic, Anti-Palestinian Rant Targeting Couple on New York Subway (https://www.cair.com/press_releases/cair-ny-condemns-islamophobic-anti-palestinian-rant-targeting-couple-on-new-york-subway/)

November 7, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR-LA Demands SLO District Attorney Apologize for Anti-Muslim Social Media Posts, Calls for Independent Probe  (https://www.cair.com/press_releases/cair-la-demands-slo-district-attorney-apologize-for-anti-muslim-social-media-posts-calls-for-independent-probe/)

November 6, 2025    Press Releases (https://www.cair.com/category/press_releases/)

TOP

CAIR-CA Joins 250+ Groups in Sending Joint Letter Calling on Elected Officials to Demand Release of Sami Hamdi, Reject Anti-Muslim Hate in U.S. Policy (https://www.cair.com/press_releases/cair-ca-joins-250-

groups-in-sending-joint-letter-calling-on-elected-officials-to-demand-release-of-sami-hamdi-reject-anti-muslim-hate-in-u-s-policy/)

November 6, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR-SFBA Condemns State's Biased Decision Targeting Palestinian Expression in Oakland Schools (https://www.cair.com/press_releases/cair-sfba-condemns-states-biased-decision-targeting-palestinian-expression-in-oakland-schools/)

November 6, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR-NJ Joins Broad Coalition to Oppose Anti-Free Speech Bill (https://www.cair.com/press_releases/cair-nj-joins-broad-coalition-to-oppose-anti-free-speech-bill/)

November 6, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR-CA Urges Court to Preserve Order Blocking Transfer of British Muslim Journalist Sami Hamdi (https://www.cair.com/press_releases/cair-ca-urges-court-to-preserve-order-blocking-transfer-of-british-muslim-journalist-sami-hamdi/)

November 6, 2025    Press Releases (https://www.cair.com/category/press_releases/)

GOOD NEWS: CAIR Enables Free Prayer Rugs for Muslims in Virginia Jail – VIDEO (https://www.cair.com/press_releases/good-news-cair-enables-free-prayer-rugs-for-muslims-in-virginia-jail-video/)

November 6, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR Condemns Islamophobic Remarks by French National Assembly President Targeting Hijab-Wearing Visitors (https://www.cair.com/press_releases/cair-condemns-islamophobic-remarks-by-french-national-assembly-president-targeting-hijab-wearing-visitors/)

November 6, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR Maryland Calls for Transparency from Baltimore County Executive on ICE Agreement (https://www.cair.com/press_releases/cair-maryland-calls-for-transparency-from-baltimore-county-executive-on-ice-agreement/)

November 6, 2025    Press Releases (https://www.cair.com/category/press_releases/)

TOP

11/7/25, 10:31 AM
BREAKING: CAIR Calls on ICE to Release Sami Hamdi, British Journalist Abducted Over Criticism of Israel's Genocide
Case 9:19-cv-81179-RAR Document 175-5 Entered on FLSD Docket 11/13/2025 Page 7 of 9

CAIR, CAIR Action Congratulate 38 Muslim Election Winners, Report At Least 76 Muslim Candidates Nationwide (https://www.cair.com/press_releases/cair-cair-action-congratulate-39-muslim-election-winners-report-at-least-77-muslim-candidates-nationwide/)

November 6, 2025       Press Releases (https://www.cair.com/category/press_releases/)

## ABOUT US

Vision, Mission, Core Principles(https://www.cair.com/about_cair/about-us/)

CAIR at a Glance(https://www.cair.com/about_cair/cair-at-a-glance/)

CAIR: Who We Are(https://www.cair.com/about_cair/cair-who-we-are/)

National Board of Directors (https://www.cair.com/about_cair/national-board-of-directors/)

Department Directors(https://www.cair.com/about_cair/department-directors/)

Annual Reports and Financials(https://www.cair.com/finances/)

Endorsements, Awards, Recognitions (https://www.cair.com/about_cair/endorsements-awards-recognitions/)

CAIR Chapters(https://www.cair.com/about_cair/cair-chapters/)

Dispelling Rumors About CAIR(https://www.cair.com/dispelling-rumors-about-cair/)

Working with Law Enforcement (https://www.cair.com/about_cair/encouraging-cooperation-with-law-enforcement/)

## NEWS & MEDIA

Media Contacts(https://www.cair.com/news-and-media/cair-media-contacts/)

Press Releases(https://www.cair.com/press-releases/)

Op-eds(https://www.cair.com/op-eds/)

Bookable Speakers(https://www.cair.com/news-and-media/bookable-speakers/)

Videos(https://www.cair.com/news-and-media/cair-videos/)

Media Research(https://www.cair.com/news-and-media/media-research/)

∧
TOP

11/7/25, 10:31 AM
BREAKING: CAIR Calls on ICE to Release Sami Hamdi, British Journalist Abducted Over Criticism of Israel's Genocide
Case 9:19-cv-81179-RAR   Document 175-5   Entered on FLSD Docket 11/13/2025   Page 8 of 9

CAIR Logos(https://www.cair.com/news-and-media/cair-logos/)

Photos(https://www.cair.com/news-and-media/photos/)

## TAKE ACTION

Report an incident(https://www.cair.com/report/)

Action Alerts(https://www.cair.com/action-alerts/)

## GET INVOLVED

Careers(https://www.cair.com/careers/)

Intern(https://www.cair.com/get-involved/internships/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Become an Ally(https://www.cair.com/get-involved/become-an-ally/)

Use Your Voice(https://www.cair.com/get-involved/use-your-voice-share-your-story/)

## RESOURCES

Know Your Rights(https://www.cair.com/resources/know-your-rights/)

Civil Rights Reports(https://www.cair.com/resources/cair-civil-rights-reports/)

Ways to Give(https://www.cair.com/about_cair/other-ways-to-give/)

Guides and toolkits(https://www.cair.com/resources/guides-and-toolkits/)

Guides to Muslim Religious Practices(https://www.cair.com/resources/guides-to-muslim-religious-practices/)

Book a CAIR Workshop(https://www.cair.com/resources/book-a-cair-workshop/)

Request a Speaker(https://www.cair.com/resources/request-a-speaker/)

Register to Vote(https://www.cair.com/resources/register-to-vote/)

Government Affairs Reports(https://www.cair.com/resources/government-affairs-reports/)

TOP

Privacy Policy(https://www.cair.com/a

Volunteer(https://www.cair.com/abou

11/7/25, 10:31 AM  BREAKING: CAIR Calls on ICE to Release Sami Hamdi, British Journalist Abducted Over Criticism of Israel's Genocide

Case 9:19-cv-81179-RAR Document 175-5 Entered on FLSD Docket 11/13/2025 Page 9 of 9

Events(https://www.cair.com/get-involved)

Contact Us(https://www.cair.com/about)

© 2025 Council on American-Islamic Relations.

Website design by INTELLIPLANS (https://intelliplans.com)

TOP