# EXHIBIT 1



(https://www.cair.com/)

**Take Action**    **News**    **Resources**

☰

DONATE

# CAIR in the News, June 30, 2025

**CAIR-Texas:** <u>Dan Patrick calls for resignation of Tarrant County GOP chair over controversial poll (https://www.chron.com/politics/article/dan-patrick-bo-french-20400523.php)</u> – Houston Chronicle

"This shameful and irresponsible poll is a blatant act of antisemitic and Islamophobic bigotry. We expect elected officials and politicians to foster unity and lead with wisdom, not to promote suspicion and division," **Shaimaa Zayan, the Operations Manager of CAIR-Austin, Texas**, wrote. "By framing Jews and Muslims as potential threats to our country, this poll promotes both antisemitism and Islamophobia and adds to the unfortunately rising level of bigotry we see nationwide."

**CAIR:** <u>Republican Tells Zohran Mamdani: 'Go Back to the Third World' (https://www.newsweek.com/brandon-gill-tells-zohran-mamdani-go-back-third-world-2092311)</u> – Newsweek

**Corey Saylor, research and advocacy director at the Council on American-Islamic Relations** (CAIR), a civil rights organization, said in a statement to *Newsweek*: "Americans eat pizza, hot dogs, chicken, french fries, burgers, sandwiches, chips, tacos, fruit, nachos, cookies, and various other foods with their hands. Those same Americans can see through the hysterical racism and Islamophobia spewed by the likes of Laura Loomer and Texas Congressman Gill. Only the Ku Klux Klan could enjoy such bigoted and nonsensical statements."

**CAIR:** <u>Bipartisan senators call for action against China's forced labor transfers of Uyghurs (https://nextshark.com/bipartisan-senators-action-labor-transfers-uyghurs)</u> – NEXTSHARK

**The Council on American-Islamic Relations (CAIR)** has backed the effort, with **Government Affairs Director Robert McCaw** stating, "The Chinese communist government must be held accountable for its oppression of Uyghur Muslims and other Turkic minorities, and it cannot be allowed to profit off of their crimes."

**CAIR:** <u>Meta illegally censored Muslim employee's pro-Palestinian posts, lawsuit claims (https://www.hrdive.com/news/meta-censored-muslim-employee-pro-palestinian-posts/751925/)</u> – HRDIVE

**CAIR-Chicago:** <u>6 year old boy slain in hate crime memorialized (https://www.audacy.com/wbbm780/news/6-year-old-boy-slain-in-hate-crime-memorialized)</u> – WBBM

**CAIR:** <u>California Legislation Designed To Protect Israeli Apartheid and Genocide (https://original.antiwar.com/Rick_Sterling/2025/06/29/california-</u>

legislation-designed-to-protect-israeli-apartheid-and-genocide/)
**– Antiwar**

**CAIR:** **America's first mosque, in Iowa, welcomed neighbors. That spirit still matters. (https://www.desmoinesregister.com/story/opinion/columnists/2025/06/30/mother-mosque-cedar-rapids-iowa-welcoming-spirit-still-matters/84360990007/) – Des Moines Register**

## ABOUT US

Vision, Mission, Core Principles(https://www.cair.com/about_cair/about-us/)

CAIR at a Glance(https://www.cair.com/about_cair/cair-at-a-glance/)

CAIR: Who We Are(https://www.cair.com/about_cair/cair-who-we-are/)

National Board of Directors(https://www.cair.com/about_cair/national-board-of-directors/)

Department Directors(https://www.cair.com/about_cair/department-directors/)

Annual Reports and Financials(https://www.cair.com/finances/)

Endorsements, Awards, Recognitions (https://www.cair.com/about_cair/endorsements-awards-recognitions/)

CAIR Chapters(https://www.cair.com/about_cair/cair-chapters/)

Dispelling Rumors About CAIR(https://www.cair.com/dispelling-rumors-about-cair/)

Working with Law Enforcement (https://www.cair.com/about_cair/encouraging-cooperation-with-law-enforcement/)

## NEWS & MEDIA

Media Contacts(https://www.cair.com/news-and-media/cair-media-contacts/)

Press Releases(https://www.cair.com/press-releases/)

Op-eds(https://www.cair.com/op-eds/)

Bookable Speakers(https://www.cair.com/news-and-media/bookable-speakers/)

Videos(https://www.cair.com/news-and-media/cair-videos/)

Media Research(https://www.cair.com/news-and-media/media-research/)

CAIR Logos(https://www.cair.com/news-and-media/cair-logos/)

Photos(https://www.cair.com/news-and-media/photos/)

## TAKE ACTION

Report an incident(https://www.cair.com/report/)

Action Alerts(https://www.cair.com/action-alerts/)

## GET INVOLVED

Careers(https://www.cair.com/careers/)

Intern(https://www.cair.com/get-involved/internships/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Become an Ally(https://www.cair.com/get-involved/become-an-ally/)

Use Your Voice(https://www.cair.com/get-involved/use-your-voice-share-your-story/)

## RESOURCES

Know Your Rights(https://www.cair.com/resources/know-your-rights/)

Civil Rights Reports(https://www.cair.com/resources/cair-civil-rights-reports/)

Ways to Give(https://www.cair.com/about_cair/other-ways-to-give/)

Guides and toolkits(https://www.cair.com/resources/guides-and-toolkits/)

Guides to Muslim Religious Practices    (https://www.cair.com/resources/guides-to-muslim-religious-practices/)

Book a CAIR Workshop(https://www.cair.com/resources/book-a-cair-workshop/)

Request a Speaker(https://www.cair.com/resources/request-a-speaker/)

Register to Vote(https://www.cair.com/resources/register-to-vote/)

Government Affairs Reports(https://www.cair.com/resources/government-affairs-reports/)

Privacy Policy(https://www.cair.com/about_cair/privacy-policy/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Contact Us(https://www.cair.com/about_cair/contact-us/)

Legal(https://www.cair.com/about_cair/CAIRtv)

Join our Email List(https://www.cair.com/about_cair/CAIRtv)

© 2025 Council on American-Islamic Relations.

Website design by INTELLIPLANS (https://intelliplans.com)

# EXHIBIT 2



(https://www.cair.com/)

Take Action    News    Resources

☰

DONATE

🔍

# CAIR Press Releases

Share this:

f    X    in    ⊕    ⊕    🔗

### CAIR Reiterates Call for Firing of Anti-Muslim Extremist Shaun Maguire After He Denigrates U.S. Veteran Exposing War Crimes in Gaza



🕐 July 30, 2025    🕐 10:37 am

The Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, today reiterated its call for the firing of Sequoia Capital partner Shaun Maguire after he accused a US veteran of lying about Israeli forces killing a child in front of him.

In a video, Green Beret veteran Anthony Aguilar recounted how a 5-year-old Palestinian kissed his hands to thank him for the food Aguilar gave him. Seconds later, Aguilar says, Israeli soldiers shot and killed the starving child while firing on the crowd. In response to a tweet with a video of Aguilar discussing what he saw, Shaun Maguire accused Aguilar of lying.

Aguilar's account is supported by an ever-increasing catalog of Israeli atrocities in Gaza. Those atrocities led both B'Tselem and Physicians for Human Rights-Israel (PHRI) to issue reports detailing the genocidal nature of Israel's war on Gaza in recent days. This week, Rep. Marjorie Taylor Greene (R-GA) become the first Republican member of congress to label Israel's actions in Gaza a genocide.

**SEE: CAIR Welcomes Israeli Human Rights Groups' Recognition of Gaza Genocide (https://www.cair.com/press_releases/cair-welcomes-israeli-human-rights-groups-recognition-of-gaza-genocide/)**

**SEE ALSO: Marjorie Taylor Greene calls crisis in Gaza 'genocide,' first Republican lawmaker to do so (https://www.usatoday.com/story/news/politics/2025/07/29/marjorie-taylor-greene-gaza-genocide-crisis/85424233007/)**

Maguire by comparison has used his social media platform to uplift Amy Mek, an anti-Muslim activist who has reportedly praised white supremacist groups and encouraged her readers to follow a Holocaust denier. Maguire has also engaged with the notorious and proud Islamophobic figure Laura Loomer to promote a false Islamophobic narrative. This week after a tragic mass shooting in New York during which a Muslim NYPD officer was killed, Loomer promoted a false anti-Palestinian racist narrative about the shooter.

**SEE: Trump's Loudest Anti-Muslim Twitter Troll Is A Shady Vegan Married To An (Ousted) WWE Exec (https://www.huffpost.com/entry/anti-muslim-twitter-troll-amy-mek-mekelburg_n_5b0d9e40e4b0802d69cf0264)**

**SEE ALSO: Islamophobe Profile of Shaun Maguire (https://islamophobia.org/islamophobic-individuals/shaun-maguire/)**

**SEE ALSO: Claims are unsupported about NYC shooting suspect wearing keffiyeh and saying 'Free Palestine' (https://www.politifact.com/factchecks/2025/jul/29/tweets/Manhattan-shane-tamura-shooter-free-palestine/)**

**SEE ALSO: CAIR: After Park Avenue Shooting, Anti-Muslim Disinformation Spread Rapidly (https://www.nytimes.com/2025/07/29/nyregion/nyc-shooting-anti-muslim-disinformation.html) – New York Times**

As his source to question Aguilar, a former special forces lieutenant colonel, Maguire points to the YouTube account of the scandal-laden Gaza Humanitarian Foundation (GHF). The Foundation was only recently established. Very quickly, Jake Wood, its first chairman and also a U.S. military veteran, resigned citing concerns over the organization's independence and impartiality. A GHF consultant, Boston Consultancy Group, also severed ties with the Foundation. According to news reports, "the UN and aid organisations [have warned] that [GHF's] plans to take over aid distribution in Gaza failed to meet humanitarian principles and would encourage the forced displacement of Palestinians."

**SEE: Head of controversial US-backed Gaza aid group resigns, citing concerns over independence and impartiality (https://www.cnn.com/2025/05/26/middleeast/gaza-humanitarian-foundation-aid-resigns-intl-hnk)**

**SEE ALSO: Senior partners at BCG 'step down over Gaza humanitarian controversy' (https://www.middleeasteye.net/news/senior-partners-bcg-step-down-over-gaza-humanitarian-controversy)**

In a statement, **CAIR Research and Advocacy Director Corey Saylor** said:

10/29/25, 3:05 PM    CAIR Reiterates Call for Firing of Anti-Muslim Extremist Shaun Maguire After He Denigrates U.S. Veteran Exposing War Crimes in…

Case 9:19-cv-84179-RAR Document 176-1 Entered on FLSD Docket 12/01/2025 Page 8 of 69

*"Mr. Maguire continues his pattern of engaging in hateful rhetoric to defend the Israeli government's war crimes by uplifting bigots and accusing a Green Beret veteran of lying about something he says he personally witnessed in Gaza. Mr. Maguire's unhinged, venomous attitude appears to raise zero concerns with his employer, who has taken no visible action to distance itself from Maguire's bigotry. We urge Sequoia Capital to part ways with him immediately."*

CAIR previously called for the firing of Shaun Maguire over racist, anti-Muslim remarks posted on social media.

**SEE: CAIR Calls for Firing of Sequoia Partner Shaun Maguire After Racist, Anti-Muslim Rants (https://www.cair.com/press_releases/cair-calls-for-firing-of-sequoia-partner-shaun-maguire-after-racist-anti-muslim-rants/)**

**END**

**CONTACT**: CAIR National Deputy Director Edward Ahmed Mitchell, 404-285-9530, e-Mitchell@cair.com (mailto:e-Mitchell@cair.com); CAIR Government Affairs Director Robert McCaw, 202-742-6448, rmccaw@cair.com (mailto:rmccaw@cair.com); CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com (mailto:ihooper@cair.com); CAIR National Communications Manager Ismail Allison, 202-770-6280, iallison@cair.com (mailto:iallison@cair.com)

Share this:

  f    X    in    &#9755;    &#128279;

# Latest Press Releases

CAIR in the News, October 29, 2025 (https://www.cair.com/cair_in_the_news/cair-in-the-news-october-29-2025/)

October 29, 2025    CAIR in the News (https://www.cair.com/category/cair_in_the_news/)

CAIR Welcomes Introduction of the 'Combatting the Persecution of Religious Groups in China Act' (https://www.cair.com/press_releases/cair-welcomes-introduction-of-the-combatting-the-persecution-of-religious-groups-in-china-act/)

October 29, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR ACTION ALERT: Tell Congress to Support Maximum Sanctions on Sudan's Genocidal RSF and Arms Embargo on UAE (https://www.cair.com/action_alerts/cair-action-alert-tell-congress-to-support-maximum-sanctions-on-sudans-genocidal-rsf-and-arms-embargo-on-uae/)

October 29, 2025    Action Alerts (https://www.cair.com/category/action_alerts/)

CAIR Calls on Congress to Condemn Israeli Slaughter of 46 Children in Gaza, Back Arms Embargo (https://www.cair.com/press_releases/cair-calls-on-congress-to-condemn-israeli-slaughter-of-46-children-in-gaza-back-arms-embargo/)

October 29, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR-Alabama Welcomes Arrest of Suspect Who Allegedly Threatened Synagogues (https://www.cair.com/press_releases/cair-alabama-welcomes-arrest-of-suspect-who-allegedly-threatened-synagogues/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases/)

10/29/25, 2:52 PM    CAIR Reiterates Call for Firing of Anti-Muslim Extremist Shaun Maguire After He Denigrates U.S. Veteran, Exposing War Crimes in…

Case 9:19-cv-84179-RAR  Document 178-1  Entered on FLSD Docket 12/01/2025  Page 9 of 69

CAIR Welcomes Journalist Groups' Call for Release of Sami Hamdi From ICE Detention (https://www.cair.com/press_releases/cair-welcomes-journalist-groups-call-for-release-of-sami-hamdi-from-ice-detention-2/)

October 28, 2025     Press Releases (https://www.cair.com/category/press_releases)

CAIR-CA, CPHB to Release Report on Faith-Based Bullying of Muslim Students in California Schools (https://www.cair.com/press_releases/cair-ca-cphb-to-release-report-on-faith-based-bullying-of-muslim-students-in-california-schools/)

October 28, 2025     Press Releases (https://www.cair.com/category/press_releases)

CAIR Welcomes Journalist Groups' Call for Release of Sami Hamdi From ICE Detention (https://www.cair.com/press_releases/cair-welcomes-journalist-groups-call-for-release-of-sami-hamdi-from-ice-detention/)

October 28, 2025     Press Releases (https://www.cair.com/category/press_releases)

Video: CAIR-Philadelphia, Emgage Pennsylvania Co-Host Muslim Capitol Day in Harrisburg (https://www.cair.com/press_releases/video-cair-philadelphia-emgage-pennsylvania-co-host-muslim-capitol-day-in-harrisburg/)

October 28, 2025     Press Releases (https://www.cair.com/category/press_releases)

CAIR Sends Congressional Briefing Memo Urging Lawmakers to Reject Unconstitutional, Anti-Muslim 'Anti-Sharia' Bills (https://www.cair.com/press_releases/cair-sends-congressional-briefing-memo-urging-lawmakers-to-reject-unconstitutional-anti-muslim-anti-sharia-bills/)

October 28, 2025     Press Releases (https://www.cair.com/category/press_releases)

CAIR California Attorneys Meet with Sami Hamdi in ICE Detention, File Habeas Petition and Emergency TRO to Block Transfer (https://www.cair.com/press_releases/cair-california-attorneys-meet-with-sami-hamdi-in-ice-detention-file-habeas-petition-and-emergency-tro-to-block-transfer/)

October 28, 2025     Press Releases (https://www.cair.com/category/press_releases)

CAIR Demands Virginia High School Reverse Removal from Classroom of Virginia Muslim Students Based on 'Racist Tropes and Stereotypes' (https://www.cair.com/press_releases/cair-demands-virginia-high-school-reverse-suspension-of-virginia-muslim-students-based-on-racist-tropes-and-stereotypes/)

October 28, 2025     Press Releases (https://www.cair.com/category/press_releases)

## ABOUT US

Vision, Mission, Core Principles(https://www.cair.com/about_cair/about-us/)

CAIR at a Glance(https://www.cair.com/about_cair/cair-at-a-glance/)

CAIR: Who We Are(https://www.cair.com/about_cair/cair-who-we-are/)

National Board of Directors(https://www.cair.com/about_cair/national-board-of-directors/)

Department Directors(https://www.cair.com/about_cair/department-directors/)

Annual Reports and Financials(https://www.cair.com/finances/)

Endorsements, Awards, Recognitions     (https://www.cair.com/about_cair/endorsements-awards-recognitions/)

CAIR Chapters(https://www.cair.com/about_cair/cair-chapters/)

10/29/25, 2:52 PM
CAIR Reiterates Call for Firing of Anti-Muslim Extremist Shaun Maguire After He Denigrates U.S. Veteran Exposing War Crimes in…

Case 9:19-cv-81179-RAR Document 176-1 Entered on FLSD Docket 12/01/2025 Page 10 of 69

Dispelling Rumors About CAIR(https://www.cair.com/dispelling-rumors-about-cair/)

Working with Law Enforcement (https://www.cair.com/about_cair/encouraging-cooperation-with-law-enforcement/)

### NEWS & MEDIA

Media Contacts(https://www.cair.com/news-and-media/cair-media-contacts/)

Press Releases(https://www.cair.com/press-releases/)

Op-eds(https://www.cair.com/op-eds/)

Bookable Speakers(https://www.cair.com/news-and-media/bookable-speakers/)

Videos(https://www.cair.com/news-and-media/cair-videos/)

Media Research(https://www.cair.com/news-and-media/media-research/)

CAIR Logos(https://www.cair.com/news-and-media/cair-logos/)

Photos(https://www.cair.com/news-and-media/photos/)

### TAKE ACTION

Report an incident(https://www.cair.com/report/)

Action Alerts(https://www.cair.com/action-alerts/)

### GET INVOLVED

Careers(https://www.cair.com/careers/)

Intern(https://www.cair.com/get-involved/internships/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Become an Ally(https://www.cair.com/get-involved/become-an-ally/)

Use Your Voice(https://www.cair.com/get-involved/use-your-voice-share-your-story/)

### RESOURCES

Know Your Rights(https://www.cair.com/resources/know-your-rights/)

Civil Rights Reports(https://www.cair.com/resources/cair-civil-rights-reports/)

Ways to Give(https://www.cair.com/about_cair/other-ways-to-give/)

Guides and toolkits(https://www.cair.com/resources/guides-and-toolkits/)

Guides to Muslim Religious Practices (https://www.cair.com/resources/guides-to-muslim-religious-practices/)

Book a CAIR Workshop(https://www.cair.com/resources/book-a-cair-workshop/)

Request a Speaker(https://www.cair.com/resources/request-a-speaker/)

Register to Vote(https://www.cair.com/resources/register-to-vote/)

Government Affairs Reports(https://www.cair.com/resources/government-affairs-reports/)

Privacy Policy(https://www.cair.com/about_cair/privacy-policy/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Contact Us(https://www.cair.com/about_cair/contact-us/)

Join our email List(https://...

Legal(https://www...

© 2025 Council on American-Islamic Relations.

AI at r s
R io n er
N n at /
at al io C
io ) n Al
n al Rt
al /) v)
)

# EXHIBIT 3



(https://www.cair.com/)

Take Action | News | Resources

☰

DONATE

🔍

# CAIR Press Releases

Share this:

f   𝕏   in   🟢   🔴   🔗

## CAIR Calls on World Community to Stop Israel's Newly-Announced Ethnic Cleansing of Northern Gaza



🕐 August 16, 2025   🕐 3:57 pm

The Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, today called on the international community — including the United Nations, the Trump administration, and any nations committed to human rights — to take immediate and concrete action to halt Israel's newly-announced ethnic cleansing campaign in northern Gaza.

**SEE: Israeli military prepares to relocate residents to southern Gaza, spokesperson says (https://www.yahoo.com/news/articles/israeli-military-prepares-relocate-residents-175022086.html) – Reuters**

Israel has repeatedly forcibly-displaced almost the entire Gaza population and destroyed most of the civilian infrastructure.

^
TOP

It has reportedly slaughtered almost 62,000 people in Gaza, mostly women and children. The true figure is likely to be much higher. Eleven people, including a child, have reportedly starved to death in Gaza in the past 24 hours (https://www.aa.com.tr/en/middle-east/gaza-death-toll-nears-61-900-as-israel-continues-genocidal-war-on-palestinians/3661465).

In a statement, **CAIR** said:

*"The Israeli government's announced plan to forcibly remove Palestinians from northern Gaza is not a military operation — it is a textbook act of ethnic cleansing. Forcible transfer of a civilian population under the threat of violence and starvation is a grave violation of international law and a moral outrage.*

*"The world community must not remain complicit through silence. We call on President Trump, Congress, the United Nations, and all world leaders who have a shred of conscience to condemn this planned crime against humanity and to take immediate and concrete action to prevent further war crimes. Sanctions, arms embargoes, and international legal proceedings must be urgently pursued to stop Israel's ongoing genocide in Gaza.*

*"The Palestinian people must not be erased from their land. Justice demands action — now."*

Earlier today, CAIR said an announcement by the U.S. Department of State that it is halting all visitor visas for people from Gaza (https://www.reuters.com/world/middle-east/us-stops-visitor-visas-people-gaza-2025-08-16/) is the latest example of the Trump administration's complicity with Israel's genocide and seems to be "intentionally cruel."

That move came after Laura Loomer posted videos of Palestinians arriving in the U.S. (https://www.haaretz.com/israel-news/2025-08-16/ty-article-live/.premium/katz-says-israel-will-act-forcefully-against-any-violation-in-lebanon-after-strike/00000198-b069-d0c5-a79c-f87ffae10000?liveBlogItemId=405300986&utm_source=site&utm_medium=button&utm_campaign=live_blog_item#405300986) and demanded the State Department ban entry to "Islamic invaders."

**Reuters reports:** *"The State Department's move to stop visitor visas for people from Gaza comes after Laura Loomer, a far-right activist and an ally of President Donald Trump, said on social media on Friday that the Palestinian 'refugees' had entered the U.S. this month."*

**SEE: US stops visitor visas for people from Gaza (https://www.msn.com/en-us/news/us/us-stops-visitor-visas-for-people-from-gaza/ar-AA1KE6zZ) – Reuters**

**NPR wrote (https://www.npr.org/2025/08/16/nx-s1-5504634/state-department-halts-gaza-visas):** *"Writing on X on Saturday, Loomer took credit for the State Department's decision to halt the humanitarian visa program for people from Gaza, calling the news 'fantastic' and thanking Secretary of State Marco Rubio for this decision."*

Yesterday, CAIR called a new United Nations report that Israel slaughtered at least 1,760 forcibly-starved Palestinians while they desperately sought food in Gaza "a moral indictment of Western governments." (https://www.cair.com/press_releases/cair-calls-un-report-that-israel-slaughtered-1760-forcibly-starved-palestinians-seeking-food-moral-indictment-of-western-governments/)

Last week, CAIR condemned the "glaring omission" of the Gaza genocide (https://www.cair.com/press_releases/cair-condemns-glaring-omission-of-gaza-genocide-in-state-department-human-rights-report/) from the U.S. State Department's latest Country

︿
TOP

Reports on Human Rights Practices, calling the report's treatment of Israel deeply inadequate and morally indefensible.

CAIR also condemned Israel's U.S.-backed "unrelenting slaughter" (https://www.cair.com/press_releases/cair-condemns-israels-u-s-backed-unrelenting-slaughter-after-31-forcibly-starved-civilians-murdered-in-gaza-more-die-of-starvation/) of forcibly-starved civilians in Gaza after at least 31 people were murdered as they desperately sought food for their starving families.

CAIR's mission is to protect civil rights, enhance understanding of Islam, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

Instagram (https://www.instagram.com/cair_national/) | Facebook (https://www.facebook.com/CAIRNational) | Twitter (https://x.com/CAIRNational) | LinkedIn (https://www.linkedin.com/company/cair-national/) | TikTok (https://www.tiktok.com/@cairnational?_t=8pt46O2HuTj&_r=1) | Website (https://www.cair.com/) | YouTube (https://www.youtube.com/channel/UCFYW2x6hIPQsAjhzfX5F6ug)

Do you like reading CAIR press releases and taking part in our action alerts? You can help contribute to CAIR's work of defending civil rights and empowering American Muslims across the country by making a one-time contribution or becoming a monthly donor. Supporters like you make CAIR's advocacy work possible and defeating Islamophobia an achievable goal. Click here to donate to CAIR (https://action.cair.com/a/general).

You are receiving this email due to your interest selection from commercial media databases. If you would like to join CAIR's media list, please sign up here: https://action.cair.com/a/newsletters (https://action.cair.com/a/newsletters) — For more information, email: info@cair.com, CC ihooper@cair.com

**END**

**CONTACT**: CAIR National Deputy Director Edward Ahmed Mitchell, 404-285-9530, e-Mitchell@cair.com; CAIR Government Affairs Director Robert McCaw, 202-742-6448, rmccaw@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR National Communications Manager Ismail Allison, 202-770-6280, iallison@cair.com

Share this:

f    X    in    ⊙    ⊜    🔗

# Latest Press Releases

CAIR in the News, October 29, 2025 (https://www.cair.com/cair_in_the_news/cair-in-the-news-october-29-2025/)

October 29, 2025        CAIR in the News (https://www.cair.com/category/cair_in_the_news/)

CAIR Welcomes Introduction of the 'Combatting the Persecution of Religious Groups in China Act' (https://www.cair.com/press_releases/cair-welcomes-introduction-of-the-combatting-the-persecution-of-religious-groups-in-china-act/)

October 29, 2025        Press Releases (https://www.cair.com/category/press_releases/)

⌃
TOP

10/29/25, 9:19 PM
Case 9:19-cv-81179-RAR Document 176-1 Entered on FLSD Docket 12/01/2025 Page 16 of 69
CAIR Calls on World Community to Stop Israel's Newly-Announced Ethnic Cleansing of Northern Gaza

CAIR ACTION ALERT: Tell Congress to Support Maximum Sanctions on Sudan's Genocidal RSF and Arms Embargo on UAE (https://www.cair.com/action_alerts/cair-action-alert-tell-congress-to-support-maximum-sanctions-on-sudans-genocidal-rsf-and-arms-embargo-on-uae/)

October 29, 2025    Action Alerts (https://www.cair.com/category/action_alerts)

CAIR Calls on Congress to Condemn Israeli Slaughter of 46 Children in Gaza, Back Arms Embargo (https://www.cair.com/press_releases/cair-calls-on-congress-to-condemn-israeli-slaughter-of-46-children-in-gaza-back-arms-embargo/)

October 29, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR-Alabama Welcomes Arrest of Suspect Who Allegedly Threatened Synagogues (https://www.cair.com/press_releases/cair-alabama-welcomes-arrest-of-suspect-who-allegedly-threatened-synagogues/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR Welcomes Journalist Groups' Call for Release of Sami Hamdi From ICE Detention (https://www.cair.com/press_releases/cair-welcomes-journalist-groups-call-for-release-of-sami-hamdi-from-ice-detention-2/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR-CA, CPHB to Release Report on Faith-Based Bullying of Muslim Students in California Schools (https://www.cair.com/press_releases/cair-ca-cphb-to-release-report-on-faith-based-bullying-of-muslim-students-in-california-schools/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR Welcomes Journalist Groups' Call for Release of Sami Hamdi From ICE Detention (https://www.cair.com/press_releases/cair-welcomes-journalist-groups-call-for-release-of-sami-hamdi-from-ice-detention/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

Video: CAIR-Philadelphia, Emgage Pennsylvania Co-Host Muslim Capitol Day in Harrisburg (https://www.cair.com/press_releases/video-cair-philadelphia-emgage-pennsylvania-co-host-muslim-capitol-day-in-harrisburg/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR Sends Congressional Briefing Memo Urging Lawmakers to Reject Unconstitutional, Anti-Muslim 'Anti-Sharia' Bills (https://www.cair.com/press_releases/cair-sends-congressional-briefing-memo-urging-lawmakers-to-reject-unconstitutional-anti-muslim-anti-sharia-bills/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR California Attorneys Meet with Sami Hamdi in ICE Detention, File Habeas Petition and Emergency TRO to Block Transfer (https://www.cair.com/press_releases/cair-california-attorneys-meet-with-sami-hamdi-in-ice-detention-file-habeas-petition-and-emergency-tro-to-block-transfer/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR Demands Virginia High School Reverse Removal from Classroom of Virginia Muslim Students Based on 'Racist Tropes and Stereotypes' (https://www.cair.com/press_releases/cair-demands-virginia-high-school-reverse-suspension-of-virginia-muslim-students-based-on-racist-tropes-and-stereotypes/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

︿
TOP

## ABOUT US

Vision, Mission, Core Principles(https://www.cair.com/about_cair/about-us/)

CAIR at a Glance(https://www.cair.com/about_cair/cair-at-a-glance/)

CAIR: Who We Are(https://www.cair.com/about_cair/cair-who-we-are/)

National Board of Directors(https://www.cair.com/about_cair/national-board-of-directors/)

Department Directors(https://www.cair.com/about_cair/department-directors/)

Annual Reports and Financials(https://www.cair.com/finances/)

Endorsements, Awards, Recognitions   (https://www.cair.com/about_cair/endorsements-awards-recognitions/)

CAIR Chapters(https://www.cair.com/about_cair/cair-chapters/)

Dispelling Rumors About CAIR(https://www.cair.com/dispelling-rumors-about-cair/)

Working with Law Enforcement   (https://www.cair.com/about_cair/encouraging-cooperation-with-law-enforcement/)

## NEWS & MEDIA

Media Contacts(https://www.cair.com/news-and-media/cair-media-contacts/)

Press Releases(https://www.cair.com/press-releases/)

Op-eds(https://www.cair.com/op-eds/)

Bookable Speakers(https://www.cair.com/news-and-media/bookable-speakers/)

Videos(https://www.cair.com/news-and-media/cair-videos/)

Media Research(https://www.cair.com/news-and-media/media-research/)

CAIR Logos(https://www.cair.com/news-and-media/cair-logos/)

Photos(https://www.cair.com/news-and-media/photos/)

## TAKE ACTION

Report an incident(https://www.cair.com/report/)

Action Alerts(https://www.cair.com/action-alerts/)

## GET INVOLVED

Careers(https://www.cair.com/careers/)

Intern(https://www.cair.com/get-involved/internships/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Become an Ally(https://www.cair.com/get-involved/become-an-ally/)

Use Your Voice(https://www.cair.com/get-involved/use-your-voice-share-your-story/)

## RESOURCES

Know Your Rights(https://www.cair.com/resources/know-your-rights/)

Civil Rights Reports(https://www.cair.com/resources/cair-civil-rights-reports/)

Ways to Give(https://www.cair.com/about_cair/other-ways-to-give/)

Guides and toolkits(https://www.cair.com/resources/guides-and-toolkits/)

Guides to Muslim Religious Practices   (https://www.cair.com/resources/guides-to-muslim-religious-practices/)

^
TOP

10/29/25, 2:58 PM
Case 9:19-cv-81179-RAR Document 176-1 Entered on FLSD Docket 12/01/2025 Page 18 of 69
CAIR Calls on World Community to Stop Israel's Newly-Announced Ethnic Cleansing of Northern Gaza

Book a CAIR Workshop(https://www.cair.com/resources/book-a-cair-workshop/)

Request a Speaker(https://www.cair.com/resources/request-a-speaker/)

Register to Vote(https://www.cair.com/resources/register-to-vote/)

Government Affairs Reports(https://www.cair.com/resources/government-affairs-reports/)

Privacy Policy(https://www.cair.com/about_cair/privacy-policy/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Contact Us(https://www.cair.com/about_cair/contact-us/)

Legal(https://www.cair.com/about_cair/legal/)

Join our Email List(https://www.cair.com/about_cair/join-our-email-list/)

(https://www.facebook.com/CAIRNational)
(https://twitter.com/CAIRNational/)
(https://www.instagram.com/cair_national/)
(https://www.youtube.com/user/CAIRtv)

**© 2025 Council on American-Islamic Relations.**

Website design by INTELLIPLANS (https://intelliplans.com)

TOP

# EXHIBIT 4



(https://www.cair.com/)

Take       News       Resources
Action

☰                                      DONATE                    🔍

## CAIR Press Releases

Share this:

[f] [x] [in] [🟢] [🔴] [🔗]

## CAIR in the News, August 17, 2025



🕐 August 17, 2025    🕐 1:05 pm

**CAIR: Hundreds join "Stop Starving Gaza" march in New York City**
(https://www.cbsnews.com/newyork/news/stop-starving-gaza-protest-march-nyc/) – **CBS**

**Video: CAIR, CAIR-NY Take Part in NYC Rally Against Gaza Genocide**
(https://youtu.be/nhiSyv-PMgQ)

**CAIR: VIDEOS & PHOTOS – Thousands gather in New York for "Stop Starving Gaza" march**
(https://en.royanews.tv/news/62231) – **Roya News**

**CAIR: As one injured Gazan boy heals in Chicago, US State Department halts visas for
others seeking medical aid** (https://www.chicagotribune.com/2025/08/17/chicago-boy-
recovery-state-department-halts-visas/) – **Chicago Tribune**

**Nihad Awad, the national executive director for the Council on American-Islamic
Relations,** also condemned the State Department's move.

⌃
TOP

"Blocking Palestinian children injured by American weapons from coming to America for medical treatment is the latest sign that the intentional cruelty of President Trump's 'Israel First' administration knows no bounds," Awad said in a statement.

**CAIR: U.S. halts visitor visas for Gazans, including humanitarian medical visas** (https://www.msn.com/en-us/politics/government/u-s-halts-visitor-visas-for-gazans-including-humanitarian-medical-visas/ar-AA1KFidy) – **Washington Post**

**CAIR: State Department halts 'medical-humanitarian' visas for people from Gaza** (https://www.npr.org/2025/08/16/nx-s1-5504634/state-department-halts-gaza-visas) – **NPR**

**CAIR: US stops visitor visas for people from Gaza** (https://www.msn.com/en-us/news/us/us-stops-visitor-visas-for-people-from-gaza/ar-AA1KE6zZ) – **Reuters**

**CAIR: Trump Cuts Off Medical Visas from Gaza After Laura Loomer Meltdown** (https://www.msn.com/en-us/news/world/trump-cuts-off-medical-visas-from-gaza-after-laura-loomer-meltdown/ar-AA1KEkxI) – Rolling Stone

**'Intentional cruelty': CAIR slams US decision to halt Gaza visas (https://aje.io/u4dnh6?** **update=3892713) – Al Jazeera**

**CAIR: Did US halt Gaza medical visas based on far-right activist Laura Loomer's online posts? (https://www.msn.com/en-ae/news/middleeast/did-us-halt-gaza-medical-visas-based-on-far-right-activist-laura-loomer-s-online-posts/ar-AA1KFnVV) – Khaleej Times**

**CAIR: US stops issuing visas for sick Gazan children after campaign led by 'proud Islamaphobe' Laura Loomer (https://www.irishtimes.com/world/us/2025/08/17/us-state-department-stops-issuing-visas-for-gazas-children-to-get-medical-care/) – Irish Times**

**CAIR: US suspends visas for Gaza residents after right-wing social media storm (https://www.aljazeera.com/news/2025/8/16/us-suspends-visas-for-gaza-residents-after-right-wing-social-media-storm) – Al Jazeera**

**CAIR: US suspends medical visas for Gazans after far-right posts (https://www.dw.com/en/us-suspends-medical-visas-for-gazans-after-far-right-posts/a-73670122) – DW**

**Video: CAIR-SFBA Director Says Gaza Visa Ban is Result of Anti-Palestinian, Islamophobic Rhetoric (https://www.cair.com/press_releases/video-cair-sfba-director-says-gaza-visa-ban-is-result-of-anti-palestinian-islamophobic-rhetoric/)**

**CAIR-SFBA: New White House travel ban on Gaza sparks concerns for children in Bay Area for medical treatment (https://abc7news.com/post/concerns-new-white-house-travel-ban-gaza-may-impact-palestinian-children-bay-area-medical-treatment/17563527/) – ABC 7**

**CAIR Comments on UN Report that Israel Slaughtered 1,760 Forcibly-Starved Palestinians Seeking Food (https://www.indybay.org/newsitems/2025/08/16/18879024.php) – IndyBay**

Share this:

f   x   in   ⊙   ⚉   🔗

# Latest Press Releases

CAIR in the News, October 29, 2025 (https://www.cair.com/cair_in_the_news/cair-in-the-news-october-29-2025/)

October 29, 2025   CAIR in the News (https://www.cair.com/category/cair_in_the_news/)

⌃
TOP

CAIR Welcomes Introduction of the 'Combatting the Persecution of Religious Groups in China Act' (https://www.cair.com/press_releases/cair-welcomes-introduction-of-the-combatting-the-persecution-of-religious-groups-in-china-act/)

October 29, 2025   Press Releases (https://www.cair.com/category/press_releases/)

CAIR ACTION ALERT: Tell Congress to Support Maximum Sanctions on Sudan's Genocidal RSF and Arms Embargo on UAE (https://www.cair.com/action_alerts/cair-action-alert-tell-congress-to-support-maximum-sanctions-on-sudans-genocidal-rsf-and-arms-embargo-on-uae/)

October 29, 2025   Action Alerts (https://www.cair.com/category/action_alerts/)

CAIR Calls on Congress to Condemn Israeli Slaughter of 46 Children in Gaza, Back Arms Embargo (https://www.cair.com/press_releases/cair-calls-on-congress-to-condemn-israeli-slaughter-of-46-children-in-gaza-back-arms-embargo/)

October 29, 2025   Press Releases (https://www.cair.com/category/press_releases/)

CAIR-Alabama Welcomes Arrest of Suspect Who Allegedly Threatened Synagogues (https://www.cair.com/press_releases/cair-alabama-welcomes-arrest-of-suspect-who-allegedly-threatened-synagogues/)

October 28, 2025   Press Releases (https://www.cair.com/category/press_releases/)

CAIR Welcomes Journalist Groups' Call for Release of Sami Hamdi From ICE Detention (https://www.cair.com/press_releases/cair-welcomes-journalist-groups-call-for-release-of-sami-hamdi-from-ice-detention-2/)

October 28, 2025   Press Releases (https://www.cair.com/category/press_releases/)

CAIR-CA, CPHB to Release Report on Faith-Based Bullying of Muslim Students in California Schools (https://www.cair.com/press_releases/cair-ca-cphb-to-release-report-on-faith-based-bullying-of-muslim-students-in-california-schools/)

October 28, 2025   Press Releases (https://www.cair.com/category/press_releases/)

CAIR Welcomes Journalist Groups' Call for Release of Sami Hamdi From ICE Detention (https://www.cair.com/press_releases/cair-welcomes-journalist-groups-call-for-release-of-sami-hamdi-from-ice-detention/)

October 28, 2025   Press Releases (https://www.cair.com/category/press_releases/)

Video: CAIR-Philadelphia, Emgage Pennsylvania Co-Host Muslim Capitol Day in Harrisburg (https://www.cair.com/press_releases/video-cair-philadelphia-emgage-pennsylvania-co-host-muslim-capitol-day-in-harrisburg/)

October 28, 2025   Press Releases (https://www.cair.com/category/press_releases/)

CAIR Sends Congressional Briefing Memo Urging Lawmakers to Reject Unconstitutional, Anti-Muslim 'Anti-Sharia' Bills (https://www.cair.com/press_releases/cair-sends-congressional-briefing-memo-urging-lawmakers-to-reject-unconstitutional-anti-muslim-anti-sharia-bills/)

October 28, 2025   Press Releases (https://www.cair.com/category/press_releases/)

CAIR California Attorneys Meet with Sami Hamdi in ICE Detention, File Habeas Petition and Emergency TRO to Block Transfer (https://www.cair.com/press_releases/cair-california-attorneys-meet-with-sami-hamdi-in-ice-detention-file-habeas-petition-and-emergency-tro-to-block-transfer/)

October 28, 2025   Press Releases (https://www.cair.com/category/press_releases/)

TOP

CAIR Demands Virginia High School Reverse Removal from Classroom of Virginia Muslim Students Based on 'Racist Tropes and Stereotypes' (https://www.cair.com/press_releases/cair-demands-virginia-high-school-reverse-suspension-of-virginia-muslim-students-based-on-racist-tropes-and-stereotypes/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases/)

ABOUT US

Vision, Mission, Core Principles(https://www.cair.com/about_cair/about-us/)

CAIR at a Glance(https://www.cair.com/about_cair/cair-at-a-glance/)

CAIR: Who We Are(https://www.cair.com/about_cair/cair-who-we-are/)

National Board of Directors(https://www.cair.com/about_cair/national-board-of-directors/)

Department Directors(https://www.cair.com/about_cair/department-directors/)

Annual Reports and Financials(https://www.cair.com/finances/)

Endorsements, Awards, Recognitions (https://www.cair.com/about_cair/endorsements-awards-recognitions/)

CAIR Chapters(https://www.cair.com/about_cair/cair-chapters/)

Dispelling Rumors About CAIR(https://www.cair.com/dispelling-rumors-about-cair/)

Working with Law Enforcement (https://www.cair.com/about_cair/encouraging-cooperation-with-law-enforcement/)

NEWS & MEDIA

Media Contacts(https://www.cair.com/news-and-media/cair-media-contacts/)

Press Releases(https://www.cair.com/press-releases/)

Op-eds(https://www.cair.com/op-eds/)

Bookable Speakers(https://www.cair.com/news-and-media/bookable-speakers/)

Videos(https://www.cair.com/news-and-media/cair-videos/)

Media Research(https://www.cair.com/news-and-media/media-research/)

CAIR Logos(https://www.cair.com/news-and-media/cair-logos/)

Photos(https://www.cair.com/news-and-media/photos/)

TAKE ACTION

Report an incident(https://www.cair.com/report/)

Action Alerts(https://www.cair.com/action-alerts/)

GET INVOLVED

Careers(https://www.cair.com/careers/)

Intern(https://www.cair.com/get-involved/internships/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Become an Ally(https://www.cair.com/get-involved/become-an-ally/)

Use Your Voice(https://www.cair.com/get-involved/use-your-voice-share-your-story/)

RESOURCES

Know Your Rights(https://www.cair.com/resources/know-your-rights/)

⌃
TOP

Civil Rights Reports(https://www.cair.com/resources/cair-civil-rights-reports/)

Ways to Give(https://www.cair.com/about_cair/other-ways-to-give/)

Guides and toolkits(https://www.cair.com/resources/guides-and-toolkits/)

Guides to Muslim Religious Practices    (https://www.cair.com/resources/guides-to-muslim-religious-practices/)

Book a CAIR Workshop(https://www.cair.com/resources/book-a-cair-workshop/)

Request a Speaker(https://www.cair.com/resources/request-a-speaker/)

Register to Vote(https://www.cair.com/resources/register-to-vote/)

Government Affairs Reports(https://www.cair.com/resources/government-affairs-reports/)

Privacy Policy(https://www.cair.com/about_cair/privacy-policy/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Contact Us(https://www.cair.com/about_cair/contact-us/)

Join our Email List(https://www.cair.com/get-involved/join-our-email-list/)

Legal(https://www.cair.com/about_us/CAIRtv)

(https://www.facebook.com/CAIRNational)

(https://twitter.com/CAIRNational)

(https://www.instagram.com/cair_national/)

(https://www.youtube.com/user/CAIRtv)

© 2025 Council on American-Islamic Relations.

Website design by INTELLIPLANS (https://intelliplans.com)

︿
TOP

10/29/25, 2:54 PM
CAIR Says Israeli General's Call for Killing 50 Palestinians for Every Oct. 7 Victim is Further Evidence of Genocidal Intent

Case 9:19-cv-81179-RAR   Document 176-1   Entered on FLSD Docket 12/01/2025   Page 25 of 69



(https://www.cair.com/)

**Take Action**     **News**     **Resources**

≡

DONATE

🔍

# CAIR Press Releases

Share this:

f     X     in     ©     ⊕     🔗

### CAIR Says Israeli General's Call for Killing 50 Palestinians for Every Oct. 7 Victim is Further Evidence of Genocidal Intent



🕐 August 17, 2025     🕐 2:11 pm

The Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, today said an Israeli general's call for the mass killing and ethnic cleansing of Palestinians is further evidence of that state's genocidal intent.

Israel's Channel 12 TV station published remarks by the former head of Israeli Military Intelligence Aharon Haliva (https://x.com/btselem/status/1957097191840895466) who said 50 Palestinians must die for every Israeli who died on October 7, 2023, and "it does not matter now if they are children." He added: "They need a Nakba every now and then to feel the price." [**NOTE**: "Nakba" refers to the Israeli ethnic cleansing of Palestinians from their land in 1948.]

**SEE: Israel general says 50 Palestinians must die for every 7 October victim (https://www.theguardian.com/world/2025/aug/17/israeli-general-aharon-haliva-palestinians-7-october-gaza)** – The Guardian

⌃
TOP

Since this morning, Israel has murdered at least 21 starving people (https://aje.io/u4dnh6?
update=3893514) desperately seeking food in southern Gaza. Israel has slaughtered almost
62,000 people in Gaza, mostly women and children. The true figure is likely to be much
higher.

In a statement, **CAIR National Executive Director Nihad Awad** said:

*"These horrific statements — explicitly calling for the mass killing of Palestinians, including
children, and invoking the Nakba as a strategy — is not just evidence of genocidal rhetoric, it
is a blueprint for genocidal action. These comments are not isolated; they reflect the violent
dehumanization that has fueled one of the deadliest and most indiscriminate genocidal
campaigns in modern history.*

*"The Trump administration and the international community can no longer turn a blind eye.
President Trump and Congress cannot continue to claim they do not know or deny what the
entire world is seeing every hour of every day. The United States must immediately halt all
military aid and support to Israel and demand accountability for war crimes committed in
Gaza. Silence is complicity.*

Yesterday, CAIR called on the international community
(https://www.cair.com/press_releases/cair-calls-on-world-community-to-stop-israels-newly-
announced-ethnic-cleansing-of-northern-gaza/) — including the United Nations, the Trump
administration, and any nations committed to human rights — to take immediate and
concrete action to halt Israel's newly-announced ethnic cleansing campaign in northern
Gaza.

CAIR also said an announcement by the U.S. Department of State that it is halting all visitor
visas for people from Gaza (https://www.cair.com/press_releases/cair-says-state-dept-ban-on-
gaza-visas-shows-trump-admins-complicity-with-genocide-intentional-cruelty/) is the latest
example of the Trump administration's complicity with Israel's genocide and seems to be
"intentionally cruel."

That move came after Laura Loomer posted videos of Palestinians arriving in the U.S.
(https://www.haaretz.com/israel-news/2025-08-16/ty-article-live/.premium/katz-says-israel-
will-act-forcefully-against-any-violation-in-lebanon-after-strike/00000198-b069-d0c5-a79c-
f87ffae10000?
liveBlogItemId=405300986&utm_source=site&utm_medium=button&utm_campaign=live_blog_item#405300986) and
demanded the State Department ban entry to "Islamic invaders."

On Friday, CAIR called a new United Nations report that Israel slaughtered at least 1,760
forcibly-starved Palestinians while they desperately sought food in Gaza "a moral indictment
of Western governments." (https://www.cair.com/press_releases/cair-calls-un-report-that-
israel-slaughtered-1760-forcibly-starved-palestinians-seeking-food-moral-indictment-of-
western-governments/)

Last week, CAIR condemned the "glaring omission" of the Gaza genocide
(https://www.cair.com/press_releases/cair-condemns-glaring-omission-of-gaza-genocide-in-
state-department-human-rights-report/) from the U.S. State Department's latest Country
Reports on Human Rights Practices, calling the report's treatment of Israel deeply
inadequate and morally indefensible.

CAIR also condemned Israel's U.S.-backed "unrelenting slaughter"
(https://www.cair.com/press_releases/cair-condemns-israels-u-s-backed-unrelenting-
slaughter-after-31-forcibly-starved-civilians-murdered-in-gaza-more-die-of-starvation/) of

˄
TOP

10/29/25, 2:55 PM
CAIR Says Israeli Generals' Call for Killing 50 Palestinians for Every Oct. 7 Victim is Further Evidence of Genocidal Int...
Case 9:19-cv-81179-RAR Document 176-1 Entered on FLSD Docket 12/01/2025 Page 27 of
69

forcibly-starved civilians in Gaza after at least 51 people were murdered as they desperately sought food for their starving families.

CAIR's mission is to protect civil rights, enhance understanding of Islam, promote justice, and empower American Muslims.

La misión de CAIR es proteger las libertades civiles, mejorar la comprensión del Islam, promover la justicia, y empoderar a los musulmanes en los Estados Unidos.

Instagram (https://www.instagram.com/cair_national/) | Facebook (https://www.facebook.com/CAIRNational) | Twitter (https://x.com/CAIRNational) | LinkedIn (https://www.linkedin.com/company/cair-national/) | TikTok (https://www.tiktok.com/@cairnational?_t=8pt46O2HuTj&_r=1) | Website (https://www.cair.com/) | YouTube (https://www.youtube.com/channel/UCFYW2x6hIPQsAjhzfX5F6ug)

Do you like reading CAIR press releases and taking part in our action alerts? You can help contribute to CAIR's work of defending civil rights and empowering American Muslims across the country by making a one-time contribution or becoming a monthly donor. Supporters like you make CAIR's advocacy work possible and defeating Islamophobia an achievable goal. Click here to donate to CAIR (https://action.cair.com/a/general).

You are receiving this email due to your interest selection from commercial media databases. If you would like to join CAIR's media list, please sign up here: https://action.cair.com/a/newsletters (https://action.cair.com/a/newsletters) — For more information, email: info@cair.com, CC ihooper@cair.com

**END**

**CONTACT**: CAIR National Deputy Director Edward Ahmed Mitchell, 404-285-9530, e-Mitchell@cair.com; CAIR Government Affairs Director Robert McCaw, 202-742-6448, rmccaw@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR National Communications Manager Ismail Allison, 202-770-6280, iallison@cair.com

Share this:

## Latest Press Releases

CAIR in the News, October 29, 2025 (https://www.cair.com/cair_in_the_news/cair-in-the-news-october-29-2025/)
October 29, 2025    CAIR in the News (https://www.cair.com/category/cair_in_the_news/)

CAIR Welcomes Introduction of the 'Combatting the Persecution of Religious Groups in China Act' (https://www.cair.com/press_releases/cair-welcomes-introduction-of-the-combatting-the-persecution-of-religious-groups-in-china-act/)
October 29, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR ACTION ALERT: Tell Congress to Support Maximum Sanctions on Sudan's Genocidal RSF and Arms Embargo on UAE (https://www.cair.com/action_alerts/cair-action-alert-tell-congress-to-support-maximum-sanctions-on-sudans-genocidal-rsf-and-arms-embargo-on-uae/)
October 29, 2025    Action Alerts (https://www.cair.com/category/action_alerts/)

TOP

10/29/25, 2:59 PM    CAIR Says Israeli Generals' Call for Killing 50 Palestinians for Every Oct. 7 Victim is Further Evidence of Genocidal Intent

Case 9:19-cv-81179-RAR   Document 176-1   Entered on FLSD Docket 12/01/2025   Page 28 of 69

CAIR Calls on Congress to Condemn Israeli Slaughter of 46 Children in Gaza, Back Arms Embargo (https://www.cair.com/press_releases/cair-calls-on-congress-to-condemn-israeli-slaughter-of-46-children-in-gaza-back-arms-embargo/)

October 29, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR-Alabama Welcomes Arrest of Suspect Who Allegedly Threatened Synagogues (https://www.cair.com/press_releases/cair-alabama-welcomes-arrest-of-suspect-who-allegedly-threatened-synagogues/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR Welcomes Journalist Groups' Call for Release of Sami Hamdi From ICE Detention (https://www.cair.com/press_releases/cair-welcomes-journalist-groups-call-for-release-of-sami-hamdi-from-ice-detention-2/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR-CA, CPHB to Release Report on Faith-Based Bullying of Muslim Students in California Schools (https://www.cair.com/press_releases/cair-ca-cphb-to-release-report-on-faith-based-bullying-of-muslim-students-in-california-schools/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR Welcomes Journalist Groups' Call for Release of Sami Hamdi From ICE Detention (https://www.cair.com/press_releases/cair-welcomes-journalist-groups-call-for-release-of-sami-hamdi-from-ice-detention/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

Video: CAIR-Philadelphia, Emgage Pennsylvania Co-Host Muslim Capitol Day in Harrisburg (https://www.cair.com/press_releases/video-cair-philadelphia-emgage-pennsylvania-co-host-muslim-capitol-day-in-harrisburg/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR Sends Congressional Briefing Memo Urging Lawmakers to Reject Unconstitutional, Anti-Muslim 'Anti-Sharia' Bills (https://www.cair.com/press_releases/cair-sends-congressional-briefing-memo-urging-lawmakers-to-reject-unconstitutional-anti-muslim-anti-sharia-bills/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR California Attorneys Meet with Sami Hamdi in ICE Detention, File Habeas Petition and Emergency TRO to Block Transfer (https://www.cair.com/press_releases/cair-california-attorneys-meet-with-sami-hamdi-in-ice-detention-file-habeas-petition-and-emergency-tro-to-block-transfer/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

CAIR Demands Virginia High School Reverse Removal from Classroom of Virginia Muslim Students Based on 'Racist Tropes and Stereotypes' (https://www.cair.com/press_releases/cair-demands-virginia-high-school-reverse-suspension-of-virginia-muslim-students-based-on-racist-tropes-and-stereotypes/)

October 28, 2025    Press Releases (https://www.cair.com/category/press_releases)

## ABOUT US

∧
TOP

Vision, Mission, Core Principles(https://www.cair.com/about_cair/about-us/)

CAIR at a Glance(https://www.cair.com/about_cair/cair-at-a-glance/)

CAIR: Who We Are(https://www.cair.com/about_cair/cair-who-we-are/)

National Board of Directors(https://www.cair.com/about_cair/national-board-of-directors/)

Department Directors(https://www.cair.com/about_cair/department-directors/)

Annual Reports and Financials(https://www.cair.com/finances/)

Endorsements, Awards,          (https://www.cair.com/about_cair/endorsements-awards-
Recognitions                   recognitions/)

CAIR Chapters(https://www.cair.com/about_cair/cair-chapters/)

Dispelling Rumors About CAIR(https://www.cair.com/dispelling-rumors-about-cair/)

Working with Law               (https://www.cair.com/about_cair/encouraging-cooperation-with-
Enforcement                    law-enforcement/)

## NEWS & MEDIA

Media Contacts(https://www.cair.com/news-and-media/cair-media-contacts/)

Press Releases(https://www.cair.com/press-releases/)

Op-eds(https://www.cair.com/op-eds/)

Bookable Speakers(https://www.cair.com/news-and-media/bookable-speakers/)

Videos(https://www.cair.com/news-and-media/cair-videos/)

Media Research(https://www.cair.com/news-and-media/media-research/)

CAIR Logos(https://www.cair.com/news-and-media/cair-logos/)

Photos(https://www.cair.com/news-and-media/photos/)

## TAKE ACTION

Report an incident(https://www.cair.com/report/)

Action Alerts(https://www.cair.com/action-alerts/)

## GET INVOLVED

Careers(https://www.cair.com/careers/)

Intern(https://www.cair.com/get-involved/internships/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Become an Ally(https://www.cair.com/get-involved/become-an-ally/)

Use Your Voice(https://www.cair.com/get-involved/use-your-voice-share-your-story/)

## RESOURCES

Know Your Rights(https://www.cair.com/resources/know-your-rights/)

Civil Rights Reports(https://www.cair.com/resources/cair-civil-rights-reports/)

Ways to Give(https://www.cair.com/about_cair/other-ways-to-give/)

Guides and toolkits(https://www.cair.com/resources/guides-and-toolkits/)

Guides to Muslim Religious     (https://www.cair.com/resources/guides-to-muslim-religious-
Practices                      practices/)

Book a CAIR Workshop(https://www.cair.com/resources/book-a-cair-workshop/)

Request a Speaker(https://www.cair.com/resources/request-a-speaker/)

Register to Vote(https://www.cair.com/resources/register-to-vote/)

Government Affairs Reports(https://www.cair.com/resources/government-affairs-reports/)

(h

⌃
TOP

10/29/25, Case 9:19-cv-81179-RAR Document 176-1 Entered on FLSD Docket 12/01/2025 Page 30 of 69

CAIR Says Israeli General's Call for Killing 50 Palestinians for Every Oct 7 Victim is Further Evidence of Genocidal Intent

Privacy Policy(https://www.cair.com/about_cair/privacy-policy/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Contact Us(https://www.cair.com/about_cair/contact-us/)

© 2025 Council on American-Islamic Relations.

Website design by INTELLIPLANS (https://intelliplans.com)

TOP

# EXHIBIT 5



(https://www.cair.com/)

≡

DONATE

# CAIR in the News, August 18, 2025

**CAIR: Officials decry neo-Nazi demonstration in downtown Indianapolis (https://www.wishtv.com/news/local-news/impd-chief-releases-statement-on-downtown-demonstration/)** – WISH TV

**CAIR: 'No home in our community' | IMPD denounces 'hate group' demonstration in downtown Indy (https://www.wthr.com/article/news/local/impd-chief-gives-statement-controversial-weekend-downtown-demonstration-indy-indianapolis-protest/531-50b82453-c358-4809-aca2-764c07184a66)** – WTHR

**Ibrahim Hooper, national communications director for the Council on American-Islamic Relations (CAIR)** also released a statement regarding the march:

*"This appalling demonstration of hate and intimidation must be unequivocally condemned by all Americans, regardless of political affiliation.*

*"We commend Rep. André Carson and other leaders who have spoken out against this display of neo-Nazi hate. As we face a rising tide of bigotry and white supremacist violence nationwide, it is critical that law enforcement, elected officials and communities come together to reject the normalization of hate and protect the safety and rights of all Americans."*

**CAIR: Laura Loomer's Latest Victim: Visas For Critically Injured Palestinian Kids (https://www.motherjones.com/politics/2025/08/loomer-gaza-medical-visas-us-palestine/)** – Mother Jones

**CAIR: Trump admin. halts "medical-humanitarian" visas for Gaza children after Laura Loomer tantrum (https://www.tag24.com/politics/politicians/donald-trump/trump-admin-halts-medical-humanitarian-visas-for-gaza-children-after-laura-loomer-tantrum-3412592)** – TAG 24

**CAIR: US stops issuing visas for sick Gazan children after campaign led by 'proud Islamaphobe' Laura Loomer (https://www.irishtimes.com/world/us/2025/08/17/us-state-department-stops-issuing-visas-for-gazas-children-to-get-medical-care/)** – Irish Times

**CAIR: US halts visas for Palestinian medical evacuees from Gaza (https://www.middleeasteye.net/news/us-halts-visas-palestinian-medical-evacuees-gaza)** – Middle East Eye

**CAIR: 极右翼网红抗议后 美国停办沙特居民签证 (https://www.dw.com/zh/%E6%9E%81%E5%8F%B3%E7%BF%BC%E7%BD%91%E7%BA%A2%E6%8A%97%E 73674719) – Deutsche Welle**

## ABOUT US

Vision, Mission, Core Principles(https://www.cair.com/about_cair/about-us/)

CAIR at a Glance(https://www.cair.com/about_cair/cair-at-a-glance/)

CAIR: Who We Are(https://www.cair.com/about_cair/cair-who-we-are/)

National Board of Directors(https://www.cair.com/about_cair/national-board-of-directors/)

Department Directors(https://www.cair.com/about_cair/department-directors/)

Annual Reports and Financials(https://www.cair.com/finances/)

Endorsements, Awards, Recognitions (https://www.cair.com/about_cair/endorsements-awards-recognitions/)

CAIR Chapters(https://www.cair.com/about_cair/cair-chapters/)

Dispelling Rumors About CAIR(https://www.cair.com/dispelling-rumors-about-cair/)

Working with Law Enforcement (https://www.cair.com/about_cair/encouraging-cooperation-with-law-enforcement/)

## NEWS & MEDIA

Media Contacts(https://www.cair.com/news-and-media/cair-media-contacts/)

Press Releases(https://www.cair.com/press-releases/)

Op-eds(https://www.cair.com/op-eds/)

Bookable Speakers(https://www.cair.com/news-and-media/bookable-speakers/)

Videos(https://www.cair.com/news-and-media/cair-videos/)

Media Research(https://www.cair.com/news-and-media/media-research/)

CAIR Logos(https://www.cair.com/news-and-media/cair-logos/)

Photos(https://www.cair.com/news-and-media/photos/)

## TAKE ACTION

Report an incident(https://www.cair.com/report/)

Action Alerts(https://www.cair.com/action-alerts/)

## GET INVOLVED

Careers(https://www.cair.com/careers/)

Intern(https://www.cair.com/get-involved/internships/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Become an Ally(https://www.cair.com/get-involved/become-an-ally/)

Use Your Voice(https://www.cair.com/get-involved/use-your-voice-share-your-story/)

## RESOURCES

Know Your Rights(https://www.cair.com/resources/know-your-rights/)

Civil Rights Reports(https://www.cair.com/resources/cair-civil-rights-reports/)

Ways to Give(https://www.cair.com/about_cair/other-ways-to-give/)

Guides and toolkits(https://www.cair.com/resources/guides-and-toolkits/)

Guides to Muslim Religious Practices (https://www.cair.com/resources/guides-to-muslim-religious-practices/)

Book a CAIR Workshop (https://www.cair.com/resources/book-a-cair-workshop/)

Request a Speaker (https://www.cair.com/resources/request-a-speaker/)

Register to Vote (https://www.cair.com/resources/register-to-vote/)

Government Affairs Reports (https://www.cair.com/resources/government-affairs-reports/)

Privacy Policy (https://www.cair.com/about_cair/privacy-policy/) // Legal (https://www.cair.com/about_cair/legal/)

Volunteer (https://www.cair.com/about_cair/volunteer/) // Join our Email List (https://www.cair.com/get-involved/upcoming-events/)

Events (https://www.cair.com/get-involved/upcoming-events/)

Contact Us (https://www.cair.com/about_cair/contact-us/)

(https://www.facebook.com/CAIRNational)
(https://twitter.com/CAIRNational)
(https://www.instagram.com/cair_national/)
(https://www.youtube.com/user/CAIRtv)

**© 2025 Council on American-Islamic Relations.**

Website design by INTELLIPLANS (https://intelliplans.com)

# EXHIBIT 6

 (https://www.cair.com/)

Take
Action

News

Resources

≡

DONATE

🔍

# CAIR Press Releases

Share      Tweet      Email      Share

## CAIR Calls on Rubio to Address Whether He Spoke with Laura Loomer Before Banning Gaza Medical Visas



🕐 August 18, 2025    🕐 3:00 pm

The Council on American-Islamic Relations (CAIR), the nation's largest Muslim civil rights and advocacy organization, today called on Secretary of State Marco Rubio to address whether he spoke directly with anti-Muslim extremist Laura Loomer, as she claims, before banning Palestinian children injured by American weapons in Gaza from seeking medical care in the U.S. and condemned his decision.

A day after Loomer posted videos on social media complaining about children from Gaza arriving in the U.S. for medical treatment and questioning how they obtained visas, the State Department said it was halting all visitor visas for people from Gaza pending a review.

In a tweet, Loomer thanked Senator Rubio for halting the visas. The New York Times reported that Loomer said she spoke with Secretary of State Marco Rubio on Friday night to alert him to the flights and what she called the threat of an "Islamic invasion."

∧
TOP

SEE: **U.S. Pauses Visitor Visas for Gazans After Laura Loomer Posts – The New York Times (https://www.nytimes.com/2025/08/16/us/politics/gaza-visitor-visas-medical-trump-loomer.html)**

**Trump administration halts visas for people from Gaza after Laura Loomer questions arrivals (https://www.msn.com/en-us/news/us/trump-administration-halts-visas-for-people-from-gaza-after-laura-loomer-questions-arrivals/ar-AA1KGZns?ocid=BingNewsSerp)**

CAIR's call comes as an Amnesty International report charges Israel with enacting a "deliberate policy" of starvation in Gaza and as video shows a top Israeli official openly calling for genocide in Gaza (https://x.com/SuppressedNws/status/1957277313403343077).

SEE: **New testimonies reveal Israel's starvation of Palestinians in Gaza is deliberate policy (https://www.amnesty.org/en/latest/news/2025/08/israel-opt-new-testimonies-provide-compelling-evidence-that-israels-starvation-of-palestinians-in-gaza-is-a-deliberate-policy/)**

Five Palestinians have died due to forced starvation in the past 24 hours alone, including two children.

In a statement, **CAIR Deputy Executive Director Edward Ahmed Mitchell** said:

*"We strongly condemn Marco Rubio for taking direction from Laura Loomer and we call on him to address whether her reported claim that they spoke directly is true. By caving to Loomer's pressure and banning Palestinian children injured by American weapons from seeking specialized medical care in America, Secretary Rubio has effectively given a notoriously unhinged bigot and her online mob veto power of State Department policy. This is insanity from Secretary Rubio, someone once considered a serious public official. Will Secretary Rubio start taking calls from David Duke next?"*

**END**

**CONTACT**: CAIR National Deputy Director Edward Ahmed Mitchell, 404-285-9530, e-Mitchell@cair.com; CAIR Government Affairs Director Robert McCaw, 202-742-6448, rmccaw@cair.com; CAIR National Communications Director Ibrahim Hooper, 202-744-7726, ihooper@cair.com; CAIR National Communications Manager Ismail Allison, 202-770-6280, iallison@cair.com

Share          Tweet          Email          Share

## Latest Press Releases

CAIR, CAIR-Florida Welcome USF Felony Hate Crime Charges, Call on Hollywood Police and BSO for Swift, Decisive Action in NSU Students Harassment Case (https://www.cair.com/press_releases/cair-cair-florida-welcome-usf-felony-hate-crime-charges-call-on-hollywood-police-and-bso-for-swift-decisive-action-in-nsu-students-harassment-case/)
November 25, 2025     Press Releases (https://www.cair.com/category/press_releases/)

CAIR Says New Study Estimating 100,000+ Dead in Gaza is Further Evidence of Genocide (https://www.cair.com/press_releases/cair-says-new-study-estimating-100000-dead-in-gaza-is-further-evidence-of-genocide/)
November 25, 2025     Press Releases (https://www.cair.com/category/press_releases/)

⌃
TOP

Happening Today: CAIR-OH to Host Free Food and Resource Distribution Ahead of Holidays (https://www.cair.com/press_releases/happening-today-cair-oh-to-host-free-food-and-resource-distribution-ahead-of-holidays/)

November 25, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR in the News, November 25, 2025 (https://www.cair.com/press_releases/cair-in-the-news-november-25-2025/)

November 25, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR-SFBA Files Public Records Request on UC Berkeley's Release of 160 Names to Federal Antisemitism Probe (https://www.cair.com/press_releases/cair-sfba-files-public-records-request-on-uc-berkeleys-release-of-160-names-to-federal-antisemitism-probe/)

November 25, 2025    Press Releases (https://www.cair.com/category/press_releases/)

Video: CAIR and CAIR-Florida Welcome Arrests After USF Islamophobic Incident (https://www.cair.com/press_releases/video-cair-and-cair-florida-welcome-arrests-after-usf-islamophobic-incident/)

November 25, 2025    Press Releases (https://www.cair.com/category/press_releases/)

Video: CAIR, MLFA Sue Texas Governor To Block Enforcement of Defamatory Proclamation Targeting CAIR-Texas (https://www.cair.com/press_releases/video-cair-mlfa-sue-texas-governor-to-block-enforcement-of-defamatory-proclamation-targeting-cair-texas/)

November 25, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR Maryland Welcomes Sen. Van Hollen's Call for Release of Florida Teen from Israeli Detention (https://www.cair.com/press_releases/cair-maryland-welcomes-sen-van-hollens-call-for-release-of-florida-teen-from-israeli-detention/)

November 24, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR in the News, November 24, 2025 (https://www.cair.com/press_releases/cair-in-the-news-november-24-2025/)

November 24, 2025    Press Releases (https://www.cair.com/category/press_releases/)

Video: CAIR-MN, Muslim Community Leaders Hold Press Conference on Somali TPS Termination (https://www.cair.com/press_releases/video-cair-mn-muslim-community-leaders-hold-press-conference-on-somali-tps-termination/)

November 24, 2025    Press Releases (https://www.cair.com/category/press_releases/)

Interfaith Leaders to Hold Press Conference Condemning Governor Abbott's Unlawful and Defamatory Attack on CAIR-Texas (https://www.cair.com/press_releases/urgent-interfaith-press-conference-condemning-governor-abbotts-unlawful-proclamation-against-cair/)

November 23, 2025    Press Releases (https://www.cair.com/category/press_releases/)

CAIR, CAIR-Georgia Extend Condolences After Imam Jamil Al-Amin Passes Away in Prison for Crime He Did Not Commit (https://www.cair.com/press_releases/cair-cair-georgia-extend-condolences-after-imam-jamil-al-amin-passes-away-in-prison-for-crime-he-did-not-commit/)

November 23, 2025    Press Releases (https://www.cair.com/category/press_releases/)

⌃
TOP

## ABOUT US

Vision, Mission, Core Principles(https://www.cair.com/about_cair/about-us/)

CAIR at a Glance(https://www.cair.com/about_cair/cair-at-a-glance/)

CAIR: Who We Are(https://www.cair.com/about_cair/cair-who-we-are/)

National Board of Directors(https://www.cair.com/about_cair/national-board-of-directors/)

Department Directors(https://www.cair.com/about_cair/department-directors/)

Annual Reports and Financials(https://www.cair.com/finances/)

Endorsements, Awards, Recognitions (https://www.cair.com/about_cair/endorsements-awards-recognitions/)

CAIR Chapters(https://www.cair.com/about_cair/cair-chapters/)

Dispelling Rumors About CAIR(https://www.cair.com/dispelling-rumors-about-cair/)

Working with Law Enforcement (https://www.cair.com/about_cair/encouraging-cooperation-with-law-enforcement/)

## NEWS & MEDIA

Media Contacts(https://www.cair.com/news-and-media/cair-media-contacts/)

Press Releases(https://www.cair.com/press-releases/)

Op-eds(https://www.cair.com/op-eds/)

Bookable Speakers(https://www.cair.com/news-and-media/bookable-speakers/)

Videos(https://www.cair.com/news-and-media/cair-videos/)

Media Research(https://www.cair.com/news-and-media/media-research/)

CAIR Logos(https://www.cair.com/news-and-media/cair-logos/)

Photos(https://www.cair.com/news-and-media/photos/)

## TAKE ACTION

Report an incident(https://www.cair.com/report/)

Action Alerts(https://www.cair.com/action-alerts/)

## GET INVOLVED

Careers(https://www.cair.com/careers/)

Intern(https://www.cair.com/get-involved/internships/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Become an Ally(https://www.cair.com/get-involved/become-an-ally/)

Use Your Voice(https://www.cair.com/get-involved/use-your-voice-share-your-story/)

## RESOURCES

Know Your Rights(https://www.cair.com/resources/know-your-rights/)

Civil Rights Reports(https://www.cair.com/resources/cair-civil-rights-reports/)

Ways to Give(https://www.cair.com/about_cair/other-ways-to-give/)

Guides and toolkits(https://www.cair.com/resources/guides-and-toolkits/)

Guides to Muslim Religious Practices (https://www.cair.com/resources/guides-to-muslim-religious-practices/)

Book a CAIR Workshop(https://www.cair.com/resources/book-a-cair-workshop/)

TOP

Request a Speaker(https://www.cair.com/resources/request-a-speaker/)

Register to Vote(https://www.cair.com/resources/register-to-vote/)

Government Affairs Reports(https://www.cair.com/resources/government-affairs-reports/)

Privacy Policy(https://www.cair.com/about_cair/privacy-policy/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Contact Us(https://www.cair.com/about_cair/contact-us/)

Legal(https://www...)

Join our email List(https:...)

© 2025 Council on American-Islamic Relations.

Website design by INTELLIPLANS (https://intelliplans.com)

TOP

# EXHIBIT 7



(https://www.cair.com/)

Take Action    News    Resources

DONATE

# CAIR in the News, August 20, 2025

**CAIR-Ohio:** **Columbus Jewish organization reports anti-war protests to police after rise in antisemitism (https://www.wosu.org/politics-government/2025-08-20/columbus-jewish-organization-reports-anti-war-protests-to-police-after-rise-in-antisemitism)** – WOSU

**Khalid Turaani, executive director of the Council on American Islamic Relations of Ohio,** is Palestinian-American and grew up in a village by the Sea of Galilee that he says was ethnically cleansed by Israel.

Turaani said he is outraged.

"To be honest with you, I think Jewish Columbus is losing its mind, its mission and its soul by becoming an informant on a candle vigil," Turaani said. "And for (Jewish Columbus) to report that to the police as part of an intelligence gathering operation is above and beyond anything I would expect from a civic organization in Columbus."

**CAIR-OK:** **Facing harassment, vandalism and violence, Oklahoma faith groups take steps to stay safe (https://www.oklahoman.com/story/lifestyle/2025/08/20/oklahoma-church-safety-amid-violence-harassment-concerns/85308917007/)** – The Oklahoman

**Laizure, with CAIR-OK,** said her organization has been offering several training webinars and seminars in recent months to help educate the community about challenges...

"I would definitely say that Islamophobia has increased particularly in the last two years," she said, attributing the increase to Hamas militants' attack on Israel and the subsequent Israel-Hamas war.

"We've seen the rhetoric around Islam and Muslims change radically," Laizure said. "The accusations that Muslims are terrorists, that they want the downfall of the United States, all of that. It has come roaring back to the forefront."

**CAIR's national deputy director** **defends the group against L.A. Times op-ed (https://www.yahoo.com/news/articles/letters-editor-cairs-national-deputy-120000117.html)** – Los Angeles Times

**CAIR:** **The frightening power Laura Loomer wields in Trump's America (https://www.newindianexpress.com/web-only/2025/Aug/19/the-frightening-power-laura-loomer-wields-in-trumps-america)** – The New Indian Express

CAIR: **Trump Is Blocking Gaza's Children from Medical Care Because Laura Loomer Threw a Tantrum (https://www.yahoo.com/news/articles/trump-blocking-gaza-children-medical-153830252.html)** – Jezebel

CAIR: **U.S. State Department Suspends Gaza Visas After Injured Palestinian Children Arrive At Sfo (https://www.sfgate.com/news/bayarea/article/regional-u-s-state-department-suspends-gaza-20825193.php)** – Bay City News Service

CAIR: **Muslim civil rights group wants probe into Texas funeral agency chair after anti-Islam texts surface (https://www.keranews.org/government/2025-08-19/council-on-american-islamic-relations-texas-funeral-service-commission-texts-kristin-tips-scott-bingaman)** – KERA News

CAIR-WA: **'Washington State will not be bullied!' Ferguson vows to defend sanctuary policies against DOJ and DHS (https://lynnwoodtimes.com/2025/08/19/ferguson-sanctuary-2/)** – Lynwood Times


## ABOUT US

Vision, Mission, Core Principles(https://www.cair.com/about_cair/about-us/)

CAIR at a Glance(https://www.cair.com/about_cair/cair-at-a-glance/)

CAIR: Who We Are(https://www.cair.com/about_cair/cair-who-we-are/)

National Board of Directors(https://www.cair.com/about_cair/national-board-of-directors/)

Department Directors(https://www.cair.com/about_cair/department-directors/)

Annual Reports and Financials(https://www.cair.com/finances/)

Endorsements, Awards, Recognitions(https://www.cair.com/about_cair/endorsements-awards-recognitions/)

CAIR Chapters(https://www.cair.com/about_cair/cair-chapters/)

Dispelling Rumors About CAIR(https://www.cair.com/dispelling-rumors-about-cair/)

Working with Law Enforcement(https://www.cair.com/about_cair/encouraging-cooperation-with-law-enforcement/)

## NEWS & MEDIA

Media Contacts(https://www.cair.com/news-and-media/cair-media-contacts/)

Press Releases(https://www.cair.com/press-releases/)

Op-eds(https://www.cair.com/op-eds/)

Bookable Speakers(https://www.cair.com/news-and-media/bookable-speakers/)

Videos(https://www.cair.com/news-and-media/cair-videos/)

Media Research(https://www.cair.com/news-and-media/media-research/)

CAIR Logos(https://www.cair.com/news-and-media/cair-logos/)

Photos(https://www.cair.com/news-and-media/photos/)

## TAKE ACTION

Report an incident(https://www.cair.com/report/)

Action Alerts(https://www.cair.com/action-alerts/)

## GET INVOLVED

Careers(https://www.cair.com/careers/)

Intern(https://www.cair.com/get-involved/internships/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Become an Ally(https://www.cair.com/get-involved/become-an-ally/)

Use Your Voice(https://www.cair.com/get-involved/use-your-voice-share-your-story/)

## RESOURCES

Know Your Rights(https://www.cair.com/resources/know-your-rights/)

Civil Rights Reports(https://www.cair.com/resources/cair-civil-rights-reports/)

Ways to Give(https://www.cair.com/about_cair/other-ways-to-give/)

Guides and toolkits(https://www.cair.com/resources/guides-and-toolkits/)

Guides to Muslim Religious Practices    (https://www.cair.com/resources/guides-to-muslim-religious-practices/)

Book a CAIR Workshop(https://www.cair.com/resources/book-a-cair-workshop/)

Request a Speaker(https://www.cair.com/resources/request-a-speaker/)

Register to Vote(https://www.cair.com/resources/register-to-vote/)

Government Affairs Reports(https://www.cair.com/resources/government-affairs-reports/)

Privacy Policy(https://www.cair.com/about_cair/privacy-policy/) // Legal(https://www.cair.com/about_cair/legal/)

Volunteer(https://www.cair.com/about_cair/volunteer/) // Join our Email List(https://www.cair.com/about_cair/join-our-email-list/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Contact Us(https://www.cair.com/about_cair/contact-us/)

**© 2025 Council on American-Islamic Relations.**

Website design by INTELLIPLANS (https://intelliplans.com)

(https://www.facebook.com/CAIRNational)

(https://twitter.com/CAIRNational)

(https://www.instagram.com/cair_national/)

(https://www.youtube.com/user/CAIRtv)

# EXHIBIT 8

10/29/25, 2:58 PM
CAIR in the News, October 13, 2025
Case 9:19-cv-81179-RAR    Document 176-1    Entered on FLSD Docket 12/01/2025    Page 46 of 69

CAIR (https://www.cair.com/)

# CAIR in the News, October 13, 2025

**CAIR-NY: When I Look at Zohran Mamdani, Here's What I See (https://www.nytimes.com/2025/10/13/opinion/zohran-mamdani-muslim-america-new-york.html) – New York Times**

Two years after Oct. 7, the specific accusation made repeatedly against Mr. Mamdani is a familiar one to many Muslims. Hundreds of us — if not thousands — have been sidelined or silenced since under the banner of antisemitism.

"For the first time last year, we saw employment termination climb to the No. 1 spot of request for assistance," **Afaf Nasher, the head of the Council on American-Islamic Relations of New York**, told me. "Overnight, CAIR-New York has had to become experts in free speech."

Ms. Nasher said that many of the firings or employment disputes that come across her desk recast advocacy for Palestinians, specifically pro-Palestinian speech, as inherently antisemitic. Hesen Jabr, a labor and delivery nurse at NYU Langone Health, was fired (https://www.nytimes.com/2024/05/28/nyregion/nyu-langone-nurse-fired-gaza-war.html) for describing the bloodshed in Gaza as a genocide in an acceptance speech she gave for an award she got for displaying compassionate care to her patients.

**CAIR: Hostage release deal in Gaza war brings cautious optimism for peace (https://www.dcnewsnow.com/news/local-news/washington-dc/hostage-release-deal-in-gaza-war-brings-cautious-optimism-for-peace/) – DC News Now**

"It's been two long years," said **Nahid Awad, executive director of the Council on American-Islamic Relations, CAIR.**

He, too, welcomes an end to the fighting.

"It's [long past] time to see an end to the genocide, to the suffering, of people in Gaza and the ethnic cleansing of the Palestinians also in the West Bank," Awad said.

Terms of the hostage deal reportedly include Israel handing over the Palestinians it captured during the war under the first phase of the peace treaty.

While negotiators work on the remaining parts, both sides look to the future.

"The Palestinian people will look to building their own state on their own land without the interference of international colonial powers or the supervision of states and entities that have greedy interests in the region," said Awad.

**CAIR-FL:** Former Israeli defense minister speaks in Sarasota ahead of expected hostage release (https://www.wfla.com/news/sarasota-county/former-israeli-defense-minister-speaks-in-sarasota-ahead-of-expected-hostage-release/) – WFLA

Outside the event, protesters gathered to condemn Gallant's visit. **Wilfredo Ruiz, with the Council on American-Islamic Relations**, voiced concern about an arrest warrant issued for Gallant by the International Criminal Court.

"The International Criminal Court has found him to be in violation of war crimes," Ruiz said. "What our elected officials should be sending are FBI agents to arrest him and surrender him to the International Criminal Court."

**CAIR-San Diego:** San Diegans feel relief and frustration with the Middle East ceasefire agreement (https://www.nbcsandiego.com/news/local/san-diegans-feel-relief-and-frustration-with-the-middle-east-ceasefire-agreement/3914463/) – NBC 7 San Diego

**CAIR-MN:** Minnesotans welcome Gaza ceasefire but question what comes next (https://www.startribune.com/gaza-ceasefire-minnesota-activists-israel-hamas-palestine/601489972) – Star Tribune

**CAIR-SFBA:** Bay Area leaders react to hostage release, Trump's peace plan to end war (https://abc7news.com/post/israel-hamas-ceasefire-plans-bay-area-leaders-react-hostage-release-president-donald-trumps-peace-plan-end-war-gaza/17995443/) – ABC

**CAIR:** From Nazi Germany to Occupied Palestine: U.S. Visa Policies Fail Refugees During Genocide (https://www.wrmea.org/israel-palestine/from-nazi-germany-to-occupied-palestine-u.s.-visa-policies-fail-refugees-during-genocide.html) – **Washington Report on Middle East Affairs**

**The Council on American-Islamic Relations (CAIR)** condemned the visa ban, stating, "By caving to [Laura] Loomer's pressure and banning Palestinian children injured by American weapons...Secretary Rubio has effectively given a notoriously unhinged bigot veto power over State Department policy."

**CAIR:** 历时数月 川普如何促成中东历史性和平协议 (https://thenews.hk/%e5%8e%86%e6%97%b6%e6%95%b0%e6%9c%88-%e5%b7%9d%e6%99%ae%e5%a6%82%e4%bd%95%e4%bf%83%e6%88%90%e4%b8%ad%e4%b8%9c%e5%... – **The News Hong Kong**

总部位于华盛顿特区的美国伊斯兰关系委员会（Council on American–Islamic Relations，简称CAIR）国家执行主任尼哈德·阿瓦德（Nihad Awad）在10月9日的一份声明中表示："世界必须确保该协议的下一阶段能够使加沙摆脱以色列占领或西方殖民监督进行重建，并找到一条明确的道路，结束对巴勒斯坦人民的广泛占领和压迫，从而建立公正、持久的和平。"

**CAIR-SFBA:** UCSF: Reinstate Dr. Rupa Marya (https://www.indybay.org/newsitems/2025/10/12/18880668.php) – IndyBay

**CAIR:** Maria Corina Machado's Nobel Peace Prize Win Draws Backlash Over Pro-Israel Stance (https://www.jakartadaily.id/market-finance/16216071556/maria-corina-machados-nobel-peace-prize-win-draws-backlash-over-pro-israel-stance) – Jakarta Daily

**CAIR:** [Genocide Looms Over Nobel Peace Prize Laureate](https://www.kompas.id/artikel/en-bayang-bayang-kelompok-genosida-di-sekitar-penerima-nobel-perdamaian) **– Kompas**

**CAIR:** [Nobel Peace Prize for Maria Corina Machado sparks outcry over Israel ties](https://www.dhakatribune.com/amp/world/latin-america/393771/nobel-peace-prize-for-maria-corina-machado-sparks) **– Dhaka Tribune**

**CAIR:** [Why Maria Corina Machado's Nobel Peace Prize stirred a controversy](https://www.moneycontrol.com/world/why-maria-corina-machado-s-nobel-peace-prize-stirred-a-controversy-article-13610946.html) **– Money Control**

**CAIR:** [Why Nobel Peace Prize winner Maria Corina Machado is facing criticism](https://www.daily-sun.com/post/832551) **– NDTV**

**CAIR:** [Nobel Peace Prize Sparks Controversy: Why Critics Demand Maria Corina Machado's Award Be Revoked](https://www.msn.com/en-in/politics/international-relations/nobel-peace-prize-sparks-controversy-why-critics-demand-maria-corina-machado-s-award-be-revoked/ar-AA1OkhT1) **– Newspoint**

**CAIR:** [Eugene Doyle: The Nobel Peace laureate who calls for US bombing of her own country](https://eveningreport.nz/2025/10/13/eugene-doyle-the-nobel-peace-laureate-who-calls-for-us-bombing-of-her-own-country/) **– Evening Report New Zeaand**

## ABOUT US

Vision, Mission, Core Principles(https://www.cair.com/about_cair/about-us/)

CAIR at a Glance(https://www.cair.com/about_cair/cair-at-a-glance/)

CAIR: Who We Are(https://www.cair.com/about_cair/cair-who-we-are/)

National Board of Directors(https://www.cair.com/about_cair/national-board-of-directors/)

Department Directors(https://www.cair.com/about_cair/department-directors/)

Annual Reports and Financials(https://www.cair.com/finances/)

Endorsements, Awards, Recognitions (https://www.cair.com/about_cair/endorsements-awards-recognitions/)

CAIR Chapters(https://www.cair.com/about_cair/cair-chapters/)

Dispelling Rumors About CAIR(https://www.cair.com/dispelling-rumors-about-cair/)

Working with Law Enforcement (https://www.cair.com/about_cair/encouraging-cooperation-with-law-enforcement/)

## NEWS & MEDIA

Media Contacts(https://www.cair.com/news-and-media/cair-media-contacts/)

Press Releases(https://www.cair.com/press-releases/)

Op-eds(https://www.cair.com/op-eds/)

Bookable Speakers(https://www.cair.com/news-and-media/bookable-speakers/)

Videos(https://www.cair.com/news-and-media/cair-videos/)

Media Research(https://www.cair.com/news-and-media/media-research/)

CAIR Logos(https://www.cair.com/news-and-media/cair-logos/)

Photos(https://www.cair.com/news-and-media/photos/)

## TAKE ACTION

Report an incident(https://www.cair.com/report/)

Action Alerts(https://www.cair.com/action-alerts/)

## GET INVOLVED

Careers(https://www.cair.com/careers/)

Intern(https://www.cair.com/get-involved/internships/)

Volunteer(https://www.cair.com/about_cair/volunteer/)

Events(https://www.cair.com/get-involved/upcoming-events/)

Become an Ally(https://www.cair.com/get-involved/become-an-ally/)

Use Your Voice(https://www.cair.com/get-involved/use-your-voice-share-your-story/)

## RESOURCES

Know Your Rights(https://www.cair.com/resources/know-your-rights/)

Civil Rights Reports(https://www.cair.com/resources/cair-civil-rights-reports/)

Ways to Give(https://www.cair.com/about_cair/other-ways-to-give/)

Guides and toolkits(https://www.cair.com/resources/guides-and-toolkits/)

Guides to Muslim Religious Practices    (https://www.cair.com/resources/guides-to-muslim-religious-practices/)

Book a CAIR Workshop(https://www.cair.com/resources/book-a-cair-workshop/)

Request a Speaker(https://www.cair.com/resources/request-a-speaker/)

Register to Vote(https://www.cair.com/resources/register-to-vote/)

Government Affairs Reports(https://www.cair.com/resources/government-affairs-reports/)

Privacy Policy(https://www.cair.com/about_cair/privacy-policy/)    Legal(https://www.cair.com

Volunteer(https://www.cair.com/about_cair/volunteer/)    Join our email List(https://

Events(https://www.cair.com/get-involved/upcoming-events/)

Contact Us(https://www.cair.com/about_cair/contact-us/)

(https://www.facebook.com/CAIRNational)    (https://twitter.com/CAIRNational/)    (https://www.instagram.com/cair_national/)    (https://www.youtube.com/user/CAIRtv)

© 2025 Council on American-Islamic Relations.

Website design by INTELLIPLANS (https://intelliplans.com)

# EXHIBIT 9

**todd@toddfriedmanpa.com**

| | |
|---|---|
| **From:** | remy green <remy@femmelaw.com> |
| **Sent:** | Wednesday, October 29, 2025 2:31 PM |
| **To:** | todd@toddfriedmanpa.com |
| **Cc:** | Arielle Klepach; Erielle Azerrad; Darren Spielman |
| **Subject:** | Re: Illoominate v. CAIR - Violation of Settlement Agreement/Consent Decree (Immediate Response Requested) |

That's fine.

I am still awaiting the items identified below as immediate requirements.

If you can send a dial-in/meeting link, that would be great.  Otherwise I will.

_____

## J. Remy Green

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Wed, Oct 29, 2025 at 1:28 PM <todd@toddfriedmanpa.com> wrote:

Hi Remy, we're available to meet on 9:30a on Friday if that works for you. Thanks.

1



**Todd Friedman, Esq.**

Todd R. Friedman, P.A.

**Phone**: 786-536-7190

**Email**:
todd@toddfriedmanpa.com

1101 Brickell Avenue

Suite S-700

Miami, Florida 33131

**www.trf.law**

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Tuesday, October 28, 2025 4:54 PM
**To:** Arielle Klepach <Arielle@njaclaw.org>; Erielle Azerrad <ErielleA@njaclaw.org>; Todd Friedman <todd@toddfriedmanpa.com>
**Cc:** Darren Spielman <dspielman@conceptlaw.com>
**Subject:** Illoominate v. CAIR - Violation of Settlement Agreement/Consent Decree (Immediate Response Requested)

All,

While we appeared to be making progress, your client violated the settlement deliberately.  This is not a sign of good faith, and deeply concerning.  We are asking for a meet and confer in advance of a motion for contempt and related remedies.  Specific asks are below in bold.

On Sunday, Ms. Loomer posted the following:

2

 **Laura Loomer** ✓
@LauraLoomer



It's great to see the @StateDept double down on their arrest of pro-HAMAS & pro-Muslim Brotherhood jihadi Sami Hamdi @SALHACHIMI today.

He is going to be DEPORTED. As I reported in a scoop today, he was arrested this morning by @ICEgov for supporting Islamic terrorism, and he has a long history of supporting Islamic terrorism.

He was on his way from California to Tampa, FL today to speak at a GALA hosted by a pro-HAMAS, Muslim Brotherhood 501c3 that still has not had their 501c3 status revoked under the Trump admin, despite their long history of supporting Islamic jihadists (there are court records to back this up).

Why are jihadists still operating with 501c3 statuses here in the US? 

How come the Muslim Brotherhood still hasn't been designated as an Islamic terrorist organization in the US? @SecRubio @SecScottBessent @DHSgov @Sec_Noem

>  **Department of State** ✓ @StateDept · Oct 26
>
> We've said it before, we'll say it again: The United States has no obligation to host foreigners who support terrorism and actively undermine the safety of Americans.



**Laura Loomer** ✔
@LauraLoomer

Subscribe   ⌀   ···

SCOOP:

🚨 JIHADIST ARRESTED AT SAN FRANCISCO INTERNATIONAL AIRPORT
WHILE ATTEMPTING TO TRAVEL TO FLORIDA! 🚨 @AGJamesUthmeier

Sources at DHS @DHSgov have just told me that Muslim Brotherhood
official Sami Hamdi @SALHACHIMI was just ARRESTED by ICE @ICEgov
agents at San Francisco International Airport as he was traveling to
Tampa, Florida to headline an event for a Jihadist, pro HAMAS and
Muslim Brotherhood 501c3 group tonight.

DHS @DHSgov tells me Hamdi is going to have his visa REVOKED and he
will be permanently DEPORTED from the US back to the UK where he
lives.

He is currently in federal custody.

After Amy Mek's @AmyMek investigation exposed Sami Hamdi (see
report below) — a jihadi foreign national operating inside the United
States and abroad with banned Muslim Brotherhood figures who are
barred from entering our country — I demanded that federal authorities
inside the Trump administration treat Hamdi as the major National
security threat that he is and I reported Sami Hamdi to federal
immigration authorities over his documented support for Islamic
terrorism.

As a direct result of Amy's report and my relentless pressure on the State
Department and Department of Homeland Security, U.S. officials have
now moved to take action against Hamdi's visa status and his continued
presence in this country.

Hamdi obtained his visa under the Trump administration in 2018 and he
has since been traveling back and forth to the US advocating for the
Muslim Brotherhood and in support of HAMAS.

4

Most recently, Hamdi went viral for praising @TuckerCarlson, @RealCandaceO Candace Owens and @mtgreenee MTG for helping to strengthen the "Ummah" aka the One World Islamic Order and being a voice in support of Islam.

Just a reminder that the Muslim Brotherhood and HAMAS are on US soil and they are freely operating in America.

SCALP




**Amy Mek** ✔ @AmyMek · Oct 22
🚨 NATIONAL SECURITY THREAT — DHS MUST DEPORT SAMI HAMDI

A foreign national is moving freely across the United States — speaking from mosques, universities, and CAIR-run stages — while training U.S. Muslims in digital agitation, electoral sabotage, and political warfare in
Show more



Obviously, the "gala" referred to is CAIR's -- as any reader knew. Indeed, in context, most users would have seen Ms. Loomer's previous post saying as much:



Plus, the underlying tweet in the second post describes only one 501c3 in describing Hamdi's speeches on "CAIR-run stages."  And the Consent Decree is clear that naming CAIR is not required -- only that the statement is "about" CAIR (on which there is no question.  *Compare* ECF

No. 105-1 Para. 2(a) ("about CAIR") with *id.* Para. 2(d) ("discuss[es] [Loomer] by name").

By way of reminder, the Consent Decree provides Ms. Loomer "***shall never make any comments, of any kind***, about CAIR in the future."  ECF 105-1 Para 2(a) (emphasis added).  There is an exception for her to "publicly respond to any specific statement by Defendants ... that discuss[es] Plaintiffs by name," limited such that she "may not use the exception ... to begin making general comments ... outside of responding to the specific statement."  *Id.* Para 2(d).

The statement is, without doubt, about CAIR -- including because an earlier tweet makes that clear, the text is clear on its own, CAIR is mentioned by name in the quoted tweet, and the Consent Decree knew how to limit statements to those that mentioned a party by name, and deliberately did not place that limitation on Paragraph 2(a)).  There is no prior statement by CAIR this could be responding to.  Therefore, it "shall be a substantive breach of [the] Settlement."  *Id.* Para. 2(a).  And any "substantive breach ... ***shall*** be contempt of court."  *Id.* Para. 5(a) (emphasis added).

Accordingly, Ms. Loomer is now in contempt.  **We will immediately seek contempt and remedies, but -- without prejudice -- want to provide an opportunity to cure.  Such cure would require, at a minimum:**

1. **Deleting the posts.**

2. **Posting a statement withdrawing them.**

3. **A commitment to stop testing this line.**

Should we need to go to the Court, we intend to seek additional remedies, possibly including, but not limited to, fees, acceleration and default on the underlying debt (per Ms. Loomer's own understanding of the Consent Decree*), limited discovery on other statements "about CAIR" (given other cutesy attempts to get around the Consent Decree), and serious monetary sanctions.

**Additionally, regardless of the rest, we demand the following:**

> 1. **Your client immediately preserve all communications possibly relevant to contempt, including any message directly or obliquely referencing CAIR including those with disappearing messages by Signal or the like.**
>
> 2. **You provide a statement from your Client confirming, under oath, that there have been no other statements "about CAIR" of any kind (regardless of whether they mention CAIR by name), whether public or non-public.**
>
> 3. **You confirm your client is committing to actually comply with Paragraph 2(a) of the Consent Decree.**

Last, **we want to be clear that when CAIR responds to this statement, there is no basis for Ms. Loomer to claim the exception under Paragraph 2(d) to say more.** Having violated the Consent Decree, she cannot use that violation to manufacture a controversy to comment on it. If you disagree, please say so now, so we can have the Court resolve this before Ms. Loomer engages in further contempt.

**Please provide a response by the end of the business WEDNESDAY, providing a time before the end of this week to meet and confer on our motion for contempt, as well as your responses to the above. Please also confirm you have received this and will provide that response.**

Yours,

Remy.

*Loomer *Coleman* Depo. at 337 ("if I violate the settlement agreement by speaking about CAIR ...  I will be ordered to pay the full amount with interest[]").

_____

**J. Remy Green**

   *Partner*
| Cohen&Green P.L.L.C.  | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p)  |  (929) 888.9457 (f) |
| honorific / pronouns:  Mx.  /  they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |
_____

_____

# EXHIBIT 10

# Tell Congress to Demand Release of Sami Hamdi, Reject Anti-Muslim Hate in U.S. Government

**Goal**

## 1000

**Supporters**

## 1412

Join the Council on American-Islamic Relations (CAIR) and CAIR Action in calling on Congress to denounce anti-Muslim extremist Laura Loomer's apparent influence over Trump administration policy and demand that ICE immediately release **British journalist Sami Hamdi**, who was detained at San Francisco International Airport after criticizing Israel's genocide in Gaza.

Call on members of Congress to:

- **Denounce Laura Loomer** and her claimed influence over the Department of State and the Department of Homeland Security, and investigate the infiltration of Israel First, anti-Muslim extremists in U.S. immigration and foreign-policy decision-making.

- **Demand that ICE immediately release Sami Hamdi** and provide a full public accounting for his detention.

- **Urge immigration authorities to act with integrity and fairness:** make immigration decisions based on facts, not prejudice or political pressure from the Israeli government.

On October 26, 2025, British Muslim journalist and political commentator Sami Hamdi was detained by U.S. Immigration and Customs Enforcement (ICE) while traveling on a U.S. speaking tour. Hamdi had just addressed CAIR-Sacramento's annual gala and was scheduled to speak that evening at CAIR-Florida's gala.

Anti-Muslim and Israel First extremist Laura Loomer has since taken public credit for Hamdi's detention, boasting that ICE acted on her demands after she smeared him with anti-Muslim conspiracy theories.

In August, Loomer also allegedly influenced Secretary of State Marco Rubio to suspend all U.S. visas for Palestinians from Gaza, after she posted videos attacking wounded children being flown to U.S. hospitals for treatment and called their evacuation an "Islamic invasion." Loomer later thanked Rubio, claiming she had spoken with him personally to stop the flights.

CAIR and CAIR Action warn that these incidents reveal how anti-Muslim hate and Israel First extremism are shaping federal policy, weaponizing U.S. agencies against Muslims, journalists, and critics of Israel's actions in Gaza.

***Tell Congress to reject anti-Muslim hate in government, demand ICE free journalist Sami Hamdi immediately and make decisions about visitors and immigrants based on facts, not bigoted conspiracy theories.***

Take future action with a single click.
Log in or Sign up for *Fast*Action

✿ *fast*action   ?

| 1 | Details | 2 | Messages | 3 | Confirmation |

**Prefix**

**First Name**

**Last Name**

**Street Address**

**Postal Code**

**City**

**State**
- State -

**Email**
email@email.com

**Home Phone** (Optional)

☑ Yes, sign me up for email updates.

☐ Remember me so that I can use *Fast*Action next time. 🔒

Next

✿ Powered by NGP VAN

Case 9:19-cv-81179-BAR Document 176-1 Entered on FLSD Docket 12/01/2025 Page 63 of 69





(https://ca.cair.com)

# NBC BAY AREA: BRITISH JOURNALIST DETAINED AT SAN FRANCISCO INTERNATIONAL AIRPORT, CAIR SAYS

October 26, 2025 | By CAIR San Francisco Bay Area



<u>NBC Bay Area | By Tommy Hughes | October 26, 2025
(https://www.nbcbayarea.com/news/local/british-journalist-detained-sf-
airport/3970484/)</u>

The Council on American-Islamic Relations (CAIR) called for the release of a
British journalist and analyst who the organization said was detained at San
Francisco International Airport on Sunday morning.

Officials said Sami Hamdi, the managing director of The International Interest, a
geopolitical consulting and advisory publication, was detained on his way to
attend a CAIR gala in Florida. He was in the United States on a valid visa and
had just spoken at a similar CAIR event in Sacramento on Saturday, according
to CAIR.

*"Abducting a prominent British Muslim journalist and political commentator on a
speaking tour in the United States because he dared to criticize the Israeli
government's genocide is a blatant affront to free speech,"* CAIR said in a
statement.

The organization blamed the social media personality Laura Loomer for Hamdi's
detention, pointing to an online screed Loomer posted on X on Sunday and her
previous demand that U.S. Secretary of State Marco Rubio block the arrival of
flights of Palestinian children that needed urgent medical care in the U.S. in
August.

Loomer's post took credit for, and celebrated, Hamdi's detention and said she
looked forward to an announcement by U.S. Immigration and Customs
Enforcement that he would be deported.

12/1/25, 9:58 PM    NBC Bay Area: British journalist detained at San Francisco International Airport, CAIR says | CAIR California

Case 9:19-cv-81179-RAR   Document 176-1   Entered on FLSD Docket 12/01/2025   Page 65 of 69

A spokesperson for the U.S. Department of Homeland Security did not immediately respond to a request for comment about the reason for Hamdi's detention and whether he would be allowed to resume his journey to Florida or be deported.

CAIR said its attorneys were working to get Hamdi released and said his detention was only because his views about Israel's conduct in Gaza, which has been declared a genocide by the United Nations, some Israeli scholars and international human rights organizations.

*"Our nation must stop abducting critics of the Israeli government at the behest of unhinged Israel First bigots,"* CAIR said in a statement. *"This is an Israel First policy, not an America First policy, and it must end."*

Loomer's post also included a video of a podcast in which Hamdi pointed out that U.S. Rep. Marjorie Taylor Greene and social media personalities Tucker Carlson and Candace Owens, all vocal supporters of President Donald Trump, had taken the view that Israel's conduct was unacceptable.

Loomer also falsely accused Hamdi of supporting terrorism and made several Islamophobic remarks. In the same post, she accused the government of Qatar of funding terrorism.

Trump has accepted a Qatari jumbo jet as a gift and has agreed to let the Qatari government to build an air force base in Colorado.

Share the Post:



---

‹ (https://ca.cair.com/news/abc7-british-journdis-recent-detention-by-immigration-officials/)

# Related Posts



(https://ca.cair.com/news/lawsuit-challenges-san-joses-license-plate-surveillance-cams/)

San Jose Inside: Lawsuit Challenges San Jose's License Plate Surveillance Cams
(https://ca.cair.com/news/lawsuit-challenges-san-joses-license-plate-surveillance-cams/)

12/1/25, 3:48 PM                    NBC Bay Area: British journalist detained at San Francisco International Airport, CAIR says | California

Case 9:19-cv-81179-RAR   Document 176-1   Entered on FLSD Docket 12/01/2025   Page 67 of 69
November 25, 2025



(https://ca.cair.com/news/cnn-british-journalist-calls-his-ice-detention-attack-on-freedoms/)

CNN: British Journalist Calls His ICE Detention "Attack on Freedoms"
(https://ca.cair.com/news/cnn-british-journalist-calls-his-ice-detention-attack-on-freedoms/)

November 17, 2025



(https://ca.cair.com)

Empowering American Muslims, Protecting Civil Rights, Promoting Justice.

**Our Work**

Legal Services

Advocacy

Programs & Education

Media

(https://ca.cair.com/news/opinion-case-of-sami-hamdi-shows-why-israel-first-is-a-threat-to-american-democracy/)

Opinion: Case of Sami Hamdi Shows Why 'Israel First' Is a Threat to American Democracy (https://ca.cair.com/news/opinion-case-of-sami-hamdi-shows-why-israel-first-is-a-threat-to-american-democracy/)

November 14, 2025

# CAIR-CA Offices

Greater Los Angeles

Sacramento Valley

San Diego

San Francisco Bay Area

# Links

Report Hate & Discrimination

Immigration Services

Contact

Careers

Volunteer

©CAIR 2025 (https://ca.cair.com/sitemap.xml). All rights reserved.

Privacy Policy (/privacy-policy/)

Website Designed by Digital Learning Partners (https://thedlp.company/)

(https://wedin.com/comp

(https://www.facebook.com/

(https://x.com/caircalifor