EXHIBIT 1

 **Greg Abbott** @GregAbbott_TX · Nov 18

Today, I designated the Muslim Brotherhood and Council on American-Islamic Relations as foreign terrorist and transnational criminal organizations.

This bans them from buying or acquiring land in Texas and authorizes the Attorney General to sue to shut them down.



9.5K   29K   128K   9.4M

 **Laura Loomer** @LauraLoomer

This needs to happen on a federal level.

9:22 AM · Nov 18, 2025 · **172.9K** Views

280   1.6K   17K   79