UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CV-81179

ILLOOMINATE MEDIA, LLC, et. al.

    Plaintiffs,

v.

CAIR FOUNDATION, et. al.

    Defendants.

_____/

## STIPULATION OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED by and between the undersigned attorneys that the Court enter an Order permitting Darren Spielman of Concept Law Group to withdraw as counsel for Defendant, CAIR Florida Inc., and substituting Christopher Sharp, Esq. of Sharp Law Firm, P.A. as counsel for said Defendant.

WHEREFORE, the undersigned counsel respectfully request that the Court enter an Order:

(a) permitting Christopher Sharp, Esq. of Sharp Law Firm, P.A. to substitute as counsel for Defendant CAIR Florida, Inc.; and

(b) permitting The Concept Law Group, P.A. and its attorneys of record (Darren Spielman) to be substituted as counsel for the Defendant CAIR Florida, Inc.

### LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Defendant CAIR Florida, Inc. certifies that their office has conferred with all other counsel via email in a good faith, and that all counsel indicates that they do not oppose the relief requested.

Respectfully submitted this 30th day of January 2026.

| | |
|---|---|
| /s/ *Darren Spielman* | /s/ *Christopher Sharp* |
| Darren Spielman, Esq. | Christopher Sharp, Esq. |
| (Fla. Bar No. 10868) | (Fla. Bar No. 996858) |
| The Concept Law Group, P.A. | Sharp Law Firm, P.A. |
| 6400 N Andrews Ave. Ste. 500 | 1600 W State Rd. 84 Ofc. C |
| Ft. Lauderdale, FL 33309 | Ft. Lauderdale, FL 33315 |
| dspielman@conceptlawgroup.com | chris@sharplawfirm.com |
| Tel: 754-300-1500 | csharplaw@aol.com |
| | Tel: 954-9094246 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2026, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and certify that copies have been served to all counsel of record.

/s/ *Darren Spielman*
Darren Spielman, Esq.