UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-81179-RAR

**ILLOOMINATE MEDIA, INC.**, *et al.*,

    Plaintiffs,

v.

**CAIR FLORIDA, INC.**, *et al.*,

    Defendants.

_____/

## ORDER SUBSTITUTING COUNSEL

**THIS CAUSE** comes before the Court on Defendant CAIR Florida, Inc.'s Stipulation of Substitution of Counsel ("Stipulation"), [ECF No. 185], filed on January 30, 2026. The Court having reviewed the Stipulation and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation, [ECF No. 185], is **GRANTED**.

2. Christopher Sharp, Esq. of Sharp Law Firm, P.A. is hereby substituted as counsel of record for Plaintiff in place of Darren Spielman of The Concept Law Group, P.A., who is relieved from any further responsibilities in the representation of Plaintiff in this matter.

3. The Clerk of the Court is instructed to remove attorney Darren Spielman as counsel for Defendant CAIR Florida, Inc.

**DONE AND ORDERED** in Miami, Florida this 4th day of February, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**