# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and<br><br>LAURA LOOMER, a Florida individual<br><br>Plaintiffs,<br><br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>Defendants. | Case No. 19-CV-81179<br><br>Judge Rodolfo A. Ruiz<br>U.S. District Judge<br><br>Judge Bruce E. Reinhart<br>U.S. Magistrate Judge |

## JOINT EXPEDITED MOTION TO ALLOW REMOTE OBSERVATIONAL APPEARANCES ON FEBRUARY 11, 2026

Defendants, CAIR FOUNDATION and CAIR FL Inc. (collectively "CAIR" or "Defendants"), jointly with Plaintiffs Illoominate and Laura Loomer (collectively "Loomer" or "Plaintiffs") jointly respectfully move, per the Court's instructions,[1] asking the Court to set up and allow remote appearances at the February 11, 2026 hearing for observational purposes only.

Because the appearance is on Wednesday, February 11, 2026, the parties ask for the Court's ruling no later than **4:00 p.m. on Friday, February 6, 2025**.

In support of the motion, the parties state as follows:

1. This motion asks the Court to make available a remote option for some counsel — for observational purposes only — for the hearing currently scheduled for February 11, 2026.

2. Both parties have at least some out-of-state counsel, and ensuring all counsel are fully aware of proceedings is in the best interests of all parties.

3. Additionally, if the Court has questions that happen to fall within the case-historical knowledge of an attorney who otherwise would not attend, this arrangement would allow that attorney

---

[1] "[A] remote offering will be for observational purposes only. Any party seeking to conduct the hearing must appear in person."

1

to either answer the question, or at least communicate the answer to the attorney there in person.

    4.    This is the first motion seeking to allow remote, observational appearances.

    5.    This motion is not filed for the purposes of delay.

    6.    As noted above, this motion is joint. Plaintiffs and Defendants alike join in it, and appreciate the Court's time and attention.

WHEREFORE, the parties respectfully request the Court provide a remote offering for observational purposes only in connection with the February 11, 2026 hearing.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Defendants certifies that their office has conferred with Plaintiffs and the parties decided to jointly seek the relief described above.

Dated: February 3, 2026

Respectfully submitted,

BY: /s/ Remy Green
Remy Green (*admitted pro hac vice*)
COHEN&GREEN P.L.L.C
1639 Centre St., Suite 216
Ridgewood, NY 11385
(929) 888-9480
remy@femmelaw.com

Thania Diaz Clevenger
Florida Bar Number 97301
CAIR
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 850-9284
t-clevenger@cair.com

*Counsel for CAIR Foundation*

Christopher C. Sharp, Esq.
Sharp Law Firm, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, Florida 33315

Phone: (954) 909-4246
Fax: (954) 827-8028
Email: chris@csharplawfirm.com

*Counsel for CAIR-Florida, Inc.*