IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

ILLOOMINATE MEDIA, INC., a Florida
Corporation, and LAURA LOOMER, a Florida
individual

      CASE NO. 19-cv-81179-RAR

    Plaintiffs,
v.

CAIR FOUNDATION, a District of Columbia
corporation, et. al.

    Defendants.
_____/

### JOINT MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM AND PRIOR ACCESS TO THE COURTROOM

Plaintiffs Illoominate Media and Laura Loomer (together, "Plaintiffs") and Defendants CAIR Foundation and CAIR Florida, Inc. (together, "Defendants") jointly move for entry of an Order granting leave to bring electronic equipment into the Courtroom and for access to the Courtroom prior to the hearing for purposes of setting up before the hearing begins.

1. There is an in-person evidentiary hearing scheduled on February 11 at 1:30 pm (D.E. 183) ( the "Hearing") .

2. Plaintiffs and Defendants jointly request leave to bring electronic equipment to the Courtroom, and to be permitted prior access to the Courtroom one hour prior to the Hearing to set up their equipment, if the Courtroom is not otherwise in use or at another time of convenience for the Court and its staff, to enable the Parties to have an opportunity to set up and test the equipment so that the Court is not delayed in starting the hearing.

3. Based upon the foregoing, the undersigned counsel respectfully request that the Court enter an Order, a copy of which is attached as <u>Exhibit A</u>, granting leave to the parties and

their counsel to bring electronic equipment into the Courtroom and granting prior access to the Courtroom.

## CERTIFICATE OF SERVICE

I certify that on February 9, 2026 a true and correct copy of the foregoing was filed via the Court's CM/ECF filing system and thereby served on counsel of record.

By: /s/ *Todd Friedman*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

ILLOOMINATE MEDIA, INC., a Florida Corporation, and LAURA LOOMER, a Florida individual

CASE NO. 19-cv-81179-RAR

Plaintiffs,

v.

CAIR FOUNDATION, a District of Columbia corporation, et. al.

Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR PRIOR ACCESS TO THE COURTROOM TO SET UP SUCH EQUIPMENT**

The Court has considered the Motion to Bring Electronic Equipment to Court and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED that**

1. The Joint Motion to Bring Electronic Equipment to Court is hereby **GRANTED** as follows.

2. The Parties may be permitted to have access to the Courtroom one hour prior to the Hearing to set up their equipment if the Courtroom is not otherwise in use or at another time of convenience for the Court and its staff.

3. The following persons may bring the following equipment into the Courtroom:

Plaintiffs

4. Todd Friedman – laptop computer, cellular phone, including the appropriate cables and/or converters and charger.

1

5. Arielle Klepach – laptop computer, cellular phone, including the appropriate cables and/or converters and charger.

6. Plaintiff Laura Loomer – laptop and cellular phone.

<u>Defendants</u>

7. Christopher Sharp – laptop computer, cellular phone, including the appropriate cables and/or converters and charger.

8. Thania Clevenger – laptop computer, cellular phone, including the appropriate cables and/or converters and charger.

**DONE AND ORDERED** in chambers on _____, 2026.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE