**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ILLOOMINATE MEDIA, INC., a Florida
Corporation, and

LAURA LOOMER, a Florida individual

           Plaintiffs,

v.

CAIR FOUNDATION, a District of Columbia
corporation, et. al.

           Defendants.

Case No. 19-CV-81179

Judge Rodolfo A. Ruiz
U.S. District Judge

Judge Bruce E. Reinhart
U.S. Magistrate Judge

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

Plaintiffs and Defendants ("the Parties") respectfully move this Court to approve their Settlement Agreement in this matter, a copy of which is submitted to the Court as Exhibit 1 hereto for review and consideration . The Parties have reached a settlement that resolves all claims in this action. The settlement is the product of extensive negotiations, including arm's-length negotiations, and is fair, reasonable, and adequate.

### I. SETTLEMENT TERMS

The material terms of the Settlement Agreement include:

Settlement Amount: $143,300.00 to be paid to Defendants as set out in the attached Settlement Agreement.

Release of Claims: Defendants agree Plaintiffs are released from their obligations under Paragraph 3 of the previous, Court-Ordered Settlement (ECF No. 105-1), and the "Full Amount Due" as set out in that Settlement is also satisfied.

Payment Terms: To be paid by wire within 3 business days of the entry of the Court's order approving the Settlement Agreement, with the conditions set forth in the attached Settlement

Agreement.

The parties agree that this Court should retain jurisdiction over this action as the sole forum for enforcement of the settlement's terms, as described in the Settlement Agreement

## II.  THE SETTLEMENT IS FAIR, REASONABLE, AND ADEQUATE.

The settlement should be approved because it was reached through arm's length negotiation, it is fair, reasonable and equitable and it finally terminates this litigation after more than seven years. The Settlement provides meaningful relief to Plaintiffs and continued litigation would be complex, expensive, and uncertain.  It also relieves Plaintiffs of certain obligations under the previous Settlement that the Court is supervising.

## III.  LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Plaintiffs certifies that they have conferred with Defendants and are authorized to seek the relief described herein.

## IV.  CONCLUSION

Based on the foregoing, the Parties respectfully request that the Court enter an Order granting this motion, approving the terms of the parties' settlement agreement and retaining jurisdiction to enforce the terms of the settlement should it become necessary to do so in the future.   A proposed order is submitted herewith.

### CERTIFICATE OF SERVICE

I certify that on May 11, 2026, a true and correct copy of the foregoing was filed via the Court's CM/ECF filing system and thereby served on counsel of record.

Respectfully submitted,

BY: */s/ Christopher C. Sharp*
Christopher C. Sharp, Esq.
Fla. Bar No. 996858
Sharp Law Firm, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, Florida 33315
Phone:  (954) 909-4246
Fax:  (954) 827-8028
Email: chris@csharplawfirm.com

*Counsel for CAIR-Florida, Inc.*

Remy Green (*admitted pro hac vice*)
COHEN&GREEN P.L.L.C
1639 Centre St., Suite 216
Ridgewood, NY 11385
(929) 888-9480
remy@femmelaw.com

Thania Diaz Clevenger
Florida Bar Number 97301
CAIR
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 850-9284
t-clevenger@cair.com

*Counsel for CAIR Foundation*

3

4