**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

——————————————————————————X

Illoominate Media, LLC,[1] et al.,

Plaintiffs,

\- against -

CAIR Florida, Inc., et al.

Defendants.

——————————————————————————X

Case No. 9:19-cv-81179

**STIPULATION AND**
**[PROPOSED] ORDER**
**OF SETTLEMENT**

WHEREAS, Plaintiffs Illoominate Media, LLC and Laura Loomer ("Illoominate" and "Loomer" respectively; together, "Plaintiffs") filed this suit against Defendants CAIR Florida, Inc., CAIR Foundation, Twitter, Inc., and John Does 1-5 (CAIR Florida and CAIR Foundation together, "CAIR");

WHEREAS, the parties entered into a Stipulation and Order of Settlement, that the Court entered as an Order of the Court (ECF No. 105-1) ("Settlement");

WHEREAS, the parties now wish to resolve currently outstanding financial obligations, and otherwise resolve certain disputes, with the limitations and caveats described below;

WHEREAS, each Party has been represented by counsel, has had time to review the terms of this Settlement, and agrees both Parties have received good and valuable consideration hereunder;

**NOW THEREFORE,** the parties agree as follows:

1. **Definition(s).**

   a. "Relevant Fees" shall mean all fees and costs CAIR has incurred that are compensable under Paragraph 5 of the Settlement, except (1) any fees, costs, and the like concerning and related to the pending motion at ECF No. 175 (and related docket entries); (2) any fees, costs, and the like for any motion made after this Settlement.

2. **Payment.**   Plaintiffs shall make a payment to CAIR of

---

[1] Misnamed in the initial filing as "Illoominate Media, Inc."

$143,300.00, as follows

    a. **Payment.** Prior to this agreement going into effect, Plaintiffs shall make a payment of $143,300.00 (the "Payment"), by way of wire with wire instructions to be provided separately, within 3 business days of the Court entering this agreement.

    b. **Enforcement of Payment.** Any motion to enforce this agreement will entitle CAIR to reasonable attorneys' fees.

    c. **Permission to Pay.** Entry of this Settlement as an Order shall permit and require Plaintiffs to make the payment contemplated, regardless of the Florida Executive Order concerning CAIR, which is currently stayed.

3. **Resolution of the Settlement.** Upon making the Payment, the following will take place:

    a. **Satisfaction.** CAIR shall file the attached "Notice of Satisfaction" as to the "Full Amount Due" in the Settlement as well as the Relevant Fees.

    b. **Items Not Discharged or Released.** For the lack of ambiguity:

        i. This agreement does *not* release Plaintiffs' obligations under Paragraphs 2, 4, 5, and 6 of the Settlement (e.g., the "Non-Disparagement" term, and the related enforcement provisions), which remains in full force.

    c. **Discharge.** Defendants release and discharge all their authority under section 3 of the Settlement, e.g., the substantive control and veto power over settlements relating to the *Coleman* malpractice litigation and entitlement to periodic updates.

4. **No Modification.** Except as expressly modified herein, the terms of the Settlement remain in full force and effect.

5. **Signatures and Counterparts.** This Settlement may be executed in any number of counterparts, each of which shall be deemed an original and all of which together shall be deemed one and the same instrument. Electronic signatures shall be the same as any other signature.

2

Dated: _____, 2026

### S O   O R D E R E D :

*Laura Loomer*

Signed by: Laura Loomer
Date & Time: Apr 08, 2026 09:55:58 CDT

Laura Loomer

_____

_____, U.S.___.J.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

       Sworn to (or affirmed) and subscribed before me by means of online notarization, this 8th day of April, 2026, by Laura Loomer.

Jithmi Bimaya De Silva
Commission No. HH454211
Expires: Oct. 15, 2027
Notary Public-State of Florida

This remote online notarization involved the use of audio/visual communication technology

Signed by: Jithmi Bimaya De Silva
Date & Time: Apr 08, 2026 10:56:19 EDT
Notary Public

Personally Known ___ OR Produced Identification _x
Type of Identification Produced Driver License

-------------------------------------------------------------------------------------------------

ILLOOMINATE MEDIA, LLC

*Laura Loomer*

Signed by: Laura Loomer
Date & Time: Apr 08, 2026 09:56:06 CDT

By: Laura Loomer

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

       The foregoing instrument was acknowledged before me by means of online notarization, this 8th day of April, 2026, by Laura Loomer as Chief Executive Officer for Illoominate Media, LLC.

Jithmi Bimaya De Silva
Commission No. HH454211
Expires: Oct. 15, 2027
Notary Public-State of Florida

This remote online notarization involved the use of audio/visual communication technology

Signed by: Jithmi Bimaya De Silva
Date & Time: Apr 08, 2026 10:56:33 EDT
Notary Public

Personally Known ___ OR Produced Identification _x
Type of Identification Produced Driver License

-------------------------------------------------------------------------------------------------

3

CAIR FLORIDA, INC.

By: OMAR SALEH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this 23 day of APRIL 2026, by OMAR SALEH as lawyer for CAIR Florida, Inc.

Notary Public

Personally Known ✓ OR Produced Identification ___
Type of Identification Produced ___

WILFREDO A. RUIZ
Notary Public
State of Florida
Comm# HH517341
Expires 4/17/2028

......................................................................................................

CAIR FOUNDATION

By:

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this 14th day of April, 2026, by Gadeir Abbas as lawyer for CAIR Foundation.

Notary Public

Personally Known ✓ OR Produced Identification ___
Type of Identification Produced ___

AHMAD KAKI
Notary Public
Commonwealth of Virginia
Registration No. 8076037
My Commission Expires Oct 31, 2027

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
————————————————————————————X

Illoominate Media, LLC, et al.,

                         Plaintiffs,

          - against -

CAIR Florida, Inc., et al.

                         Defendants.

————————————————————————————X

Case No. 9:19-cv-81179

**SATISFACTION OF**
**JUDGMENT AND**
**NOTICE OF FEE**
**PAYMENTS**

      This document is signed by _____, as an agent of Defendant CAIR Florida, Inc. and _____ as an agent of CAIR Foundation, on April \_\_\_, 2026.

      Defendants CAIR Florida Inc. and CAIR Foundation (together, "CAIR"), through their agents, acknowledge satisfaction of full payment by Plaintiffs of the amount defined as the "Full Amount Due" in the Order at ECF No. 105-1, entered by Judge Ruiz (ECF No. 106) on September 5, 2023 and the Relevant Fees as defined in the Stipulation and [Proposed] Order of Settlement.

      In addition, CAIR acknowledges that Plaintiffs have paid the attorneys' fees due under ECF No. 105-1 for the motions made to date to enforce paragraph 3(b) of ECF No. 105-1 and any related fees for time compensable under paragraph 5(b) of ECF No. 105-1.

      Defendants agree that Plaintiffs do not owe Defendants any more monies for ECF No. 105-1, except as set out in the settlement accompanying this satisfaction.

**[SIGNATURES ON FOLLOWING PAGE]**

CAIR FLORIDA, INC.


_____
By:

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

     The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this \_\_\_ day of \_\_\_, 2026, by _____ as _____ for CAIR Florida, Inc.


_____
Notary Public

Personally Known \_\_\_ OR Produced Identification \_\_\_
Type of Identification Produced _____

-------------------------------------------------------------------------------------------------

CAIR FOUNDATION


_____
By:

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

     The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this \_\_\_ day of \_\_\_, 2026, by _____ as _____ for CAIR Foundation.


_____
Notary Public

Personally Known \_\_\_ OR Produced Identification \_\_\_
Type of Identification Produced _____