**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-81179-RAR**

**ILLOOMINATE MEDIA, INC.**, *et al.*,

      Plaintiffs,

v.

**CAIR FLORIDA, INC.**, *et al.*,

      Defendants.

_____/

## <u>ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT</u>

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion to Approve Settlement Agreement ("Motion"), [ECF No. 201].  In the Motion, the Parties request that the Court approve the Parties' Settlement Agreement, [ECF No. 201-1], and retain jurisdiction to enforce the terms of the Settlement Agreement.  The Court having reviewed the Motion, the Settlement Agreement, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. The Settlement Agreement is hereby **APPROVED**.

2. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

3. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of May, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**