**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ILLOOMINATE MEDIA, INC., a Florida Corporation, and<br><br>LAURA LOOMER, a Florida individual<br><br>Plaintiffs,<br><br>v.<br><br>CAIR FOUNDATION, a District of Columbia corporation, et. al.<br><br>Defendants. | Case No. 19-CV-81179<br><br>Judge Rodolfo A. Ruiz<br>U.S. District Judge<br><br>Judge Bruce E. Reinhart<br>U.S. Magistrate Judge |

**NOTICE OF FILING SATISFACTION OF JUDGMENT**
**AND NOTICE OF FEE PAYMENTS BY PLAINTIFFS**

Defendants, CAIR FOUNDATION and CAIR FL Inc. (collectively "CAIR" or "Defendants"), pursuant to the terms of the Parties' Settlement Agreement, [ECF No. 201-1], as approved by the Court's Order Granting Joint Motion to Approve Settlement Agreement [ECF No. 202], entered May 13, 2026, hereby give notice of filing of the attached Satisfaction of Judgment and Notice of Fee Payments by Plaintiffs.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

Dated: September 1, 2026

Respectfully submitted,

BY: */s/ Christopher C. Sharp*
Christopher C. Sharp, Esq.
Fla. Bar No. 996858
Sharp Law Firm, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, Florida 33315
Phone: (954) 909-4246
Fax: (954) 827-8028
Email: chris@csharplawfirm.com

*Counsel for CAIR-Florida, Inc.*

Remy Green (*admitted pro hac vice*)
COHEN&GREEN P.L.L.C
1639 Centre St., Suite 216
Ridgewood, NY 11385
(929) 888-9480
remy@femmelaw.com

Thania Diaz Clevenger
Florida Bar Number 97301
CAIR
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 850-9284
t-clevenger@cair.com

*Counsel for CAIR Foundation*