**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 28, 2026

FILED BY JG D.C.
Oct 28, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 25-12673-FF
Case Style: Laura Loomer v. Cair Florida, Inc., et al
District Court Docket No: 9:19-cv-81179-RAR

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-12673

---

ILLOOMINATE MEDIA, INC.,
A Florida Corporation,

*Plaintiff,*

LAURA LOOMER,
A Florida Individual,

*Plaintiff-Appellant,*

*versus*

CAIR FLORIDA, INC.,
A Florida Corporation,
CAIR FOUNDATION,
A District of Columbia Corporation,
TWITTER, INC.,
A Delaware Corporation,
JOHN DOES 1-5,
CRAIG W YOUNG,

*Defendants-Appellees.*

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:19-cv-81179-RAR

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 29, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: October 28, 2026

**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-12673
Non-Argument Calendar

---

ILLOOMINATE MEDIA, INC.,
A Florida Corporation,

*Plaintiff,*

LAURA LOOMER,
A Florida Individual,

*Plaintiff-Appellant,*

*versus*

CAIR FLORIDA, INC.,
A Florida Corporation,
CAIR FOUNDATION,
A District of Columbia Corporation,
TWITTER, INC.,
A Delaware Corporation,
JOHN DOES 1-5,
CRAIG W YOUNG,

*Defendants-Appellees.*

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:19-cv-81179-RAR

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

Laura Loomer, pro se, appeals from the district court's July 29, 2025 postjudgment order affirming a magistrate judge's ruling. As relevant background, the defendants filed a motion to compel Loomer and another plaintiff to comply with a settlement agreement the parties executed in 2023. The defendants also requested that the district court hold the plaintiffs in contempt and impose sanctions. The magistrate judge granted the motion, in part, and directed the plaintiffs to comply with the settlement agreement. However, the magistrate judge took under advisement the defendants' requests for contempt and sanctions. The district court's July 29, 2025 order affirmed the magistrate judge's decision without ruling on contempt or sanctions. After Loomer appealed, the plaintiffs filed a notice of compliance with the July 29, 2025 order and the magistrate judge ruling it affirmed.

We asked the parties to address whether we have jurisdiction to review the July 29 order. Only the appellees responded, and they contend that we lack jurisdiction.

Upon review of the record and that response, we conclude that we lack jurisdiction over Loomer's appeal because it is not taken from a final or otherwise appealable order. *See* 28 U.S.C.

§ 1291 (providing that appellate jurisdiction is generally limited to "final decisions of the district courts"); *id.* § 1292 (providing jurisdiction to review certain interlocutory orders). The July 29, 2025 order is not final because it did not resolve the defendants' requests for contempt and sanctions. *See Mayer v. Wall St. Equity Grp., Inc.*, 672 F.3d 1222, 1224 (11th Cir. 2012) (providing that a postjudgment order is final when it disposes of all the issues raised in the motion that initiated the postjudgment proceedings); *Mamma Mia's Trattoria, Inc. v. Original Brooklyn Water Bagel Co.*, 768 F.3d 1320, 1324-25 (11th Cir. 2014) (holding that a postjudgment order related to the enforcement of a permanent injunction is not final unless it involves contempt or sanctions). Furthermore, the order is not appealable as an interlocutory ruling on injunctive relief because it merely interpreted an existing settlement agreement. *See Mamma Mia's Trattoria, Inc.*, 768 F.3d at 1326-27 (explaining that an order interpreting an existing injunction is not subject to immediate appeal).

Accordingly, this appeal is DISMISSED for lack of jurisdiction.

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 29, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 25-12673-FF
Case Style: Laura Loomer v. Cair Florida, Inc., et al
District Court Docket No: 9:19-cv-81179-RAR

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing. The Court has proposed amending 11th Cir. R. 40-1 (Number of Copies) to no longer require paper copies of a petition for panel rehearing or a petition for rehearing en banc. Based on the proposed amendment, other than an original petition filed in paper by a non-electronic filer, **parties are asked not to submit any paper copies** of a petition for panel rehearing or a petition for rehearing en banc.

Costs
Costs are taxed against Appellant(s) / Petitioner(s).

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or

cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion